| | |
|---|---|
| 1 | Nico Banks, Esq. |
| | nico@bankslawoffice.com |
| 2 | Filing on behalf of all Plaintiffs |
| 3 | CA Bar No. 344705 |
| | Banks Law Office |
| 4 | 712 H St NE, |
| 5 | Unit #8571, |
| | Washington, DC 20002 |
| 6 | Tel.: 971-678-0036 |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | MOULOUD HOCINE; | ) Case No.: 2:24-cv-02886 |
| 11 | JENNIFER LEHMKUHL HILL; | ) |
| | AMUND THOMPSON; | ) **NOTICE OF INTERESTED** |
| 12 | DAVID HOUGH; | ) **PARTIES** |
| 13 | PAUL PANICO | ) |
| 14 | Plaintiffs, | ) |
| 15 | vs. | ) |
| 16 | | ) |
| 17 | RYAN CARROLL; | ) |
| | MAX K. DAY; | ) |
| 18 | MAX O. DAY; | |
| 19 | MICHAEL DAY; | |
| | YAX ECOMMERCE LLC; | |
| 20 | PRECISION TRADING GROUP, LLC; | |
| 21 | WA DISTRIBUTION LLC; | |
| | PROVIDENCE OAK PROPERTIES, | |
| 22 | LLC; | |
| 23 | WA AMAZON SELLER LLC; | |
| | MKD INVESTMENT ADVISOR, LLC; | |
| 24 | MKD FAMILY BENEFICIARY, LLC; | |
| 25 | MKD FAMILY PRIVATE | |
| | MANAGEMENT COMPANY, LLC; | |
| 26 | MAX DAY CONSULTING, LLC; | |
| 27 | HOUTEX FARM EQUITY PARTNERS | |
| | LLC; | |
| 28 | | |

| | |
|---|---|
| 1 | BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; |
| 2 | EVO MAXX LLC; |
| 3 | YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); |
| 4 | WWKB LLC; |
| 5 | DREAMS TO REALITY LLC; |
| 6 | Defendants. |

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Name | Role |
|---|---|
| Molund Hocine; | Plaintiff |
| Jennifer Lehmkuhl Hill; | Plaintiff |
| Amund Thompson; | Plaintiff |
| David Hough; | Plaintiff |
| Paul Panico | Plaintiff |
| Ryan Carroll; | Defendant |
| Max K. Day; | Defendant |
| Max O. Day; | Defendant |
| Michael Day; | Defendant |
| Yax Ecommerce LLC; | Defendant |
| Precision Trading Group, LLC; | Defendant |
| WA Distribution LLC; | Defendant |
| Providence Oak Properties, LLC; | Defendant |
| WA Amazon Seller LLC; | Defendant |
| MKD Investment Advisor, LLC; | Defendant |
| MKD Family Beneficiary, LLC; | Defendant |
| MKD Family Private Management Company, LLC; | Defendant |

| | |
|---|---|
| Max Day Consulting, LLC; | Defendant |
| HouTex Farm Equity Partners LLC; | Defendant |
| Business Financial Solutions Advisory LLC; | Defendant |
| Evo Maxx LLC; | Defendant |
| Yax IP and Management Inc; Dreams To Reality LLC | Defendant |
| WWKB LLC | Defendant |
| Wells Fargo Bank, N.A. | Bank for Defendants |
| Thread Bancorp | Bank for Defendants |
| Wholesale Universe, Inc. | Business Relationship With Defendants |
| Quantum Ecommerce, LLC | Business Relationship With Defendants |

DATED: April 9, 2024

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002