# EXHIBIT A

**DECLARATION OF NICO BANKS IN SUPPORT OF PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION**

I, Nico Banks, have personal knowledge of the facts set forth below.

1. I am an attorney representing Plaintiffs Mouloud Hocine, Jennifer Lehmkuhl Hill,
   Amund Thompson, David Hough, and Paul Panico.

**WEALTH ASSISTANTS INVESTIGATION QUESTIONNAIRE**

2. In October of 2023, I published a questionnaire for the purpose of investigating Wealth
   Assistants. A true and correct screenshot of that questionnaire is Exhibit 1 to this
   Declaration.

3. As of December 9, 2023, at 5:15pm, I had received 132 responses to the questionnaire. I
   analyzed those responses in a spreadsheet, where each column was a separate question
   and each row was a separate individual's answer to the questions.

4. 15 responses appeared to be responses from individuals who had already submitted a
   response (*i.e.*, duplicate submissions).

5. Excluding the 15 responses discussed in the paragraph above, 59 individuals responded
   to the question "How much did you receive in payments from Wealth Assistants, if any?"
   by stating that they never received any payments from Wealth Assistants. 42 individuals
   stated that they received some amount of money, but none of them stated that they
   received $10,000 or more. The remaining respondents did not respond to the question.

6. After creating the questionnaire, I realized that Wealth Assistants' clients typically
   received profits from their stores via payments from Amazon, not payments from Wealth
   Assistants. Accordingly, some individuals may have answered "$0" to the question

referenced in the paragraph above even if they had received some revenue from their

stores via payments from Amazon.

## CORPORATE REGISTRATIONS

7.  Exhibits 2 – 15 are true and correct copies of corporate documents filed with state

    government agencies that I printed from those government agencies' websites between

    December 2023 and February 2024.

8.  Exhibit 16 is a true and correct copy of a press release from PRNewswire regarding

    Fulfillable Inc.

9.  Exhibit 17 is a true and correct copy of 2023 property tax records kept by the Texas

    government for the property located at 18210 Farnsfield Dr., 77084, Lt 1 Blk 58,

    Deerfield Village Sec 5 .2234 AC.

## DEFENDANTS' ONLINE PRESENCE

10. In December of 2023, I took the screenshot shown below of a Facebook post by Wealth

    Assistants. It states, in part, "you'll have the opportunity to sell your business 2-23 years

    from opening up your Amazon store (once your sales are $100K+/monthly)."



11. A true and correct copy of a "Forbes Councils Member" online post that I viewed on October 16, 2023 is Exhibit 18 to this Declaration.

12. A screenshot I took of a video on December 16, 2023 is shown below. In the video, an individual who appears to be Defendant Ryan Carroll states "I ended up purchasing this Aventador."



**VIDEO OF DEFENDANTS MAX K. DAY AND RYAN CARROLL**

13. In December of 2023, I viewed a video featuring Defendants Max K. Day and Ryan
Carroll. The video appeared to be about their trip to Utah to potentially acquire a
business. Below is a screenshot of the video, which contains text appearing at the
beginning of the video written from Ryan Carroll's first-person point of view:

Exhibit A to Motion for TRO
032



14. The screenshot below is from the same video. The person appearing in the screenshot appears to be Max K. Day. In the video, he appears to be speaking with Ryan Carroll, who is sitting next to him.



15. In the same video, beginning at 6 minutes and two seconds, Ryan Carroll says, "A long time ago when I started Wealth Assistants I brought on Max as more of like that mentor because he's been through so much. Like it's a very valuable asset to have someone like him on our team right now."

## CONVERSATIONS WITH INSIDERS

16. Exhibit 19 is a true and correct copy of a screenshot I took on December 15, 2023 of an email forwarded to me by Craig Dillehay, who told me that he was a client of Wealth Assistants. The email thread includes emails from Max O. Day, who is identified in his signature as the "Chief Growth Officer" of Wealth Assistants.

17. Dillehay said that Max O. Day told him that stores Wealth Assistants was managing were earning more than a 20 percent return on investment.

18. An individual named Korey McAleesejergins told me that he was one of Wealth Assistants' clients. He told me that he spoke via videoconference with Max O. Day about Wealth Assistants for more than an hour. McAleesejergins told me that Max O. Day told him that stores Wealth Assistants was managing were extremely profitable.

19. In December of 2023, I spoke to Zach Henson, who stated that he is an employee of a company called Mint Solutions. Exhibit 20 is a true and correct copy of an email Henson sent to me.

20. On our call, Henson told me that Wealth Assistants partnered with him by referring Wealth Assistants' clients to him to provide certain services to help the clients obtain financing.

Exhibit A to Motion for TRO
034

21. Henson also told me that in 2023, Max O. Day and Nate Fancher asked Henson to serve as a "payment processor" for Wealth Assistants. As a payment processor, Henson would accept payments from Wealth Assistants' clients, and he would then pass the payments to Wealth Assistants. Henson said that Day and Fancher told him that they were asking him to be a payment processor because Wealth Assistants' other "payment processors" were "maxed out." Henson said that Wealth Assistants' other payment processors included Providence Oak Properties.

22. Exhibit 21 is a true and correct copy of an email I received from Marker Law.

23. Exhibit 22 is a true and correct copy of an email I received from an individual named Haider Istanbouli.

24. Exhibit 23 is a true and correct copy of a PowerPoint presentation I received from an individual named Eric Bringley, who stated that Wealth Assistants sent him the PowerPoint, and he relied on the PowerPoint when purchasing the business opportunity Wealth Assistants was offering.

25. On at least three occasions between December 1, 2023 and January 16, 2024, I called the phone number listed on HouTex Farm Equity Partners' website, at different times of the day during regular business hours. I also left several voicemails. Nobody answered the phone or returned my calls.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature: *Nico Banks*

Date: April 8, 2024

Exhibit A to Motion for TRO
035

# EXHIBIT 1

# Wealth Assistants

THIS FORM DOES NOT CONSTITUTE AN OFFER TO REPRESENT YOU OR PROVIDE YOU WITH LEGAL ADVICE. Its purpose is to collect information as part of Banks Law Office's investigation of Wealth Assistants.

1.  First Name

    _____

2.  Last Name

    _____

3.  Email address

    _____

4.  Phone number

    _____

5.  Address of residence

    _____

6.  How much did you invest in Wealth Assistants?

    _____

7.  How much did you receive in payments from Wealth Assistants, if any?

    _____

8.  Who was the Wealth Assistants employee who was your primary contact for your Wealth Assistants investment?

_____

9.  Is there anything else you think I should know?

_____
_____
_____
_____
_____

This content is neither created nor endorsed by Google.

Google Forms

# EXHIBIT 2

# **TEXAS SECRETARY of STATE**
# **JANE NELSON**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800931979 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 1, 2008 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034609050 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Precision Trading Group, LLC |
| **Address:** | 18210 FARNSFIELD DR |
| | HOUSTON, TX 77084-2374 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Cogency Global Inc. | 1601 ELM ST, SUITE 4360 DALLAS, TX 75201 USA | |

[Order]  [Return to Search]

Instructions:
⦿ To place an order for additional information about a filing press the 'Order' button.

Exhibit A to Motion for TRO
040

**TEXAS SECRETARY of STATE**
**JANE NELSON**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800931979 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 1, 2008 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034609050 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Precision Trading Group, LLC |
| **Address:** | 18210 FARNSFIELD DR |
| | HOUSTON, TX 77084-2374 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| WA Amazon Seller LLC | December 14, 2022 | December 14, 2032 | | Active | All Counties |
| Carroll Enterprises LLC | December 14, 2022 | December 14, 2032 | | Active | All Counties |
| WA Band Management LLC | December 14, 2022 | December 14, 2032 | | Active | All Counties |
| Wealth Assistants LLC | December 14, 2022 | December 14, 2032 | | Active | All Counties |
| WA Distribution LLC | December 14, 2022 | December 14, 2032 | | Active | All Counties |
| Proficient Supply LLC | April 14, 2023 | April 14, 2033 | | Active | All Counties |
| Quantum Ecomm | April 14, 2023 | April 14, 2033 | | Active | All Counties |
| Mayan LLC | April 14, 2023 | April 14, 2033 | | Active | All Counties |

Order    Return to Search

---

Instructions:
⦿ To place an order for additional information about a filing press the 'Order' button.

Exhibit A to Motion for TRO
041

**TEXAS SECRETARY of STATE**
**JANE NELSON**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800931979 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 1, 2008 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034609050 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Precision Trading Group, LLC
**Address:** 18210 FARNSFIELD DR
HOUSTON, TX 77084-2374 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| October 12, 2022 | MAX DAY | | MANAGING M | | 18210 FARNSFIELD DRIVE HOUSTON, TX 77084 USA | |

[ Order ]   [ Return to Search ]

---

Instructions:
⦿ To place an order for additional information about a filing press the 'Order' button.

