# EXHIBIT C

Exhibit C to Motion for TRO
147

# DECLARATION UNDER PENALTY OF PERJURY

I, Jennifer Lehmkuhl Hill, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In or around November of 2022, a representative of Wealth Assistants named Jennifer Schertferger told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In November of 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. In November of 2022, I wired $35,000 to Wealth Assistants to cover my onboarding fee.

4. I later wired more than $7,000 to Wealth Assistants for inventory payments.

5. I requested an invoice from Wealth Assistants to prove that the amount of money I had wired to the company for inventory had in fact been spent on inventory for my store. Wealth Assistants never sent me any such proof.

6. I did not receive any money in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

7. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Jennifer Lehmkuhl Hill*
Jennifer Lehmkuhl Hill (Mar 24, 2024 14:15 MDT)

Date: 24/03/2024

Exhibit C to Motion for TRO
148

# 2024.03.20 Lehmkuhl Hill declaration

Final Audit Report                                                                 2024-03-24

| | |
|---|---|
| Created: | 2024-03-24 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYoSeYqAE6ZwFjbdMJiqd67NtDWJxqkB6 |

## "2024.03.20 Lehmkuhl Hill declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-24 - 3:10:36 PM GMT

- Document emailed to Jennifer Lehmkuhl Hill (catalystcommercellc@gmail.com) for signature
  2024-03-24 - 3:10:39 PM GMT

- Email viewed by Jennifer Lehmkuhl Hill (catalystcommercellc@gmail.com)
  2024-03-24 - 8:14:35 PM GMT

- Document e-signed by Jennifer Lehmkuhl Hill (catalystcommercellc@gmail.com)
  Signature Date: 2024-03-24 - 8:15:40 PM GMT - Time Source: server

- Agreement completed.
  2024-03-24 - 8:15:40 PM GMT

Adobe Acrobat Sign

Exhibit C to Motion for TRO
149