# EXHIBIT D

## DECLARATION UNDER PENALTY OF PERJURY

I, Mouloud Hocine, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In June of 2023, a representative of Wealth Assistants named Peter McLean told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate more than $10,000 of income per month by the end of the store's first year.
2. Peter McLean also shared with me a document projecting the profitability of a store Wealth Assistants could manage for me. Below is a true and accurate image of the projection McLean shared with me.

| Month | Total Sales | COGS | Gross Profit | Net Profit 70% |
|---|---|---|---|---|
| 1 | $6,018 | $5,100 | $918 | $643 |
| 2 | $6,776 | $5,743 | $1,034 | $724 |
| 3 | $7,630 | $6,466 | $1,164 | $815 |
| 4 | $29,630 | $25,110 | $4,520 | $3,164 |
| 5 | $33,363 | $28,274 | $5,089 | $3,563 |
| 6 | $37,567 | $31,836 | $5,731 | $4,011 |
| 7 | $42,300 | $35,848 | $6,453 | $4,517 |
| 8 | $47,630 | $40,365 | $7,266 | $5,086 |
| 9 | $53,632 | $45,451 | $8,181 | $5,727 |
| 10 | $60,389 | $51,177 | $9,212 | $6,448 |
| 11 | $67,998 | $57,626 | $10,373 | $7,261 |
| 12 | $76,566 | $64,886 | $11,680 | $8,176 |
| Year 1 Totals | | | $71,619 | $50,133 |
| 13 | $86,213 | $73,062 | $13,151 | $9,206 |
| 14 | $97,076 | $82,268 | $14,808 | $10,366 |
| 15 | $109,308 | $92,634 | $16,674 | $11,672 |
| 16 | $123,081 | $104,306 | $18,775 | $13,142 |
| 17 | $138,589 | $117,448 | $21,141 | $14,798 |
| 18 | $156,051 | $132,246 | $23,804 | $16,663 |
| 19 | $175,713 | $148,910 | $26,804 | $18,763 |
| 20 | $197,853 | $167,672 | $30,181 | $21,127 |
| 21 | $222,783 | $188,799 | $33,984 | $23,789 |
| 22 | $250,853 | $212,588 | $38,266 | $26,786 |
| 23 | $282,461 | $239,374 | $43,087 | $30,161 |
| 24 | $318,051 | $269,535 | $48,516 | $33,961 |
| Year 2 Totals | | | $329,191 | $230,434 |

3. In July of 2023, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. In the same month, I wired Wealth Assistants $55,000 to cover my onboarding fee.

4. In or around October of 2023, Wealth Assistants asked me to wire another $5,000 to pay for my store's inventory. I wired Wealth Assistants that money on October 3, 2023. That inventory was never uploaded into my store.

5. I never received any revenue in connection with my store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: _____
Mouloud Hocine (Mar 20, 2024 12:58 PDT)

Date: 20/03/2024

# 2024.03.20 Hocine declaration

Final Audit Report                                                                 2024-03-20

| | |
|---|---|
| Created: | 2024-03-20 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdDrIKFaCAJRT8eEtZFYxB2EGktEZCUVh |

## "2024.03.20 Hocine declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-20 - 6:15:14 PM GMT

- Document emailed to Mouloud Hocine (mouloud75dz@gmail.com) for signature
  2024-03-20 - 6:15:18 PM GMT

- Email viewed by Mouloud Hocine (mouloud75dz@gmail.com)
  2024-03-20 - 7:52:56 PM GMT

- Document e-signed by Mouloud Hocine (mouloud75dz@gmail.com)
  Signature Date: 2024-03-20 - 7:58:48 PM GMT - Time Source: server

- Agreement completed.
  2024-03-20 - 7:58:48 PM GMT

Adobe Acrobat Sign

Exhibit D to Motion for TRO
153