# EXHIBIT E

**DECLARATION UNDER PENALTY OF PERJURY**

I, Amund Thompson, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In or around July of 2022, a representative from Wealth Assistants named Charles Fitzgerald Butler emailed me and attached a PowerPoint that projected a stores managed by Wealth Assistants would generate more than $10,000 per month in profits by the store's end of their first year.

2. In November of 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. In or around November of 2022, I paid Wealth Assistants $50,000 to cover my onboarding fee for the store.

4. In early 2023, I paid $5,000 to Wealth Assistants for inventory. I paid Wealth Assistants that money by wiring the money to an escrow agent called Marker Law.

5. In total, to date, I have received no more than $5,000 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from the store that Wealth Assistants managed on my behalf.

6. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Amund Thompson*

Date: 20/03/2024

Exhibit E to Motion for TRO
155

# 2024.03.24 Armund Thompson declaration

Final Audit Report 2024-03-20

| | |
|---|---|
| Created: | 2024-03-20 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAY8rrJ613ECJjfcNdUutvPEtk9R4n15tT |

## "2024.03.24 Armund Thompson declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-20 - 6:53:23 PM GMT

- Document emailed to Armund Thompson (amund.thompson@gmail.com) for signature
  2024-03-20 - 6:53:28 PM GMT

- Email viewed by Armund Thompson (amund.thompson@gmail.com)
  2024-03-20 - 11:35:35 PM GMT

- Document e-signed by Armund Thompson (amund.thompson@gmail.com)
  Signature Date: 2024-03-20 - 11:41:24 PM GMT - Time Source: server

- Agreement completed.
  2024-03-20 - 11:41:24 PM GMT

Adobe Acrobat Sign

Exhibit E to Motion for TRO

156