# EXHIBIT G

# DECLARATION OF JAMESON CRONEY

I, Jameson Croney, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. My name is Jameson Croney. I am over the age of 18.

2. On November 23, 2022, I received an email from a Wealth Assistants employee. The email included a link to a recording of a video call I had previously had with OConnor.

3. Below is a true and correct copy of a screenshot of the video linked in the email referenced in the paragraph above. The screenshot shows a spreadsheet titled "Revenue Projection" that projects a store Wealth Assistants managed would generate more than $24,000 of profits per month by the end of the first year. I relied on those financial projections when deciding to purchase the business opportunity Wealth Assistants was offering.



4. In November of 2023, my partner Michelle Acosta-Croney I signed a "Service Agreement For Ecommerce Store Management," which was countersigned by Ryan Carroll on behalf of Wealth Assistants.

5. On November 30, 2023 I received an email from Justin OConnor asking me to wire money to an account held by Wealth Assistants at Evolve Bank & Trust. The account number for Wealth Assistants' bank account requesting the wire transfer ended in 6732.

Exhibit G to Motion for TRO
187

6. On May 26, 2023 I received an email from the email address clientinvoices@wadistributions.com. The email requested that I wire an inventory payment to an account held by "WA Distribution LLC" at Thread Bank with an account number ending in -0635.

7. On July 3, 2023, I received an email from no-reply@wealthassistants.com requesting that I wire money for an inventory payment to a bank account held by "Wealth Assistants LLC" at Thread Bank with an account ending in -3710.

8. Exhibit 1 to this Declaration is a true and correct copy of an email I received from Terry Kruse of Wealth Assistants. That exhibit shows Kruse emailed a list of items that were purportedly "Active Products" in my store. I then emailed Terry stating, in part, "Currently if I look up our store on Amazon we are currently selling zero items. The items that you listed above from May are being sold in other stores, not in ours?" She did not explain why, despite the list she provided me, there were zero items being sold in my store.

9. I paid $115,000 to Wealth Assistants for my Onboarding fee and I paid more than $20,000 to Wealth Assistants for inventory.

10. As of December 10, 2023, I had received less than $2,000 of revenue from my store over the store's lifetime.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Jameson Croney*
Jameson Croney (Mar 4, 2024 09:41 PST)

# EXHIBIT 1

From: **Terry Kruse** <terry.k@wealthassistants.com>
Date: Wed, Aug 16, 2023 at 11:36 AM
Subject: Re: Wealth Assistants
To: Jameson Croney <macjllcamz@gmail.com>


This is your sales $1543.61
The invoices will follow.
Thanks
Terry

On Sat, Aug 12, 2023 at 3:03 PM Jameson Croney <macjllcamz@gmail.com> wrote:
> Terry,
>
> So are you saying that the $5000 working cap we just had in there is the funds to cover the 1860 new units coming to our store? And so we have now 14K for future orders? Is that correct
> Also are you able to provide the invoice for the1860k, so we can see what is going in the store.
> Currently if I look up our store on Amazon we are currently selling zero items. The items that you listed above from May are being sold in other stores, not in ours?
> Thank you for sending me the link to the portal again but the portal has not updated any numbers for weeks. It is not a real time update at all, can you please explain how often it updates?
>
> The info pasted below is all the info I can see: Latest invoice showing May, not Aug. Sales do not match the number you are telling me at all. And I have never seen anything showing in th



> On Thu, Aug 10, 2023 at 9:25 AM JAMESON CRONEY <JAYCRONEY@hotmail.com> wrote:
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Terry Kruse <terry.k@wealthassistants.com>
>>> **Date:** August 10, 2023 at 9:05:30 AM PDT
>>> **To:** Jameson Croney <jaycroney@hotmail.com>
>>> **Subject: Wealth Assistants**
>>>
>>>
>>> Good Day,
>>> Here is your Store Update.
>>> You have an excellent baseline of product building. There is a shipment with 1850 items headed to your store and sales are happening.
>>> Rember that August is typically a slow month for sales in the Amazon spaces.
>>> Portal info Link:https://www.loom.com/share/174c21ffa799403cbb346f87c69c7d80
>>> Sales last 30 Days:$1543.61

Working Capital Reserve: $14,498.70
Active Products:

Exhibit G to Motion for TRO
191



Exhibit G to Motion for TRO
193

Exhibit G to Motion for TRO
194

Exhibit G to Motion for TRO
195



Thanks
Terry

# Croney condensed declaration

Final Audit Report                                              2024-03-04

| | |
|---|---|
| Created: | 2024-03-04 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAyEJOSEregE5rBrc3XbU3R75nissKgpFA |

## "Croney condensed declaration" History

Document created by Nico Banks (nico@bankslawoffice.com)
2024-03-04 - 4:14:25 PM GMT

Document emailed to Jameson Croney (macjllcamz@gmail.com) for signature
2024-03-04 - 4:14:31 PM GMT

Email viewed by Jameson Croney (macjllcamz@gmail.com)
2024-03-04 - 5:40:44 PM GMT

Document e-signed by Jameson Croney (macjllcamz@gmail.com)
Signature Date: 2024-03-04 - 5:41:02 PM GMT - Time Source: server

Agreement completed.
2024-03-04 - 5:41:02 PM GMT

Adobe Acrobat Sign