# EXHIBIT H

## DECLARATION OF SHANON MCALISTER

I, Shanon McAlister, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. My name is Shanon McAlister. I am over the age of 18.

2. I discovered Wealth Assistants by viewing advertisements on Instagram promoting Wealth Assistants.

3. In September of 2022, a representative of Wealth Assistants named Kristen Garcia emailed me a link to a video that described the business opportunity Wealth Assistant was selling. Part of the video showed that a hypothetical store managed by Wealth Assistants would generate more than $10,000 per month, even using "very very conservative" assumptions regarding the stores' return on investment. I relied on Wealth Assistants' financial projections, like the projections in the video, when I decided to become a client of Wealth Assistants.

4. In June of 2023, my girlfriend Alicia Molitor and I jointly signed a contract to pay Wealth Assistants to set up and manage an online store for us. A true and correct copy of the signed agreement is Exhibit 1 to this Declaration.

5. In July of 2023, Molitor and I sent a total of $45,000 to Wealth Assistants via wire transfer. Those payments were supposed to cover our onboarding fee and initial inventory for the store.

6. Wealth Assistants set up an online Amazon store for Molitor and me, but Wealth Assistants never stocked our store with any inventory. As a result, our store generated no revenue.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Shanon McAlister*
Shanon McAlister (Mar 4, 2024 11:21 EST)

Exhibit H to Motion for TRO

200

# CONDENSED DECLARATION OF SHANON MCALISTER IN SUPPORT OF PLAINTIFFS

Final Audit Report                                                                                         2024-03-04

| | |
|---|---|
| Created: | 2024-03-04 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAS442pkgRh21RYIwgRPvVDN8KBBueKzty |

## "CONDENSED DECLARATION OF SHANON MCALISTER IN SUPPORT OF PLAINTIFFS" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-04 - 4:20:56 PM GMT

- Document emailed to Shanon McAlister (shanonmcny@gmail.com) for signature
  2024-03-04 - 4:21:00 PM GMT

- Email viewed by Shanon McAlister (shanonmcny@gmail.com)
  2024-03-04 - 4:21:21 PM GMT

- Signer Shanon McAlister (shanonmcny@gmail.com) entered name at signing as Shanon McAlister
  2024-03-04 - 4:21:52 PM GMT

- Document e-signed by Shanon McAlister (shanonmcny@gmail.com)
  Signature Date: 2024-03-04 - 4:21:54 PM GMT - Time Source: server

- Agreement completed.
  2024-03-04 - 4:21:54 PM GMT

Adobe Acrobat Sign

Exhibit H to Motion for TRO

201