# EXHIBIT I

Exhibit I to Motion for TRO
202

## DECLARATION OF JOHN CUNDIFF

I, John Cundiff, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. My name is John Cundiff. I am over the age of 18.

2. On September 15, 2022, I had a call with Ben Frasure, who identified himself as a Partner Success Manager at Wealth Assistants. Frasure sent me a link to an Amazon Seller Management Deck. Slide 15 of that slide deck projected that stores managed by Wealth Assistants could expect to earn between $49,500 and $105,000 in profits in their first year. I relied on that projection when deciding to purchase the business opportunity offered by Wealth Assistants.

3. I signed my contract to purchase a store from Wealth Assistants in March of 2023.

4. Wealth Assistants asked me to pay my onboarding fee to them via credit card payments to Marker Law. Wealth Assistants said Marker Law would serve as our escrow agent.

5. Marker Law mailed me a credit card reader so that I could make the payments to Marker Law.

6. On April 27th, 2023, I used my credit card and the credit card reader that Marker Law had mailed me to make 4 payments to Marker Law: $14,350.00, $15,150.00, $12,775.00, and $12,745.00.

7. Wealth Assistants opened two online stores for me.

8. Exhibit 1 to this Declaration is a true and correct copy of an email I received from Ryan Carroll.

9. I paid more than $11,000 to Wealth Assistants to cover inventory charges.

10. I received a total of $1,309.03 in payments in connection with my store managed by Wealth Assistants.

11. I demanded refunds from Wealth Assistants representatives. I also complained to my bank and to the Federal Trade Commission about Wealth Assistants' conduct.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *John Cundiff*
John Cundiff (Mar 4, 2024 12:56 EST)

Exhibit I to Motion for TRO
203

# EXHIBIT 1

Exhibit I to Motion for TRO
204

# WA Company update and transition plan   Inbox ×

**clientcare@wealthassistants.com**
to me ▾

Oct 23, 2023, 8:38 PM (7 days ago)

Dear John Cundiff,

Ryan Carroll here.

First, I wanted to thank you for working with us and for your patience. Different discussions are circulating as to the status of the company, so the management team and I wanted to provide an update on the status of Wealth Assistants ("**WA**").

In my last email, I mentioned that WA was experiencing a "perfect storm." Several factors played into this perfect storm, including supply chain issues and Amazon's ever-changing rules that have prevented the steady growth and opportunity we relied upon when entering into this business. These changes culminated in the recent filing by seventeen states against Amazon for "stifling competition on price, product selection and quality." WA also received a flood of client chargeback requests on stores built and ready for sale and distribution. All of these factors have made business operations unsustainable. With accounts and assets of the company depleted, WA has no option except to cease operations.

Given these business issues, WA will not be able to honor any more Buyback Guarantees. However, you are assured that the stores you paid for, and WA set up on your behalf, are still valuable property that we want to ensure continue to operate. With that objective in mind, we have been working hard to identify the best paths forward for maintenance and continuity of your stores as we expect WA to cease all operations before December 1, 2023.

## Transition of Your Store Maintenance Options.

After conducting our own due diligence, WA selected three separate firms for managing your stores that we believe will provide best coverage. Given our number of stores under management, WA was able to negotiate favorable terms with these firms on your behalf.

Each one of the firms have over 10 years of experience in managing hundreds of FBA stores monthly with a good track record. As part of WA negotiations, each of these firms agreed to forego any upfront cost to set up and onboard your stores and also agreed to provide management services without any back-end profit share percentage., meaning you would retain all the profit on your store sales. The relevant terms for each firm are outlined in the attached **Comparison of Firm Proposals** document.

We have also prepared and attached a form **Transition Agreement** that forfeits WA back-end profits and security interests in your stores that will allow you to take advantage of these favorable terms negotiated with these firms. Once you choose to execute the Transition Agreement, you will have the opportunity to meet with and personally vet the firms yourself. You are under no obligation to utilize any of these firms, but these firms will not be taking over any of the existing WA contracts. A separate service agreement with the firm you select will be presented for you to review. More details will follow, but the decision is ultimately yours to select which firm you wish to manage your stores. You will have until **Tuesday, October 31, 2023** to choose to execute the Transition Agreement, to allow the month of November 2023 to be dedicated to the smooth and efficient transition of your stores to the firm you select, or, should you choose, your own management.

Please respond back to this email with your choice of firm and we will prepare the Transition Agreement for your electronic execution, provide a copy of the firm's service agreement for your review, and schedule the introductory meeting with the firm selected.

We recognize that this is not the best news, but we our doing our best to manage a difficult situation. WA does not have the staff to respond to each of your emails as the team is focused on making this transition as smooth as possible.

Respectfully,
Ryan

**2 Attachments** • Scanned by Gmail ⓘ

[Transition Agree...]   [Comparison of Ve...]

[ I accept the terms. ]   [ Let's discuss. ]   [ Thank you for the update. ]

Exhibit I to Motion for TRO
205

# Condensed Cundiff Declaration

Final Audit Report                                                                          2024-03-04

| | |
|---|---|
| Created: | 2024-03-04 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASohqmqopWdI7VJ574wSm7whL-CSf2US0 |

## "Condensed Cundiff Declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-04 - 5:04:12 PM GMT

- Document emailed to John Cundiff (john_cundiff@me.com) for signature
  2024-03-04 - 5:04:16 PM GMT

- Email viewed by John Cundiff (john_cundiff@me.com)
  2024-03-04 - 5:56:08 PM GMT

- Document e-signed by John Cundiff (john_cundiff@me.com)
  Signature Date: 2024-03-04 - 5:56:32 PM GMT - Time Source: server

- Agreement completed.
  2024-03-04 - 5:56:32 PM GMT

Adobe Acrobat Sign

Exhibit I to Motion for TRO
206