# EXHIBIT J

# DECLARATION OF BENJAMIN DAVID

I, Benjamin David, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. Exhibits 1 and 2 to the Amended Arbitration Demand are true and correct copies of the contracts I executed.

2. Exhibit 1 to this Declaration is a true and correct copy of an email I received from a Wealth Assistants employee named Nate Fancher. The email states that if Wealth Assistants sets up a store for me, after a year of that store's operations "we'll be seeing a net profit each month of an average of $10k—per month—and continuing to scale up from there. If not, we will buy back the store from you."

3. Exhibit 2 to this Declaration is a true and correct copy of an email thread containing emails between myself and individuals who appear to be employees of Wealth Assistants. The thread contains an email sent by Matthew Crouch on October 19, 2022, where Matthew Crouch states, in part, "Regarding our conversations over the past week, if your store is not producing sales and making you income by 12/31/22, we will refund your investment to wealth assistants."

4. I received a total of $4,641.22 of revenue in connection with the online stores I purchased from Wealth Assistants. I received all of that revenue before September 17, 2022. I never received any revenue in connection with the online stores I purchased from Wealth Assistants on or after September 17, 2022.

5. In early October of 2022, Wealth Assistants gave me an additional Amazon store called Besos LLC. By this time, my first store had been shut down by Amazon.

6. On December 19, 2022, I had a call with Wealth Assistants' employee Noah Wickam. He said Wealth Assistants was buying the products for my store, and after it had purchased those products and shipped them to Amazon for sale, Wealth Assistants would invoice me.

7. On January 14, 2023, a Wealth Assistants employee named Brandon Andrews sent me an email with an invoice for inventory for my store, which requested that I pay $10,263.23. I responded to Andrews, via email, requesting that he provide proof that Wealth Assistants had purchased $10,263.23 worth of inventory for my store. Andrews did not respond.

8. On January 23, 2023, a Wealth Assistants employee named Carlos Medina sent me an email with another invoice for inventory for my store, which requested that I pay $10,101.03. He did not reference the previous invoice that I had received from Brandon Andrews.

9. No inventory was ever uploaded into Besos LLC, so the store never generated any sales.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Benjamin M. David*

Date: 03/04/2024

# EXHIBIT 1

**totalhealthnm@gmail.com**

| | |
|---|---|
| **From:** | Nate Fancher <nate@wealthassistants.com> |
| **Sent:** | Thursday, May 26, 2022 1:53 PM |
| **To:** | totalhealthnm@gmail.com |
| **Subject:** | Meeting Recap |

Ben,

Great meeting with you!

Wealth Assistants is committed to building and operating a successful Amazon store 95% done for you.

Our target is for you to at least break even on your initial setup fee by month 12. At that point we'll be seeing a net profit each month of an average of $10k—per month—and continuing to scale up from there. If not, we will buy back the store from you.

Here are some important links for you to review:

**Our Service:**

- Our Service Slide Deck
- Our website

**Earnest Deposit:**

We can secure your spot while you explore this with us. To do so please place a fully refundable $1,000 deposit here:
Deposit link

This protects our calendar, and holds your spot, as we have limited capacity for follow up calls and onboarding potential clients. We'll also send over our service agreement for you to review during this exploratory phase.

**Meet Our Director Of Operations:**

This video between Ryan and Noah gives you a picture of the backend operations and how the business model works.

https://vimeo.com/707141200/80e50bb294


Best Regards,

**Nate Fancher**
Business Portfolio Manager
**E:** nate@wealthassistants.com
**P:** +1 949-998-4410
**W:** wealthassistants.com

1

*Assisting People Build Modern Day Wealth*

2

# EXHIBIT 2

no reply as of 1/27/2023

## benlajefa@gmail.com

| | |
|---|---|
| **From:** | benlajefa@gmail.com |
| **Sent:** | Wednesday, January 11, 2023 2:59 PM |
| **To:** | 'Matt Crouch' |
| **Cc:** | noah@wealthassistants.com; carlos@wealthassistants.com; nate@wealthassistants.com; 'Brandon Andrews'; 'Max Day' |
| **Subject:** | RE: Your Amazon seller account has been deactivated |

