# EXHIBIT L

Exhibit L to Motion for TRO
250

## DECLARATION OF DOMINIC CAMANY IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

I, Dominic Camany, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. My name is Dominic Camany, and I am over 18 years old.
2. In early 2023, before I purchased the business opportunity Wealth Assistants was offering, I had a conversation with Peter McLean, who stated he was a Business Portfolio Manager at Wealth Assistants. McLean told me that if I purchased an Amazon store managed by Wealth Assistants, I would earn at least a 20 percent return on my investments in inventory with monthly turnover. I relied on that representation when deciding to purchase the business opportunity offered by Wealth Assistants. McLean also sent me a slide deck that discussed Wealth Assistants. The slide deck projected that a store managed by Wealth Assistants would eventually generate more than $10,000 per month in profits. I relied on Wealth Assistants' financial projections when deciding to purchase the business opportunity Wealth Assistants was offering.
3. On February 8, 2023, I signed an agreement to purchase the business opportunity Wealth Assistants was offering.
4. In an email thread from August of 2023, Max K. Day implied that Wealth Assistants would refund my purchase of the business opportunity Wealth Assistants was offering because of my store's poor performance. Max K. Day wrote to me on August 30, 2023 stating "The team is preparing the accounting and settlement agreement which will then be provided to you for signature. Once this is completed they will send you the true up balance of what you paid. We will try to get this done asap."
5. I never received the settlement agreement or a refund.
6. I paid approximately $35,000 for the business opportunity offered by Wealth Assistants and received less than $5,000 in money generated by my store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: _____
Dominic Camany (Mar 29, 2024 13:57 PDT)

Exhibit L to Motion for TRO
251

# 2024.03.29 Declaration of Dominic Camany

Final Audit Report  2024-03-29

| | |
|---|---|
| Created: | 2024-03-29 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQr7-qZKLQKlR3EtInrmdu6aAeVHQM3lm |

## "2024.03.29 Declaration of Dominic Camany" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-03-29 - 6:54:59 PM GMT

- Document emailed to Dominic Camany (dominiccamany@gmail.com) for signature
  2024-03-29 - 6:55:03 PM GMT

- Email viewed by Dominic Camany (dominiccamany@gmail.com)
  2024-03-29 - 8:55:48 PM GMT

- Document e-signed by Dominic Camany (dominiccamany@gmail.com)
  Signature Date: 2024-03-29 - 8:57:15 PM GMT - Time Source: server

- Agreement completed.
  2024-03-29 - 8:57:15 PM GMT

Adobe Acrobat Sign

Exhibit L to Motion for TRO

252