**DECLARATION UNDER PENALTY OF PERJURY**

I, Paul Panico, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In or around November of 2022, a person who identified himself as a representative of Wealth Assistants named Max K. Day met with me and two other individuals. Max K. Day told us that Wealth Assistants projected that if it managed an online store for us, the online store would likely generate thousands of dollars of income each month.

2. Max K. Day also told us that he had managed many successful businesses prior to Wealth Assistants.

3. In or around November of 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

4. Around the time I signed the contract discussed in the paragraph above, I paid Wealth Assistants $55,000 for the onboarding fee.

5. Sometime in 2023, I paid Wealth Assistants an additional $5,000 for inventory.

6. Wealth Assistants uploaded inventory into my store and sold it all, but the inventory sold for a total of less than $2,500. Accordingly, to date, I have received less than $2,500 in connection with the business opportunity I purchased from Wealth Assistants.

7. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Paul Panico*
Paul Panico (Apr 5, 2024 14:53 PDT)

Date: 05/04/24

# 2024.04.04 Panico declaration

Final Audit Report                                                                 2024-04-05

| | |
|---|---|
| Created: | 2024-04-04 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQI2wHuQfGOmK-wonzNrR74uSMkPW7-0k |

## "2024.04.04 Panico declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-04-04 - 11:17:43 PM GMT

- Document emailed to Paul Panico (paultpanicojr@gmail.com) for signature
  2024-04-04 - 11:17:46 PM GMT

- Email viewed by Paul Panico (paultpanicojr@gmail.com)
  2024-04-05 - 9:51:59 PM GMT

- Document e-signed by Paul Panico (paultpanicojr@gmail.com)
  Signature Date: 2024-04-05 - 9:53:07 PM GMT - Time Source: server

- Agreement completed.
  2024-04-05 - 9:53:07 PM GMT

Adobe Acrobat Sign

Exhibit M to Motion for TRO

# EXHIBIT M