# EXHIBIT N

## DECLARATION UNDER PENALTY OF PERJURY

I, Justin Chambers, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 65,000.

4. In total, to date, I have received no more than $ $600 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *[signature]*

Exhibit N to Motion for TRO
257

## DECLARATION UNDER PENALTY OF PERJURY

I, Walter V Chapman III, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 42,783.

4. In total, to date, I have received no more than $ 0.00 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *[signed]* 3/4/24

## DECLARATION UNDER PENALTY OF PERJURY

I, Abram Clark, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2023, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2023, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 67,000.

4. In total, to date, I have received no more than $ 1,000 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature:   Abram Clark 03/04/2024

## DECLARATION UNDER PENALTY OF PERJURY

I, Craig Cooper, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 37,000.

4. In total, to date, I have received no more than $ 2,000 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: Craig Cooper
Digitally signed by Craig Cooper
DN: cn=Craig Cooper, c=US, o=AEC Enterprise LLC, email=ccooper2384@gmail.com
Date: 2024.03.04 11:53:04 -07'00'

Exhibit N to Motion for TRO
260

## DECLARATION UNDER PENALTY OF PERJURY

I, Douglas Guy, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 60000.

4. In total, to date, I have received no more than $ 3000 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *[signed]* Douglas Guy

## DECLARATION UNDER PENALTY OF PERJURY

I, Tina Luk _____, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2023, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2023, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 55,000.

4. In total, to date, I have received no more than $0 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: _____

## DECLARATION UNDER PENALTY OF PERJURY

I, __Jana McCoy__, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year __2022__, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year __2022__, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ __125,000__.

4. In total, to date, I have received no more than $ __85.50__ in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature:

*Jana McCoy*

## DECLARATION UNDER PENALTY OF PERJURY

I, Matthew Mcfarlane_____, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2021, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2021, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 83,000.00.

4. In total, to date, I have received no more than $ 2,863.00 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *[signed] Matt McFarlane*

Submit Form

## DECLARATION UNDER PENALTY OF PERJURY

I, __JOHN R. MOORE__, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year __2022__, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year __2022__, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ __60,000__.

4. In total, to date, I have received no more than $ __550.00__ in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

JOHN R. MOORE

Signature: _John R. Moore_

Exhibit N to Motion for TRO
265

## DECLARATION UNDER PENALTY OF PERJURY

I, James J O'Neill Jr , have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 40000.00 .

4. In total, to date, I have received no more than $ 3400.00 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: */s/ James J O'Neill/*

Exhibit N to Motion for TRO
266

## DECLARATION UNDER PENALTY OF PERJURY

I, __Luke Paetzold_____, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year __2022__, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year __2022__, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ __60,935_____.

4. In total, to date, I have received no more than $ __3100_____ in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: **Luke Paetzold**
Digitally signed by Luke Paetzold
Date: 2024.03.04 09:56:55 -06'00'

# DECLARATION UNDER PENALTY OF PERJURY

I, __Sharlene Reese__, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year __2022__, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year __2022__, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ __55,000.00__.

4. In total, to date, I have received no more than $ __738.00__ in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: _Sharlene Reese_

# DECLARATION UNDER PENALTY OF PERJURY

I, Jason Sandoval, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 42,000.

4. In total, to date, I have received no more than $ 2000 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *Jason Sandoval*

# DECLARATION UNDER PENALTY OF PERJURY

I, __Jose A. Solis_____, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year __2022____, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year _2022___, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $___48,000_____.

4. In total, to date, I have received no more than $__1000.00_____ in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature:

*DocuSigned by:*
*Jose A. Solis*
487A0E6458BC46C...

Exhibit N to Motion for TRO

## DECLARATION UNDER PENALTY OF PERJURY

I, **Nicole Tilot**, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year **2023**, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year **2023**, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ **55,000.00**.

4. In total, to date, I have received no more than $**0.00** in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: *[signed] Nicole Tilot*

## DECLARATION UNDER PENALTY OF PERJURY

I, Jeffrey Whitmore , have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022 , a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022 , I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 85,000.00 .

4. In total, to date, I have received no more than $ 2,000.00 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: [signature]   3/4/23

Exhibit N to Motion for TRO
272

## DECLARATION UNDER PENALTY OF PERJURY

I, **Trevor Willenberg**, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year **2022**, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year **2022**, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ **35,000**.

4. In total, to date, I have received no more than $ **0.00** in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature:

Exhibit N to Motion for TRO
273

## DECLARATION UNDER PENALTY OF PERJURY

I, Kevin Wray, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year 2022, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ 77697.00.

4. In total, to date, I have received no more than $ 3438.00 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: /s/

## DECLARATION UNDER PENALTY OF PERJURY

I, __Timothy Young_____, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In the year __2021__, a representative of Wealth Assistants told me that Wealth Assistants projected that if it managed an online store for me, the online store would generate thousands of dollars of income each month.

2. In the year __2021__, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. My total payments to Wealth Assistants, including payments for inventory (if any), were not less than $ __55,000.00__.

4. In total, to date, I have received no more than $ __3900.00__ in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from any stores that Wealth Assistants managed on my behalf.

5. Wealth Assistants has not bought back my online store.

I declare under the penalty of perjury under the laws of the State of California, and under the penalty of all perjury laws of all other states in the United States, that the foregoing is true and correct.

Signature: _/s/_

Exhibit N to Motion for TRO
275