Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOULOUD HOCINE;<br>JENNIFER LEHMKUHL HILL;<br>AMUND THOMPSON;<br>DAVID HOUGH;<br>PAUL PANICO<br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL;<br>MAX K. DAY;<br>MAX O. DAY;<br>MICHAEL DAY;<br>YAX ECOMMERCE LLC;<br>PRECISION TRADING GROUP, LLC;<br>WA DISTRIBUTION LLC;<br>PROVIDENCE OAK PROPERTIES, LLC;<br>WA AMAZON SELLER LLC;<br>MKD INVESTMENT ADVISOR, LLC;<br>MKD FAMILY BENEFICIARY, LLC;<br>MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC;<br>MAX DAY CONSULTING, LLC; | Case No.: 2:24-cv-02886<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

|   |   |
|---|---|
| 1 | HOUTEX FARM EQUITY PARTNERS LLC; |
| 2 | BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; |
| 3 | EVO MAXX LLC; |
| 4 | YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); |
| 5 | WWKB LLC; |
| 6 | DREAMS TO REALITY LLC; |
| 7 | Defendants. |

**EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Plaintiffs filed their Complaint and moved *ex parte* for an order that: (1) temporarily orders Defendants not to transfer, liquidate, or otherwise dispose of any assets owned by or held for the benefit of Defendants, except what is necessary for personal living expenses; (2) orders Defendants to provide a list of their financial accounts within five days of receiving the order; and (3) orders Defendants to show cause, if they have any, about why a preliminary injunction should not issue.

**FINDINGS OF FACT**

The Court, having considered the Complaint, the *ex parte* Motion for a Temporary Restraining Order, and the memorandum of points and authorities and declarations filed in support thereof, finds that:

A. Defendants received adequate notice of Plaintiffs' *ex parte* motion for a temporary restraining order and order to show cause regarding a preliminary injunction.

B. As demonstrated by Plaintiffs' declarations, Plaintiffs' attorney's declaration, and declarations by other individuals who are former clients of Wealth Assistants, Plaintiffs have established a likelihood of success in showing that Defendants intentionally misrepresented the business opportunities that they marketed to Plaintiffs in violation of

- 2 -
[Proposed] Order Granting Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction

California Business and Professions Code § 17200 and §17500 and that Plaintiffs suffered damages as a result.

C. There is good cause to believe that immediate and irreparable harm to the Court's ability to grant effective final relief for Plaintiffs will occur from the dispersion by Defendants of their assets unless Defendants are immediately enjoined by order of this Court from disposing of their assets and ordered to produce to Plaintiffs information sufficient to identify their assets.

D. There is no reason to believe that Defendants will sustain any costs or damages by reason of being wrongfully enjoined or restrained. Accordingly, Plaintiffs are not required to post any security by reason of Federal Rule of Civil Procedure 65(c).

**IT IS THEREFORE ORDERED** that Defendants are each ordered to appear before this court on _____, 2024, at the hour of _____, in Department \_\_\_\_\_ of at this Court located at _____. Defendants are ordered to show cause, if they have any, why each of them should not be preliminarily enjoined from withdrawing, transferring, spending, or otherwise disposing of any assets held by or for the benefit of Defendants until the close of this proceeding, except that each human Defendant would be allowed to spend what is necessary for ordinary personal or household expenditures, which expenditures would not be allowed to exceed $9,000 per month without leave of the Court.

**IT IS FURTHER ORDERED** that Defendants are hereby temporarily restrained from withdrawing, transferring, spending, or otherwise disposing of any assets held by or for the benefit of Defendants without leave of the Court, except that each human Defendant may spend what is necessary for ordinary personal or household expenditures, which expenditures may not

- 3 -
[Proposed] Order Granting Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction

exceed $9,000 per month without leave of the Court. Furthermore, Defendants are ordered to produce to Plaintiffs, within five days following the service of this Order: (1) identifying information for all accounts that contain assets held by or for the benefit of Defendants, including the name of the financial institution, the account number, and the name of the account holder; and (2) for each identified account, the value of the assets held in the account.

This temporary restraining order expires on _____, 2024.

Any responsive papers shall be filed and served by Defendants no later than _____, 2024.

Date: _____          _____

- 4 -
[Proposed] Order Granting Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction

Dated: April 9, 2024

<u>/s/Nico Banks</u>
Nico Banks, Esq.
Banks Law Office
Tel.: 971-678-0036
Bar No.: 344705
E-mail: nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002

- 5 -
[Proposed] Order Granting Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction