**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Hough; et al, | **CASE NUMBER** |
| PLAINTIFF(S) | 2:24-cv-02886-CAS (SKx) |
| v. | |
| Ryan Carroll; et al, | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 23-05.

April 9, 2024
Date

_Christine A. Snyder_ (signature)
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge    Wesley L. Hsu    for all further proceedings. On all documents subsequently filed in this case, please substitute the initials    WLH    after the case number in place of the initials of the prior judge so that the case number will read    2:24-cv-02886 WLH(SKx)   . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (05/23)                    ORDER RETURNING CASE FOR REASSIGNMENT