Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, *et al.*<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL, *et al.*<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**ATTORNEY DECLARATION REGARDING NOTICE TO OPPOSING PARTIES OF PROCEDURES FOR OPPOSING EX PARTE APPLICATIONS** |

**ATTORNEY DECLARATION REGARDING NOTICE TO OPPOSING PARTIES OF PROCEDURES FOR OPPOSING EX PARTE APPLICATIONS**

On April 9, 2024, at 5:45pm pacific time, I sent the following message via email to Lema Mousilli and Rachecl Crockett:

> In the order linked in the email below, the case was reassigned to the Honorable Wesley L. Hsu, whose procedures state that upon filing an ex parte application, "The applicant must notify the other party (or parties) that opposing papers are to be filed no later than forty-eight (48) hours following service or by 3:00 p.m. on the first court day after service, whichever is later."
>
> Please accept this email as the required notification.

- 2 -

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 9, 2024

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002