

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# PORTAL MINUTE ORDER

Case Number: CIVSB2400076                                                                 Date: 2/22/2024

Case Title:  Stoops et al
             -v-
             Carroll et al

| **Department S31 - SBJC** | **Date: 2/22/2024** | **Time: 1:30 PM** | **Ruling on Submitted Matter** |
|---|---|---|---|

Judicial Officer: John M Pacheco
Judicial Assistant: Arlene Guardado
Court Reporter: Not Reported or Recorded
Court Attendant: Paola Hernandez

**Ruling**
Court rules as follows on submitted matter:
The court will deny Plaintiffs' request for a Preliminary Injunction against Wealth Assistants. The fact that the stores Wealth Assistants operated "could" be expected to generate $10,000.00 or more per month is not sufficient cause to grant this injunction.

Correspondence Coversheet Generated to Mail:
Court's Ruling on Submitted Matter

                        == Minute Order Complete ==

EXHIBIT A