## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## **CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-02886-WLH-SKx | Date | April 19, 2024 |
|---|---|---|---|
| Title | David Hough et al v. Ryan Carroll et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicolo Emerson Banks<br>Richard A. Nervig | Jeffrey Davis, Specially Appearing |

**Proceedings:**   ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [17]

The matter is called, and counsel stated their appearances.   On April 15, 2024, the Court entered a Temporary Restraining Order ("TRO") and scheduled an Order to Show Cause re Preliminary Injunction ("OSC"). Dkt. [17].  The Court heard oral argument.

The Court sets an additional briefing schedule for the OSC as to asset freeze and disclosure of financials.  Defendant's opposition is to be filed on or before close of business on April 26, 2024. Any reply to Defendants' opposition is due on or before April 29, 2024, at 10:00 a.m.  The Court continues the hearing on the OSC to April 29, 2024, at 3:00 p.m.  The TRO is extended until close of business on April 29, 2024.

For reasons stated on the record, the expenditures cap in the TRO is increased, from $9,000.00 to $13,000.00.  Plaintiffs' requested Preliminary Injunction amount is still $9,000.00.

|  | - | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |