RACHEL M. CROCKETT
California State Bar No. 266447
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| DAVID HOUGH;<br>MOULOUD HOCINE;<br>JENNIFER LEHMKUHL HILL;<br>AMUND THOMPSON;<br>PAUL PANICO<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CARROLL; MAX K. DAY;<br>MAX O. DAY; MICHAEL DAY;<br>YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC;<br>WA DISTRIBUTION LLC;<br>PROVIDENCE OAK PROPERTIES, LLC;<br>WA AMAZON SELLER LLC;<br>MKD INVESTMENT ADVISOR, LLC;<br>MKD FAMILY BENEFICIARY, LLC;<br>MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC;<br>MAX DAY CONSULTING, LLC;<br>HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; EVO MAXX LLC;<br>YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); WWKB LLC;<br>DREAMS TO REALITY LLC;<br><br>*Defendants*. | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC; WA DISTRIBUTION LLC'S ORDER GRANTING UNOPPOSED REQUEST FOR REMOTE APPEARANCE**<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

On this day, the Court considered the DEFENDANTS' UNOPPOSED REQUEST FOR REMOTE APPEARANCE, and after having considered the Request, the Court finds that the Request should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Jurisdictional Defendants may appear remotely for the Preliminary Injunction Hearing on April 29, 2024, at 3:00PM CT. Information regarding access and attendance will promptly follow this Order.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE