# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID HOUGH, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>RYAN CARROLL, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–02886–WLH–SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___4/24/2024___

Document No.:  ___22___

Title of Document:  ___Notice of Appearance or Withdrawal of Counsel G123___

**ERROR(S) WITH DOCUMENT:**

Not efiled by Jeffrey Davis.

Incorrect event selected. Correct event to be used is: Notice of Association of Counsel.

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ April 24, 2024 _               By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS