Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID HOUGH; et al.

                    Plaintiffs,

    vs.

RYAN CARROLL; et al.

                    Defendants.

Case No.: 2:24-CV-02886-WLH

**PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

**PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

Plaintiffs respectfully request that this Court order expedited briefing and consideration for their motion for expedited discovery. In particular, Plaintiffs request that this Court consider Plaintiffs' motion for leave to conduct expedited discovery at the upcoming hearing at 3pm on April 29, 2024, at which the Jurisdictional

Defendants[1] have been ordered to show cause why the Court should not issue an

injunction that would impose an asset freeze. Plaintiffs propose that the Court set a

deadline for the Jurisdictional Defendants to submit an optional brief opposing the

motion for expedited discovery by 10:00 am on April 29, 2024.

The expedited briefing and consideration are warranted because the matter is

highly time-sensitive. As discussed in the motion for expedited discovery, the

Jurisdictional Defendants will likely continue to dissipate and conceal their assets

unless and until Plaintiffs receive the information they need to stop the dissipation

and concealment of assets. Moreover, it would be most efficient for the Court to hear

arguments regarding the expedited discovery at the same time the Court hears

arguments regarding the preliminary injunction because the issues significantly

overlap.

## CONTACT INFORMATION FOR OPPOSING PARTIES

Pursuant to Local Rule 7-19.1, Plaintiffs hereby provide the following contact

information for counsel for the opposing parties. Rachel Crockett represents the

opposing parties and can be reached at 512-609-0059 or at

rachel@lloydmousilli.com. She has received notice of the motion and advised me that

Defendants oppose the motion.

---

[1] The Court has previously found that it has personal jurisdiction over the following Defendants:
Ryan Carroll; Max K. Day; Max O. Day; and Michael Day, and over Entity Defendants Yax
Ecommerce LLC (formerly known as Wealth Assistants); WA Distribution LLC; and Precision
Trading Group, LLC (collectively, the "Jurisdictional Defendants")

MOTION FOR EXPEDITED BRIEFING SCHEDULE

**CONCLUSION**

For those reasons, Plaintiffs respectfully request that the Court consider

Plaintiffs' motion for leave to conduct expedited discovery at the upcoming hearing

scheduled for 3pm on April 29, 2024. Moreover, Plaintiffs propose that the Court set

a deadline for the Jurisdictional Defendants to submit an optional brief opposing the

motion for expedited discovery by 10:00 am on April 29, 2024.

DATED: April 25, 2024

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002

MOTION FOR EXPEDITED BRIEFING SCHEDULE

**WORD COUNT COMPLIANCE CERTIFICATION**

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

/s/Nico Banks
Nico Banks
Dated: April 25, 2024

**AFFIRMATION OF SERVICE AND NOTICE**

On April 25, 2024, I caused this document to be emailed to Lema Mousilli (lema@lloydmousilli.com) and Rachel Crockett (rachel@lloydmousilli.com), who are the attorneys for Respondents in this action.

/s/Nico Banks
Nico Banks
Dated: April 25, 2024

**CERTIFICATE OF CONSULTATION**

On April 24, 2024, I met and conferred about this matter via email with counsel for the opposing parties. The opposing parties oppose this motion. They are aware that they have 48 hours to file an opposition to an ex parte motion.

/s/Nico Banks
Nico Banks
Dated: April 25, 2024

MOTION FOR EXPEDITED BRIEFING SCHEDULE