Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; et al.<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; et al.<br><br>　　　　　Defendants. | Case No.: 2:24-CV-02886-WLH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF THEIR MOTION TO CONDUCT EXPEDITED DISCOVERY** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF THEIR MOTION TO CONDUCT EXPEDITED DISCOVERY**

　　Plaintiffs have requested that this Court consider Plaintiffs' motion for leave to conduct expedited discovery at the upcoming hearing at 3pm on April 29, 2024, which is the hearing at which the Jurisdictional Defendants[1] have been ordered to

---

[1] The Court has previously found that it has personal jurisdiction over the following Defendants: Ryan Carroll; Max K. Day; Max O. Day; and Michael Day, and over Entity Defendants Yax

show cause why the Court should not issue an injunction that would impose an asset freeze. Plaintiffs also proposed that the Court set a deadline for the Jurisdictional Defendants to submit an optional brief opposing the motion for expedited discovery by 10:00 a.m. on April 29, 2024.

The Court finds that adopting Plaintiffs' proposals is in the interest of justice and efficiency. Accordingly, the Court **GRANTS** Plaintiffs' motion. The Jurisdictional Defendants may submit an optional brief opposing Plaintiffs' motion for expedited discovery by 10:00 a.m. on April 29, 2024, and the Court will hear oral arguments on the matter at the hearing scheduled for 3:00 p.m. on April 29, 2024.

**IT IS SO ORDERED.**

Date: _____                        _____
                                                HON. WESLEY L. HSU
                                                UNITED STATES DISTRICT JUDGE

---

Ecommerce LLC (formerly known as Wealth Assistants); WA Distribution LLC; and Precision Trading Group, LLC (collectively, the "Jurisdictional Defendants")

DATED: April 25, 2024

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002

# AFFIRMATION OF SERVICE

On April 25, 2024, I caused this document to be emailed to Lema Mousilli (lema@lloydmousilli.com) and Rachel Crockett (rachel@lloydmousilli.com), who are the attorneys for Respondents in this action.

/s/Nico Banks
Nico Banks
Dated: April 25, 2024