**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HOUGH; et al.<br><br>            Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL; et al.<br><br>            Defendants. | Case No.: 2:24-CV-02886-WLH<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR EXPEDITED BRIEFING AND CONSIDERATION OF THEIR MOTION TO CONDUCT EXPEDITED DISCOVERY [27]** |

On April 25, 2024, Plaintiffs filed an *ex parte* application requesting that this Court consider Plaintiffs' Motion for Leave to Conduct Expedited Discovery (Docket No. 25) at the upcoming hearing at 3:00 p.m. on April 29, 2024, on the Order to Show Cause why the Court should not issue an injunction imposing an asset freeze on the Jurisdictional Defendants.[1] Plaintiffs also proposed that the Court set a deadline for the Jurisdictional Defendants to submit an optional brief opposing the motion for expedited discovery by 10:00 a.m. on April 29, 2024.

---

[1] The Court has previously found that it has personal jurisdiction over the following Defendants: Ryan Carroll; Max K. Day; Max O. Day; and Michael Day, and over Entity Defendants Yax Ecommerce LLC (formerly known as Wealth Assistants); WA Distribution LLC; and Precision Trading Group, LLC (collectively, the "Jurisdictional Defendants"). (*See* Order re Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order, Docket No. 17).

The Court finds that adopting Plaintiffs' proposal is in the interest of justice and efficiency. Accordingly, the Court **GRANTS** Plaintiffs' motion. The Jurisdictional Defendants may submit an optional brief opposing Plaintiffs' Motion for Expedited Discovery by 10:00 a.m. on April 29, 2024, and the Court will hear oral arguments on the matter at the hearing scheduled for 3:00 p.m. on April 29, 2024.

**IT IS SO ORDERED.**

Date: April 26, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE