# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; et al.<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; et al.<br><br>　　　　　Defendants. | Case No.: 2:24-CV-02886-WLH<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST FOR REMOTE APPEARANCE [23]** |

On April 24, 2024, Defendants Ryan Carroll; Max K. Day; Max O. Day; Michael Day; Yax Ecommerce LLC; Precision Trading Group, LLC; and WA Distribution LLC (collectively, the "Jurisdictional Defendants") filed an unopposed Request for Remote Appearance (the "Request") at the hearing set for April 29, 2024, at 3:00 p.m. (Docket No. 23).

The Request is **GRANTED**. The Jurisdictional Defendants may appear remotely at the April 29, 2024, hearing. **Only attorneys admitted to the Bar of this Court and attorneys who have been admitted** *pro hac vice* **may appear before the Court.**

//

//

Zoom webinar information is available on the Court's website.

**IT IS SO ORDERED.**

Date: April 26, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE