RACHEL M. CROCKETT
California State Bar No. 266447
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DISTRICT**

| | |
|---|---|
| **DAVID HOUGH;**<br>**MOULOUD HOCINE;**<br>**JENNIFER LEHMKUHL HILL;**<br>**AMUND THOMPSON;**<br>**PAUL PANICO**<br><br>*Plaintiffs*,<br><br>v.<br><br>**RYAN CARROLL; MAX K. DAY;**<br>**MAX O. DAY; MICHAEL DAY;**<br>**YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC;**<br>**WA DISTRIBUTION LLC;**<br>**PROVIDENCE OAK PROPERTIES, LLC;**<br>**WA AMAZON SELLER LLC;**<br>**MKD INVESTMENT ADVISOR, LLC;**<br>**MKD FAMILY BENEFICIARY, LLC;**<br>**MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC;**<br>**MAX DAY CONSULTING, LLC;**<br>**HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; EVO MAXX LLC;**<br>**YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); WWKB LLC;**<br>**DREAMS TO REALITY LLC;**<br><br>*Defendants*. | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br><br>**DEFENDANT MAX O. DAY'S BUSINESS RECORD AFFIDAVIT IN SUPPORT OF THE JURISDICTIONAL DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO STAY**<br><br><br>Action Filed: April 9, 2024<br>Hearing: April 29, 2024<br>Trial Date: N/A |

BEFORE ME, the undersigned authority, on this day personally appeared **Max O. Day**, and being duly sworn upon his oath by me, deposed and stated as follows:

1. "My name is **Max O. Day** I am over eighteen (18) years of age. I am of sound mind and fully capable to make this Business Record Affidavit. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I was the Chief Growth & Technology Consultant of Yax Ecommerce, LLC, formerly known as Wealth Assistants, LLC (**"Wealth Assistants"**).

3. "I am familiar with the matters in controversy in the litigation against Defendants Ryan Carroll; Max K. Day; Michael Day, Wealth Assistants); WA Distribution LLC; Precision Trading Group, LLC, and myself (collectively, the **"Jurisdictional Defendants"**) and others in the United States District Court for the Central District of California (**"CDCA"**) (herein referred to as the **"Hough Litigation"**).

4. "I submit this affidavit in support of the Jurisdictional Defendants' Motion to Compel Arbitration and Motion to Stay filed in the CDCA in the Hough Litigation.

5. "I am familiar with the contracts between the Plaintiffs in this case and Wealth Assistants. Attached hereto as Exhibits A, B, C, D and E are 72 pages of records from Wealth Assistants. These 72 pages of records are kept by Wealth Assistants in its regular course of business, and it was the regular course of business of Wealth Assistants for an employee or representative of Wealth Assistants, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

- Exhibit A, the Service Agreement between Plaintiff Amund Thompson and Wealth Assistants.

- Exhibit B, the Service Agreement between Plaintiff Paul Pacino and Wealth Assistants.

- Exhibit C, the Service Agreement between Plaintiff Mouloud Hocine and Wealth Assistants.

- Exhibit D, the Service Agreement between Plaintiff Jennifer Lehmkuhl Hill and Wealth Assistants.

- Exhibit E, the Service Agreement between Plaintiff David Hough and Wealth Assistants."

FURTHER AFFIANT SAYETH NOT.

**MAX O. DAY**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this *April 25, 2024*, via email as follows:

                              */s/ Rachel Crockett*
                              Rachel Crockett