UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02886-WLH-SKx | Date | April 29, 2024 |
| Title | David Hough et al v. Ryan Carroll et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicolo Emerson Banks<br>Richard A. Nervig | William H. Shibley, Specially Appearing |

**Proceedings:** ORDER EXTENDING AND AMENDING TEMPORARY RESTRAINING ORDER [17] AND GRANTING MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY [25]

The matter is called, and counsel state their appearances. On April 15, 2024, the Court entered a Temporary Restraining Order and set it to expire on April 29, 2024. ("TRO", Docket No. 17). On April 19, 2024, the Court heard oral argument regarding the Order to Show Cause re Preliminary Injunction. (Minutes re Order to Show Cause, Docket No. 21). The Court ordered further briefing from the parties, continued the hearing to April 29, 2024, and extended the TRO until close of business on April 29, 2024. (*Id.*).

On April 29, 2024, the Court heard oral argument regarding the Order to Show Cause re Preliminary Injunction and Plaintiffs' Motion for Leave to Conduct Expedited Discovery.

Because the Court needs time to prepare and issue a final ruling on the Order to Show Cause re Preliminary Injunction, and because the Court finds that the factors for granting a temporary restraining order continue to weigh in favor of Plaintiffs, the Court finds good cause to **EXTEND** the TRO until May 13, 2024, with the following modifications:

1. The cap on expenditures in the TRO is decreased back to $9,000; and
2. "Assets owned by or held for the benefit of Defendants" is confirmed to mean "any assets over which Jurisdictional Defendants have control and dominion."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Additionally, the Court sets an Order to Show Cause why sanctions should not be imposed for failure to disclose all "assets owned by or held for the benefit of Defendants" by the April 20, 2024, deadline imposed in the original TRO. The Order to Show Cause re Sanctions is set for May 13, 2024, at 1:30 p.m.

Finally, the Court **GRANTS** Plaintiffs' Motion for Leave to Conduct Expedited Discovery. (Docket No. 25). Detailed order to follow.

|  | - | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |