| | |
|---|---|
| RACHEL M. CROCKETT<br>California State Bar No. 266447<br>**LLOYD & MOUSILLI, PLLC**<br>11807 Westheimer Road<br>Suite 550 PMB 944<br>Houston, TX 77077<br>Tel: (512) 609-0059<br>Fax: (281) 783-8565<br>*litigation@lloydmousilli.com*<br><br>**ATTORNEYS FOR DEFENDANTS** | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DISTRICT**

| | |
|---|---|
| **DAVID HOUGH;**<br>**MOULOUD HOCINE;**<br>**JENNIFER LEHMKUHL HILL;**<br>**AMUND THOMPSON;**<br>**PAUL PANICO**<br><br>*Plaintiffs*,<br><br>v.<br><br>**RYAN CARROLL; MAX K. DAY;**<br>**MAX O. DAY; MICHAEL DAY;**<br>**YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC;**<br>**WA DISTRIBUTION LLC;**<br>**PROVIDENCE OAK PROPERTIES, LLC;**<br>**WA AMAZON SELLER LLC;**<br>**MKD INVESTMENT ADVISOR, LLC;**<br>**MKD FAMILY BENEFICIARY, LLC;**<br>**MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC;**<br>**MAX DAY CONSULTING, LLC;**<br>**HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; EVO MAXX LLC;**<br>**YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); WWKB LLC;**<br>**DREAMS TO REALITY LLC;**<br><br>*Defendants.* | Case No.: 2:24-cv-02886-WLH<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br><br>Action Filed: April 9, 2024<br>Hearing: May 13, 2024, 1:30 p.m. PT<br>Trial Date: N/A |

- 1 -

Upon consideration of Defendants' *Motion to Dismiss* **("Motion")**, and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. All of Plaintiffs' claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATE:_____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE