# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Hough et al<br><br>PLAINTIFF(S)<br>v.<br><br>Ryan Carroll et al<br><br>DEFENDANT(S). | **CASE NUMBER:**<br>2:24-cv-02886-WLH-SKx<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 4/30/2024 | 40 | MOTION to Dismiss Case |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 5/7/2024

By: _[signature]_
U.S. District Judge / U.S. Magistrate Judge