NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

William H. Shibley
Lloyd & Mousilli, PLLC
11807 Westheimer Rd., Ste. 550 PMB 944
Houston, TX 77077

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID HOUGH, ET AL. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-CV-02886-WLH-SKx |
| v. | |
| RYAN CARROLL, ET AL. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Molund Hocine | Plaintiff |
| Jennifer Lehmkuhl Hill | Plaintiff |
| Amund Thompson | Plaintiff |
| David Hough | Plaintiff |
| Paul Panico | Plaintiff |
| Ryan Carroll | Jurisdictional Defendant |
| Max K. Day | Jurisdictional Defendant |
| Max O. Day | Jurisdictional Defendant |
| Michael Day | Jurisdictional Defendant |
| Yax Ecommerce LLC d/b/a Wealth Assistants LLC | Jurisdictional Defendant |
| Precision Trading Group, LLC | Jurisdictional Defendant |
| SEE REMAINING INTERESTED PARTIES ATTACHED | SEE REMAINING INTERESTED PARTIES ATTACHED |

May 12, 2024
Date

/s/ William H. Shibley
Signature

Attorney of record for (or name of party appearing in pro per):

William H. Shibley