WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID HOUGH; et al<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CARROLL; et al<br><br>*Defendants*. | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC; WA DISTRIBUTION LLC; PROVIDENCE OAK PROPERTIES, LLC; WA AMAZON SELLER LLC; MKD INVESTMENT ADVISOR, LLC; MKD FAMILY BENEFICIARY, LLC; MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC; MAX DAY CONSULTING, LLC; HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; EVO MAXX LLC; YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); WWKB LLC; AND DREAMS TO REALITY LLC'S ATTACHMENT TO NOTICE OF INTERESTED PARTIES<br><br>Hearing: 5/13/24, 1:30 PM PT<br>Action Filed: April 9, 2024<br>Trial Date: N/A |

# ATTACHMENT TO NOTICE OF INTERESTED PARTIES

WA Distribution LLC ................................................................................... Jurisdictional Defendant

Providence Oak Properties, LLC ............................................................................................ Defendant

WA Amazon Seller LLC ......................................................................................................... Defendant

MKD Investment Advisor, LLC ............................................................................................. Defendant

MKD Family Beneficiary, LLC .............................................................................................. Defendant

MKD Family Private Management Company, LLC .............................................................. Defendant

Max Day Consulting, LLC; ..................................................................................................... Defendant

HouTex Farm Equity Partners LLC ........................................................................................ Defendant

Business Financial Solutions Advisory LLC ......................................................................... Defendant

Evo Maxx LLC ........................................................................................................................ Defendant

Yax IP and Management Inc ................................................................................................... Defendant

Dreams To Reality LLC .......................................................................................................... Defendant

WWKB LLC ............................................................................................................................ Defendant

Wholesale Universe, Inc. ......................................................................................................... Defendant

Quantum Ecommerce, LLC ..................................................................................................... Defendant

Dated:   May 12, 2024.                               Respectfully submitted,

                                                     By: */s/ William H. Shibley*
                                                     William H. Shibley

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this *May 12, 2024*, via email as follows:

                                                */s/ William H. Shibley*
                                                William H. Shibley