# EXHIBIT B

**LLOYD & MOUSILLI**
ATTORNEYS AND COUNSELORS AT LAW

William H. Shibley
Attorney
562.716.4040
william@lloydmousilli.com

May 8, 2024

<u>*Via Electronic Mail*</u>
Nico Banks
Banks Law Office
712 H St. NE,
Unit #8571,
Washington, DC 20002
nico@bankslawoffice.com

**Re: Proposed Protective Order**

Mr. Banks,

Opposing counsel, please see the attached link to the Jurisdictional Defendants' Tax Return Disclosures.

https://ln5.sync.com/dl/42fc4fcb0/eg5aw9ge-saywtdby-pbyhwgky-ekgzk6xd

Password: Hough

I am also providing to you our proposed Protective Order. We took the language for the proposed Protective Order from the CDCA's sample protective order and revised it to include provisions for designating materials as "attorney's eyes only" in addition to the "confidential" designations provided in the sample order.

Sincerely,

Lloyd & Mousilli

_____
William Shibley
Attorney for the Firm