# EXHIBIT D

1  WILLIAM H. SHIBLEY
2  California State Bar No. 56093
   **LLOYD & MOUSILLI, PLLC**
3  11807 Westheimer Road
4  Suite 550 PMB 944
   Houston, TX 77077
5  Tel: (512) 609-0059
6  Fax: (281) 783-8565
7  *litigation@lloydmousilli.com*
   **ATTORNEYS FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DISTRICT**

| | |
|---|---|
| **DAVID HOUGH, et al.** *Plaintiffs,* v. **RYAN CARROLL, et al.** *Defendants.* | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to: JUDGE WESLEY L. HSU<br><br>**TODD BRADLEY'S AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>Hearing: 5/13/24, 1:30 p.m. PT<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A<br>Trial Date: N/A |

BEFORE ME, the undersigned authority, on this day personally appeared **Todd Bradley**, and being duly sworn upon his oath by me, deposed and stated as follows:

1. "My name is **Todd Bradley**. I am over eighteen (18) years of age. I am of sound mind and fully capable to make this Affidavit. The facts set forth herein are

based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I am an owner of Defendant Houtex Farm Equity Partners, LLC (**"Houtex"**) and the Farm Manager for Houtex.

3. "I am familiar with the matters in controversy in the litigation against Houtex and others in the United States District Court for the Central District of California (**"CDCA"**) (herein referred to as the **"Hough Litigation"**).

4. "I submit this affidavit in support of Defendants' Motion for a Protective Order to be filed in the CDCA in the Hough Litigation.

5. "On May 8, 2024 at 12:34 p.m., I received a call from "Banks Law Office" shortly after I got home from work. When I answered, attorney Nico Banks (**"Mr. Banks"**) asked if I was the owner of Houtex Cricket Farm. I replied that I was. Mr. Banks proceeded to ask what kind of business we are, to which I replied we are a cricket farm, as it states in the name.

6. Mr. Banks then began asking me if I was a new owner because he noticed that on our Houtex website the contacts were changed to include my name. At this point, I questioned him as to why he was calling me. Then, Mr. Banks stated for the first time that he is involved in a court case with Max Kevin Day (**"Mr. Day"**) for money laundering and that he believes Houtex Farm is also money laundering.

7. I told Mr. Banks that unfortunately I am not involved in this court case you are speaking about, so I would not be commenting on any questions he had. After this, Mr. Banks threatened me, stating that it would be in my best interest to give him additional information or my bank accounts would be in jeopardy of being frozen as well. I told him if he would like to do that, he was more than welcome to. Mr. Banks once again threatened me, stating that it was in my best interest to give him information. At this point, I told him that if he is involved in a court case with Mr. Day, that he should have his contact information to ask him for further information himself. After this, Mr. Banks continued harassing me, asking again if I would like to share anything, to which I replied that unfortunately I do not have any information for you. This is where we ended the call and I told him to have a good one.

8. The call occurred at 12:34 pm on May 8, 2024. The number I was called from is "971-678-0036" with a Caller ID of "BANKS LAW OFFIC". Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot from my cell phone, which shows the Caller ID information and the time and date of the call.

FURTHER AFFIANT SAYETH NOT.

_____
**TODD BRADLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***May 10, 2024***, via email as follows:

*/s/ William Shibley*
William Shibley

- 3 -
TODD BRADLEY'S AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER