**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HOUGH; *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN CARROLL; *et al.* <br><br> Defendants. | Case No.: 2:24-cv-02886-WLH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONTINUANCE** <br><br> Action Filed: April 9, 2024 <br> Trial Date: N/A |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONTINUANCE**

///

///

///

///

///

The Court **GRANTS** Plaintiffs' motion to continue the hearing regarding Defendants' motion to compel arbitration and motion to dismiss, which is currently scheduled for June 7, 2024. Defendants may file a new motion to compel arbitration and/or motion to dismiss on May 21, 2024 or later.

**IT IS SO ORDERED.**

Date: _____    _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

/s/Nico Banks_____
Nico Banks, Esq.
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

On May 15, 2024, I served this proposed order via email to William Shibley at william@lloydmousilli.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: May 15, 2024