# EXHIBIT A



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113

April 26, 2024

Nico Banks, Esq.
Banks Law Office
712 H Street, NE
Unit #8571
Washington, DC 20002
Via Email to: nico@bankslawoffice.com

Lema Mousilli, Esq.
Lloyd & Mousilli, PLLC
11807 Westheimer Road
Suite 550, PMB 944
Houston, TX 77077
Via Email to: litigation@lloydmousilli.com

Case Number: 01-24-0003-2735

Individual Claimants
-vs-
Yax Ecommerce

Dear Parties:

This acknowledges receipt by the American Arbitration Association (AAA) of the enclosed correspondence dated April 24, 2024 from Claimant.

At this time, the AAA requests Respondent provide their position with respect to the above referenced correspondence to the AAA with a copy to all other parties by **May 1, 2024.**

Further, we remind the parties that Respondent's Clause Registry Fee, the Expedited Clause Review Fee and Initiation Fee remain due by **May 9, 2024.** If these fees remains unpaid after **May 9, 2024**, the AAA may close the cases per the Consumer Arbitration Rules and applicable California statue. According to R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer this arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

Sincerely,
/s/
Rachel Jacobsen
Mass Arbitration Intake Team
Direct Dial: (612) 278-5128
Email: MassArbIntake@adr.org

Enclosure