# EXHIBIT B



Allauna Gluski <allauna@lloydmousilli.com>

## Individual Claimants v. Wealth Assistants; Case No. 01-24-0003-2735 - Arbitration Fee
6 messages

---

**Allauna Gluski** <allauna@lloydmousilli.com>   Sun, May 5, 2024 at 8:31 PM
To: Mass Arbitration Intake <MassArbIntake@adr.org>, AAA Glen Williams <GlenWilliams@adr.org>
Cc: Litigation <litigation@lloydmousilli.com>, Lema Mousilli <lema@lloydmousilli.com>

Case Manager,

Please provide a credit card link to apply payment for the arbitration fee on behalf of Respondent.

Thank you.

Best Regards,
**Allauna Gluski**, Litigation Paralegal
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 281.832.0674
www.lloydmousilli.com

**Attention:** For efficient case management, please include case names in the email subject line and carbon copy litigation@lloydmousilli.com as well as the lead attorney on all emails.

 2024-04-26 AAA Request for Comments Letter - Yax (1).pdf
324K

---

**AAA Glen Williams** <GlenWilliams@adr.org>   Mon, May 6, 2024 at 10:07 AM
To: Mass Arbitration Intake <massarbintake@adr.org>
Cc: Allauna Gluski <allauna@lloydmousilli.com>, Lema Mousilli <lema@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>

Mass Arbitration Intake,

This case appears to be in your part of the AAA. I cannot see the case as it is outside the part of the AAA which I support.

Regards,

Glen



**AAA Glen Williams**
**Director of ADR Operations**

American Arbitration Association

T: 877 774 6932  F: 855 267 4082  E: GlenWilliams@adr.org
13727 Noel Road, Suite 1025, Dallas, TX 75240
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply

email and destroy all copies of the transmittal. Thank you.

---

**From:** Allauna Gluski <allauna@lloydmousilli.com>
**Sent:** Sunday, May 5, 2024 8:32 PM
**To:** Mass Arbitration Intake <massarbintake@adr.org>; AAA Glen Williams <GlenWilliams@adr.org>
**Cc:** Litigation <litigation@lloydmousilli.com>; Lema Mousilli <lema@lloydmousilli.com>
**Subject:** Individual Claimants v. Wealth Assistants; Case No. 01-24-0003-2735 - Arbitration Fee

**\*\*\* External E-Mail – Use Caution \*\*\***

[Quoted text hidden]


**2024-04-26 AAA Request for Comments Letter - Yax (1).pdf**
324K

---

**Allauna Gluski** <allauna@lloydmousilli.com>                                                        Tue, May 7, 2024 at 12:09 PM
To: AAA Glen Williams <GlenWilliams@adr.org>
Cc: Mass Arbitration Intake <massarbintake@adr.org>, Lema Mousilli <lema@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>

Good afternoon,

I am following up on my prior email regarding a credit card link for the arbitration payment in regard to the above-mentioned case. Please advise.

Best Regards,
**Allauna Gluski**, Litigation Paralegal
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 281.832.0674
www.lloydmousilli.com

**Attention:** For efficient case management, please include case names in the email subject line and carbon copy
*litigation@lloydmousilli.com* as well as the lead attorney on all emails.

[Quoted text hidden]

---

**Allauna Gluski** <allauna@lloydmousilli.com>                                                          Thu, May 9, 2024 at 9:12 AM
To: AAA Glen Williams <GlenWilliams@adr.org>
Cc: Mass Arbitration Intake <massarbintake@adr.org>, Lema Mousilli <lema@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>

Good morning,

I am following up on the above emails, again, regarding Respondent Wealth Assistants' fees that are due in the above-mentioned arbitration.
I have also called and left a voicemail for Rachel Jacobson, the name on the bottom of the Fee Request letter dated April 26th.

Please advise how Respondent should remit payment.

Thank you.

Best Regards,
**Allauna Gluski**, Litigation Paralegal
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 281.832.0674
www.lloydmousilli.com

**Attention:** For efficient case management, please include case names in the email subject line and carbon copy
*litigation@lloydmousilli.com* as well as the lead attorney on all emails.

[Quoted text hidden]

---

**Allauna Gluski** <allauna@lloydmousilli.com>                                                          Thu, May 9, 2024 at 9:19 AM
To: NoraSahyouni@adr.org, Litigation <litigation@lloydmousilli.com>

Good morning,

I received an out of town message from the case manager.

5/15/24, 10:48 AM  Lloyd & Mousilli Mail - Individual Claimants v. Wealthsimple, Case No. 01-24-0004-2054 Arbitration Fee

Case 2:24-cv-02886-WLH-SK  Document 54-2  Filed 05/17/24  Page 4 of 4  Page ID #:943

Please see the forwarded message.

Best Regards,
**Allauna Gluski**, Litigation Paralegal
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059  Direct: 281.832.0674
www.lloydmousilli.com

**Attention:** For efficient case management, please include case names in the email subject line and carbon copy *litigation@lloydmousilli.com* as well as the lead attorney on all emails.

[Quoted text hidden]

---

**AAA Glen Williams** <GlenWilliams@adr.org>    Thu, May 9, 2024 at 10:26 AM
To: Allauna Gluski <allauna@lloydmousilli.com>, AAA Glen Williams <GlenWilliams@adr.org>
Cc: Mass Arbitration Intake <massarbintake@adr.org>, Lema Mousilli <lema@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>

Good morning,

Please note that I am unable to view the above-referenced matter, as I am unable to view caseloads in which I do not support. Any inquiries should be directed to the Mass Arbitration or Customer Service teams.

Regards,

Nora for Glen

[Quoted text hidden]