Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HOUGH; *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN CARROLL; *et al*. <br><br> Defendants. | Case No.: 2:24-cv-02886-WLH <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS BROUGHT BY PLAINTIFFS MOULOUD HOCINE, JENNIFER LEHMKUHL HILL, AND PAUL PANICO** <br><br> Trial Date: N/A |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS BROUGHT BY PLAINTIFFS MOULOUD HOCINE, JENNIFER LEHMKUHL HILL, AND PAUL PANICO**

Plaintiffs hereby voluntarily dismiss, without prejudice, claims brought by Plaintiffs Mouloud Hocine, Jennifer Lehmkuhl Hill, and Paul Panico pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1  Dated: May 20, 2024

2  /s/Nico Banks
3  Nico Banks, Esq.
   Banks Law Office
4  Bar No. 344705
   Tel.: 971-678-0036
5  nico@bankslawoffice.com
   712 H St NE,
6  Unit #8571,
7  Washington, DC 20002

**CERTIFICATE OF SERVICE**

On May 20, 2024, I served this brief via email to William Shibley ([william@lloydmousilli.com](mailto:william@lloydmousilli.com)), who represents all Defendants in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: May 20, 2024