# EXHIBIT 1

6/8/24, 12:54 AM                            Lloyd & Mousilli Mail - Benjamin David v. Yax Ecommerce LLC Case # 01-23-0004-9691 - Procedural Order No. 1

Case 2:24-cv-02896-WLH-SK   Document 64-1   Filed 06/07/24   Page 2 of 2   Page ID #:1221



Allauna Gluski <allauna@lloydmousilli.com>

---

## Benjamin David v. Yax Ecommerce LLC Case # 01-23-0004-9691 - Procedural Order No. 1

---

**Nico Banks** <nico@bankslawoffice.com>                                    Mon, Apr 8, 2024 at 11:39 AM
To: Allauna Gluski <allauna@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>, Lema Mousilli <lema@lloydmousilli.com>
Cc: "richard nerviglaw.com" <richard@nerviglaw.com>, Josh Stein <josh.stein.esq@gmail.com>

Lema,

Please be advised that Claimants are certain that this production is incomplete, and we intend to renew our motion for sanctions accordingly.

All the best,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

[Quoted text hidden]

---

**3 attachments**

 **2023-09-15 Executed 230906 WA - David Termination Agreement.pdf**
795K

 **2022-05-28 Executed Contract Ben David.pdf**
890K

 **2024-04-08 Respondent's Response to Request for Document.pdf**
187K