# EXHIBIT A

6/7/24, 9:04 PM
Lloyd & Mousilli Mail - Hough, et al v. Carroll, et al - Jurisdictional Defendants' Responses to Interrogatory
Case 2:24-cv-02886-WLH-SK Document 64-4 Filed 06/07/24 Page 2 of 4 Page ID #:1231



Allauna Gluski <allauna@lloydmousilli.com>

## Hough, et al v. Carroll, et al - Jurisdictional Defendants' Responses to Interrogatory
3 messages

**Allauna Gluski** <allauna@lloydmousilli.com>   Sat, May 11, 2024 at 10:55 PM
To: Nico Banks <nico@bankslawoffice.com>, richard@nerviglaw.com
Cc: Feras Mousilli <feras@lloydmousilli.com>, William Shibley <william@lloydmousilli.com>, Lema Mousilli <lema@lloydmousilli.com>, Megan Weiss <megan@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>

Counsel,

Please see attached:

Max K. Day's Response to Interrogatory and Ex. A
Max O. Day's Response to Interrogatory and Ex. A
Michael E. Day 's Response to Interrogatory and Ex. A
Ryan Carroll 's Response to Interrogatory and Ex. A
Precision Trading Group LLC 's Response to Interrogatory and Ex. A
WA Distribution LLC 's Response to Interrogatory and Ex. A
Yax Ecommerce d/b/a Wealth Assistants 's Response to Interrogatory and Ex. A

Best Regards,
**Allauna Gluski**, Litigation Paralegal
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 281.832.0674
www.lloydmousilli.com

**Attention:** For efficient case management, please include case names in the email subject line and carbon copy litigation@lloydmousilli.com as well as the lead attorney on all emails.

**7 attachments**



- 2024-05-11 M Day FINAL.pdf
  850K
- 2024-05-11 MK Day FINAL.pdf
  856K
- 2024-05-11 MO Day FINAL.pdf
  502K
- 2024-05-11 PTG Disclosures FINAL.pdf
  1301K
- 2024-05-11 R Carroll FINAL.pdf
  472K
- 2024-05-11 WA Distribution FINAL.pdf
  474K
- 2024-05-11 WA FINAL.pdf
  478K

**Nico Banks** <nico@bankslawoffice.com>   Sun, May 12, 2024 at 7:54 AM
To: Allauna Gluski <allauna@lloydmousilli.com>
Cc: Feras Mousilli <feras@lloydmousilli.com>, Lema Mousilli <lema@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>, Megan Weiss <megan@lloydmousilli.com>, William Shibley <william@lloydmousilli.com>, richard@nerviglaw.com

Some initial comments and questions:

6/7/24, 9:04 PM                                     Lloyd &amp; Mousilli Mail - Doughtery v. Carroll, et al - Jurisdictional Defendants' Responses to Interrogatory

Case 2:24-cv-02886-WLH-SK Document 64-4 Filed 06/07/24 Page 3 of 4 Page ID #:1232

The PDFs you produced exclude a lot of information. Please immediately either disclose the native spreadsheets or disclose PDFs that do not cut off the cells.

Why don't Michael Day's disclosures include WWKB's assets, given that he owns and controls that company?

Several of the entities only show the "peak value" of assets and do not have a column for "current value." Please fix that immediately.

Regards,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

[Quoted text hidden]

---

**Nico Banks** <nico@bankslawoffice.com>                                                          Wed, May 15, 2024 at 9:07 AM
To: Allauna Gluski <allauna@lloydmousilli.com>
Cc: Feras Mousilli <feras@lloydmousilli.com>, Lema Mousilli <lema@lloydmousilli.com>, Litigation <litigation@lloydmousilli.com>, Megan Weiss <megan@lloydmousilli.com>, William Shibley <william@lloydmousilli.com>, richard@nerviglaw.com

We also need the account institutions and account numbers for any bank accounts disclosed. E.g., Ryan Carroll's Dreams to Reality LLC bank account and other missing bank account names and account numbers by EOD tomorrow.

Thanks,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002


Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its

attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

[Quoted text hidden]