RACHEL M. CROCKETT
California State Bar No. 266447
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| **DAVID HOUGH, ET AL**<br><br>*Plaintiffs*,<br><br>v.<br><br>**RYAN CARROLL, ET AL**<br><br>*Defendants*. | Case No.: 2:24-cv-02886-WLH<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH OR MODIFY PLAINTIFFS' SUBPOENAS**<br><br>Motion Hearing: 7/12/24, 1:30 p.m. PT<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH AND/OR MODIFY PLAINTIFFS' SUBPOENAS

Upon consideration of Jurisdictional Defendants' *Omnibus Objections to Plaintiffs' Subpoenas and Motion to Quash or Modify Plaintiffs' Subpoenas* **("Motion")**, and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Jurisdictional Defendants' Motion to Quash Plaintiffs' Subpoenas is GRANTED.

2. Alternatively, Jurisdictional Defendants' Motion to Modify Subpoenas is GRANTED.

**IT IS SO ORDERED.**

DATE:_____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE