# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al().<br><br>Plaintiff(s),<br><br>v.<br><br>RYAN CARROLL, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–02886–WLH–SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    6/14/2024

Document No.:    66

Title of Document:    MEMORANDUM in Support MOTION TO QUASH OR MODIFY PLAINTIFFS' SUBPOENAS

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motion – quash

Other:

Motion to Quash or Modify Subpoenas is heard before the Magistrate Judge

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 21, 2024        By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS