Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al*.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**PLAINTIFFS' SUPPLEMENT TO OPPOSITION TO MOTION TO QUASH**<br><br>Hearing: July ,17 2024, 10:00 am<br>Presiding Judge: Hon. Steve Kim<br>Trial Date: N/A |

**PLAINTIFFS' SUPPLEMENT TO OPPOSITION TO MOTION TO QUASH**

As noted in Plaintiffs' Opposition to Defendants' Motion to Quash (ECF 69), a transcript of the hearing in which the Court discussed the permissible scope of expedited subpoenas was not yet available at the time Plaintiffs filed that Opposition.

Accordingly, Plaintiffs now submit this Supplement with the pertinent transcript. The relevant portion of the transcript is 17:29 – 19:08. More specifically:

- At 18:02-06, Plaintiffs stated to the Court "I just want to make sure that it wouldn't be out of bounds for me to issue subpoenas to parties that I think have records of dispositions of – you know, dispositions by or for the benefit of the defendants but aren't traditionally considered financial institutions." At 18:07-08, the Court responded, "that's fine."

- At 18:22-23, the Court stated that subpoenas could request documents "that show -- like, account statements. Things that show the disposition of assets."

- At 19:03-06, the Court stated, "I'm fine with [the subpoenas] being issued now because what we're – what the Court is concerned about is making sure that all the assets are on the table so that we know what we're talking about."

Dated: June 25, 2024

/s/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

On June 25, 2024, I served this motion and accompanying papers via first-class mail to the parties listed below with addresses below their names, and via email to the parties with email addresses below their names:

JARED DAY;
19710 Chara Ct,
Cypress, TX 77433

CHRISTINE CARROLL;
11298 Snow View Ct,
Yucaipa, CA 92399

TRAVIS MARKER; THE LAW OFFICE OF TRAVIS R. MARKER, A PROFESSIONAL CORPORATION (D.B.A. "MARKER LAW AND MEDIATION"); & PARLAY LAW GROUP A PROFESSIONAL CORPORATION
333 2nd St.
Suite 16,
Ogden, UT, 84404

REYHAN PASINLI & TOTAL-APPS, INC.

Via email to their attorney Geoffrey Brethen at gbrethen@wattslawyers.com

MATTHEW CROUCH;
Via email to his attorney Levi Silver at lsilver@swsslaw.com

TROY MARCHAND & QUANTUM ECOMMERCE
Via email to their attorney Marc Reich at mgr@reichradcliffe.com

BONNIE NICHOLS & WHOLESALE UNIVERSE;
Via email to their attorney Brad Geyer at bradford.geyer@formerfedsgroup.com

WELLS FARGO N.A.
Via email to its attorney Dave Gettings at Dave.Gettings@troutman.com

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: June 25, 2024