Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RYAN CARROLL, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**STIPULATION RE: RESPONSE OF DEFENDANT MATTHEW CROUCH TO COMPLAINT**<br><br>Judge:         Hon. Wesley L. Hsu<br>Magistrate:  Hon. Steve Kim<br><br>Complaint Filed: April 9, 2024 |

WHEREAS, on May 20, 2024, Plaintiffs filed a First Amended Complaint adding Matthew Crouch ("Crouch") as a new defendant in this action.

WHEREAS, Crouch has not yet been served with a summons in this action.

WHEREAS, Plaintiffs and Crouch are currently discussing a potential resolution of Plaintiffs' claims against Crouch, and anticipate that these discussions may take significant time.

WHEREAS, in order to preserve judicial resources and permit continued

settlement discussions, Plaintiffs and Crouch have agreed, subject to approval of the Court, that Crouch will waive service of a summons in this action subject to the terms and conditions set forth below.

WHEREAS, this Stipulation does not constitute a waiver by Crouch of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

THEREFORE, Plaintiffs and Crouch hereby stipulate and agree, subject to approval of the Court, as follows:

1. Crouch waives service of a summons in this action.

2. Crouch shall not be required to answer or otherwise respond to the complaint in this action until September 30, 2024.

3. This Stipulation does not constitute a waiver by Crouch of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

DATED: June 28, 2024   BANKS LAW OFFICE

By: /s/Nico Banks
NICO BANKS

DATED: June 28, 2024   RICHARD A. NERVIG
Richard A. Nervig

*Attorneys for Plaintiffs*

DATED: June 28, 2024   SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Levi Y. Silver
LEVI Y. SILVER

*Attorneys for Defendant Matthew Crouch*

## ATTESTATION

1. I, Nico Banks, hereby attest that all other signatures listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

       /s/Nico Banks
Nico Banks