Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RYAN CARROLL, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER ON STIPULATION RE: RESPONSE OF DEFENDANT MATTHEW CROUCH TO COMPLAINT**<br><br>Judge:　　Hon. Wesley L. Hsu<br>Magistrate:　Hon. Steve Kim<br><br>Complaint Filed: April 9, 2024 |

　　　For good cause shown, the Stipulation Re: Response of Defendant Matthew Crouch to Complaint is adopted as follows:

　　　1.　Defendant Matthew Crouch waives service of a summons in this action.

　　　2.　Defendant Matthew Crouch shall not be required to answer or otherwise respond to the complaint in this action until September 30, 2024.

　　　IT IS SO ORDERED.

Date:_____　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

P:01740132.1:70076.002　　　　　　　-1-　　　　　Case No. 2:24-cv-02886-WLH-SK
[PROPOSED] ORDER ON STIPULATION RE: RESPONSE OF DEFENDANT MATTHEW CROUCH TO COMPLAINT