# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RYAN CARROLL, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER ON STIPULATION RE: RESPONSE OF DEFENDANT MATTHEW CROUCH TO COMPLAINT [77]**<br><br>Judge:　　Hon. Wesley L. Hsu<br>Magistrate:　Hon. Steve Kim<br><br>Complaint Filed: April 9, 2024 |

The Stipulation Re: Response of Defendant Matthew Crouch to Complaint is adopted as follows:

1. Defendant Matthew Crouch waives service of a summons in this action.

2. Defendant Matthew Crouch shall not be required to answer or otherwise respond to the complaint in this action until September 30, 2024.

**IT IS SO ORDERED.**

Date: July 3, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE