1  WILLIAM H. SHIBLEY
2  California State Bar No. 56093
   **LLOYD & MOUSILLI, PLLC**
3  11807 Westheimer Road
4  Suite 550 PMB 944
   Houston, TX 77077
5  Tel: (512) 609-0059
6  Fax: (281) 783-8565
   *litigation@lloydmousilli.com*
7
   **ATTORNEYS FOR DEFENDANTS**
8
                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10                         **WESTERN DISTRICT**
11
12  **DAVID HOUGH; ET AL**               Case No.: 2:24-cv-02886-WLH
13            *Plaintiffs*,              Assigned for all purposes to:
14                                       JUDGE WESLEY L. HSU
15                                       **JURISDICTIONAL DEFENDANTS
16  v.                                   RYAN CARROLL; MAX K. DAY;
                                         MAX O. DAY; MICHAEL DAY;
17                                       YAX ECOMMERCE LLC;
18                                       PRECISION TRADING GROUP,
                                         LLC; AND WA DISTRIBUTION
19                                       LLC'S CONFIRMATION OF
20  **RYAN CARROLL; ET AL**              COMPLIANCE LETTERS TO
                                         COURT**
21
22            *Defendants*.
                                         Action Filed: April 9, 2024
23                                       Trial Date: N/A
24
25
26
27
28
                                    - 1 -
JURISDICTIONAL DEFENDANTS' CONFIRMATION OF COMPLIANCE LETTERS TO COURT

COME NOW **SPECIALLY APPEARING DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC; and WA DISTRIBUTION LLC ("Defendants")**, and hereby informs the Court by filing *Defendants' Confirmation of Compliance Letters*. *See* July 1, 2024 and July 3, 2024 Letters attached.

Dated: July 4, 2024.                                  Respectfully submitted,

                                                                           By: */s/ William H. Shibley*
                                                                            William H. Shibley

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***July 4, 2024***, via email as follows:

                                                                            */s/ William H. Shibley*
                                                                            William H. Shibley