**William Shibley**
562.716.4040
william@lloydmousilli.com

July 1, 2024

*Via Electronic Filing Manager*
Judge Wesley L. Hsu
First Street Courthouse
350 W. 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California 90012

**Re: Confirmation of Jurisdictional Defendants' Compliance with the Court's Order**

Dear Honorable Judge Hsu,

Pursuant to this Honorable Court's June 28, 2024 Order (the **"Order"**), this letter serves to inform the Court of the Original Jurisdictional Defendants' compliance with said Order.

1. <u>Confirmation the Tax Returns Produced to Plaintiffs are true and correct copies of tax returns filed with the Internal Revenue Service</u>

On July 1, 2024, Original Jurisdictional Defendants served on Plaintiffs' counsel verifications confirming the copies of tax returns produced to Plaintiffs in the instant lawsuit are indeed true and correct copies of tax returns filed with the Internal Revenue Service.

These written verifications served on behalf of Max O. Day, Michael Day, Max K. Day, Ryan Carroll, Yax Ecommerce LLC, WA Distribution LLC, and Precision Trading Group LLC, together with the supplement production discussed below, satisfy the Original Jurisdictional Defendants' first obligation under Paragraph 1 of the Order.

2. <u>Versions of Documents Already Produced with the Last Four Digits of Employer Identification Numbers and Social Security Numbers Unredacted</u>

On June 29, 2024, the day following entry of the Order, the Original Jurisdictional Defendants immediately produced documents labeled JD0001- JD0324 to Plaintiffs' counsel via email and secure file share link. Documents JD0001- JD0324 consist of Original Jurisdictional Defendant tax returns and contain the last four digits of Employer Identification Numbers and Social Security Numbers unredacted. This June 29, 2024, production satisfies the Original Jurisdictional Defendants' second obligation under Paragraph 1 of the Order.

It is Original Jurisdictional Defendants' belief that the Order has been fully complied with.

Sincerely,

Lloyd & Mousilli
Attorneys at Law

_____
William Shibley