**LLOYD & MOUSILLI**
ATTORNEYS AND COUNSELORS AT LAW

William Shibley
562.716.4040
william@lloydmousilli.com

July 3, 2024

*<u>Via Electronic Filing Manager</u>*
Judge Wesley L. Hsu
First Street Courthouse
350 W. 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California 90012

**Re: Confirmation of Jurisdictional Defendants' Compliance with the Court's Order**

Dear Honorable Judge Hsu,

Pursuant to this Honorable Court's June 28, 2024 Order (the **"Order"**), this letter serves to inform the Court of the Original Jurisdictional Defendants' compliance with said Order.

<u>Confirmation that Defendants' List of Unidentified Assets Produced to Plaintiffs is true and correct.</u>

On July 1, 2024, Plaintiffs' counsel served their Plaintiffs' List of Defendants' Unidentified Assets.

On July 2, 2024, Original Jurisdictional Defendants served on Plaintiffs' counsel Defendants' List of Unidentified Assets (**"Defendants' Lists"**). This confirms that the Defendants' Lists produced to Plaintiffs' counsel are indeed true and correct.

The Defendants' Lists were served on behalf of Max O. Day, Michael Day, Max K. Day, Ryan Carroll, Yax Ecommerce LLC, WA Distribution LLC, and Precision Trading Group LLC, and satisfy the Original Jurisdictional Defendants' obligation under Paragraph 5 of the Order.

It is Original Jurisdictional Defendants' belief that the Order has been fully complied with.

Sincerely,

Lloyd & Mousilli
Attorneys at Law

_____
William Shibley

WH/ag