RACHEL M. CROCKETT
California State Bar No. 266447
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| DAVID HOUGH; et al<br><br>*Plaintiffs,*<br><br>v.<br><br>RYAN CARROLL; et al<br><br>*Defendants.* | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**[PROPOSED] ORDER GRANTING JURISDICTIONAL DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO STAY**<br><br>Hearing: July 26, 2024 1:30 PM PT<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

Upon consideration of Jurisdictional Defendants' *Motion to Compel Arbitration and Motion to Stay* (**"Motion"**), and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. All of Plaintiff's claims against Jurisdictional Defendants are **REFERRED** to binding arbitration pursuant to the arbitration provision in the Agreement between the parties; and

2. This matter is **STAYED** pending arbitration.

**IT IS SO ORDERED.**

DATE:_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JURISDICTIONAL DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO STAY