WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DISTRICT

| | |
|---|---|
| **DAVID HOUGH; ET AL** | Case No.: 2:24-cv-02886-WLH |
| *Plaintiffs,* | Assigned for all purposes to: JUDGE WESLEY L. HSU |
| **v.** | **HUMAN JURISDICTIONAL DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; AND MICHAEL DAY'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| | Hearing: August 23, 2024 1:30PM |
| **RYAN CARROLL; ET AL** | Action Filed: April 9, 2024 |
| *Defendants.* | Trial Date: N/A |

COME NOW **SPECIALLY APPEARING DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; and MICHAEL DAY** (**"Defendants"**), and hereby informs the Court by filing *Human Jurisdictional*

- 1 -

*Defendants' Application for Leave to File Under Seal* (**"Application"**) and respectfully shows the Court as follows:

1. Pursuant to Local Rule 79-5 and this Court's Procedures, Human Jurisdictional Defendants Ryan Carroll, Max K. Day, Max O. Day, and Michael Day (**"Human Jurisdictional Defendants"**) hereby submit this Application for Leave to File Under Seal Human Jurisdictional Defendants' Letter informing the Court of the accounts in which $9,000 may be withdrawn (**"Letter"**). This Application is accompanied by the Declaration of William Shibley in Support of Human Jurisdictional Defendants Application for Leave to File Under Seal, as required by L.R. 79-5.2.2.

2. Certain material that Human Jurisdictional Defendants describes in their Letter has been designated as "Highly Confidential – Attorneys' Eyes Only" by Human Jurisdictional Defendants. As a result, and as required by Local Rule 79-5, Human Jurisdictional Defendants requests that the following documents be filed under seal:

    a. The Declaration of William Shibley in Support of Human Jurisdictional Defendants' Letter informing the Court of the accounts in which $9,000 may be withdrawn (**"William Shibley's Declaration"**).

    b. Exhibit A, Human Jurisdictional Defendants' Account Information for the $9,000 Limit, to William Shibley's Declaration, which Human Jurisdictional Defendants has designated Outside Counsel Only.

3.    Pursuant to Local Rule 79-5.2.2, Human Jurisdictional Defendants' counsel contacted Plaintiff's counsel on July 5, 2024 and provided notice that Human Jurisdictional Defendants intend to describe in their Letter the account information described above.

4.    For the reasons discussed in the July 5, 2024 Declaration of William Shibley in Support of Human Jurisdictional Defendants' Application for Leave to File Under Seal, Plaintiffs' counsel has taken no position on Human Jurisdictional Defendants sealing request.

## CONCLUSION

Based on the foregoing and for good cause shown, Human Jurisdictional Defendants respectfully requests that this Court grant Defendants' Application to File Under Seal and for such other and further relief to which the Defendants may show themselves to be justly entitled.

Dated: July 5, 2024.                    Respectfully submitted,

By: */s/ William H. Shibley*
William H. Shibley

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Original Jurisdictional Defendants, certifies that this Motion contains 339 words, which complies with the word limit of L.R. 11-6.1

*/s/ William H. Shibley*
William H. Shibley

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Plaintiffs via email on July 5, 2024, regarding the substance of the foregoing motion. Plaintiffs' Counsel did not respond before the filing of this Application.

*/s/ William H. Shibley*
William H. Shibley

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***July 5, 2024***, via email as follows:

*/s/ William H. Shibley*
William H. Shibley