|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | WILLIAM H. SHIBLEY<br>California State Bar No. 56093<br>**LLOYD & MOUSILLI, PLLC**<br>11807 Westheimer Road<br>Suite 550 PMB 944<br>Houston, TX 77077<br>Tel: (512) 609-0059<br>Fax: (281) 783-8565<br>*litigation@lloydmousilli.com*<br><br>**ATTORNEYS FOR DEFENDANTS** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DAVID HOUGH; ET AL<br><br>*Plaintiffs*,<br><br>v.<br><br><br><br><br><br>RYAN CARROLL; ET AL<br><br>*Defendants*. | Case No.: 2:24-cv-02886-WLH<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**HUMAN JURISDICTIONAL DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; AND MICHAEL DAY'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Hearing: August 23, 2024 1:30PM<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

Upon consideration of Human Jurisdictional Defendants' *Application for Leave to File Under Seal* **("Application")**, and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Application should be **GRANTED**.

[Proposed] Order Granting Human Jurisdictional Defendants' Application for Leave to File Under Seal

- 2 -

**IT IS THEREFORE ORDERED** that:

1.  Jurisdictional Defendants' Application for Leave to File Under Seal has ben GRANTED.

**IT IS SO ORDERED.**

DATE:_____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE