Case 2:24-cv-02886-WLH-SK   Document 87-2   Filed 07/05/24   Page 1 of 2   Page ID #:1640

WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DISTRICT**

| | |
|---|---|
| **DAVID HOUGH, et al.** *Plaintiffs,* v. **RYAN CARROLL, et al.** **Defendants.** | Case No.: 2:24-cv-02886 Assigned for all purposes to: JUDGE WESLEY L. HSU **WILLIAM SHIBLEY'S AFFIDAVIT IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** Hearing: 8/23/24, 1:30 p.m. PT Action Filed: April 9, 2024 Trial Date: N/A |

BEFORE ME, the undersigned authority, on this day personally appeared **William Shibley**, and being duly sworn upon his oath by me, deposed and stated as follows:

- 1 -
WILLIAM SHIBLEY'S AFFIDAVIT IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

1. "My name is **William Shibley**. I am an attorney licensed to practice before this court and have been an attorney since June of 1973. I am of sound mind and fully capable to make this Affidavit. The facts set forth herein are based on my personal knowledge and are true and correct.

2. I submit this declaration in connection with and in support of Human Jurisdictional Defendants' Application to File Under Seal.

3. Human Jurisdictional Defendants agreed to produce their accounts in which $9,000 may be withdrawn pursuant to the April 30, 2024 Order. *See* Dkt. 38.

4. Attached as **Exhibit A** is the Letter informing the Court of Human Jurisdictional Defendants' accounts in which $9,000 may be withdrawn.

5. Exhibit A contains sensitive financial information pertaining to the Human Jurisdictional Defendants. Disclosure of this information could result in significant harm to the privacy and financial interests of these parties. Therefore, the interests of justice and confidentiality necessitate that Exhibit A be filed under seal to protect the sensitive financial data contained therein.

6. On July 5, 2024, I attempted to confer with Plaintiffs' Counsel regarding the Application to File Under Seal and did not receive a response.

I declare under the laws of the State of California that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
**WILLIAM SHIBLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***July 5, 2024***, via email as follows:

*/s/ William Shibley*
William Shibley