# EXHIBIT A

**LLOYD&MOUSILLI**
ATTORNEYS AND COUNSELORS AT LAW

William Shibley
562.716.4040
william@lloydmousilli.com

July 5, 2024

*Via Electronic Filing Manager*
Judge Wesley L. Hsu
First Street Courthouse
350 W. 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California 90012

Re: Original Human Jurisdictional Defendants' Accounts regarding the $9k Spending Limit

Dear Honorable Judge Hsu,

Pursuant to this Honorable Court's June 28, 2024 Order (the **"Order"**), this *sealed* letter serves to inform the Court of the accounts belonging to the Original Human Jurisdictional Defendants from which the imposed $9,000 spending limit will be drawn.

Account Information for the Human Jurisdictional Defendants:

| Jurisdictional Defendants | Account Holder | Financial Institution | Account No. |
|---|---|---|---|
| Max O. Day | ■ | ■ | ■ |
| Ryan Carroll | ■ | ■ | ■ |
| Max K. Day | ■ | ■ | ■ |
| Michael Day | ■ | ■ | ■ |
| Michael Day | ■ | ■ | ■ |

On July 5, 2024, Original Human Jurisdictional Defendants served on Plaintiffs' counsel their list of accounts in which the $9,000 will be drawn. This confirms that the account information produced to Plaintiffs' counsel and the Court is indeed true and correct.

The Human Jurisdictional Defendants' Account Information served on Plaintiffs' Counsel and Court on behalf of Max O. Day, Michael Day, Max K. Day, and Ryan Carroll, satisfy the Original Human Jurisdictional Defendants' obligation under Paragraph 7 (seven) and Paragraph 8 (eight) of the Order.

It is Original Human Jurisdictional Defendants' belief that the Order has been fully complied with.

Page 2 of 2

                                    Sincerely,

                                    Lloyd & Mousilli
                                    Attorneys at Law

                                    _____
                                    William Shibley

WH/ag