| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Banks Law Office<br>Nico Banks SBN 344705<br>712 H St NE Unit #8571<br>WASHINGTON, DC 20002<br>TELEPHONE NO:            FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  nico@bankslawoffice.com<br>ATTORNEY FOR *(Name)*:  Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA 90012 | |
| PLAINTIFF / PETITIONER:   David Hough, et al.<br>DEFENDANT / RESPONDENT:   Ryan Carroll, et al. | CASE NUMBER:<br>2:24-cv-02886-WLH-SK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11334967 (23233260) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Attachments, First Amended Complaint, Service Agreement for Amazon Store Management Wealth Assistants, LLC, Service Agreement For Ecommerce Store Management

2. Party Served:  Christine Carroll

3. Date & Time of Delivery:  July 3, 2024 at 7:17 pm PDT

4. Address, City and State:  11298 Snow View Ct Yucaipa, CA, 92399

5. Manner of Service:  Personal Service - By personally delivering copies.

Fee for service: $115.00

Registered California process server.
Derek Adkins
County: Riverside
Registration No.: PS-002194

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*[signature]*

Derek Adkins

Date: July 5, 2024