WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| **DAVID HOUGH, ET AL**<br><br>*Plaintiffs,*<br><br>v.<br><br>**RYAN CARROLL, ET AL**<br><br>*Defendants.* | Case No.: 2:24-cv-02886-WLH<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Motion Hearing: November 15, 2024, 1:30 p.m. PT<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

Upon consideration of Defendants' *Motion to Dismiss* **("Motion")**, and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. All of Plaintiffs' claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATE:_____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE