Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al*.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**STIPULATION TO STAY DEFENDANT WELLS FARGO'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

**STIPULATION TO STAY DEFENDANT WELLS FARGO'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**

This Stipulation is entered into by and between Plaintiffs and Defendant Wells Fargo, through their respective counsel of record.

WHEREAS, Plaintiffs have received third-party documents and intend to amend the currently operative First Amended Complaint to add new defendants and new allegations about existing defendants;

WHEREAS, Plaintiffs require additional time to investigate entities and individuals to potentially be added as defendants, and to further investigate forthcoming new allegations about existing defendants;

WHEREAS, if Plaintiffs are unable to reach agreements on subpoenas they issued, Plaintiffs anticipate filing motions to compel discovery from Wells Fargo as well as third-party banks including Thread Bank, Bank of America, and JP Morgan—including compelling discovery of account statements, wire transfers, and third-party-agent/payment-processor transaction data—no later than July 26, 2024;

WHEREAS, Plaintiffs anticipate that the discovery resulting from those motions to compel, if any, will significantly further inform Plaintiffs' allegations;

WHEREAS, it would be most efficient—and in the interests of justice—for Plaintiffs to wait to file an amended complaint until Plaintiffs have reviewed the forthcoming discovery that they anticipate receiving shortly;

WHEREAS, it would also be inefficient for Wells Fargo to file a pleading responsive to the currently operative complaint when the parties anticipate that another amended complaint will be filed;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

The deadline for Wells Fargo to file a responsive pleading to the current complaint should be stayed.

Plaintiffs should be ordered to file an amended complaint no later than October 31, 2024.

Wells Fargo should be ordered to file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

IT IS SO STIPULATED.

Dated: July 16, 2024

/S/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

/s/ Michael S. Lowe
**MICHAEL S. LOWE**
Troutman Pepper Hamilton Sanders
2 Logan Square
18th and Arch Streets

STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE A RESPONSIVE PLEADING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Philadelphia, PA 19103
Phone: 215-981-4364
Fax: 215-981-4750
Email: michael.lowe@troutman.com

***Attorney for Wells Fargo Bank, N.A.***

- 4 -
STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE A RESPONSIVE PLEADING

# WORD COUNT COMPLIANCE CERTIFICATION

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

/s/Nico Banks
Nico Banks
Dated: July 16, 2024

# ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                             */s/ Nico Banks*
                                                              Nico Banks

# CERTIFICATE OF SERVICE

On July 16, 2024, I served this motion and accompanying papers via first-class mail to the parties listed below with addresses below their names, and via email to the parties with email addresses below their names:

JARED DAY;
19710 Chara Ct,
Cypress, TX 77433

CHRISTINE CARROLL;
11298 Snow View Ct,
Yucaipa, CA 92399

TRAVIS MARKER; THE LAW OFFICE OF TRAVIS R. MARKER, A PROFESSIONAL CORPORATION (D.B.A. "MARKER LAW AND MEDIATION"); & PARLAY LAW GROUP A PROFESSIONAL CORPORATION
333 2nd St.
Suite 16,

Ogden, UT, 84404

MATTHEW CROUCH;
Via email to his attorney Levi Y. Silver at lsilver@swsslaw.com

REYHAN PASINLI & TOTAL-APPS, INC.
Via email to their attorney Geoffrey Brethen at gbrethen@wattslawyers.com

TROY MARCHAND & QUANTUM ECOMMERCE
Via email to their attorney Marc Reich at mgr@reichradcliffe.com

BONNIE NICHOLS & WHOLESALE UNIVERSE;
Via email to their attorney Brad Geyer at bradford.geyer@formerfedsgroup.com

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: July 16, 2024