# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RYAN CARROLL; *et al.*,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT** |

　　　　On July 16, 2024, Plaintiffs and Defendant Wells Fargo filed a stipulation requesting that the Court extend Wells Fargo's time to file a responsive pleading until after Plaintiffs have filed a forthcoming Amended Complaint.

　　　　The Court, having considered Plaintiffs' and Wells Fargo's stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

　　1. The deadline for Wells Fargo to file a responsive pleading to the current complaint is stayed.

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Wells Fargo must file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

4. This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

300063933