# EXHIBIT G



Nico Banks <nico@bankslawoffice.com>

---

## Re: Hough v. Wells Fargo - C.D. Cal. 2:24cv2886

1 message

---

**Nico Banks** <nico@bankslawoffice.com> Sun, Jun 30, 2024 at 8:26 PM
To: "Gettings, Dave" <Dave.Gettings@troutman.com>
Cc: "Lowe, Michael S." <Michael.Lowe@troutman.com>, "Lynch, John C." <john.lynch@troutman.com>, "richard@nerviglaw.com" <richard@nerviglaw.com>

Dave,

There's one other category of documents that I realized we'd need from Wells Fargo to reach a deal regarding the subpoena: relevant transaction data for any third-party agents (payment processors, payment aggregators, etc.) over which Wells Fargo had supervisory responsibilities. So in total, we'd need: checks, wire transfer confirmations, account statements, and third-party agent transaction records.

Or, if the same information can be produced in a more easily accessible way (for example — a spreadsheet that shows all transaction data we're asking for), we would accept that too of course (and we'd prefer it).

Thanks,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Tue, Jun 25, 2024 at 9:18 PM Gettings, Dave <Dave.Gettings@troutman.com> wrote:

> That sounds good. Please give my cell a call – 845.893.0182.
>
> **Dave Gettings**
> **Partner**
> **troutman pepper**
> Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
> dave.gettings@troutman.com
>
> ---
>
> **From:** Nico Banks <nico@bankslawoffice.com>
> **Sent:** Tuesday, June 25, 2024 5:25 PM
> **To:** Gettings, Dave <Dave.Gettings@troutman.com>
> **Cc:** Lowe, Michael S. <Michael.Lowe@troutman.com>; Lynch, John C. <john.lynch@troutman.com>;

richard@nerviglaw.com

**Subject:** Re: Hough v. Wells Fargo - C.D. Cal. 2:24cv2886

---

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Sorry -- just to clarify, I will plan to call you at 3pm pacific / 6pm eastern (or we can meet on Teams if you'd rather).

Thanks,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Tue, Jun 25, 2024 at 8:24 PM Nico Banks <nico@bankslawoffice.com> wrote:

> Hi Dave,
>
> 6pm tomorrow works for me.

Thanks,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Tue, Jun 25, 2024 at 8:17 PM Gettings, Dave <Dave.Gettings@troutman.com> wrote:

> Nico,
>
> I am on Pacific time tomorrow.  Is 6pm ET / 3pm PT too late for you?
>
> Dave
>
> **Dave Gettings**
> **Partner**
> **troutman pepper**
> Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
> dave.gettings@troutman.com
>
> ---
>
> **From:** Nico Banks <nico@bankslawoffice.com>
> **Sent:** Tuesday, June 25, 2024 1:28 PM

**To:** Gettings, Dave <Dave.Gettings@troutman.com>
**Cc:** Lowe, Michael S. <Michael.Lowe@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; richard@nerviglaw.com
**Subject:** Re: Hough v. Wells Fargo - C.D. Cal. 2:24cv2886

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi Dave,

I'm free anytime on Wednesday.

Thanks,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Mon, Jun 24, 2024 at 4:54 PM Gettings, Dave <Dave.Gettings@troutman.com> wrote:

> Nico,
>
> I will be flying all day tomorrow. How does your schedule look on Wednesday to discuss?
>
> Dave

**Dave Gettings**
**Partner**
**troutman pepper**
Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
dave.gettings@troutman.com

---

**From:** Nico Banks <nico@bankslawoffice.com>
**Sent:** Friday, June 21, 2024 7:14 PM
**To:** Gettings, Dave <Dave.Gettings@troutman.com>
**Cc:** Lowe, Michael S. <Michael.Lowe@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; richard@nerviglaw.com
**Subject:** Re: Hough v. Wells Fargo - C.D. Cal. 2:24cv2886

---

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Dave,

Thanks for your email.

I'm a little frustrated because Wells Fargo has known that these are urgent issues since the subpoenas were issued on May 16, and we've been trying to confer with Wells Fargo about this for a while. I know it may not be your personal fault because you came onto this case recently, but your client's delay in articulating its position on this subpoena seems dilatory.

