# EXHIBIT I



Nico Banks <nico@bankslawoffice.com>

## Re: Rejections of service of process
1 message

**Nico Banks** <nico@bankslawoffice.com>  Wed, Jun 5, 2024 at 5:34 PM
To: SOPInquiries <SOPInquiries@wolterskluwer.com>

No state laws would ever require me to serve papers in a specific state. I can serve the registered agent wherever they can be found.

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Wed, Jun 5, 2024 at 5:29 PM SOPInquiries <SOPInquiries@wolterskluwer.com> wrote:

> Hello,
>
> We can't advise in which state you need to serve your legal papers because each state has different laws and regulations to determine whether a document was served properly. Please check with the company you are attempting to serve or to verify which state you need to serve your legal papers. Once you have determined in which state you need to serve the legal papers, please visit the Service of Process Office Locations page (https://ct.wolterskluwer.com/sop-locations) to determine the service of process address.
>
> SOPInquiries
>
> ---
>
> **From:** Nico Banks <nico@bankslawoffice.com>
> **Sent:** Wednesday, June 5, 2024 4:15 PM
> **To:** SOPInquiries <SOPInquiries@wolterskluwer.com>
> **Subject:** Re: Rejections of service of process
>
> I meant the website of the Secretary of State, not your website.

If what you were saying were true, then a corporation could dodge service entirely by just designating a Delaware person as their registered agent and not filing a corporate registration in Delaware. It makes no sense.

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Wed, Jun 5, 2024 at 4:11 PM Nico Banks <nico@bankslawoffice.com> wrote:

> The fact is that CT is a designated registered agent for those companies according to at least one of their corporate filings. The law is that by serving a registered agent we serve the company. Any representations on your website cannot overcome that law.
>
> Nico Banks, Esq.
> Banks Law Office, P.C.
> Pronouns: he/him
> Tel.: 971-678-0036
> 712 H St NE,
> Unit #8571,
> Washington, DC 20002
>
> Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.
>
> On Wed, Jun 5, 2024 at 3:57 PM SOPInquiries <SOPInquiries@wolterskluwer.com> wrote:
>
>> Hello,
>>
>> agent representation information is available on the records of the Secretary of State.  If CT represents an entity, it will receive and forward service of process if we represent the entity in the state where served.  CT does not represent the following entities; First Citizens Bank, Live Oak Bank, HSBC Bank USA and BlueVine Inc in DE and therefore cannot receive process on those entities.
>>
>> SOPInquiries

**From:** Nico Banks <nico@bankslawoffice.com>
**Sent:** Wednesday, June 5, 2024 10:17 AM
**To:** SOPInquiries <SOPInquiries@wolterskluwer.com>
**Subject:** Re: Rejections of service of process


Do you have any legal authority for that position? In California, where the subpoena was issued, I believe the rules it that the subpoena must be served on the person who is the registered agent. We have done so.
See *Postlewaite v. Wells Fargo*, No. C 11-4563 PJH, at *2 (N.D. Cal. Mar. 23, 2012)"(Service on a limited liability company is effected by serving the person designated as its agent for service of process.")


Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002


Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.


On Wed, Jun 5, 2024 at 10:14 AM SOPInquiries <SOPInquiries@wolterskluwer.com> wrote:

> Hello Nico,
>
>
> Registered Agents follow what is listed on the Secretary of State in the jurisdiction the documents are served. If an entity is registered in SC, they can be served in SC. HSBC Bank USA, National Association can be served at our SC address as that it was is listed on the SC SOS. The entity is not registered in DE, therefor CT is not agent for the entity in DE.

# Registered Agent

**Agent:** C T CORPORATION SYSTEM

**Address:** 2 OFFICE PARK CT STE 103
COLUMBIA, South Carolina 29223

SOPInquiries

**From:** Nico Banks <nico@bankslawoffice.com>
**Sent:** Wednesday, June 5, 2024 10:08 AM
**To:** SOPInquiries <SOPInquiries@wolterskluwer.com>
**Subject:** Re: Rejections of service of process

You don't often get email from nico@bankslawoffice.com. Learn why this is important

Hello,

Each of the entities are also registered in other states, and the registrations in other states indicate that you are the registered agent. See, for example, the attached corporate registration for HSBC Bank USA.

Please be advised that we may hold these entities in contempt, notwithstanding the agent's failure to deliver the subpoena to them.

Regards,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Wed, Jun 5, 2024 at 8:43 AM SOPInquiries <SOPInquiries@wolterskluwer.com> wrote:

> Hello Nico,
>
> Service of process was received in our Delaware location via process server on 5/23 for BlueVine Inc. According to the DE Secretary of State we are not the agent. Attached is the Secretary of State information. If BlueVine Inc. was not the intended recipient, you can have the document re-served at the physical location with the intended recipient listed as the served entity. We do not accept service via email nor fax.
>
> Service of process was received in our Delaware location via process server on 5/23 for HSBC Bank USA. According to the DE Secretary of State we are not the agent, as no entity is listed under this name. If HSBC Bank USA was not the intended recipient, you can have the document re-served at the physical location with the intended recipient listed as the served entity. We do not accept service via email nor fax.
>
> Service of process was received in our Delaware location via process server on 5/23 for Live Oak Bank. According to the DE Secretary of State we are not the agent, as no entity is listed under this name. If Live Oak Bank was not the intended recipient, you can have the document re-served at the physical location with the intended recipient listed as the served entity. We do not accept service via email nor fax.
>
> Service of process was received in our Delaware location via process server on 5/23 for First Citizens Bank. According to the DE Secretary of State we are not the agent, as no entity is listed under this name. If First Citizens Bank was not the intended recipient, you can have the document re-served at the physical location with the intended recipient listed as the served entity. We do not accept service via email nor fax.
>
> SOPInquiries
>
> **From:** Nico Banks <nico@bankslawoffice.com>
> **Sent:** Tuesday, June 4, 2024 9:15 AM
> **To:** SOPInquiries <SOPInquiries@wolterskluwer.com>
> **Subject:** Rejections of service of process
>
> Hello,

You don't often get email from nico@bankslawoffice.com. Learn why this is important

I received multiple rejections of service of process (see attached). I'm a little confused. The corporate registrations of these companies seem to indicate that CT Corporation is in fact the registered agent. Can you provide any further explanation?

Thanks,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.