|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID HOUGH; *et al.*, | Case No. 2:24-cv-02886-WLH-SK |
| --- | --- |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL WELLS FARGO BANK, N.A., AND HOLD IN CONTEMPT HSBC BANK USA AND JP MORGAN CHASE & CO.** |
| v. | |
| RYAN CARROLL; *et al.*, | |
| Defendant. | |

On July 16, 2024, Plaintiffs filed a motion to (1) compel Wells Fargo Bank, N.A. to produce documents pursuant to a subpoena over Wells Fargo Bank, N.A.'s objections, and (2) hold in contempt HSBC Bank USA and JP Morgan Chase & Co. for failing to respond to subpoenas served on them.

The Court has considered Plaintiffs' motion, opposition briefs filed by the respondents, and Plaintiffs' reply. The Court, finding good cause therefor, hereby GRANTS Plaintiffs' Motion and ORDERS as follows

1. Wells Fargo shall comply with Plaintiffs' subpoena no later than 14 days following the issuance of this Order.

2. The Court holds HSBC Bank USA and JP Morgan Chase & Co. in contempt of court for failing to respond to validly issued subpoenas. Those entities shall each pay Plaintiffs $1,000 per day, beginning the day after this Order is issued, for each day that they have not complied with the subpoena.

**IT IS SO ORDERED.**

Dated: _____

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE