**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DAVID HOUGH; ET AL<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CARROLL; ET AL<br><br>*Defendants*. | Case No.: 2:24-cv-02886-WLH<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**ORDER ON HUMAN JURISDICTIONAL DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; AND MICHAEL DAY'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [87]**<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

Upon consideration of Human Jurisdictional Defendants' *Application for Leave to File Under Seal* (the "Application," Docket No. 87),

**IT IS HEREBY ORDERED** that:

1. The Application is **GRANTED**; and

2. Human Jurisdictional Defendants are given leave to file (1) the Declaration of William Shibley in Support of Human Jurisdictional Defendants' Application to File Under Seal (Docket No. 87-2) and (2) the Unredacted Exhibit to the Declaration of William Shibley (Docket No. 87-4) under seal.

In accordance with Local Rule 79-5.2.2, **THE COURT WILL NOT AUTOMATICALLY FILE THESE DOCUMENTS UNDER SEAL**. The Human Jurisdictional Defendants are required to file the documents under seal in accordance with Local Rule 79-5 and the Court's Guide to Electronically Filing Under-Seal Documents in Civil Cases, available on the Court's website at http://www.cacd.uscourts.gov/e-filing/sealed-documents.

Finally, the Court notes that it was required to seal Docket No. 87-4 *sua sponte* because it disclosed confidential information. Counsel is required to review the procedures for filing sealed documents, including applications to file under seal, at the link above before filing any further sealed documents or applications to seal.

**IT IS SO ORDERED.**

DATE: July 17, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE