1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA
10

| DAVID HOUGH; *et al.*, | Case No. 2:24-cv-02886-WLH-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT** |
| RYAN CARROLL; *et al.*, | |
| Defendant. | |
| | [94] |

On July 16, 2022, Plaintiffs and Defendant Wells Fargo filed a stipulation requesting that the Court extend Wells Fargo's time to file a responsive pleading until after Plaintiffs have filed a forthcoming Amended Complaint (the "Stipulation").

The Court, having considered the Stipulation, hereby **GRANTS** the Stipulation and **ORDERS** as follows

1. The deadline for Wells Fargo to file a responsive pleading to the current complaint is stayed.

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Wells Fargo must file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated: July 22, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE