Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>    Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL; *et al.*<br><br>    Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**STIPULATION TO STAY DEFENDANTS TOTAL APPS AND REYHAN PASINLI'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

**STIPULATION TO STAY DEFENDANTS TOTAL APPS AND REYHAN PASINLI'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**

This Stipulation is entered into by and between Plaintiffs on the one hand, and Defendants Total Apps and Reyhan Pasinli, on the other hand, through their respective counsel of record.

WHEREAS, Plaintiffs have received third-party documents and intend to amend the currently operative First Amended Complaint to add new defendants and new allegations about existing defendants;

WHEREAS, Plaintiffs require additional time to investigate entities and individuals to potentially be added as defendants, and to further investigate forthcoming new allegations about existing defendants;

WHEREAS, Plaintiffs anticipate receiving additional discovery from Wells Fargo, Thread Bank, Bank of America, and JP Morgan—including discovery of account statements, wire transfers, and third-party-agent/payment-processor transaction data—within the next six weeks;

WHEREAS, Plaintiffs anticipate that the new discovery, will significantly further inform Plaintiffs' allegations;

WHEREAS, it would be most efficient—and in the interests of justice—for Plaintiffs to wait to file a second amended complaint until Plaintiffs have reviewed the forthcoming discovery that they anticipate receiving shortly;

WHEREAS, it would also be inefficient for Defendants to respond to the currently operative complaint when the parties anticipate that another amended complaint will be filed;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

The deadline for Defendants Total Apps and Reyhan Pasinli to file responsive pleadings to the current complaint should be stayed.

Total Apps and Reyhan Pasinli should be ordered to file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

**IT IS SO STIPULATED.**

Dated: July 24, 2024

/s/ Nico Banks
Nico Banks (CA SBN:344705)
***Attorney for Plaintiffs***

/s/Geoff Brethen
Geoff Brethen (CA SBN: 259873)
***Attorney for Defendants Total Apps and Reyhan Pasinli***

**WORD COUNT COMPLIANCE CERTIFICATION**

The undersigned, counsel of record for Plaintiffs, certifies that this stipulationcontains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

/s/Nico Banks
Nico Banks
Dated: July 24, 2024

**ATTESTATION**

    Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                              */s/ Nico Banks*
                                              Nico Banks

**CERTIFICATE OF SERVICE**

On July 24, 2024, I served this motion and accompanying papers via first-class mail to the parties listed below with addresses below their names, and via email to the parties with email addresses below their names:

JARED DAY;
19710 Chara Ct,
Cypress, TX 77433

CHRISTINE CARROLL;
11298 Snow View Ct,
Yucaipa, CA 92399

TRAVIS MARKER; THE LAW OFFICE OF TRAVIS R. MARKER, A PROFESSIONAL CORPORATION (D.B.A. "MARKER LAW AND MEDIATION"); & PARLAY LAW GROUP A PROFESSIONAL CORPORATION
333 2nd St.
Suite 16,

Ogden, UT, 84404

MATTHEW CROUCH;
Via email to his attorney Levi Y. Silver at lsilver@swsslaw.com

REYHAN PASINLI & TOTAL-APPS, INC.
Via email to their attorney Geoffrey Brethen at gbrethen@wattslawyers.com

TROY MARCHAND & QUANTUM ECOMMERCE
Via email to their attorney Marc Reich at mgr@reichradcliffe.com

BONNIE NICHOLS & WHOLESALE UNIVERSE;
Via email to their attorney Brad Geyer at bradford.geyer@formerfedsgroup.com

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: July 24, 2024