UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RYAN CARROLL; *et al.*,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY DEFENDANTS TOTAL APPS AND REYHAN PASSINLI'S TIME TO FILE A RESPONSIVE PLEADING** |

On July 24, 2024, Plaintiffs and Defendants Total Apps and Reyhan Pasinli filed a stipulation requesting that the Court extend those Defendants' time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. The deadline for Total Apps and Reyhan Pasinli to file a pleading responsive to the current complaint is stayed.

-1-

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Total Apps and Reyhan Pasinli must each file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

4. This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

300063933