| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Banks Law Office<br>Nico Banks SBN 344705<br>712 H St NE Unit #8571<br>WASHINGTON, DC 20002<br>　　　TELEPHONE NO:　　　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: nico@bankslawoffice.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA 90012 | |
| PLAINTIFF / PETITIONER: David Hough, et al.<br>DEFENDANT / RESPONDENT: Ryan Carroll, et al. | CASE NUMBER:<br>2:24-cv-02886-WLH-SK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11338388 (23235522) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, First Amended Complaint, Amazon Service Agreement Exhibits, Ecommerce Service Agreement Exhibits

2. Party Served: Troy Marchand

3. Date & Time of Posting: July 13, 2024 at 9:47 am EDT

4. Date of Mailing: July 16, 2024

5. Place of Mailing: Fairfax, CA

6. Address, City and State: 3350 Alston Dr Fishers, IN, 46037

7. Manner of Service: By posting in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found, and mailing a copy by first class mail, postage pre-paid, and depositing said copies in the United States Mail, in a sealed envelope, addressed as stated above. A declaration of mailing is attached.

Fee for service: $140.00

Not a Registered California process server.
Chad Christensen

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Chad Christensen_
Chad Christensen

Date: July 16, 2024

MC-031

| PLAINTIFF / PETITIONER: David Hough, et al. | CASE NUMBER: |
| DEFENDANT / RESPONDENT: Ryan Carroll, et al. | 2:24-cv-02886-WLH-SK |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N McDowell Blvd, Suite 300, Petaluma, CA 94954.

On 7/16/2024, after service by posting was made, I mailed copies of the:

Summons, First Amended Complaint, Amazon Service Agreement Exhibits, Ecommerce Service Agreement Exhibits

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Fairfax, CA, addressed as follows:

Troy Marchand
3350 Alston Dr
Fishers, IN 46037.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   7/16/2024
Ashley David
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* InfoTrack US, Inc.