| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Banks Law Office<br>Nico Banks SBN 344705<br>712 H St NE Unit #8571<br>WASHINGTON, DC 20002<br>TELEPHONE NO:   FAX NO (Optional):<br>E-MAIL ADDRESS (Optional): nico@bankslawoffice.com<br>ATTORNEY FOR (Name): Plaintiff | |

Insert name of court, judicial district or branch court, if any:
United States District Court
Central District of California - District - Los Angeles - First Street
350 W. First Street
Los Angeles, CA 90012

| PLAINTIFF / PETITIONER: David Hough, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Ryan Carroll, et al. | 2:24-cv-02886-WLH-SK |
| PROOF OF SERVICE | Ref. No. or File No.:<br>11338388 (23235522) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, First Amended Complaint, Amazon Service Agreement Exhibits, Ecommerce Service Agreement Exhibits

2. Party Served: Troy Marchand

3. Date & Time of Posting: July 13, 2024 at 9:47 am EDT

4. Date of Mailing: July 16, 2024

5. Place of Mailing: Fairfax, CA

6. Address, City and State: 3350 Alston Dr Fishers, IN, 46037

7. Manner of Service: By posting in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found, and mailing a copy by first class mail, postage pre-paid, and depositing said copies in the United States Mail, in a sealed envelope, addressed as stated above. A declaration of mailing is attached.

Fee for service: $140.00

Not a Registered California process server.
Chad Christensen

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Chad Christensen

Date: July 16, 2024