UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN CARROLL; *et al.*,<br><br>　　　　　Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY SPECIALLY APPEARING DEFENDANTS TROY MARCHAND AND QUANTUM ECOMMERCE'S TIME TO FILE A RESPONSIVE PLEADING** |

On July 30, 2024, Plaintiffs and Defendants Troy Marchand and Quantum Ecommerce filed a stipulation requesting that the Court extend those Defendants' time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. The deadline for Troy Marchand and Quantum Ecommerce to file a pleading responsive to the current complaint is stayed.

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Troy Marchand and Quantum Ecommerce must each file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

300063933