Name and address:
David M. Gettings
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
757.687.7500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> RYAN CARROLL, et al. <br><br> Defendant(s), | CASE NUMBER <br> 2:24-cv-02886-WLH-SK <br><br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE <br> *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Gettings, David M.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

TROUTMAN PEPPER HAMILTON SANDERS LLP
*Firm/Agency Name*

222 Central Park Avenue, Suite 2000                757.687.7500                757.687.7510
*Street Address*                                   *Telephone Number*           *Fax Number*

Virginia Beach, VA 23462                           dave.gettings@troutman.com
*City, State, Zip Code*                            *E-mail Address*

**I have been retained to represent the following parties:**

Wells Fargo Bank, N.A.                 ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
                                       ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Please see the attached | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:23-cv-06386 | Klare v. Westlake Services, LLC | 8/30/2023 | Granted |
| 2:23-cv-02505 | Turner, et al. v. Westlake Portfolio Management, LLC | 7/17/2024 | Pending |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated July 30, 2024

David M. Gettings
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Schuchert, Nicholas J.
*Designee's Name (Last Name, First Name & Middle Initial)*

TROUTMAN PEPPER HAMILTON SANDERS LLP
*Firm/Agency Name*

5 Park Plaza, Suite 1400
*Street Address*

Irvine, CA 92614
*City, State, Zip Code*

949.622.2700
*Telephone Number*

949.622.2739
*Fax Number*

nicholas.schuchert@troutman.com
*Email Address*

307249
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated July 30, 2024

Nicholas J. Schuchert
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# ATTACHMENT

| Court | Date(s) of Admission |
|---|---|
| Virginia Supreme Court | November 3, 2010 |
| Texas State Bar | October 1, 2020 |
| United States District Court for the Eastern District of Virginia | December 2, 2010 |
| United States District Court for the Western District of Virginia | August 9, 2017 |
| United States Bankruptcy Court for the Eastern District of Virginia | April 2020 |
| United States District Court for the Southern District of Texas | October 13, 2021 |
| United States District Court for the Northern District of Texas | March 25, 2023 |
| United States District Court for the Western District of Texas | May 23, 2023 |
| United States District Court for the Eastern District of Michigan | July 29, 2021 |
| United States District Court for the District of Colorado | June 16, 2020 |
| Fourth Circuit Court of Appeals | August 8, 2011 |
| Seventh Circuit Court of Appeals | October 2, 2015 |
| Ninth Circuit Court of Appeals | April 27, 2018 |
| Eleventh Circuit Court of Appeals | May 10, 2017 |

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

**David Michael Gettings**

was admitted to practice as an attorney and counsellor at the bar of this Court on November 3, 2010.

I further certify that so far as the records of this office are concerned, David Michael Gettings is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 15th day of July
A.D. 2024

By: _____
*Deputy Clerk*

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

David Michael Gettings

was admitted to practice as an attorney and counsellor at the bar of this Court on November 3, 2010.

I further certify that so far as the records of this office are concerned, David Michael Gettings is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 15th day of July
A.D. 2024

By: _____
Deputy Clerk

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 30, 2024

Re: David Michael Gettings, State Bar Number 24120375

To Whom It May Concern:

This is to certify that David Michael Gettings was licensed to practice law in Texas on October 01, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Seana Willing
Chief Disciplinary Counsel
SW/web

