Name and address:
David M. Gettings
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
757.687.7500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al., | CASE NUMBER<br>2:24-cv-02886-WLH-SK |
| Plaintiff(s) | |
| v. | |
| RYAN CARROLL, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gettings, David M.        of    TROUTMAN PEPPER HAMILTON SANDERS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    222 Central Park Avenue, Suite 2000
                                                                 Virginia Beach, VA 23462

757.687.7500        757.687.7510
*Telephone Number*    *Fax Number*

dave.gettings@troutman.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
WELLS FARGO BANK, N.A.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Schuchert, Nicholas J.    of    TROUTMAN PEPPER HAMILTON SANDERS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    5 Park Plaza, Suite 1400
                                                                Irvine, CA 92614

307249        949.622.2700        949.622.2739
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

nicholas.schuchert@troutman.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                                                **U.S. District Judge/U.S. Magistrate Judge**