STEVEN H. BERGMAN (S.B. #180542)
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
steven-bergman@rbmn.com
*Attorney for Defendants
Travis Marker, The Law Office of Travis R.
Marker, a Professional Corporation and
Parlay Law Group, a Professional
Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH;<br>AMUND THOMPSON; ISABEL RAMOS; ANTHONY RAMOS; MICHAEL NIBARGER<br><br>Plaintiffs<br><br>v.<br><br>RYAN CARROLL;<br>MAX K. DAY; MAX O. DAY;<br>MICHAEL DAY; JARED DAY;<br>MATTHEW CROUCH; CHRISTINE CARROLL; TROY MARCHAND;<br>BONNIE NICHOLS; TRAVIS MARKER; REYHAN PASINLI; *et al.*<br><br>Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>Before the Hon. Wesley L. Hsu<br><br>**Defendants Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation, and Parlay Law Group, a Professional Corporation's Answer to the First Amended Complaint; Jury Demand**<br><br>Date Action Filed: April 9, 2024<br>Trial Date: TBD |

Defendants Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation, and Parlay Law Group, a Professional Corporation (collectively the "Marker Defendants"), by and through counsel of record, Steven H. Bergman of RICHARDS BRANDT MILLER NELSON, and pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, hereby answer Plaintiffs' First Amended Complaint ("FAC") as follows:

**<u>Jurisdiction and Venue</u>**

1.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

2.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

3.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

4.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

5.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

6.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

7.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**<u>Summary of Case</u>**

8.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

9.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

10.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

11.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

12.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

13.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

14.     Denied as the Marker Defendants had no control over how Wealth Assistants ran its business and did not play any role in the creation of the business model or in the fulfillment of services. The Marker Defendants were hired to collect fees and to pass the fees on to Wealth Assistants. Travis Marker admits that he met with Ryan Carroll one time to address concerns. Trave Marker was led to believe the concerns were being addressed. All other allegations of this paragraph of the FAC are denied.

15.     The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

16.     Denied. The Marker Defendants have received the same excuses from Wealth Assistants and have no responsibility for the excuses Wealth Assistants have made.

17.     The Marker Defendants deny any responsibility for the creation of the alleged fraud and the circumstances that created the complaints of Plaintiffs to their banks or alerted government agencies about the alleged ongoing fraud. The Marker Defendants deny the remaining allegations of this paragraph of the FAC for lack of sufficient knowledge or information.

18.     Denied. The Marker Defendants were not involved in the creation of Wealth Assistants or the mismanagement of funds by Wealth Assistants. The Marker Defendants deny the remaining allegations of this paragraph of the FAC for lack of sufficient knowledge or information.

19.     The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

20.     Denied as to the Marker Defendants. The Marker Defendants have insufficient information to admit or deny the remaining allegations in this paragraph of the FAC and therefore deny them.

2

**Class Representatives**

21.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

22.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

23.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

24.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**Defendants**

**A. Human Defendants**

25.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

26.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

27.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

28.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

29.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

30.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

31.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

32.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

33.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

34.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

35.    Admitted.

**B. Wealth Assistants Entity Defendants**

36.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

37.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

38.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

39.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

40.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

41.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**C. Alter Ego Defendants**

42.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

43.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

44.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

45.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

46.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

47.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

48.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

49.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

50.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

51.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

52.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

53.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

54.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**D. Quantum-Wholesale Partnership Defendants**

55.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

56.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**E. Payment Processing Defendants**

57.    Admitted.

58.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

5

59.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

### Alleged Facts

### A. Wealth Assistants' Misrepresentations About Its Services

60.    The Marker Defendants deny any involvement or role in the creation of the terms and any duty to fulfill the terms. The Marker Defendants deny the remaining allegations of this paragraph of the FAC for lack sufficient information or knowledge.

61.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

62.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

63.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

64.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

65.    The Marker Defendants deny that they had any involvement or played any role in the creation of the terms in this paragraph and any duty to fulfill the terms. The Marker Defendants deny the remaining allegations of this paragraph of the FAC of lack of sufficient information or knowledge.

66.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

67.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

68.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

69.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

70.    The Marker Defendants deny any involvement or role in the creation of the terms and any duty to fulfill the terms. The Marker Defendants deny the remaining allegations of this paragraph of the FAC of lack of sufficient information or knowledge.

