STEVEN H. BERGMAN (S.B. #180542)
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
steven-bergman@rbmn.com
*Attorney for Defendants*
*Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation and Parlay Law Group, a Professional Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; AMUND THOMPSON; ISABEL RAMOS; ANTHONY RAMOS; MICHAEL NIBARGER<br><br>Plaintiffs<br><br>v.<br><br>RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; JARED DAY; MATTHEW CROUCH; CHRISTINE CARROLL; TROY MARCHAND; BONNIE NICHOLS; TRAVIS MARKER; REYHAN PASINLI; *et al.*<br><br>Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>Before the Hon. Wesley L. Hsu<br><br>**The Marker Defendants' Disclosure Statement Pursuant to FRCP 7.1**<br><br>Date Action Filed: April 9, 2024<br>Trial Date: TBD |

Defendants Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation, and Parlay Law Group, a Professional Corporation (collectively the "Marker Defendants"), by and through counsel of record, Steven H. Bergman of RICHARDS BRANDT MILLER NELSON, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state as follows:

1 | The Law Office of Travis R. Marker, a Professional corporation, is a Utah
2 professional corporation with a principal place of business in North Ogden, Utah.
3 The sole shareholder of the Law Office of Travis R. Marker is Travis R. Marker, an
4 individual and a resident of the State of Utah.

5 | Parlay Law Group, a Professional corporation, is a Utah professional
6 corporation with a principal place of business in North Ogden, Utah. The sole
7 shareholder of the Parlay Law Group is Travis R. Marker, an individual and a
8 resident of the State of Utah.

9 | Neither of the Marker entities are publicly traded entities.

10 | Dated: July 31, 2024     Respectfully submitted,

11 RICHARDS BRANDT MILLER NELSON

12 *s/ Steven H. Bergman*
13 Steven H. Bergman

14 *Attorneys for Defendants Travis Marker, Law Office of Travis R. Marker,*
15 *a Professional Corporation, and Parlay Law Group, a Professional Corporation*

1

THE MARKER DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

## **Certificate of Service**

I hereby certify that on this the 31st day of July, 2024, a copy of the foregoing **The Marker Defendants' Disclosure Statement Pursuant to FRCP 7.1** was served on all counsel of record in this case by one or more of the following methods in accordance with the Federal Rules of Civil Procedure:

Richard A Nervig
richard@nerviglaw.com

William H. Shibley
william@lloydmousilli.com

Michael S. Lowe
kimbery.boring@troutman.com
michael.lowe@troutman.com

Nicholas Joseph Schuchert
felisa.lybarger@troutman.com
nicholas.schuchert@troutman.com

Elizabeth Holt Andrews
litigationdocketrequests@troutman.com
felisa.lybarger@troutman.com
elizabeth.andrews@troutman.com

Nicolo Emerson Banks
nico@bankslawoffice.com

[x ] ECF electronic filing
[ ] E-mail, delivery receipt requested
[ ] U.S. Mail
[ ] Hand Delivery
[ ] Facsimile

                                                  */s/Mariah Letts*
                                                  Mariah Letts

23752/0001/1FV6070.DOCX

THE MARKER DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1