Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>  Plaintiffs,<br><br>  vs.<br><br>RYAN CARROLL; *et al*.<br><br>  Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**DECLARATION OF PLAINTIFF ANTHONY RAMOS** |

**DECLARATION OF PLAINTIFF ANTHONY RAMOS**

I, Anthony Ramos, have personal knowledge of the facts set forth below and if called to testify, I would do so competently.

1. I am married to Isabel Ramos, and we have young kids.

- 1 -

2. I spoke to a Wealth Assistants' representative named Jared Day around January of 2023 about a business opportunity Wealth Assistants was offering. Specifically, in return for fees, Wealth Assistants offered to set up and manage an online Amazon store to generate passive income for me.

3. Jared Day told me that if I purchased that business opportunity, it would generate around $10,000 of passive income per month.

4. When Wealth Assistants sent me the contract to purchase the business opportunity it was offering, I did not have an opportunity to negotiate the terms of the agreement. Moreover, I did not realize that the agreement contained an arbitration clause.

5. In or around January of 2023, after my conversation with Jared Day, Isabel and I signed the contract with Wealth Assistants and paid it $75,000 as the onboarding fee to purchase the business opportunity.

6. Thereafter, Isabel and I paid many inventory invoices that we received from Wealth Assistants. The inventory payments we made to Wealth Assistants totaled approximately $18,000.

7. We received less than $5,000 in connection with the business opportunity we purchased from Wealth Assistants.

8. Isabel and I took out a loan to finance our investment in the business opportunity Wealth Assistants was offering. Today, we have more than $67,000 in debt, and we are unable to pay it off.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4

5  Date: 08/01/24 _____  Signature: *Anthony Ramos*
Anthony Ramos (Aug 1, 2024 14:24 PDT)

6  Anthony Ramos

# 2024.08.01 Anthony Ramos declaration

Final Audit Report                                                                 2024-08-01

| | |
|---|---|
| Created: | 2024-08-01 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMr7f5drpLPIJxv0LT1DIFyu7V49j9Tcw |

## "2024.08.01 Anthony Ramos declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-08-01 - 6:57:16 PM GMT

- Document emailed to Anthony Ramos (ramosenterprisesllc2023@gmail.com) for signature
  2024-08-01 - 6:57:21 PM GMT

- Email viewed by Anthony Ramos (ramosenterprisesllc2023@gmail.com)
  2024-08-01 - 7:03:15 PM GMT

- Document e-signed by Anthony Ramos (ramosenterprisesllc2023@gmail.com)
  Signature Date: 2024-08-01 - 9:24:15 PM GMT - Time Source: server

- Agreement completed.
  2024-08-01 - 9:24:15 PM GMT

Adobe Acrobat Sign