# EXHIBIT 1

 **BANKS**
BANKS LAW OFFICE, PC

Nico Banks <nico@bankslawoffice.com>

---

## RE: Individual Claimants v. Yax Ecommerce - Case 01-24-0003-2735

---

**Mass Arbitration Intake** <massarbintake@adr.org>                      Fri, May 10, 2024 at 3:40 PM
To: Nico Banks <nico@bankslawoffice.com>
Cc: "litigation@lloydmousilli.com" <litigation@lloydmousilli.com>

Dear Parties,

This will acknowledge the below correspondence from Attorney Banks.

This confirms the four (4) below-listed arbitrations are being closed as withdrawn by Claimants pursuant to CCCP 1281.97.

- Isabel Ramos v. Yax Ecommerce          *Claimant located in California*
- John Vorgitch v. Yax Ecommerce          *Claimant located in California*
- Michael Nibarger v. Yax Ecommerce          *Claimant located in California*
- Jennifer Baker v. Yax Ecommerce          *Claimant located in California*

It is our understanding that the above-listed matters are subject to the above referenced statute, while the remaining twenty-nine (29) filed arbitrations are not.

We further note the AAA is in receipt of Respondent's Initiation Fee payment as of May 10, 2024.

If Claimants wish to withdraw all thirty-three (33) matters, please confirm by **May 15, 2024.** Otherwise, the AAA will proceed with administration of the remaining twenty-nine (29) arbitration cases.

If you have any questions, please let us know.

Thank you,

Rachel Jacobsen



**Mass Arbitration Intake**

American Arbitration Association

E: massarbintake@adr.org

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Nico Banks <nico@bankslawoffice.com>
**Sent:** Friday, May 10, 2024 3:00 AM
**To:** Mass Arbitration Intake <massarbintake@adr.org>
**Cc:** litigation@lloydmousilli.com
**Subject:** Re: Individual Claimants v. Yax Ecommerce - Case 01-24-0003-2735

**\*\*\* External E-Mail – Use Caution \*\*\***

Good morning,

If Respondent has not yet paid its fee as of the time this email is sent, then pursuant to CCP 1281.98, Claimants hereby elect to withdraw their claims from arbitration in order to pursue them in court instead.

Regards,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

On Tue, Apr 9, 2024 at 3:42 PM Mass Arbitration Intake <massarbintake@adr.org> wrote:

> Good afternoon Counsel,
>
> Please review the attached correspondence regarding the above-referenced case.
>
> Feel free to contact me with any questions, comments or concerns you have related to this matter.
>
> Thank you.
>
> Meirav Werbel,
>
> *On behalf of*

 **Mass Arbitration Intake**



American Arbitration Association

E: massarbintake@adr.org

adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.