1   WILLIAM H. SHIBLEY
    California State Bar No. 56093
2   **LLOYD & MOUSILLI, PLLC**
3   11807 Westheimer Road
    Suite 550 PMB 944
4   Houston, TX 77077
    T: (512) 609-0059
5   F: (281) 783-8565
    *litigation@lloydmousilli.com*
6
    **ATTORNEYS FOR DEFENDANTS**
7
                        **UNITED STATES DISTRICT COURT**
8                       **CENTRAL DISTRICT OF CALIFORNIA**
                              **WESTERN DISTRICT**
9

10                                              Case No.: 2:24-cv-02886

11  **DAVID HOUGH; et al**                      Assigned for all purposes to:
                                                JUDGE WESLEY L. HSU
12              *Plaintiffs*,

13                                              **DEFENDANTS RYAN CARROLL; MAX
                                                K. DAY; MAX O. DAY; MICHAEL DAY;
14                                              YAX ECOMMERCE LLC; PRECISION
                                                TRADING GROUP, LLC; WA
15                                              DISTRIBUTION LLC; PROVIDENCE
                                                OAK PROPERTIES, LLC; WA
16                                              AMAZON SELLER LLC; MKD
                                                INVESTMENT ADVISOR, LLC; MKD
17  **v.**                                      FAMILY BENEFICIARY, LLC; MKD
                                                FAMILY PRIVATE MANAGEMENT
18                                              COMPANY, LLC; MAX DAY
                                                CONSULTING, LLC; HOUTEX FARM
19                                              EQUITY PARTNERS LLC; BUSINESS
                                                FINANCIAL  SOLUTIONS ADVISORY
20                                              LLC; EVO MAXX LLC; YAX IP AND
                                                MANAGEMENT INC. (D.B.A.
21                                              "FULFILLABLE"); WWKB LLC; AND
                                                DREAMS TO REALITY LLC'S
22                                              ATTACHMENT TO NOTICE OF
                                                INTERESTED PARTIES**
23  **RYAN CARROLL; et al**

24              *Defendants*.

25                                              Hearing: 8/23/24, 1:30 PM PT
                                                Action Filed: April 9, 2024
26                                              Trial Date: N/A

27

28

DEFENDANTS' ATTACHMENT TO NOTICE OF INTERESTED PARTIES

1    **ATTACHMENT TO NOTICE OF INTERESTED PARTIES**

2    Bonnie Nichols ...................................................................................................... Defendant

3    Troy Marchand ..................................................................................................... Defendant

4    Matthew Crouch .................................................................................................. Defendant

5    Christine Carroll .................................................................................................. Defendant

6    Bonnie Nichols ...................................................................................................... Defendant

7    Travis Marker ....................................................................................................... Defendant

8    Reyhan Pasinli ...................................................................................................... Defendant

9    The Law Office of Travis R. Marker, A Professional Corporation (d/b/a "Marker Law and

10   Mediation") ...................................................................................................... Defendant

11   Parlay Law Group A Professional Corporation .................................................. Defendant

12   Total-Apps, Inc. ................................................................................................... Defendant

13   Wells Fargo Bank, N.A. ...................................................................................... Defendant

14   Providence Oak Properties, LLC ......................................................................... Defendant

15   WA Amazon Seller LLC ...................................................................................... Defendant

16   MKD Investment Advisor, LLC .......................................................................... Defendant

17   MKD Family Beneficiary, LLC ........................................................................... Defendant

18   MKD Family Private Management Company, LLC .............................................. Defendant

19   Max Day Consulting, LLC; .................................................................................. Defendant

20   HouTex Farm Equity Partners LLC ..................................................................... Defendant

21   Business Financial Solutions Advisory LLC ....................................................... Defendant

22   Evo Maxx LLC ..................................................................................................... Defendant

23   Yax IP and Management Inc ................................................................................ Defendant

24   Dreams To Reality LLC ....................................................................................... Defendant

DEFENDANTS' ATTACHMENT TO NOTICE OF INTERESTED PARTIES

1    WWKB LLC ...........................................................................................................Defendant

2    Wholesale Universe, Inc........................................................................................Defendant

3    Quantum Ecommerce, LLC ...................................................................................Defendant

4

5    Dated:   August 5, 2024.                         Respectfully submitted,

6                                                     By: */s/ William H. Shibley*
                                                     William H. Shibley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ATTACHMENT TO NOTICE OF INTERESTED PARTIES

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***August 5, 2024***, via email as follows:

4

5

*/s/ William H. Shibley*
William H. Shibley

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ATTACHMENT TO NOTICE OF INTERESTED PARTIES