UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>               Plaintiff,<br><br>   v.<br><br>RYAN CARROLL; *et al.*,<br><br>               Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER GRANTING STIPULATION TO STAY DEFENDANTS TOTAL APPS AND REYHAN PASSINLI'S TIME TO FILE A RESPONSIVE PLEADING [99]** |

On July 24, 2024, Plaintiffs and Defendants Total Apps and Reyhan Pasinli filed a stipulation requesting that the Court extend those Defendants' time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation, hereby **GRANTS** the Stipulation and **ORDERS** as follows

1. The deadline for Total Apps and Reyhan Pasinli to file a pleading responsive to the current complaint is stayed;
2. Plaintiffs shall file an amended complaint no later than October 31, 2024; and

3. Total Apps and Reyhan Pasinli must each file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated: August 7, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE