UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID HOUGH; *et al.*, | Case No. 2:24-cv-02886-WLH-SK |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO STAY SPECIALLY APPEARING DEFENDANTS TROY MARCHAND AND QUANTUM ECOMMERCE'S TIME TO FILE A RESPONSIVE PLEADING [101]** |
| v. | |
| RYAN CARROLL; *et al*., | |
| Defendant. | |

On July 30, 2024, Plaintiffs and Defendants Troy Marchand and Quantum Ecommerce filed a stipulation requesting that the Court extend those Defendants' time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation, hereby **GRANTS** the Stipulation and **ORDERS** as follows

1. The deadline for Troy Marchand and Quantum Ecommerce to file a pleading responsive to the current complaint is stayed;

2. Plaintiffs shall file an amended complaint no later than October 31, 2024; and

3. Troy Marchand and Quantum Ecommerce must each file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated: August 7, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE