**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Michael S. Lowe (SBN 173664)
michael.lowe@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.928.9800

David M. Gettings (admitted *pro hac vice*)
dave.gettings@troutman.com
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757.687.7500

Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: 415.477.5700

Nicholas J. Schuchert (SBN 307249)
nicholas.schuchert@troutman.com
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: 949.622.2700

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| DAVID HOUGH; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL; et al.,<br><br>Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S CERTIFICATE OF INTERESTED PARTIES** |



Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") certifies as follows:

1. The following listed parties may have a pecuniary interest in the outcome of this case.

- Plaintiff David Hough
- Plaintiff Amund Thompson
- Plaintiff Isabel Ramos
- Plaintiff Anthony Ramos
- Plaintiff Michael Nibarger
- Defendant Wells Fargo Bank, N.A.
- Defendant Ryan Carroll
- Defendant Max K. Day
- Defendant Michael Day
- Defendant Jared Day
- Defendant Matthew Crouch
- Defendant Christine Carroll
- Defendant Troy Marchand
- Defendant Bonnie Nichols
- Defendant Travis Marker
- Defendant Reyhan Pasinli
- Defendant Yax Ecommerce LLC
- Defendant Precision Trading Group, LLC
- Defendant WA Distribution, LLC
- Defendant Providence Oak Properties, LLC
- Defendant WA Amazon Seller LLC
- Defendant Yax IP and Management Inc.
- Defendant MKD Investment Advisor, LLC

- Defendant MKD Family Beneficiary, LLC
- Defendant MKD Family Private Management Company, LLC
- Defendant Max Day Consulting, LLC
- Defendant Houtex Farm Equity Partners LLC
- Defendant Business Financial Solutions Advisory LLC
- Defendant Evo Maxx LLC
- Defendant WWKB LLC
- Defendant Dreams to Reality LLC
- Defendant Quantum Ecommerce, LLC
- Defendant Wholesale Universe, Inc.
- Defendant The Law Office of Travis R. Marker, a Professional Corporation
- Defendant Parlay Law Group a Professional Corporation
- Defendant Total-Apps, Inc.

2. Wells Fargo further certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

    a. Wells Fargo is a non-governmental corporate party;

    b. Wells Fargo's ultimate corporate parent is Wells Fargo & Company;

    c. Wells Fargo & Company is a publicly-traded company; and

    d. No publicly-held corporation owns 10% or more of Wells Fargo & Company stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Dated: August 7, 2024 | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| | By: */s/* Michael S. Lowe |
| | Michael S. Lowe |
| | David M. Gettings |
| | Elizabeth Holt Andrews |
| | Nicholas J. Schuchert |
| | |
| | Attorney of Record for Defendant Wells Fargo Bank, N.A. |