**PARKER IBRAHIM & BERG LLP**
JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Telephone: 714.361.9550
Facsimile: 714.784.4190

Attorneys for Non-Party JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; et al.<br><br>Plaintiff,<br><br>v.<br><br>RYAN CARROLL; et al,<br><br>Defendants. | CASE NO: 2:24-cv-02886-WLH-SK<br><br>**DECLARATION OF TAMIKA A. HULL IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL WELLS FARGO BANK, N.A., AND HOLD IN CONTEMPT HSBC BANK USA AND JPMORGAN CHASE & CO. [DISCOVERY DOCUMENT: REFERRED TO JUDGE STEVE KIM] BY NON-PARTY JPMORGAN CHASE & CO.**<br><br>Hearing: August 28, 2024<br>Time: Not identified |

///

///

1

# DECLARATION OF TAMIKA A. HULL

I, Tamika A. Hull, declare as follows:

1. I am a Transactions Supervisor, with JPMorgan Chase Bank, N.A. ("**Chase Bank**"). I have personal knowledge of the facts set forth herein and have reviewed the relevant business records where indicated. If called as a witness in this matter, I could and would competently testify to the facts stated.

2. I submit this declaration in support of JPMorgan Chase & Co.'s ("**JPM&C**") Opposition to the Motion to Compel Wells Fargo Bank, N.A. and Hold in Contempt HSBC Bank USA and JPMorgan Chase & Co. [Discovery Document Referred to Judge Steve Kim] (the "**Motion**").

3. My role with Chase Bank is as a supervisor within Chase Bank's National Subpoena Processing ("**NSP**") group. Within my supervisory role, I supervise transaction specialists that review, research and process materials and documentation, as it relates to subpoenas. As a result of my employment with Chase Bank, I have access to relevant business records of Chase Bank, which records contain entries made in the regular course of business at or near the time of the events reflected therein. I have reviewed business records relating to the subject Motion and underlying subpoena. The records I have reviewed include the relevant business records received from Chase Bank and JPM&C's agent for service of process, CT Corporation System ("**CT Corp.**") with regard to the subject Motion and underlying subpoena (such as dated transmittal documents).

4. These records reflect that CT Corp. received a package from the Banks Law Office, PC on July 12, 2024 and transmitted that package to JPM&C (the "**July 12, 2024 Package**"). The July 12, 2024 Package was sent by U.S. Mail and contained a copy of a July 2, 2024 letter from attorney Nico Banks, as well as enclosures (June 19, 2024 letter, copy of the May 19, 2024 subpoena, and July 1, 2024 court order [Document 81]).

5. In response thereto, and because JPM&C is a holding company and does

not have possession, custody or control of account/bank documents, the July 12, 2024 Package was routed to Chase Bank's NSP group, for which as noted, I am a supervisor. NSP received the July 12, 2024 Package on July 15, 2024.

6. On July 16, 2024, NSP left a message for attorney Banks advising that the incorrect entity was identified in the subpoena.

7. NSP then issued a letter dated July 17, 2024 responding to the July 12, 2024 Package. A true and correct copy of the July 17, 2024 letter is attached hereto as Exhibit A.

8. In the July 17, 2024 letter, NSP explained that JPM&C is not the appropriate entity to subpoena based upon the scope of the subpoena requests. NSP then identified JPMorgan Chase Bank, N.A. as the appropriate entity for credit card, depository, checking, savings, mortgage, and loan records; and, identified J.P. Morgan Securities LLC as the appropriate entity for securities and investment records. NSP requested that counsel serve a properly issued subpoena addressed to the correct entity/entities in order for the materials to be produced.

9. Furthermore, on July 18, 2024, NSP contacted attorney Banks again and requested an extension to August 16, 2024.

10. The business records do not reflect that Banks informed NSP of the pending Motion at the time of the July 18, 2024 conversation.

11. The business records reflect that NSP again spoke with attorney Banks on July 25, 2024 to discuss the scope of materials sought by the subpoena. The records do not reflect that attorney Banks informed NSP of the Motion at the time of the July 25, 2024 conversation.

12. The business records reflect that CT Corp. received a package from the Banks Law Office, PC on July 23, 2024 and transmitted that package to JPM&C (the "**July 23, 2024 Package**"). The July 23, 2024 Package was sent by U.S. Mail and contained a copy of the subject Motion dated July 16, 2024, affidavit of Nico Banks with exhibits, and proposed order.

13. In response thereto, again because JPM&C is a holding company and does not have possession, custody or control of account/bank documents, the July 23, 2024 Package was routed to Chase Bank's NSP group. NSP received the July 23, 2024 Package on July 29, 2024.

14. At no time did JPM&C or Chase Bank state to Plaintiffs' counsel that documents would not be produced if an appropriate subpoena was received. Instead, as noted, NSP advised that subpoenas would need to be issued to the appropriate entities in order for such production to be made.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on August 7, 2024, at Fort Worth, Texas.

