**PARKER IBRAHIM & BERG LLP**
JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Telephone: 714.361.9550
Facsimile: 714.784.4190

Attorneys for Non-Party JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN CARROLL; *et al,*<br><br>    Defendants. | CASE NO: 2:24-cv-02886-WLH-SK<br><br>**NOTICE OF INTERESTED PARTIES (FRCP RULE 7.1, LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE STATEMENT** |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1
DISCLOSURE STATEMENT OF JPMORGAN CHASE & CO.

**PLEASE TAKE NOTICE** that non-party JPMorgan Chase & Co. hereby submits the following notice of interested parties and corporate disclosure statement pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Local Rule 7.1-1.

The undersigned, counsel of record for JPMorgan Chase & Co., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

JPMorgan Chase & Co.:

JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of ten percent (10%) or more of the stock of JPMorgan Chase & Co.

DATED: August 8, 2024

**PARKER IBRAHIM & BERG LLP**

By:  */s/ Mariel Gerlt-Ferraro*
JOHN M. SORICH
MARIEL GERLT-FERRARO
Attorneys for Non-Party
JPMorgan Chase & Co.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

*David Hough, et al v. Ryan Carroll, et al*

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My address is 695 Town Center Drive, 16th Fl., Costa Mesa, CA 92626.

On August 8, 2024, I served the foregoing document **NOTICE OF INTERESTED PARTIES (FRCP RULE 7.1, LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 8, 2024, at Costa Mesa, California.

                                              */s/ Rhonda K. Viers*
                                              Rhonda K. Viers

# SERVICE LIST

*David Hough, et al v. Ryan Carroll, et al*

| | |
|---|---|
| Richard A. Nervig<br>Richard Nervig Law Offices, PC<br>501 West Broadway, Suite 800<br>San Diego, CA 92101 | ***Attorneys for Plaintiff, David Hough***<br><br>T:  760.390.2181<br>E:  richard@gnerviglaw.com |
| Nico Banks<br>BANKS LAW OFFICE<br>712H St NE, Unit #8571<br>Washington, DC 20002 | ***Attorneys for Plaintiff, David Hough***<br><br>T:  971.678.0036<br>E:  nico@bankslawoffice.com |
| William H. Shibley<br>LLOYD AND MOUSILLI PLLC<br>11807 Westheimer Road, Suite 550<br>PMB 944<br>Houston, TX 77077 | ***Attorneys for Defendants, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Yax Ecommerce LLC, Precision Trading Group, LLC, WA Distribution LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, MKD Investment Advisor, LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, Max Day Consulting, LLC, HouTex Farm Equity Partners LLC, Business Financial Solutions Advisory LLC, Evo Maxx LLC, Yax IP Management Inc dba Fulfillable, WWKB LLC, and Dreams To Reality LLC***<br><br>T:  512.609.0059<br>E:  william@lloydmousilli.com |

| | | |
|---|---|---|
| 1 | Steven H. Bergman | **Attorneys for Defendant, Travis Marker** |
| 2 | RICHARDS BRANDT MILLER NELSON | T: 801.531.2000 |
| 3 | 111 East Broadway, Suite 400 | E: steven-bergman@rbmn.com |
| 4 | Salt Lake City, UT 84111 | info@bergmanesq.com |
| 5 | | debra-findlay@rbmn.com |
| | | mariah-letts@rbmn.com |
| 6 | | |
| 7 | David M. Gettings | **Attorneys for Defendant, Wells Fargo Bank, N.A.** |
| 8 | TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 9 | 222 Central Park Avenue, Suite 2000 | T: 757.687.7747 |
| | Virginia Beach, VA 23462 | E: dave.gettings@troutman.com |
| 10 | | |
| 11 | Elizabeth Holt Andrews | **Attorneys for Defendant, Wells Fargo Bank, N.A.** |
| 12 | TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 13 | Three Embarcadero Center, Suite 800 | T: 415.477.5700 |
| | San Francisco, CA 94111 | E: elizabeth.andrews@troutman.com |
| 14 | | litigationdocketrequests@troutman.com |
| 15 | | felisa.lybarger@troutman.com |
| 16 | Michael S. Lowe | **Attorneys for Defendant, Wells Fargo Bank, N.A.** |
| 17 | TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 18 | 350 South Grand Avenue, Suite 3400 | T: 213.928.9827 |
| | Los Angeles, CA 90071 | E: michael.lowe@troutman.com |
| 19 | | kimberly.boring@troutman.com |
| 20 | | |
| 21 | Nicholas Joseph Schuchert | **Attorneys for Defendant, Wells Fargo Bank, N.A.** |
| 22 | TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 23 | 5 Park Plaza, Suite 1400 | T: 949.622.2700 |
| | Irvine, CA 92614 | E: nicholas.schuchert@troutman.com |
| 24 | | felisa.lybarger@troutman.com |

3

**PROOF OF SERVICE**

5459320.1