WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| **DAVID HOUGH, et al.** <br><br> *Plaintiffs,* <br><br> v. <br><br> **RYAN CARROLL, et al.** <br><br> *Defendants.* | Case No.: 2:24-cv-02886 <br><br> Assigned for all purposes to: <br> JUDGE WESLEY L. HSU <br><br> **DECLARATION OF ALLAUNA GLUSKI IN SUPPORT OF JURISDICTIONAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY** <br><br> Hearing: 8/23/24, 1:30 p.m. PT <br><br> Action Filed: April 9, 2024 <br> Trial Date: N/A |

BEFORE ME, the undersigned authority, on this day personally appeared **Allauna Gluski**, and being duly sworn upon his oath by me, deposed and stated as follows:

- 1 -

1. "My name is **Allauna Gluski**. I am over eighteen (18) years of age, and I have never been convicted of a crime. I am of sound mind and capable of making this Declaration. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. I submit this declaration in connection with and in support of Jurisdictional Defendants' Reply in Support of the Motion to Compel Arbitration and Stay.

3. In regard to *Individual Claimants v. Yax Ecommerce LLC d/b/a Wealth Assistants LLC*; American Arbitration Association (**"AAA"**) Case No. 1-24-0003-2735 (**"Mass Arbitration"**), Jurisdictional Defendant's Counsel initiated the payment of the arbitration fees as required under the agreement on May 10, 2024 at 6:58 a.m. PT. *See* **Exhibit A Mass Arbitration Payment Receipt dated May 10, 2024.**

4. After payment was initiated, the bank stopped the transaction due to questions regarding the signing authority of the individual(s) responsible for authorizing the payment.

5. Upon learning of the issue, Defense Counsel immediately took steps to resolve the matter and correct the signing authority issue.

6. Before the corrections could be fully implemented, Plaintiffs chose to dismiss their arbitration claims. *See* **Exhibit B Correspondence between Nico Banks and American Arbitration Association ("AAA")**. Despite Jurisdictional Defendants' good-faith efforts, the payment was not processed before this dismissal.

7. In regard to *Benjamin David v. Yax Ecommerce LLC d/b/a Wealth Assistants LLC;* AAA Case No. 01-23-0004-9691 (the **"David case"**), Nico Banks accused Yax Ecommerce LLC d/b/a Wealth Assistants LLC (**"Wealth Assistants"**) of failing to pay for the arbitration. However, Wealth Assistants made payment on February 6, 2024. *See* **Exhibit C David Case Arbitration Receipt dated February 6, 2024.**

8. The Jurisdictional Defendants made every reasonable, timely, and good-faith effort to pay the arbitration fees as required. The delay in payment was due to unforeseen issues beyond their control, which they acted promptly to address.

I declare under the laws of the State of Texas that the foregoing is true and correct.

ALLAUNA GLUSKI'S DECLARATION IN SUPPORT OF JURISDICTIONAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY

FURTHER AFFIANT SAYETH NOT.

_____
**ALLAUNA GLUSKI**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***August 10, 2024***, via email as follows:

*/s/ William Shibley*
William Shibley