# EXHIBIT A



Allauna Gluski <allauna@lloydmousilli.com>

## Payment Received on AAA Case 01-24-0003-2735
1 message

**noreply@adr.org** <noreply@adr.org>　　　　　　　　　　　　　　　　　　　　　　　　　Fri, May 10, 2024 at 8:58 AM
To: litigation@lloydmousilli.com

Thank you for making the following payment to the American Arbitration Association:

    Transaction ID: 120428711707
    Case Number: 01-24-0003-2735
    Party: Yax Ecommerce
    Amount: $8,125.00
    Comments: Respondent's Initiation Fee

**Please do not reply to this email.** If you have any questions about this payment, please contact Mass Arbitration Intake at massarbintake@adr.org.

Thank you.