# EXHIBIT B



Allauna Gluski <allauna@lloydmousilli.com>

**Individual Claimants v. Yax Ecommerce - Case 01-24-0003-2735**

**Nico Banks** <nico@bankslawoffice.com>   Fri, May 10, 2024 at 3:00 AM
To: Mass Arbitration Intake <massarbintake@adr.org>
Cc: "litigation@lloydmousilli.com" <litigation@lloydmousilli.com>

Good morning,

If Respondent has not yet paid its fee as of the time this email is sent, then pursuant to CCP 1281.98, Claimants hereby elect to withdraw their claims from arbitration in order to pursue them in court instead.

Regards,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

[Quoted text hidden]