Exhibit A to Motion for TRO
042

# EXHIBIT 3

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020

Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Oct  8 2021  9:32AM**
**Original ID: 2021-001041949**

# Limited Liability Company
# Articles of Organization

**I.**  **The name of the limited liability company is:**
CARROLL ENTERPRISES LLC

**II.**  **The name and physical address of the registered agent of the limited liability company is:**
LEGALINC CORPORATE SERVICES INC.
5830 E 2nd St Ste 8
Casper, WY 82609

**III.**  **The mailing address of the limited liability company is:**
5830 E 2ND ST, STE 7000  #4224
CASPER, WY 82609

**IV.**  **The principal office address of the limited liability company is:**
5830 E 2ND ST, STE 7000  #4224
CASPER, WY 82609

**V.**  **The organizer of the limited liability company is:**
INCFILE.COM LLC
17350 STATE HWY 249 #220, HOUSTON, TX, 77064

**Signature:**   *LOVETTE DOBSON*          Date:  **10/08/2021**

Print Name:   **LOVETTE DOBSON**

Title:   **ORGANIZER**

Email:   **EFILE1234@INCFILE.COM**

Daytime Phone #:   **(888) 462-3453**

Exhibit A to Motion for TRO

044

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual    ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

**Signature:**   *LOVETTE DOBSON*                    Date:  **10/08/2021**

Print Name:   **LOVETTE DOBSON**

Title:   **ORGANIZER**

Email:   **EFILE1234@INCFILE.COM**

Daytime Phone #:   **(888) 462-3453**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

**Wyoming**

Secretary of State

---

## Consent to Appointment by Registered Agent

**LEGALINC CORPORATE SERVICES INC.**, whose registered office is located at **5830 E 2nd St Ste 8, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **CARROLL ENTERPRISES LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *LOVETTE DOBSON*          Date: **10/08/2021**

Print Name:      **LOVETTE DOBSON**

Title:      **ORGANIZER**

Email:      **EFILE1234@INCFILE.COM**

Daytime Phone #:      **(888) 462-3453**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**CARROLL ENTERPRISES LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **8th** day of **October**, **2021** at **9:32 AM.**

Remainder intentionally left blank.



Filed Date: 10/08/2021

Secretary of State

Filed Online By:

LOVETTE DOBSON

on 10/08/2021

DocuSign Envelope ID: DC46DE12-0292-4E61-B3B4-BBD8660573F9

**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
FILED: 03/03/2022 02:15 PM
Original ID: 2021-001041949
Amendment ID: 2022-003588390

# Limited Liability Company
## Amendment to Articles of Organization

1. Name of the limited liability company:
   *(Name must match exactly to the Secretary of State's records.)*

   Carroll Enterprises LLC

2. The date of filing its articles of organization: 10/08/21
   *(Date must match exactly to the Secretary of State's records.)*

3. Article number(s) 1 is amended as follows:

   ***See checklist below for article number information.**

   WEALTH ASSISTANTS LLC

   RECEIVED
   FEB 2 2 2022
   WYOMING
   SECRETARY OF STATE

   **Signature:** *Ryan Carroll*        **Date:** 02/16/2022
   *(Shall be executed by a person authorized by the company.)*        *(mm/dd/yyyy)*

   Print Name: Ryan Carroll        Contact Person: Ryan Carroll

   Title: Owner        Daytime Phone Number: 9493155321

   Email: ryan@wealthassistants.com

   *(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

   | Checklist |
   |---|
   | ☑ **Filing Fee: $60.00** Make check or money order payable to Wyoming Secretary of State. |
   | ☑ **Processing time is up to 15 business days** following the date of receipt in our office. |
   | ☑ Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.** |
   | ☑ Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.** |
   | ☑ *Refer to original articles of organization to determine the specific article number being amended or use the next number in sequence if you are adding an article. *Article number(s) is not the same as the filing ID number.* |

LLC-Amendment – Revised June 2021

Exhibit A to Motion for TRO
048

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF NAME CHANGE

Current Name: **WEALTH ASSISTANTS LLC**
Old Name: **CARROLL ENTERPRISES LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **3rd** day of **March**, **2022**



_____
Secretary of State

By: _____
          Bailey Johnson

Filed Date: 03/03/2022

**2022**                    **Limited Liability Company Annual Report**

Due on or Before:          October 1, 2022
ID:                        2021-001041949
State of Formation:        Wyoming
License Tax Paid:          $60.00
AR Number:                 07563325

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**WEALTH ASSISTANTS LLC**

1:  Mailing Address

  650 NE 32ND ST Unit 3207
  Miami, FL 33137

<u>Current Registered Agent:</u>
LEGALINC CORPORATE SERVICES INC.
5830 E 2nd St Ste 8
Casper, WY 82609

2:  Principal Office Address

  650 NE 32ND ST Unit 3207
  Miami, FL 33130

  Phone: (954) 304-5437
  Email:
  EFILE1234@INCFILE.COM;ryan@wealthassistants.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Vince Mongio | Vince Mongio | August 16, 2022 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet;
2.  Sign and date this form; and
3.  Return both the form and worksheet to the Secretary of State at the address provided above.

Exhibit A to Motion for TRO
050

**2022**            **Limited Liability Company Annual Report**

Due on or Before:        October 1, 2022
ID:                2021-001041949
State of Formation:        Wyoming
License Tax Paid:        $60.00
AR Number:            07563325

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

### WEALTH ASSISTANTS LLC

1:  Mailing Address

650 NE 32ND ST Unit 3207
Miami, FL 33137

<u>Current Registered Agent:</u>
LEGALINC CORPORATE SERVICES INC.
5830 E 2nd St Ste 8
Casper, WY 82609

2:  Principal Office Address

650 NE 32ND ST Unit 3207
Miami, FL 33130

Phone: (954) 304-5437
Email: EFILE1234@INCFILE.COM;ryan@wealthassistants.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Vince Mongio | Vince Mongio | August 16, 2022 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet;
2.  Sign and date this form; and
3.  Return both the form and worksheet to the Secretary of State at the address provided above.

Exhibit A to Motion for TRO
051

**Wyoming Secretary of State** ID #23
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
**FILED:** 07/12/2023 03:23 PM
**Original ID:** 2021-001041949
**Amendment ID:** 2023-004283673

# Limited Liability Company
# Amendment to Articles of Organization

1. Name of the limited liability company:
   *(Name must match exactly to the Secretary of State's records.)*

   Wealth Assistants LLC

2. The date of filing its articles of organization: 10/08/2021
   *(Date must match exactly to the Secretary of State's records.)*

3. Article number(s) 1 is amended as follows:
   *See checklist below for article number information.*

   Yax Ecommerce LLC

   Received
   JUN 1 6 2023
   Secretary of State
   Wyoming

**Signature:** Mac Leckrone    **Date:** 06/05/2023
*(Shall be executed by a person authorized by the company.)*    *(mm/dd/yyyy)*

Print Name: Mac Leckrone    Contact Person: Lloyd & Mousilli

Title: Attorney of Record    Daytime Phone Number: 512-609-0059

Email: corproate@lloydmousilli.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

Checklist
- ☐ **Filing Fee: $60.00** Make check or money order payable to Wyoming Secretary of State.
- ☐ **Processing time is up to 15 business days** following the date of receipt in our office.
- ☐ Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
- ☐ Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**
- ☐ *Refer to original articles of organization to determine the specific article number being amended or use the next number in sequence if you are adding an article. *Article number(s) is not the same as the filing ID number.*

LLC-Amendment – Revised June 2021

Exhibit A to Motion for TRO
052

## STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF NAME CHANGE

Current Name: **Yax Ecommerce LLC**
Old Name: **WEALTH ASSISTANTS LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **12th** day of **July**, **2023**



_____
Secretary of State

By: _____
Kim McColl

Filed Date: 07/12/2023

# EXHIBIT 4

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Oct  4 2022  7:39AM**
**Original ID: 2022-001167610**

# Limited Liability Company
# Articles of Organization

I.    **The name of the limited liability company is:**
WA DISTRIBUTION LLC

II.   **The name and physical address of the registered agent of the limited liability company is:**
LEGALINC CORPORATE SERVICES INC.
5830 E 2nd St Ste 8
Casper, WY 82609

III.  **The mailing address of the limited liability company is:**
5830 E 2ND ST, STE 7000  #6602
CASPER, WY 82609

IV.   **The principal office address of the limited liability company is:**
5830 E 2ND ST, STE 7000  #6602
CASPER, WY 82609

V.    **The organizer of the limited liability company is:**
INCFILE.COM LLC
17350 STATE HWY 249 #220, HOUSTON, TX, 77064

**Signature:**    *LOVETTE DOBSON*            Date:  **10/04/2022**

Print Name:    **LOVETTE DOBSON**

Title:    **ORGANIZER**

Email:    **EFILE1234@INCFILE.COM**

Daytime Phone #:    **(888) 462-3453**

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☑ An Individual  ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:  *LOVETTE DOBSON*          Date:  **10/04/2022**

Print Name:  **LOVETTE DOBSON**

Title:  **ORGANIZER**

Email:  **EFILE1234@INCFILE.COM**

Daytime Phone #:  **(888) 462-3453**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**LEGALINC CORPORATE SERVICES INC.**, whose registered office is located at **5830 E 2nd St Ste 8, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **WA DISTRIBUTION LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *LOVETTE DOBSON*        Date:  **10/04/2022**

Print Name:    **LOVETTE DOBSON**

Title:    **ORGANIZER**

Email:    **EFILE1234@INCFILE.COM**

Daytime Phone #:    **(888) 462-3453**

# STATE OF WYOMING
## Office of the Secretary of State

I, KARL ALLRED, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**WA DISTRIBUTION LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **4th** day of **October**, **2022** at **7:39 AM.**

Remainder intentionally left blank.