Good afternoon,
12/31/22 has passed. Please honor your commitment below to fully refund my $35,000 investment I paid to Wealth Assistants. It is now time to part ways.
Please confirm
Ben David

---

**From:** Matt Crouch <matt@wealthassistants.com>
**Sent:** Wednesday, October 19, 2022 11:08 AM
**To:** benlajefa@gmail.com
**Cc:** noah@wealthassistants.com; carlos@wealthassistants.com; nate@wealthassistants.com; Brandon Andrews <brandon@wealthassistants.com>; Max Day <maxday@wealthassistants.com>
**Subject:** Re: Your Amazon seller account has been deactivated

Hi Ben,

I apologize for my delay.

Regarding our conversations over the past week, if your store is not producing sales and making you income by 12/31/22, we will refund your investment to wealth assistants.

Please keep me posted on the progression of your store! Text or call if need.

Thanks Ben,



**Matt Crouch**
Chief of Staff
**Assisting People Build Modern Day Wealth**

---

1

Exhibit J to Motion for TRO
214

☐ [716-864-0136](tel:716-864-0136)
☐ [Matt@wealthassistants.com](mailto:Matt@wealthassistants.com)
☐ [www.wealthassistants.com](http://www.wealthassistants.com)

On Mon, Oct 17, 2022 at 10:37 AM <[benlajefa@gmail.com](mailto:benlajefa@gmail.com)> wrote:

Good morning,

Please reply to my email below. Thank you

Ben

**From:** [benlajefa@gmail.com](mailto:benlajefa@gmail.com) <[benlajefa@gmail.com](mailto:benlajefa@gmail.com)>
**Sent:** Thursday, October 13, 2022 8:41 AM
**To:** 'Matt Crouch' <[matt@wealthassistants.com](mailto:matt@wealthassistants.com)>; [noah@wealthassistants.com](mailto:noah@wealthassistants.com)
**Cc:** [carlos@wealthassistants.com](mailto:carlos@wealthassistants.com); [nate@wealthassistants.com](mailto:nate@wealthassistants.com); 'Brandon Andrews' <[brandon@wealthassistants.com](mailto:brandon@wealthassistants.com)>; 'Max Day' <[maxday@wealthassistants.com](mailto:maxday@wealthassistants.com)>
**Subject:** RE: Your Amazon seller account has been deactivated

2

Exhibit J to Motion for TRO
215

Matt,

Thank you for the call. I need some time specific guarantees from WA to make this work. My wife want's our $35,000 back immediately. As we discussed on the phone, I'm willing to give you all the opportunity to make this investment work and flourish with WA. You sold me on your plan and vision but now please show me you have the operations and back end in place to make my store happen and generate profits.

I need results by 12/31/22, or I need my money back and WA to buy back any existing inventory on hand at that point in time. The new store needs to generate my share of profits at a rate to return a minimum of $35,000 by my 1-year anniversary (5/28/22) and I need to see these profits prior to the end of 2022.

Please write up this guarantee and include some time specific milestones:

--how long to get my new entity up and running (no one has reached out to me yet…If I did this myself, I know that within a week I could have a new LLC created, EIN, and bank account).

--how long before you have acquired an existing and reputable Amazon store for me

--how long before you can get products sourced and into the Amazon warehouses

I appreciate your time and efforts and look forward to many successes with WA.

Best regards,

Ben David

---

**From:** Matt Crouch <matt@wealthassistants.com>
**Sent:** Wednesday, October 12, 2022 9:58 AM
**To:** Ben David <benlajefa@gmail.com>; noah@wealthassistants.com
**Cc:** carlos@wealthassistants.com; nate@wealthassistants.com; Brandon Andrews <brandon@wealthassistants.com>; Max Day <maxday@wealthassistants.com>
**Subject:** Re: Your Amazon seller account has been deactivated

Hey Ben,

Thanks for hoping on the call yesterday. I just wanted to thank you again for giving us another shot at this partnership with you. I promise that WA is motivated more now than ever to make sure the David family is excited about their investment with us!

Going forward, we'll be reaching out to you shortly to re-onboard you with your new store.