I'm not going to be reachable on Monday or Tuesday morning of next week, but I'd like to confer on Tuesday afternoon. If we haven't resolved these issues by the end of the day on Wednesday of next week, I intend to file a motion to compel along with an ex parte motion requesting an expedited briefing schedule.

Thanks,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Wed, Jun 19, 2024 at 7:58 PM Gettings, Dave <Dave.Gettings@troutman.com> wrote:

Nico,

We are still coordinating with our client regarding the subpoena. We will get back to you soon. When we talked earlier this week, you had asked for an update by Wednesday. I am working on it and will get back to you as soon as possible.

Thanks,

Dave

**Dave Gettings**
**Partner**
**troutman pepper**
Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
dave.gettings@troutman.com

---

**From:** Nico Banks <nico@bankslawoffice.com>
**Sent:** Monday, June 17, 2024 2:24 PM
**To:** Gettings, Dave <Dave.Gettings@troutman.com>
**Cc:** Lowe, Michael S. <Michael.Lowe@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; richard@nerviglaw.com
**Subject:** Re: Hough v. Wells Fargo - C.D. Cal. 2:24cv2886

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi all,

I just wanted to flag that Wealth Assistants filed a motion to quash on Friday night. I still think we should continue negotiations regarding the subpoena now because the motion to quash is frivolous. And hypothetically if Wells and Plaintiffs end up at an impasse, we could litigate a motion to compel in parallel with the motion to quash.

Thanks,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Thu, Jun 13, 2024 at 8:19 PM Gettings, Dave <Dave.Gettings@troutman.com> wrote:

> Nico,
>
> 10am PT works well. We can use the Teams information below.
>
> Please forgive me as I am getting oriented to the case, are you referencing a subpoena under Rule 45? It is not clear to me how a party to the case can be subject to discovery through a third-party subpoena.
>
> Thanks,
>
> Dave
>
> ---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 236 795 606 913

Passcode: jH9kuz

---

### Dial in by phone

+1 404-750-4631,,323317567# United States, Atlanta

Find a local number

Phone conference ID: 323 317 567#

### Join on a video conferencing device

Tenant key: teams@meet.troutman.com

Video ID: 117 528 086 9

More info

For organizers: Meeting options | Reset dial-in PIN

---

**Dave Gettings**
**Partner**
**troutman pepper**
Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
dave.gettings@troutman.com

---

**From:** Nico Banks <nico@bankslawoffice.com>
**Sent:** Thursday, June 13, 2024 5:08 PM
**To:** Gettings, Dave <Dave.Gettings@troutman.com>
**Cc:** Lowe, Michael S. <Michael.Lowe@troutman.com>; Lynch, John C. <john.lynch@troutman.com>; richard@nerviglaw.com
**Subject:** Re: Hough v. Wells Fargo - C.D. Cal. 2:24cv2886

---

**CAUTION: The sender’s email address is unknown (not previously received).**

DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Hi Dave,

It's nice to e-meet you. I'm widely available for a call to generally discuss the matter on Monday. Would 10am pacific time work for you?

My primary concern, which is time sensitive, is Wells Fargo's response to our subpoena. I need to see the transaction records as soon as possible so that I can continue tracing the other defendants' assets. The previous counsel let me know that Wells Fargo wanted to confer about that further, which I'm happy to do, but I need to resolve that matter when we speak on Monday so that I can move to compel right away if I need to.

Thanks,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Thu, Jun 13, 2024 at 4:42 PM Gettings, Dave <Dave.Gettings@troutman.com> wrote:

Nico,

Wells Fargo retained our firm to defend the bank in the *Hough* matter that you brought. If you are available, I think it would be good to jump on a call early next week to discuss the case generally. I have pretty good availability on Monday. Are you available for a call?

Thanks,
Dave

**Dave Gettings**
**Partner**

Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
dave.gettings@troutman.com

**troutman pepper**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com
CFS Law Monitor

Troutman Pepper is a Mansfield Certified Plus Firm

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.