71.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

72.    The Marker Defendants deny any involvement or role in the creation of the terms and any duty to fulfill the terms. The Marker Defendants deny the remaining allegations of this paragraph of the FAC of lack of sufficient information or knowledge.

73.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**B. Wealth Assistants' Marketing**

74.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

75.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

76.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

77.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

78.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

79.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

## C. Plaintiffs' Experiences with Wealth Assistants

80.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

81.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

82.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

83.    Admitted that on April 18, 2023, Thompson paid $5,016.08 to Wealth Assistants for inventory.

84.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

85.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

86.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

87.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

88.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

89.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

90.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

91.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

92.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

93.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

94.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

95.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

96.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

97.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

98.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

99.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

100.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**D. Wealth Assistants Announced It Was Shutting Down and Transferred Many of Its Assets to Ryan Carroll, Michael Day, Max K. Day, and Max O. Day**

101.   The Marker Defendants deny that they were involved in or played any role in the creation or dissemination of the message in this paragraph and further deny that they had any duty to perform as connected to the message. The Marker Defendants deny the remaining allegations of this paragraph of the FAC of lack of sufficient information or knowledge.

102.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

103.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

104.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

105.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

106.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**E. When Wealth Assistant Shut Down, It Transitioned Many of Its Clients' Accounts and Assets to Quantum Ecommerce and Wholesale Universe**

107.   The Marker Defendants deny that they have any connection to Wholesale Universe and Quantum Ecommerce or their representations. The Marker Defendants deny the remaining allegations of this paragraph of the FAC of lack of sufficient information or knowledge.

108.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

109.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

110.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

111.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

112.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

113.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

114.   The Marker Defendants deny that they have any connection to Wholesale Universe and Quantum Ecommerce or their representations. The Marker Defendants deny the remaining allegations of this paragraph of the FAC of lack of sufficient information or knowledge.

115.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

116.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

117.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

118.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

119.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

120.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

121.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

122.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

**F. The Payment Processor Defendants Conspired with Wealth Assistant to Help It Conceal Assets from Plaintiffs**

123.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

124.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

125.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

126.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

127.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

11

128.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

129.   Admitted.

130.   Admitted.

131.   The Marker Defendants deny instructing Wealth Assistants' clients to make discrete small payments. The Marker Defendants further state that they only sent chip readers to clients who had communicated a desire to run large transactions over $25,000.

132.   Denied as Defendant never told a Wealth Assistants client that a single credit card reader could only process a small amount of payments at one time. The Marker Defendants further state that they would only send a client two chip readers if the client had two different processing accounts. And each credit card reader was for large transactions over $25,000 only.

133.   Denied.

134.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

135.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

136.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

137.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

138.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

139.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

140.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

141.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

142.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

143.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

144.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

145.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

146.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

147.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

148.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

149.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

150.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

151.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

152.    The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

153.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

154.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

155.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

156.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

157.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

158.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

159.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

160.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

161.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

162.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

163.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

164.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

165.   The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

14

## G. The Human Defendants All Conspired to Carry Out the Fraud Described Above

166.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

167.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

168.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

169.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them, including all subparts.

170.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them.

171.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them.

172.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them.

173.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them.

174.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them.

175.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants have insufficient information to admit or deny the rest of the allegations contained in this paragraph of the FAC and therefore deny them.

176.   The Marker Defendants deny any connection to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged collusion to defraud any clients or parties to this action. The Marker Defendants

16

have insufficient information to admit or deny the rest of the allegations contained
in this paragraph of the FAC and therefore deny them.

177.   Defendant Marker admits that he is the owner and control person of
Marker Law and Parlay Law Group. The Marker Defendants deny any connection
to the alleged conspiracy, the alleged intent to defraud, the alleged actual fraud, or
any alleged collusion to defraud any clients or parties to this action. The Marker
Defendants deny Defendant Marker "directed those entities conduct, as described
above" in this paragraph.

**Class Action Allegations**

178.   The Marker Defendants deny any connection to the alleged
conspiracy, the alleged intent to defraud, the alleged actual fraud, or any alleged
collusion to defraud any clients or parties to this action. The Marker Defendants
have insufficient information to admit or deny the rest of the allegations contained
in this paragraph of the FAC and therefore deny them.