_____
Tamika A. Hull
Transactions Supervisor

Date: 8/7/2024

# EXHIBIT A

RCO Centralized Mail
Mail Code LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774
7/17/2024

Case Name: DAVID HOUGH ET AL. V. RYAN CARROLL ET AL.
Case No.: 224CV02886;224CV2886WLHSKX
JPMorgan Chase File No: SB1604958-F2

To Whom It May Concern:

JPMorgan Chase Bank, N.A. has received your request in connection with the matter referenced above. JPMorgan Chase Bank, N.A. will not release information in its possession, custody or control without being served with a new, properly issued subpoena that is in compliance with the applicable state and court guidelines and addressed to the proper entity for the records sought.

JPMorgan Chase Bank, N.A. will be complying with the records addressed to JPMorgan Chase Bank, N.A. . If additional entities are required, please submit a newly issued subpoena for the additional entities.

JPMorgan Chase Bank, N.A. will not be able to comply with this request because it was:

☐ Improperly issued.

☐ Missing certification.

☐ Addressed to an incorrect or non-existent entity.
**For informational purposes only, the following is a list of potential entities, and the records they may hold:**

- JPMorgan Chase Bank, N.A. (credit card, depository, checking, savings, mortgage, and loans)
- J.P. Morgan Securities LLC (securities and investments)

If you still would like the requested materials, please serve a properly issued subpoena and make sure it's addressed to the corrected entity/entities.

**We are not processing payments at this time. If you sent in a prepayment, your check has been documented as received and was destroyed. If you sent in cash as a prepayment, the cash has been converted to a money order and returned to you under separate cover. If you sent in a money order as a prepayment, the money order has been returned to you under separate cover.**

If you have questions, please call our Customer Service Center at 1-844-751-7728. We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.

Sincerely,

National Subpoena Processing

Subp78
JPMorgan Chase Bank, N.A. Member FDIC

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

*David Hough, et al v. Ryan Carroll, et al*

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My address is 695 Town Center Drive, 16th Fl., Costa Mesa, CA 92626.

On August 7, 2024, I served the foregoing document **DECLARATION OF TAMIKA A. HULL IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL WELLS FARGO BANK, N.A., AND HOLD IN CONTEMPT HSBC BANK USA AND JPMORGAN CHASE & CO. [DISCOVERY DOCUMENT: REFERRED TO JUDGE STEVE KIM] BY NON-PARTY JPMORGAN CHASE & CO.** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 7, 2024, at Costa Mesa, California.

*/s/ Rhonda K. Viers*
Rhonda K. Viers

# SERVICE LIST

*David Hough, et al v. Ryan Carroll, et al*

| | |
|---|---|
| Richard A. Nervig<br>Richard Nervig Law Offices, PC<br>501 West Broadway, Suite 800<br>San Diego, CA 92101 | ***Attorneys for Plaintiff, David Hough***<br><br>T: 760.390.2181<br>E: richard@gnerviglaw.com |
| Nico Banks<br>BANKS LAW OFFICE<br>712H St NE, Unit #8571<br>Washington, DC 20002 | ***Attorneys for Plaintiff, David Hough***<br><br>T: 971.678.0036<br>E: nico@bankslawoffice.com |
| William H. Shibley<br>LLOYD AND MOUSILLI PLLC<br>11807 Westheimer Road, Suite 550<br>PMB 944<br>Houston, TX 77077 | ***Attorneys for Defendants, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Yax Ecommerce LLC, Precision Trading Group, LLC, WA Distribution LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, MKD Investment Advisor, LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, Max Day Consulting, LLC, HouTex Farm Equity Partners LLC, Business Financial Solutions Advisory LLC, Evo Maxx LLC, Yax IP Management Inc dba Fulfillable, WWKB LLC, and Dreams To Reality LLC***<br><br>T: 512.609.0059<br>E: william@lloydmousilli.com |

| | |
|---|---|
| Steven H. Bergman<br>RICHARDS BRANDT MILLER NELSON<br>111 East Broadway, Suite 400<br>Salt Lake City, UT 84111 | ***Attorneys for Defendant, Travis Marker***<br><br>T:  801.531.2000<br>E:  steven-bergman@rbmn.com<br>     info@bergmanesq.com<br>     debra-findlay@rbmn.com<br>     mariah-letts@rbmn.com |
| David M. Gettings<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462 | ***Attorneys for Defendant, Wells Fargo Bank, N.A.***<br><br>T:  757.687.7747<br>E:  dave.gettings@troutman.com |
| Elizabeth Holt Andrews<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Three Embarcadero Center, Suite 800<br>San Francisco, CA 94111 | ***Attorneys for Defendant, Wells Fargo Bank, N.A.***<br><br>T:  415.477.5700<br>E:  elizabeth.andrews@troutman.com<br>     litigationdocketrequests@troutman.com<br>     felisa.lybarger@troutman.com |
| Michael S. Lowe<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | ***Attorneys for Defendant, Wells Fargo Bank, N.A.***<br><br>T:  213.928.9827<br>E:  michael.lowe@troutman.com<br>     kimberly.boring@troutman.com |
| Nicholas Joseph Schuchert<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614 | ***Attorneys for Defendant, Wells Fargo Bank, N.A.***<br><br>T:  949.622.2700<br>E:  nicholas.schuchert@troutman.com<br>     felisa.lybarger@troutman.com |