Filed Date: 10/04/2022

_____
Secretary of State

Filed Online By:

LOVETTE DOBSON

on 10/04/2022

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Limited Liability Company

**Legal Name**

WA DISTRIBUTION LLC

# Information

**SosId:** 2639981

**Status:** Current-Active ⓘ

**Date Formed:** 5/26/2023

**Citizenship:** Foreign

**State of Incorporation:** WY

**Annual Report Due Date:** April 15th

Current **Annual Report Status:**

**Registered Agent:** Registered Agents Inc

# Addresses

**Mailing**

1001 Brickell Bay Dr., Ste. 2700 C-8

Miami, FL 33131-4940

**Reg Office**

4030 Wake Forest Road, Ste 349

Raleigh, NC 27609

**Reg Mailing**

4030 Wake Forest Road, Ste 349

Raleigh, NC 27609

**Principal Office**

5830 E 2nd St., Ste. 7000 #6602

Casper, WY 82609-4308

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

Exhibit A to Motion for TRO
059

Ryan  Carroll
5830 E 2nd St., Ste. 7000 #6602
Casper  WY  82609-4308

# EXHIBIT 5

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

PROVIDENCE OAK PROPERTIES, LLC

**Entity Number:**

E0256042016-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

06/07/2016

**NV Business ID:**

NV20161333976

**Termination Date:**

**Annual Report Due Date:**

6/30/2024

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

Exhibit A to Motion for TRO
062

**Name of Individual or Legal Entity:**

NEVADA CORPORATE HEADQUARTERS, INC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

4730 S. FORT APACHE RD SUITE 300, Las Vegas, NV, 89147 - 7947, USA

**Mailing Address:**

**Individual with Authority to Act:**

TREVOR ROWLEY

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | Max K. Day | PO BOX 27740, Las Vegas, NV, 89126, USA | 08/01/2023 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Exhibit A to Motion for TRO
063

# EXHIBIT 6

Austin, TX 78711-3697
Phone: 512/463-5709

Filing Fee: See instructions

## Certificate
## of Amendment

---

### Entity Information

The filing entity is a: **Domestic For-Profit Corporation**

The name of the filing entity is: **PITHY PRODUCTIONS, INC.**

The file number issued to the filing entity by the secretary of state is: **155531200**

---

### Amendment to Name

The amendment changes the formation document of the filing entity to change the article or provision that names the entity. The article or provision is amended to read as follows:

The name of the filing entity is:

**x IP and Management Inc**

A letter of consent, if applicable, is attached.

---

### Statement of Approval

The amendment has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

---

### Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

This document becomes effective at a later date, which is not more than ninety (90) days from the date of its
by the secretary of state. The delayed effective date is:

---

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially
fraudulent instrument and declares under penalty of perjury that the undersigned is authorized under the Tex
Business Organizations Code to execute the filing instrument.

Date: **May 30, 2023**            **Mac Leckrone, Attorney of Record**

Signature of authorized person

FILING OFFICE COPY

Exhibit A to Motion for TRO
065

in, TX 78711-3697
: 512/463-5709

Filing #: 155531200 05/30/2
Image Generated Electronic
for Web Fil

g Fee: See instructions

## Certificate
## of Amendment

---

## Entity Information

filing entity is a: **Domestic For-Profit Corporation**

name of the filing entity is:  **PITHY PRODUCTIONS, INC.**

file number issued to the filing entity by the secretary of state is: **155531200**

---

## Amendment to Name

amendment changes the formation document of the filing entity to change the article or provision that name
y. The article or provision is amended to read as follows:

name of the filing entity is:

**IP and Management Inc**

ter of consent, if applicable, is attached.

---

## Statement of Approval

amendment has been approved in the manner required by the Texas Business Organizations Code and by
erning documents of the entity.

---

## Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

This document becomes effective at a later date, which is not more than ninety (90) days from the date of i
by the secretary of state. The delayed effective date is:

---

## Execution

undersigned signs this document subject to the penalties imposed by law for the submission of a materially
raudulent instrument and declares under penalty of perjury that the undersigned is authorized under the Tex
ness Organizations Code to execute the filing instrument.

e: **May 30, 2023**          **Mac Leckrone, Attorney of Record**

                             Signature of authorized person

---

NG OFFICE COPY

Exhibit A to Motion for TRO
066

al Inc.

**Address**
1601 ELM ST, SUITE 4360
DALLAS, TX 75201 USA

Inactive Date

[ Return to Search ]

an order for additional information about a filing press the 'Order' button.

n, TX 78711-3697
: 512/463-5709

Filing Fee: See Instructions

Case 2:24-cv-02886-WLH-SK    Document 9-1    Filed 04/09/24    Page 1 of 2    Page ID #:189

**Filing #: 155531200 06/13/2**
**Document #: 1256782070**
Image Generated Electronic
for Web Fil

## Statement of Change of
## Registered Office/Agent

### Entity Information

name of the entity is :

### IP and Management Inc

file number issued to the entity by the secretary of state is: **155531200**

registered agent and registered office of the entity as currently shown on the records of the secretary of sta

### ry R. Watson

### 0 Stagecoach Ranch Loop, Dripping Springs, TX, USA 78620-2431

### Change to Registered Agent/Registered Office

following changes are made to the registered agent and/or office information of the named entity:

#### Registered Agent Change

The new registered agent is an organization by the name of:

### gency Global Inc.

The new registered agent is an individual resident of the state whose name is:

#### Registered Office Change

The business address of the registered agent and the registered office address is changed to:

### 1 ELM ST, SUITE 4360, DALLAS, TX, USA 75201

street address of the registered office as stated in this instrument is the same as the registered agent's busi
ess.

#### Consent of Registered Agent

A copy of the consent of registered agent is attached.

The consent of the registered agent is maintained by the entity.

### Statement of Approval

change specified in this statement has been authorized by the entity in the manner required by the BOC or
ner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

This document becomes effective at a later date, which is not more than ninety (90) days from the date of i
by the secretary of state. The delayed effective date is:

### Execution    Exhibit A to Motion for TRO

068

undersigned signs this document subject to the penalties imposed by law for the submission of a materially

P.O. Box 13697
Austin, Texas 78711-3697
**(Form 503)**

**Filing #: 155531200  9/26/2023**
Document #: 1283876210003
ID #:140

Case 2:24-CV-02886-WLH-SK    Document 9-1    Filed 04/09/24    Page

**Image Generated Electronically
for Web Filing**



## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

he assumed name under which the business or professional service is or is to be conducted or
ered is:

**fillable**

he name of the entity as stated in its certificate of formation, application for registration, or
parable document is:

**ny Productions, Inc**

he state, country, or other jurisdiction under the laws of which it was incorporated, organized
ssociated is **TEXAS**

he period, not to exceed 10 years, during which the assumed name will be used is
**9/26/2033**

he entity is a : **Domestic For-Profit Corporation**

he entity's principal office address is:

**8 Brannon Hill Lane, Sugar Land, Tx, USA 77479**

he county or counties where business or professional services are being or are to be conducted
endered under such assumed name are:

**L COUNTIES**

he undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the
y has duly authorized the attorney-in-fact in writing to execute this document. The undersigned
s this document subject to the penalties imposed by law for the submission of a materially false
raudulent instrument.

**ny Productions, Inc**

in, TX 78711-3697
: 512/463-5709

g Fee: See Instructions

## Statement of Change of
## Registered Office/Agent

Filing #: 155531200 06/13/2...
Document #:1256782070...
Image Generated Electronic...
for Web Fil...

### Entity Information

name of the entity is :

## k IP and Management Inc

file number issued to the entity by the secretary of state is: **155531200**

registered agent and registered office of the entity as currently shown on the records of the secretary of sta...