Let us know if you need anything else.

Thanks again,

**Matt Crouch**
Chief of Staff
**Assisting People Build Modern Day Wealth**

716-864-0136
Matt@wealthassistants.com
www.wealthassistants.com

---

**From:** Ben David <benlajefa@gmail.com>
**Sent:** Tuesday, October 11, 2022 11:41 AM
**To:** noah@wealthassistants.com <noah@wealthassistants.com>
**Cc:** Matt Crouch <matt@wealthassistants.com>; carlos@wealthassistants.com <carlos@wealthassistants.com>; nate@wealthassistants.com <nate@wealthassistants.com>
**Subject:** Re: Your Amazon seller account has been deactivated

4

Yes.

On Tue, Oct 11, 2022 at 9:09 AM <noah@wealthassistants.com> wrote:

Hi Ben,

I understand your concern. Would you be willing to hop on a zoom call this afternoon with myself and our Chief of Staff Matt? If so, please let me know some times that you are available.

Thank you in advance.

Best Regards,

5

Exhibit J to Motion for TRO
218



6

Exhibit J to Motion for TRO

219

 Noah@wealthassistants.com

 www.wealthassistants.com





*Assisting People Build Modern Day Wealth*

7

Exhibit J to Motion for TRO
220

**From:** benlajefa@gmail.com <benlajefa@gmail.com>
**Sent:** Tuesday, October 11, 2022 7:39 AM
**To:** 'Noah Wickham' <noah@wealthassistants.com>; nate@wealthassistants.com; carlos@wealthassistants.com
**Subject:** FW: Your Amazon seller account has been deactivated

Good morning,

What is going on? Things are only getting worse with WA. I need an immediate refund of my 35,000. Please confirm today you will be sending me my refund.

Ben David

La Jefa & Co.

575-496-1878

**From:** Amazon <no-replies-appeals@amazon.com>
**Sent:** Monday, October 10, 2022 7:12 PM
**To:** benlajefa@gmail.com
**Subject:** Your Amazon seller account has been deactivated



```
Hello,

Your Amazon seller account has been deactivated in accordance with section
3 of Amazon's Business Solutions Agreement. Your listings have been
removed.

Why did this happen?
We took this measure due to your violation of Amazon's Seller Policies and
Seller Code of Conduct https://sellercentral.amazon.com/gp/help/G1801, and
your violation of the Amazon Drop Shipping policy
https://sellercentral.amazon.com/gp/help/G201808410.
```

```
After 90 days following this notification, you may separately request a
funds disbursement by contacting disbursement-appeals@amazon.com. We will
conduct a separate investigation to evaluate your account. If we find that
you have engaged in deceptive, fraudulent, or illegal activity; or have
abused our systems or repeatedly violated our policies that protect our
customers and selling partners, we may withhold some or all funds in your
account.

You can view your account performance at
https://sellercentral.amazon.com/performance/dashboard?reftag=email_suspend
or select Account Health on the home screen of the Amazon Seller app on
your iOS or Android device. The Account Health page shows how well your
account is performing against the performance metrics and policies required
to sell on Amazon.

We will not consider your submission if your request does not provide
evidence that you will no longer pose a risk.
Sincerely, Amazon.com
Thank you,
Amazon
```

9

# David declaration + exhibits

Final Audit Report                                                                 2024-03-04

| | |
|---|---|
| Created: | 2024-03-04 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxsBoxOMKjZFjZJu8h5vg1GQic0aYBIHR |

## "David declaration + exhibits" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-04 - 4:05:24 PM GMT

- Document emailed to Benjamin David (totalhealthnm@gmail.com) for signature
  2024-03-04 - 4:05:30 PM GMT

- Email viewed by Benjamin David (totalhealthnm@gmail.com)
  2024-03-04 - 4:46:32 PM GMT

- Document e-signed by Benjamin David (totalhealthnm@gmail.com)
  Signature Date: 2024-03-04 - 4:57:55 PM GMT - Time Source: server

- Agreement completed.
  2024-03-04 - 4:57:55 PM GMT

Adobe Acrobat Sign

Exhibit J to Motion for TRO