179.   The Marker Defendants have insufficient information to admit or deny
the allegations contained in this paragraph of the FAC and therefore deny them.

180.   The Marker Defendants have insufficient information to admit or deny
the allegations contained in this paragraph of the FAC and therefore deny them,
including all subparts.

181.   The Marker Defendants have insufficient information to admit or deny
the allegations contained in this paragraph of the FAC and therefore deny them.

182.   The Marker Defendants have insufficient information to admit or deny
the allegations contained in this paragraph of the FAC and therefore deny them,
including all subparts.

183.   The Marker Defendants have insufficient information to admit or deny
the allegations contained in this paragraph of the FAC and therefore deny them.

184.   The Marker Defendants have insufficient information to admit or deny
the allegations contained in this paragraph of the FAC and therefore deny them.

185. The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

186. The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

187. The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

## Causes of Action

### Count One
**Civil Conspiracy to Defraud Plaintiffs and Conceal Assets**
**(Against All Defendants)**

188. The Marker Defendants restate and reallege each and every answer denial and affirmative defense asserted in response to Paragraphs 1-187 of the FAC and incorporate them by reference as if fully stated herein.

189. This Paragraph states a legal conclusion to which no response is required. If a response is required, denied.

190. This Paragraph states a legal conclusion to which no response is required. If a response is required, denied.

191. The Marker Defendants deny the allegations contained in this paragraph of the FAC.

192. The Marker Defendants deny the allegations contained in this paragraph of the FAC.

193. The Marker Defendants deny the allegations contained in this paragraph of the FAC.

194. The Marker Defendants have insufficient information to admit or deny the allegations contained in this paragraph of the FAC and therefore deny them.

195. The Marker Defendants deny the allegations contained in this paragraph of the FAC.

196. The Marker Defendants deny the allegations contained in this paragraph of the FAC.

18

197.   The Marker Defendants deny the allegations contained in this paragraph of the FAC.

198.   The Marker Defendants deny the allegations contained in this paragraph of the FAC.

199.   The Marker Defendants deny the allegations contained in this paragraph of the FAC.

200.   This Paragraph states a legal conclusion to which no response is required. If a response is required, denied.

**Count Two**
**Aiding and Abetting a Fraud**
**(Against All Defendants)**

201.   The Marker Defendants restate and reallege each and every answer denial and affirmative defense asserted in response to Paragraph 1-200 of the FAC and incorporate them by reference as if fully stated herein.

202.   The Marker Defendants deny the allegations contained in this paragraph of the FAC.

203.   The Marker Defendants deny the allegations contained in this paragraph of the FAC.

**Count Three**
**Fraudulently Transfer of Assets**
**(Against the Alter Ego Defendants, the Quantum-Wholesale Partnership,**
**Bonnie Nichols, and Troy Marchand—**
**Collectively, the "Recipient Defendants")**

1-5. [sic]. The Marker Defendants are not tendering an answer to this Count of the FAC in that this Count is not directed against the Marker Defendants. However, to the extent that any of the allegations contained in this Count of the FAC could be construed against one or more of the Marker Defendants, then the Marker Defendants deny those allegations and asserts each and every answer, denial, and affirmative defense asserted in response to all other Counts and allegations contained in The FAC.

Except as expressly admitted above, the Marker Defendants deny each and every allegation of the FAC and deny that Plaintiffs are entitled to any relief from the Marker Defendants.

### Affirmative Defenses

### First Affirmative Defense

The FAC fails to state a claim upon which relief can be granted as to the Marker Defendants and should thus be dismissed.

### Second Affirmative Defense

Without admitting any allegations contained in the FAC, and while continuing to deny the same, the Marker Defendants aver that any and all damages alleged to have been sustained by Plaintiffs were sustained as a direct result of the actions of others over whom the Marker Defendants had no control or right of control and which constitute an intervening act wherein the Marker Defendants' negligence, if any, was not the proximate cause of Plaintiffs' alleged damages, and as a result, the Marker Defendants should be dismissed.

### Third Affirmative Defense

The FAC fails to allege fraud with particularity.