## ry R. Watson

## 0 Stagecoach Ranch Loop, Dripping Springs, TX, USA 78620-2431

### Change to Registered Agent/Registered Office

following changes are made to the registered agent and/or office information of the named entity:

#### Registered Agent Change

The new registered agent is an organization by the name of:

## gency Global Inc.

The new registered agent is an individual resident of the state whose name is:

#### Registered Office Change

The business address of the registered agent and the registered office address is changed to:

## 1 ELM ST, SUITE 4360, DALLAS, TX, USA 75201

street address of the registered office as stated in this instrument is the same as the registered agent's bus...
ess.

#### Consent of Registered Agent

A copy of the consent of registered agent is attached.

The consent of the registered agent is maintained by the entity.

### Statement of Approval

change specified in this statement has been authorized by the entity in the manner required by the BOC or
ner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

This document becomes effective at a later date, which is not more than ninety (90) days from the date of i...
by the secretary of state. The delayed effective date is:

### Execution    Exhibit A to Motion for TRO

070

undersigned signs this document subject to the penalties imposed by law for the submission of a materially



P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filing #: 155531200  9/26/2023
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

he assumed name under which the business or professional service is or is to be conducted or
ered is:

**fillable**

he name of the entity as stated in its certificate of formation, application for registration, or
parable document is:

**ny Productions, Inc**

he state, country, or other jurisdiction under the laws of which it was incorporated, organized
ssociated is **TEXAS**

he period, not to exceed 10 years, during which the assumed name will be used is
**9/26/2033**

he entity is a : **Domestic For-Profit Corporation**

he entity's principal office address is:

**8 Brannon Hill Lane, Sugar Land, Tx, USA 77479**

he county or counties where business or professional services are being or are to be conducted
endered under such assumed name are:

**L COUNTIES**

he undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the
y has duly authorized the attorney-in-fact in writing to execute this document. The undersigned
s this document subject to the penalties imposed by law for the submission of a materially false
raudulent instrument.

**ny Productions, Inc**

Exhibit A to Motion for TRO
071

# EXHIBIT 7

**LLC-2**



**Secretary of State
Amendment to Articles of
Organization of a
Limited Liability Company (LLC)**



**FILED**

Secretary of State
State of California

07/18/2021

Filing Date

*Above Space For Office Use Only*

**IMPORTANT** — *Read Instructions* before completing this form.

**Filing Fee** – **$30.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

**Note**: You must file a Statement of Information (Form LLC-12), to change the
business address(es) of the LLC or to change the name or address of the LLC's
manager(s) and/or agent for service of process, which can be filed online at
*llcbizfile.sos.ca.gov/SI*.

**1. LLC Exact Name** (Enter the exact name on file with the California Secretary of State.)

RNJ ENTERPISE LLC

**2. LLC 12-Digit Entity (File) Number** (Enter the exact 12-digit Entity (File) Number issued by the California Secretary of State.)

| 2 | 0 | 2 | 1 | 0 | 4 | 3 | 1 | 0 | 0 | 3 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**3. New LLC Name (If Amending)** (*See Instructions* – List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State. The name must contain an LLC identifier such as LLC or L.L.C. "LLC" will be added, if not included.)

DADDY JULES LLC

**4. Management (If Amending)** (Select **only** one box)

The LLC will be managed by:

☐ One Manager          ☐ More than One Manager          ☐ All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement.)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6. Additional Amendment(s)** set forth on attached pages, if any, are incorporated herein by reference and made part of this Form LLC-2. (All attachments should be 8½ x 11, one-sided, legible and clearly marked as an attachment to this form LLC-2.)

**Signature**

By signing, I certify that the information is true and correct and that I am authorized by California law to sign.

*Ryan Carroll*
Sign here

Ryan Carroll
Print your name here

LLC-2 (REV 06/2019)

Exhibit A to Motion for Re

2021 California Secretary of State
bizfile.sos.ca.gov

073

**California Secretary of State**
Electronic Filing



FILED
Secretary of State
State of California

## LLC Registration – Articles of Organization

| | |
|---|---|
| **Entity Name:** | **RNJ ENTERPISE LLC** |

| | |
|---|---|
| **Entity (File) Number:** | 202104310030 |
| **File Date:** | 02/09/2021 |
| **Entity Type:** | Domestic LLC |
| **Jurisdiction:** | California |

Detailed Filing Information

1. Entity Name:

   RNJ ENTERPISE LLC

2. Business Addresses:

   a. Initial Street Address of
      Designated Office in California:

      3400 COTTAGE WAY, STE G2 #4996
      SACRAMENTO , California 95825
      United States

   b. Initial Mailing Address:

      3400 COTTAGE WAY, STE G2 #4996
      SACRAMENTO , California 95825
      United States

3. Agent for Service of Process:

   LEGALINC REGISTERED AGENTS, INC.
   (C4249296)

4. Management Structure:

   All LLC Member(s)

5. Purpose Statement:

   The purpose of the limited liability
   company is to engage in any lawful act
   or activity for which a limited liability
   company may be organized under the
   California Revised Uniform Limited
   Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:    LOVETTE DOBSON

Use *bizfile.sos.ca.gov* for online filings, searches, business records, and resources.

Exhibit A to Motion for TRO
074

# EXHIBIT 8

512/463-5709

Filing Fee: $300

**Certificate of Formation**
**Limited Liability Company**

Filing #: 802951719 03/03/2
Document #: 797389350
Image Generated Electronic
for Web Fi

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

### ...iness Financial Solutions Advisory LLC

## Article 2 – Registered Agent and Registered Office

The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

The initial registered agent is an individual resident of the state whose name is set forth below:

...e:

**Kevin  Day**

...he business address of the registered agent and the registered office address is:

...et Address:

**...10 Farnsfield Drive   Houston  TX  77084**

### Consent of Registered Agent

A copy of the consent of registered agent is attached.

**...n_registered_agent_consent_form.jpeg.pdf**

**OR**

The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

The limited liability company is to be managed by managers.

**OR**

The limited liability company will not have managers. Management of the company is reserved to the memb...

...names and addresses of the governing persons are set forth below:

...ger 1: **Max      Day**                    Title: **Manager**

...ss: **18210 Farnsfield Drive    Houston  TX, USA  77084**

## Article 4 - Purpose

...purpose for which the company is organized is for the transaction of any and all lawful business for which li...
...ty companies may be organized under the Texas Business Organizations Code.

Exhibit A to Motion for TRO
076

**Supplemental Provisions / Information**

## Organizer

name and address of the organizer are set forth below.

**Day**          **18210 FArnsfield Drive Houston Texas 77084**

## Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

### OR

This document becomes effective at a later date, which is not more than ninety (90) days from the date of it g. The delayed effective date is:

## Execution

undersigned affirms that the person designated as registered agent has consented to the appointment. The rsigned signs this document subject to the penalties imposed by law for the submission of a materially false ulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisio overning the entity to execute the filing instrument.

**Day**

ure of Organizer

**NG OFFICE COPY**

Exhibit A to Motion for TRO
077



**and**
## Consent to Serve as Registered Agent
## §5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

### Acceptance of Appointment and Consent to Serve as Registered Agent

acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

Business Financial Solutions Advisory LLC

*Name of represented entity*

am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

| Signature of registered agent | Max Day | 03-03-2018 |
|---|---|---|
| *Signature of registered agent* | *Printed name of registered agent* | *Date (mm/dd/yyyy)* |

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

### Acceptance of Appointment and Consent to Serve as Registered Agent

am authorized to act on behalf of _____

*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

| *Signature of person authorized to act on behalf of organization* | *Printed name of authorized person* | *Date (mm/dd/yyyy)* |
|---|---|---|

Exhibit A to Motion for TRO
078



# Consent to Serve as Registered Agent
## §5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

## Acceptance of Appointment and Consent to Serve as Registered Agent

acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

Business Financial Solutions Advisory LLC

*Name of represented entity*

am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

| Signature of registered agent | Printed name of registered agent | Date (mm/dd/yyyy) |
|---|---|---|
| *M. K. Day* | Max Day | 03-03-2018 |

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

## Acceptance of Appointment and Consent to Serve as Registered Agent

am authorized to act on behalf of _____

*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

| Signature of person authorized to act on behalf of organization | Printed name of authorized person | Date (mm/dd/yyyy) |
|---|---|---|

Exhibit A to Motion for TRO
079

# EXHIBIT 9

in, TX 78711-3697
: 512/463-5709

g Fee: $300

Filing #: 804985931 03/24/2...
Document #: 1232098700
Image Generated Electronic...
for Web Fi...

## Certificate of Formation
## Limited Liability Company

### Article 1 - Entity Name and Type

filing entity being formed is a limited liability company. The name of the entity is:

## ...Maxx LLC

### Article 2 – Registered Agent and Registered Office

The initial registered agent is an organization (cannot be company named above) by the name of:

## ...gency Global Inc

### OR

The initial registered agent is an individual resident of the state whose name is set forth below:

he business address of the registered agent and the registered office address is:

**...et Address:**
**...1 ELM STREET, STE. 4360    Dallas  TX  75201**

### Consent of Registered Agent

A copy of the consent of registered agent is attached.