### Fourth Affirmative Defense

As against the Marker Defendants, Plaintiffs cannot prove their fraud claims by clear and convincing evidence.

### Fifth Affirmative Defense

As against the Marker Defendants, Plaintiffs cannot establish that the Marker Defendants entered into an agreement with one or more of the other defendants to commit fraud.

### Sixth Affirmative Defense

As against the Marker Defendants, Plaintiffs cannot establish that one or more of the Marker Defendants became a member of the alleged conspiracy knowing of at least one of its objects and intending to help accomplish that object.

1

**Seventh Affirmative Defense**

As against the Marker Defendants, Plaintiffs cannot prove that one or more
of the Marker Defendants directly conspired with one or more alleged conspirators
to carry out at least one of the objects of the alleged conspiracy.

**Eighth Affirmative Defense**

As against the Marker Defendants, Plaintiffs cannot prove that one or more
of the Marker Defendants knew or had reason to know that other conspirators were
involved with those with whom one or more of the Marker Defendants allegedly
directly conspired.

**Ninth Affirmative Defense**

As against the Marker Defendants, Plaintiffs cannot prove that one or more
of the Marker Defendants had reason to believe that whatever benefits said
defendant might obtain from the conspiracy was dependent upon the success of the
entire venture.

**Tenth Affirmative Defense**

To the extent one of more of the Marker Defendants knowingly or
unknowingly became a member of the allegedly conspiracy, which the Marker
Defendants deny, said defendant withdrew from the alleged conspiracy before any
overt act regarding the conspiracy occurred.

**Eleventh Affirmative Defense**

As against the Marker Defendants, Plaintiffs cannot prove that one or more
of the Marker Defendants made any false statements or representations.

**Twelfth Affirmative Defense**

As against the Marker Defendants, Plaintiffs cannot establish that they relied
on any false statement or representation made by one or more of the Marker
Defendants or that such reliance was reasonable under the circumstances.

21

1  **Thirteenth Affirmative Defense**

2         As against the Marker Defendants, Plaintiffs cannot establish that they were

3  harmed or that Plaintiffs' reliance on any representation by one or more of the

4  Marker Defendants was a substantial factor in causing any Plaintiff's harm.

5  **Fourteenth Affirmative Defense**

6         As against the Marker Defendants, Plaintiffs cannot prove that one or more

7  of the Marker Defendants concealed or attempted to conceal any assets.

8  **Fifteenth Affirmative Defense**

9         As against the Marker Defendants, the FAC, and each purported cause of

10  action alleged therein, is barred in whole or in part by the applicable statutes of

11  limitations.

12  **Sixteenth Affirmative Defense**

13         As against the Marker Defendants, Plaintiffs' claims are barred by the

14  doctrine of unclean hands.

15  **Seventeenth Affirmative Defense**

16         As against the Marker Defendants, Plaintiffs' claims are barred by the

17  doctrine of estoppel.

18  **Eighteenth Affirmative Defense**

19         As against the Marker Defendants, Plaintiffs and/or the putative class

20  members relinquished and waived any right to any of the claims upon which

21  Plaintiffs now seek relief.

22  **Nineteenth Affirmative Defense**

23         As against the Marker Defendants, Plaintiffs' claims are barred by the

24  doctrine of laches.

25  **Twentieth Affirmative Defense**

26         As against the Marker Defendants, Plaintiffs' claims are barred because

27  Plaintiffs, and each member of the putative class, acquiesced or consented to the

28  conduct about which they now complain.

**Twenty-First Affirmative Defense**

As against the Marker Defendants, Plaintiffs' claims are barred, in whole or in part, because in doing the things alleged in the FAC, the Marker Defendants acted in reliance on misrepresentations by Plaintiffs and the putative class members.

**Twenty-Second Affirmative Defense**

As against the Marker Defendants, the FAC, and each purported cause of action alleged therein, is barred because Plaintiffs lack standing to state the claims alleged in the FAC and/or to assert the legal rights or interests of others.

**Twenty-Third Affirmative Defense**

As against the Marker Defendants, the FAC, and each purported cause of action alleged therein, does not state facts sufficient to certify a class. Therefore, this action is not properly brought as a class action.