### OR

The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

The limited liability company is to be managed by managers.

### OR

The limited liability company will not have managers. Management of the company is reserved to the mem...

names and addresses of the governing persons are set forth below:

...ger 1: **Max    Day**                Title: **Manager**

...ess: **11807 Westheimer Road   STE 550 PMB 944  Houston  TX, USA  77077**

### Article 4 - Purpose

purpose for which the company is organized is for the transaction of any and all lawful business for which li...
...ity companies may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

Exhibit A to Motion for TRO
081

## Initial Mailing Address

ress to be used by the Comptroller of Public Accounts for purposes of sending tax information.

initial mailing address of the filing entity is:

**07 Westheimer Road STE 550 PMB 944**
**uston, TX 77077**
**A**

## Organizer

name and address of the organizer are set forth below.

**as Mousilli**        **11807 Westheimer Road STE 550 PMB 944 Houston TX 77077**

## Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

### OR

This document becomes effective at a later date, which is not more than ninety (90) days from the date of ng. The delayed effective date is:

## Execution

undersigned affirms that the person designated as registered agent has consented to the appointment. The ersigned signs this document subject to the penalties imposed by law for the submission of a materially false dulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provis governing the entity to execute the filing instrument.

**as Mousilli, Attorney of Record**

ture of Organizer

**NG OFFICE COPY**

Exhibit A to Motion for TRO
082

# EXHIBIT 10

, TX 78711-3697
512/463-5709

Filing Fee: $300

**Certificate of Formation**
**Limited Liability Company**

Filing #: 804024347 04/16/2
**Document #: 1043676770**
Image Generated Electronic
for Web Fil

---

## Article 1 - Entity Name and Type

filing entity being formed is a limited liability company. The name of the entity is:

## Tex Farm Equity Partners LLC

## Article 2 – Registered Agent and Registered Office

The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

The initial registered agent is an individual resident of the state whose name is set forth below:

e:

**Day**

ne business address of the registered agent and the registered office address is:

et Address:

**10 Farnsfield Drive    Houston  TX  77084**

### Consent of Registered Agent

A copy of the consent of registered agent is attached. **signed-401 a form corrected.pdf**

**OR**

The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

The limited liability company is to be managed by managers.

**OR**

The limited liability company will not have managers. Management of the company is reserved to the meml

names and addresses of the governing persons are set forth below:

ger 1: **Max    Day**                                         Title: **Manager**

ss: **18210 Farnsfield Drive    Houston  TX, USA  77084**

## Article 4 - Purpose

purpose for which the company is organized is for the transaction of any and all lawful business for which lir
ty companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

## Organizer

name and address of the organizer are set forth below.

**Day**        <u>18210 Farnsfield Drive Houston Texas 77084</u>

**Effectiveness of Filing**

This document becomes effective when the document is filed by the secretary of state.

**OR**

This document becomes effective at a later date, which is not more than ninety (90) days from the date of it g. The delayed effective date is:

**Execution**

undersigned affirms that the person designated as registered agent has consented to the appointment. The rsigned signs this document subject to the penalties imposed by law for the submission of a materially false ulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisio overning the entity to execute the filing instrument.

**Day**

ure of Organizer

**NG OFFICE COPY**

Exhibit A to Motion for TRO
085

Acceptance of Appointment and Consent to Serve as Registered Agent
§5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

BooTex Farm Equity partners LLC

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

X: _____      Mint Day                    04/16/2021
*Signature of registered agent*         *Printed name of registered agent*      *Date (mm/dd/yyyy)*

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of _____
                                        *Name of organization designated or registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

_____
*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

X: _____      _____      _____
*Signature of person authorized to act on behalf of organization*   *Printed name of authorized person*   *Date (mm/dd/yyyy)*

---

# EXHIBIT 11

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 803024903  
**Original Date of Filing:** May 23, 2018  
**Formation Date:** N/A  
**Tax ID:** 32067272222  
**Duration:** Perpetual  

**Entity Type:** Domestic Limited Liability Company (LLC)  
**Entity Status:** In existence  

**FEIN:**

**Name:** Max Day Consulting LLC  
**Address:** 18210 FARNSFIELD DR  
HOUSTON, TX 77084-2374 USA  

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | | | Inactive Date | | |
|---|---|---|---|---|---|---|
| Max Day | 18210 Farnsfield Drive Houston, TX 77084 USA | | | | | |

[Order] [Return to Search]

Instructions:
⦿ To place an order for additional information about a filing press the 'Order' button.

Exhibit A to Motion for TRO
088

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 803024903 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 23, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32067272222 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Max Day Consulting LLC |
| **Address:** | 18210 FARNSFIELD DR |
| | HOUSTON, TX 77084-2374 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| January 17, 2021 | MAX DAY | MANAGER | 18210 FARNSFIELD DRIVE HOUSTON, TX 77084 USA |
| January 17, 2021 | MAX DAY | DIRECTOR | 18210 FARNSFIELD DRIVE HOUSTON, TX 77084 USA |

[Order]  [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 12

**2023**        **Limited Liability Company Annual Report**

| | |
|---|---|
| Due on or Before: | August 1, 2023 |
| ID: | 2022-001148781 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 08887654 |

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**MKD Investment Advisor, LLC**

*Current Registered Agent:*
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

1:  Mailing Address

   1712 Pioneer Ave.
Ste. 2207
Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

2:  Principal Office Address

   1712 Pioneer Ave.
Ste. 2207
Cheyenne, WY 82001

   Email: tax@wyomingcompany.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| C. Kupec (Authorized Agent) | C. Kupec (Authorized Agent) | August 1, 2023 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet;
2.  Sign and date this form; and
3.  Return both the form and worksheet to the Secretary of State at the address provided above.

Exhibit A to Motion for TRO
091

# EXHIBIT 13

## STATE OF WYOMING ✳ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **MKD Family Private Management Company, LLC** | | |
|---|---|---|---|
| **Filing ID** | **2022-001152671** | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 08/25/2022 1:38 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

1712 Pioneer Avenue
Suite 2207
Cheyenne, WY 82001

**Mailing Address**

1712 Pioneer Avenue
Suite 2207
Cheyenne, WY 82001

**Registered Agent Address**

Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Organizer | Capital Administrations LLC 1712 Pioneer Ave Ste 115, Cheyenne, Laramie County, WY  82001 |

**Notes**

| Date | Recorded By | Note |
|---|---|---|
| | | |

Exhibit A to Motion for TRO
093

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **MKD Family Private Management Company, LLC** | | |
|---|---|---|---|
| **Filing ID** | **2022-001152671** | | |
| Type | Limited Liability Company | Status | Active |

## Most Recent Annual Report Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2023 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 08815859 |
| AR Date | 7/19/2023 12:50 PM | | | | |
| Web Filed | Y | | | | |

**Officers / Directors**

| Type | Name / Organization / Address |
|---|---|

| **Principal Address** | **Mailing Address** |
|---|---|
| 1712 Pioneer Avenue | 1712 Pioneer Avenue |
| Suite 2207 | Suite 2207 |
| Cheyenne, WY 82001 | Cheyenne, WY 82001 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 08815859 | Original | 07/19/2023 | 2023 | $60.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 08/25/2022 |

Exhibit A to Motion for TRO
094

# EXHIBIT 14

**2023**                    **Limited Liability Company Annual Report**

Due on or Before:      August 1, 2023
ID:                    2022-001148776
State of Formation:    Wyoming
License Tax Paid:      $60.00
AR Number:             08887653

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**MKD Family Beneficiary, LLC**

1:  Mailing Address

1712 Pioneer Ave.
Ste. 2207
Cheyenne, WY 82001

<u>*Current Registered Agent:*</u>
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

2:  Principal Office Address

1712 Pioneer Ave.
Ste. 2207
Cheyenne, WY 82001

Email: tax@wyomingcompany.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| C. Kupec (Authorized Agent) | C. Kupec (Authorized Agent) | August 1, 2023 |
| --- | --- | --- |
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet;
2.  Sign and date this form; and
3.  Return both the form and worksheet to the Secretary of State at the address provided above.

Exhibit A to Motion for TRO
096

# EXHIBIT 15

Business Center

Online Services   Search

# DETAIL

RETURN TO YOUR SEARCH          FILE YOUR ANNUAL REPORT

WA AMAZON SELLER LLC

This detail reflects the current data for the filing in the system.