**Twenty-Fourth Affirmative Defense**

As against the Marker Defendants, Plaintiffs are not proper representatives of the class they purport to represent and, accordingly, this action is not properly brought as a class action.

**Twenty-Fifth Affirmative Defense**

As against the Marker Defendants, Plaintiffs cannot maintain a representative or class action because the putative plaintiffs are not similarly situated.

**Twenty-Sixth Affirmative Defense**

The Marker Defendants are entitled to setoff, offset, and/or recoupment for amounts paid to Plaintiffs and/or any member of the putative class.

**Twenty-Seventh Affirmative Defense**

Any injury or damage allegedly suffered by Plaintiffs was caused or contributed to by the negligence, fault, bad faith, breach of contract, or other wrongful or tortious conduct of Plaintiffs and/or persons or entities other than the

23

Marker Defendants, and such conduct offsets, eliminates or comparatively reduces the liability, if any, of the Marker Defendants.

### Twenty-Eighth Affirmative Defense

As against the Marker Defendants, the FAC, and each purported cause of action alleged therein, is barred by Plaintiffs' failure to take reasonable steps to avoid or otherwise mitigate the alleged damages, the existence of which is specifically denied.

### Twenty-Ninth Affirmative Defense

The Marker Defendants acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known to them at the time they so acted. Accordingly, Plaintiffs are barred, in whole or in part, from any recovery in this action as against the Marker Defendants.

### Thirtieth Affirmative Defense

The Marker Defendants state that any fault, if any, of the Marker Defendants must be reduced by the comparative fault of the Plaintiffs and/or the fault and liability of other defendants and/or third parties over whom the Marker Defendants lack control.

### Thirty-First Affirmative Defense

Without admitting any of the allegations of the FAC, and still denying the same except as expressly admitted above, the Marker Defendants adopt and incorporate herein by reference any affirmative defense alleged by any other Defendant not set forth above.

The Marker Defendants reserve the right to amend this Answer to add additional defenses and affirmative defenses as discovered in the course of this action.

### <u>Prayer for Relief</u>

WHEREFORE, having fully answered, the Marker Defendants pray for relief as follows:

24

A.    For entry of Judgment in favor of the Marker Defendants and against Plaintiffs;

B.    For an order dismissing the FAC and each cause of action therein with prejudice as against the Marker Defendants;

C.    For an order denying class certification to the Plaintiffs;

D.    For an order finding the Marker Defendants are not at fault for the claims in the FAC or that other parties, including Plaintiffs, other defendants, or third parties, are at fault and that the Marker Defendants fault is de minimis after allocating fault to the Plaintiffs, other defendants, and third parties;

E.    For an award of the Marker Defendants' costs, and if applicable, attorneys' fees;

F.    For such further and other relief as the Court deems proper and just.

Dated:  July 30, 2024            Respectfully submitted,

RICHARDS BRANDT MILLER NELSON

_s/ Steven H. Bergman_
Steven H. Bergman

*Attorneys for Defendants Travis Marker,*
*Law Office of Travis R. Marker,*
*a Professional Corporation, and Parlay Law*
*Group, a Professional Corporation*

25

## **Jury Demand**

The Marker Defendants, pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demand a trial by jury on all issues triable to a jury.

Dated:  July 30, 2024          Respectfully submitted,

RICHARDS BRANDT MILLER NELSON

_s/ Steven H. Bergman_
Steven H. Bergman

*Attorneys for Defendants Travis Marker,*
*Law Office of Travis R. Marker,*
*a Professional Corporation, and Parlay Law*
*Group, a Professional Corporation*

26

1

## Certificate of Service

2

    I hereby certify that on this the 30th day of July, 2024, a copy of the foregoing **Defendants Travis Marker, The Law Office of Travis R. Marker, APC, and Parlay Law Group, APC Answer to the First Amended Complaint; Jury Demand** was served on all counsel of record in this case by one or more of the following methods in accordance with the Federal Rules of Civil Procedure:

3

4

5

    [x ] ECF electronic filing
    [ ] E-mail, delivery receipt requested
    [ ] U.S. Mail
    [ ] Hand Delivery
    [ ] Facsimile

6

7

8

        */s/Mariah Letts*

9

        Mariah Letts

23752/0001/1FV5180.DOCX

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1