Print

**Name**
WA AMAZON SELLER LLC

**Filing ID**
2023-001313281

**Type**
Limited Liability Company - Domestic

**Status**
Active

**Sub Status**
Current

**Initial Filing**
08/10/2023

**Fictitious Name**

**Standing - Tax**
Good

**Standing - RA**
Good

**Standing - Other**
Good

**Term of Duration**
Perpetual

**Formed In**
Wyoming

**Principal Office**
5830 E 2ND ST
STE 7000 #6177
CASPER, WY 82609
USA

**Mailing Address**
5830 E 2ND ST
STE 7000 #6177
CASPER, WY 82609
USA

Additional Details

**Registered Agent:**
COGENCY GLOBAL INC.
1912 Capitol Ave Ste 500
Cheyenne, WY 82001 USA

**Latest AR/Year**

**AR Exempt**

**License Tax Paid**

History

Initial Filing - See Filing ID

Date: 08/10/2023

Exhibit A to Motion for TRO
098

Public Notes

No Public Notes Found...

Parties

### Mac Leckrone (Organizer)

Organization:

Address: 11807 Westheimer Rd Ste. 550 Houston TX 77077

## STATE OF WYOMING ✳ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **WA AMAZON SELLER LLC** | | |
|---|---|---|---|
| **Filing ID** | **2023-001313281** | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 08/10/2023 5:07 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

5830 E 2ND ST
STE 7000 #6177
CASPER, WY 82609

**Mailing Address**

5830 E 2ND ST
STE 7000 #6177
CASPER, WY 82609

**Registered Agent Address**

COGENCY GLOBAL INC.
1912 Capitol Ave Ste 500
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Mac Leckrone  11807 Westheimer Rd Ste. 550 Houston TX 77077 |

### Notes

| Date | Recorded By | Note |
|---|---|---|
| | | |

### Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| | | | | |

### Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 08/10/2023 |

Page 1 of 2

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **WA AMAZON SELLER LLC** | | |
| **Filing ID** | **2023-001313281** | | |
| Type | Limited Liability Company | Status | Active |

Exhibit A to Motion for TRO
101

# EXHIBIT 16

# Fulfillable Acquires 100,000 Sq ft of Warehousing Space, Strengthening East Coast Distribution Channels

NEWS PROVIDED BY
**Fulfillable →**
18 Aug, 2023, 10:53 ET

BUFFALO, N.Y., Aug. 18, 2023 /PRNewswire/ -- Fulfillable, a leader in e-commerce fulfillment solutions, is excited to announce its recent acquisition of 100,000 square feet of premium warehousing space on the East Coast. This strategic move is set to significantly enhance Fulfillable's distribution capabilities, providing unparalleled support to small and mid-size brands seeking to streamline their fulfillment processes.

With a mission to alleviate the challenges faced by small to mid-size brands in the complex world of fulfillment, Fulfillable is dedicated to offering the same high-quality fulfillment services and logistics expertise that larger brands have access to. This latest acquisition is a testament to Fulfillable's commitment to revolutionizing the fulfillment landscape, and empowering businesses of all sizes to thrive in the competitive e-commerce market.

The newly acquired warehousing space brings a range of advantages to Fulfillable and its clients. By strategically expanding its physical footprint, Fulfillable can accommodate greater inventory levels and order volumes efficiently. This allows the company to expedite order processing, reduce shipping times, and enhance overall customer satisfaction.

"Fulfillable's core mission is to level the playing field for small to mid-size brands, enabling them to compete with larger counterparts on equal footing," said Max Day, CEO of Fulfillable. "This acquisition of warehousing space reinforces our commitment to providing top-tier

fulfillment solutions that empower our clients to scale their businesses effectively."

The East Coast location was chosen for its proximity to major population centers and shipping hubs, ensuring rapid and cost-effective delivery options for Fulfillable's clients. This move also bolsters Fulfillable's ability to offer multi-channel fulfillment, simplifying logistics for businesses seeking to expand market reach.

Fulfillable's warehousing facilities are equipped with advanced inventory management systems and technology-driven order processing solutions. This ensures real-time visibility into inventory levels, order status, and shipping updates, enabling businesses to make informed decisions and provide superior customer experiences.

As Fulfillable continues to grow, the company remains committed to its vision of democratizing logistics expertise. Through innovative solutions, industry-leading practices, and a dedicated team of fulfillment experts, Fulfillable empowers brands to focus on their core competencies while leaving the complexities of order fulfillment in capable hands.

For inquiries and more information about Fulfillable's new acquisition and its comprehensive range of fulfillment services, please visit www.fulfillable.com.

Press Contact:
Kiana Jones
Earned Media Manager
(888) 297-0194
364035@email4pr.com
www.fulfillable.com

SOURCE Fulfillable

Exhibit A to Motion for TRO
104



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

Exhibit A to Motion for TRO
105

# EXHIBIT 17

- **Automobile appointments are required for vehicle transactions such as title transfers, homemade trailers, new residents (vehicles that have never been registered in Texas). An appointment is NOT required for vehicle registration renewals, special plates, replacement registration/plates, disabled placards, or disabled tags.**
- **The Texas Department of Motor Vehicles (TxDMV) handles apportioned registrations, lost or destroyed vehicle titles, and oversize/overweight permits. Please visit www.txdmv.gov or call 1(888)-368-4689.**
- **If you have questions pertaining to commercial procedures/transactions, please visit: www.hctax.net/HarrisCounty/CommercialFL.**



# ANN HARRIS BENNETT
## Tax Assessor-Collector



| Property Tax | Vehicle Registration | Permits & Special Taxes | Online Services | Military |

## 2023 PROPERTY TAX STATEMENT

**CLICK HERE TO PAY BILL**

| Account Number | Current As Of: | Assessed Owner |
|---|---|---|
| 115-186-058-0001 | December 10, 2023 | MEO INVESTMENT ADVISOR LLC<br>1712 PIONEER AVE<br>CHEYENNE WY 82001 |

| Property Description | Appraised Values | | Notes/Exemptions |
|---|---|---|---|
| 18210 FARNSFIELD DR 77004<br>LT 1 BLK 58<br>DEERFIELD VILLAGE SEC 5<br>2234 AC | Land - Market Value | 73,677 | Homestead |
| | Impr - Market Value | 319,410 | |
| | Total Market Value | 391,087 | |
| | Less Capped Mkt Value | 19,000 | |
| | Appraised Value | 372,087 | |

| Taxing Jurisdiction | Exemption | Taxable Value | Tax Rate | Taxes |
|---|---|---|---|---|
| Harris County | 74,417 | 297,670 | 0.350070 | $1,042.05 |
| Harris County Flood Control Dist | 74,417 | 297,670 | 0.031050 | $92.43 |
| Port of Houston Authority | 74,417 | 297,670 | 0.005740 | $17.09 |
| Harris County Hospital District | 74,417 | 297,670 | 0.143430 | $426.95 |
| Harris County Dept. of Education | 74,417 | 297,670 | 0.004800 | $14.29 |
| Lone Star College System | 29,767 | 342,320 | 0.107600 | $368.34 |
| Emergency Serv Dist #9-EMS/Fire | 18,604 | 353,483 | 0.044360 | $156.81 |

| | |
|---|---|
| **Total 2023 Taxes Due by January 31, 2024:** | **$2,117.96** |
| **Payments applied to 2023 taxes:** | **$0.00** |
| **Total Current Taxes Due:** | **$2,117.96** |
| **Prior year(s) taxes due (if any):** | **$0.00** |
| **Total Amount Due For January 2024:** | **$2,117.96** |

| Penalties for Late Payments | Rate | Current | Delinquent | Total |
|---|---|---|---|---|
| By February 29, 2024 | 7% | $2,266.22 | $0.00 | $2,266.22 |
| By March 31, 2024 | 9% | $2,308.58 | $0.00 | $2,308.58 |
| By April 30, 2024 | 11% | $2,350.94 | $0.00 | $2,350.94 |
| By May 31, 2024 | 13% | $2,393.30 | $0.00 | $2,393.30 |
| By June 30, 2024 | 15% | $2,435.64 | $0.00 | $2,435.64 |

Totals due may contain an additional section 33.07 collection penalty of 20%

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

### Search
Account ▼
Please enter search text he

[ Search ]

- Current Statement
- 5 Year Account History
- Pay Online
- Print Statement
- eBill
- HCAD
- Tax Receipts

# EXHIBIT 18

LOG IN          **DO I QUALIFY?**



~~Ryan Carroll~~

## About                                                          ✕

### Ryan Carroll

At age 26, Ryan founded his company Wealth Assistants to help investors build generational wealth through done-for-you e-commerce services that drive a higher ROI than most traditional investments. After the first year in business, his company scaled from 5 people to over 250 team members, to managing over $90 million in e-commerce sales and partnering with key players in the e-commerce world such as Cart.com. His big goal is for Wealth Assistants to own 1% of Amazon's market share by 2032, and simply to help more people build the generational wealth he believes they deserve.

At age 26, Ryan founded his company Wealth Assistants to help investors build generational wealth through done-for-you e-commerce services that drive a higher ROI than most traditional investments. After the first year in business, his company scaled from 5 people to over 250 team members, to managing over $90 million in e-commerce sales and partnering with key players in the e-commerce world such as Cart.com. His big goal is for Wealth Assistants to own 1% of Amazon's market share by 2032, and simply to help more people build the generational wealth he believes ...

SEE MORE ⌄

Published content          Company details

Exhibit A to Motion for TRO
110

# EXHIBIT 19

**From:** Max Day <maxday@wealthassistants.com>
**To:** "bcdillard@yahoo.com" <bcdillard@yahoo.com>
**Sent:** Tuesday, August 30, 2022 at 02:59:58 PM CDT
**Subject:** Contact Information

Craig,

Thanks for the time and feedback today. I have reached out to Noah regarding your questions. He will look into it and either get back to me or directly reach out. As discussed, we will be working to transition to the FBA and the FBM (drop ship) model. But get you some answers on the questions you brought up to me. Thank you again for the feedback!

Also, below is Nate and my contact information. Feel free to reach out anytime.

Nate Fancher | Director, Portfolio Management
nate@wealthassistants.com
949-990-4410

Max Day | Chief Growth Officer
maxday@wealthassistants.com
832-400-5695

Very Best,
Max

# EXHIBIT 20



Nico Banks <nico@bankslawoffice.com>

---

## Fwd: Introductions
1 message

**Zach Henson** <zach@mintsolutions.biz>                                              Wed, Dec 27, 2023 at 1:40 PM
To: Nico Banks <nico@bankslawoffice.com>

Introduction to payment processor helpers from Max Day

---------- Forwarded message ---------
From: **Max Day** <maxday@wealthassistants.com>
Date: Thu, Jan 5, 2023 at 1:43 PM
Subject: Introductions
To: Zach Henson <zach@mintsolutions.biz>, Alison Schmidt <alison@total-apps.com>, Rey Pasinli <Rey@total-apps.com>

Zach <> Rey & Alison

Zach - I would like to introduce you Rey and Alison with Total Apps. I have known Rey for 15+ years, and he is a trusted friend. They take a very creative and custom approach to processing. They could help with your rapidly expanding business.

Y'all take it from here.

Very Best,
Max

# EXHIBIT 21



Nico Banks <nico@bankslawoffice.com>

---

# Bank info

**Marker Law** <markerlawmediationclerk@gmail.com>                          Fri, Dec 15, 2023 at 1:57 PM
To: nico@bankslawoffice.com, Travis Marker <markerlawmediation@gmail.com>, Brien <brien0007@gmail.com>

Here is the bank info for Wealth Assistants.



Kim

# EXHIBIT 22

On Fri, Jan 19, 2024 at 12:13 PM Haider Istanbouli <hmistanbo@gmail.com> wrote:

---------- Forwarded message ----------
From: **Michael Day** <michael@wealthassistants.com>
Date: Tue, Oct 25, 2022 at 12:55 PM
Subject: Re: Ecom Service Agreement & Triple A Store info
To: Haider Istanbouli <hmistanbo@gmail.com>
Cc: samar.istanbouli@yahoo.com <samar.istanbouli@yahoo.com>

Good morning Haider and Samar,

So glad to hear that you all will be moving forward with the Triple AAA store!
I know you have a Service Agreement that I previously sent, but I will make sure that you have the most updated version.  I will get emailed to you all ASAP.

Also, as originally discussed, for your $75K set-up fee, we will be providing you with a tier 1 store, which is normally a $125K store with a 70/30% profit split.
We have agreed to do this in return for you all providing referrals to us in the future... of course, this would be predicated on you all being confident in

your client partner process, which we feel should take no longer than 90 days, possibly sooner.

Once we have received back the signed Service Agreement, and your wire transfer for the $75K funds, we can proceed with getting you all in our queue to begin the onboarding process, with our onboarding team. They will let you know about the LLC and reimbursement for that, and what the expectations and timeline will be for completing onboarding and the transferring of the Triple AAA store to your LLC.

Then we can begin the store on the journey to success for us all!

Welcome Aboard!!

Regards,

On Mon, Oct 24, 2022 at 1:45 PM Haider Istanbouli <hmistanbo@gmail.com> wrote:
What are the next steps on your end?

On Wed, Oct 12, 2022 at 2:48 PM Michael Day <michael@wealthassistants.com> wrote:
Good Afternoon, Haider & Samar:

I am enclosing the E-com Service Agreement with SPECIAL aged store price that we spoke about Haider.
These stores range in price from $75 up to $125K.
I have arranged for you guys to get the top tier $125K store with a 70/30 profit split, for the lower price of $75K.  The $75 Triple A store normally has a 50/50 split.

I was able to arrange this because you are a friend and associate of Max's, and mainly because you said you could bring several referrals, if all goes well with your store and experience.

These stores have so many advantages over new stores, and DO NOT have a 90 day Amazon probationary period, like new stores do.  They can be fast tracked to profit much quicker than new stores.

In addition, we have developed a 72 point SOP protocol that virtually eliminates any possibility for deactivations or suspensions.  Our partner that procures these stores for us, has done over 1000 aged stores for 12 years, without a deactivation or suspension.  It is this SOP protocol that we have implemented that gives our client partners and us, a HUGE advantage.

I have attached the Ecom Service Agreement, and I have also provided you with some data on your store that I selected for you, just below.

I look forward to speaking with you both tomorrow, and answering any questions you have.  Also, keep in mind that we have our buy-back clause in the agreement for your investment protection.

Regards,

Age of the Store Account: 6 Years Old.

This account was opened in August 2016 and was used to sell Private Label (Electronics, hunting equipment) on the US marketplace. Originally registered for the US company.

Total Sales Volume: $251.2k

Total Order Volume: 10,899 FBA Orders and 815 FBM Orders

Seller Feedback: 273 (99%)

Recent Sales (last 2 years): $28.2k

Last Sales In: June2 022.

Verification: The account is on a professional selling plan and will not require additional verification.

Reserve: Yes

Restock Limits: 1000
Storage Volume: No limit

Ungated Brands: Boker, LighterBro, Princeton Tec, Denix, Browning, Beretta, Cold Steel, VLG, VLG Products

Ungated categories: Luggage & Travel Accessories



**Michael Day**

Business Development Consultant

**Assisting People Build Modern Day Wealth**



WEALTH ASSISTANTS

📞 713-927-6425

✉ Michael@wealthassistants.com

🌐 www.wealthassistants.com



Forbes    BUSINESS INSIDER    Entrepreneur    Disrupt



**Michael Day**

Business Development Consultant

**Assisting People Build Modern Day Wealth**



713-927-6425

Michael@wealthassistants.com

www.wealthassistants.com







# EXHIBIT 23



# WEALTH ASSISTANTS

## DFY AMAZON SELLER MANAGEMENT

By: Wealth Assistants

Wealth Assistants is in no way affiliated, associated, authorized, endorsed by, or in any way officially connected with Amazon INC. *Any monthly earnings, revenue, or profit discussed/shown in this document is in no way legally guaranteed and is just for explanation purposes. Confidential and Proprietary. Copyright by Wealth Assistants, LLC. 2022. All Rights Reserved.

## PASSIVE
# INCOME DISCLAIMER

This business is **NOT** 100% passive (We handle ~ **95%** for you)

### THERE IS STILL SOME WORK NEEDED FROM YOU:

**01.** Working with our Amazon Onboarding team to get your account set up.

**02.** Obtaining a new business entity, seller's permit, and tax exemption

**03.** Acquiring working capital with our funding team if needed.

**04.** Being responsible for your new yearly income taxes from this business.

This is a **business that you own** and you should be willing to work with us to make this a successful experience.





2

Exhibit A to Motion for TRO
124

#### WHAT IS OUR
# AMAZON SELLER MANAGEMENT

 With Amazon Automation, **you are the business owner** while we are your operational partners who set up and manage a fully passive Amazon store for you.

 **We handle all operational aspects** from products sourcing, listing creation, ranking, inventory management, & customer support while you take home the profits.

 Our team of Ecommerce experts constantly research and analyze the hottest product trends to ensure your store generates the **highest sales volumes**.



3







**OUR**
# CLIENT MISSION

### *CREATING MODERN DAY PASSIVE INCOME.*

## *$10,000/Month*

We prioritize in getting each and every client to $10,000 a month in fully passive income by **months 9-12** of owning an Amazon business.



5

## OUR
# HYBRID BUSINESS MODEL

### WITH DROP SHIPPING & FBA:

*1.* Our product research team is constantly analyzing market data to find **top selling products for your store**

*2.* We **leverage our vast supplier** relationships to acquire inventory at the cheapest wholesale price for you

*3.* We list those products on your store via drop shipping **(so you don't pay any COGs upfront)**

*4.* We'll strategically **grow your SKU's to 150+** products by months 3-6 in owning your Amazon business

*5.* Customers place orders at a **15 – 20% markups on price** and our suppliers take care of all shipping / logistics

*6.* We take your winning products and **bulk order them at better rates** for **Amazon FBA** (optional months 3-12+)

*7.* Your stores **profit margins increase** to 15 - 30% and we continue operating a fully hybrid Amazon store DFY





5

Exhibit A to Motion for TRO
128

## PRODUCTS
# THAT WE SOURCE

### *FOR YOUR AMAZON STORE:*

We leverage our 200+ managed Amazon accounts to **access world-class distributors**, that only companies with $500K+ monthly inventory spend can work with.

This enables our client stores to have an edge, as we'll be able to list and sell products that are already in high demand with **very little competition**.

You can expect your store to be filled with different brand name products in **multiple categories** such as Appliances, Outdoors, & Supplements.

[Learn more about our distributors here.](Learn more about our distributors here.)




WEALTH ASSISTANTS

**OUR PREP CENTER**

# WAREHOUSES

## *FOR YOUR FBA BULK ORDERS:*

When we acquire inventory in bulk for your business, it will get shipped to one of our prep center warehouses, either in **California or New York.**

Your products will first go through a **quality checking** assessment where we'll be able to find and replace any damaged goods.

We then **sort and repackage** all products so we can allocate them to different Amazon FBA centers around the country.

Once your products arrive at at the Amazon centers, they are qualified for **Prime Shipping** and Amazon will handle all shipping logistics.







8



**AMAZONS**

# PROBATION PERIOD

**Probationary Period** (Months 1 – 3)**:** Sales will be slow as we build up seller rapport with Amazon on your behalf.

During this time your business will be on close watch with Amazon as they verify you're a legitimate business with a good customer satisfaction score.

Every new Amazon seller is required to go through this stage and is a necessary process in scaling your Amazon business.



9

Exhibit A to Motion for TRO
131

# OUR AMAZON MANAGEMENT
## FINANCIAL BREAKDOWN

| Month | Monthly Gross Sales | Monthly Profit Totals | ROI Percentages |
|---|---|---|---|
| 1-3 (Probation Period) | $7,000 – $10,000 | $1,000 – $2,000 | 15 – 20% |
| 3-6 | $20,000 – $35,000 | $3,000 – $7,000 | 15 – 20% |
| 6-9 | $35,000 – $50,000 | $5,000 – $10,000 | 15 – 20% |
| 9-12 | $50,000 – $80,000 | $7,500 – $16,000 | 15 – 20% |
| *First Year Totals:* | *$315,000 – $525,000* | *$49,500 – $105,000* | *15 – 20%* |
| 12-16 | $80,000 – $110,000 | $12,000 – $22,000 | 15 – 20% |
| 16-20 | $110,000 – $135,000 | $16,500 – $27,000 | 15 – 20% |
| 20-24+ | $135,000 – $185,000+ | $20,250 – $37,000+ | 15 – 20% |

*Please note these numbers are before our profit splits



10

Exhibit A to Motion for TRO
132

# WORKING CAPITAL OVERVIEW

| Months | Monthly Drop Shipped Product Spend | Monthly FBA Wholesale Working Capital |
|---|---|---|
| 1-3 (Probation Period) | $5,000 - $8,000/mo | $0 until winning products found |
| 3-6 | $15,000 - $30,000/mo | $15,000/mo optional |
| 6-9 | $30,000 - $45,000/mo | $30,000/mo optional |
| 9-12 | $45,000 - $70,000/mo | $50,000/mo optional |



After establishing the foundation of your Amazon business year one, we can start allocating up to **$500K/mo** in working capital towards both drop shipping and FBA products, while maintaining the same profit margins.



11

# OUR CREDIT FUNDING TEAM
## WE'VE GOT YOUR INVENTORY SPEND COVERED

Our partners at Pennington Consulting Group specialize in helping new businesses obtain up to $100K in funding through 0% interest credit cards. Their one-on-one support and guidance with our partners enables them to get the capital they need, so we can scale their Amazon business effortlessly.



During onboarding with us, we will connect you directly to Pennington Consulting Group for your free consultation call.

They will put together a unique game plan for your new business and help you secure the funding you need.

Secure your funding in as little as 2 weeks so we can start acquiring products for your new Amazon business.



12

Exhibit A to Motion for TRO
134

**AMAZON STORE**

# CASE STUDIES - MONTHS 1 - 12








13

**AMAZON STORE**

# CASE STUDIES - MONTHS 12 - 24+








14



#### OUR PRIVATE EQUITY FIRMS
# WILL ACQUIRE YOUR BUSINESS

### *WANT TO EXIT YOUR BUSINESS IN 2-3 YEARS?*

You don't just own a cash flowing store when you work with us. You own a cash flowing **ASSET**.

Which means you'll have the opportunity to **sell your business** to our Private Equity investors 2-3 years from opening up your Amazon store (once your sales are $130K+/monthly).

Our **investors pay top dollar** for this Asset class with a 3-5X multiple on your EBITDA, equaling a $500K - $1M lump sum buyout.

Between months 24-36 we'll be able to **broker a deal for you,** if exiting your business is the path you want to take.



15

#### OUR ONE TIME
## SET UP FEE OPTIONS

### $55,000 ONBOARDING FEE



**Monthly Profit Split:**
**70%** (Client) - Owner Income
**30%** (Wealth Assistants) - Operating Expense

### $45,000 ONBOARDING FEE



**Monthly Profit Split:**
**60%** (Client) - Owner Income
**40%** (Wealth Assistants) - Operating Expense

### $35,000 ONBOARDING FEE



**Monthly Profit Split:**
**50%** (Client) - Owner Income
**50%** (Wealth Assistants) - Operating Expense





**Yearly Renewal Fee:**
$2,500 + The option to buy into a lower profit split



**Payment methods we accept:**
EFTs (Wires & ACH), Checks, Cashier Checks, Cryptocurrency



15

Exhibit A to Motion for TRO
138

## OUR 100%
# MONEY BACK GUARANTEE
### HAVE PEACE OF MIND WITH YOUR INVESTMENT

We're so confident in our ability to build you a **$10K/mo+ passive income stream** on Amazon that we offer all of our clients a 12 month buy back guarantee on their initial investment.



**How it works:** If you have not recouped your initial investment back within 1 year of owning your store we will give you the opportunity to either:

**One:** Have us buy back your Amazon store from you at the price difference you didn't make back or...

**Two:** We will waive your annual store renewal fee and continue operating and scaling your Amazon Store free of charge.



17

Exhibit A to Motion for TRO
139

**SETUP FEE**

# FINANCING OPTIONS

## HOW IT WORKS:

Our lending partners work with our Clients to get them up to $100K in funding (even if they have a low credit score) with **payments as low as $1,000/mo** for $50K funding



**1.** We soft pull your credit to see if you're approved for funding

**2.** Speak with the 7-figure funding team to see how much you qualify for

**3.** You send our lenders ID verification and support documents to secure your new funds

**4.** You get funds deposited directly into your account within 1-2 weeks

**5.** You invest with us, pay your one time setup fee, and start cash flowing above your monthly payment

CLICK THE  _GET FINANCING_  BUTTON & APPLY NOW




WEALTH ASSISTANTS

18



**MULTIPLE**

# STORE PACKAGES

**_DON'T BUY JUST ONE STORE!_**

## $3,000

2 - 5 Store Package - $3,000 OFF each store

## $4,000

6 - 9 Store Package - $4,000 OFF each store

## $5,500

10+ Store Package - $5,500 OFF each store

SAVINGS APPLY ONLY TO PURCHASES OF STORE PACKAGES (individual and future add-on store purchases are excluded from these reduced rates)



19



**OUR**
# REFERRAL PROGRAM

**SHARING MODERN DAY PASSIVE INCOME.**

## $3,000/Referral

Know someone who would also like to make passive income by owning an Amazon business? Refer them to Wealth Assistants and earn a $3,000 referral bonus.



20

## WHY WE ARE DIFFERENT
# THAN OTHER SERVICE PROVIDERS



**One)** No other provider has supplier relationships like we do. When you work with us you're also getting access to hundreds of brand name products for your store (not just cheap Chinese sourced products that hurt your stores reputation)

**Two)** We take pride in being one of the only service providers that quality checks your inventory at our private warehouse in Southern California. This is where our team also takes custom product photos for all of your Amazon listings.

**Three)** We have a dedicated team of over 300+ people working around the clock to make your Amazon store successful. We use custom cutting edge software and analyze data trends to consistently grow your store.

**Four)** We take Amazon compliancy serious which is why we haven't had a client account suspended in over 2 years. Most other providers operate against policy leaving you to personally fight an Amazon account suspension for months.

**Five)** We have a proven 9 year track record selling on Amazon, managing over 200+ client accounts and successfully growing them to over $10,000/mo net in passive income.


WEALTH ASSISTANTS

21

Exhibit A to Motion for TRO
143

