# EXHIBIT C



Allauna Gluski <allauna@lloydmousilli.com>

# Order Confirmation
1 message

**American Arbitration Association, Inc.** <noreply@elavon.com>  Tue, Feb 6, 2024 at 2:52 PM
Reply-To: CORPFINANCE@adr.org
To: litigation@lloydmousilli.com

$695.25 USD

02/06/2024 03:52:33 PM

American Arbitration Association, Inc.

**Your payment has been approved**

Thank you for your recent payment to American Arbitration Assoc, 120 Broadway, Floor 21, New York, New York, 10271, CORPFINANCE@ADR.ORG. Please keep this receipt for your files in the event you need to contact American Arbitration Assoc about your payment.

| | |
|---|---|
| Payment | VISA   42***********3364 |
| Transaction ID | 060224O3B-E7F43B15-CE7A-4FFB-8BF3-133A289B68B9 |
| Approval Code | 07016G |
| ECI | |
| Amount | $675.00 USD |
| Credit Surcharge | $20.25 USD |
| Total of all charges and fees | $695.25 USD |

Thank you for your recent payment to American Arbitration Association. Please keep this receipt for your files in the event you need to contact American Arbitration Association about your payment.

American Arbitration Association

New York, NY 10271

US

Please remember that this payment using a credit card includes a surcharge. There is no processing fee for eCheck and debit card payments. All surcharge inquiries should be directed to American Arbitration Association Customer Service at 800-778-7879 or **customerservice@adr.org**.

| Total | $695.25 USD |
|---|---|

Please remember that this payment using a credit card includes a Surcharge charged by American Arbitration Assoc.**There is no surcharge for debit card payments.**
All Surcharge inquiries should be directed to: American Arbitration Assoc, 120 Broadway, Floor 21, New York, New York, 10271, CORPFINANCE@ADR.ORG.
Terms and Conditions
Elavon is a third party payment processor engaged by the biller to process online credit and debit card bill payments. The biller may charge you a credit card Surcharge for your use of the Elavon Hosted Web Page payment service to make online bill payments to the biller using a credit card. The Surcharge is in addition to the Amount paid to the biller for credit card payments. This surcharge is not greater than the biller's total cost of accepting a credit card. There is no surcharge for debit card payments. If you do not want to pay the Surcharge, you must not use a credit card on the Elavon Hosted Web Page payment service and instead pay using a debit card or make alternative arrangements to pay the biller.
By paying your bill using the Elavon Hosted Web Page payment service, you authorize the biller to charge your credit or debit card in the Amount shown. You further authorize the biller to charge your credit card for the Surcharge shown. You represent that you are authorized to use the credit or debit card for this transaction, that you have sufficient funds in your

credit or debit card account to make these payments and that your online bill payment is being made for a lawful purpose.

Your obligation to pay your bill, including the payment Amount and Surcharge (if applicable), when payments are posted to your biller account, the biller's refund policy (if any) and the biller's use of your personal information, is governed by the biller's terms and conditions and privacy policy as posted on their website. Any information that Elavon collects to process your online bill payment is governed by the Elavon Privacy Policy.

Elavon is not responsible for any disputes about the payment Amount or Surcharge, when payments are posted to your biller account, refunds or other concerns about your bill payment. You must contact the biller directly to resolve these disputes. You agree that Elavon will not be liable for any direct, indirect, incidental, consequential, or punitive damages.

Bill To

Marlene Campbell

11807 Westheimer Road Suite 55

77077

litigation@lloydmousilli.com

American Arbitration Association, Inc.

120 Broadway, Floor 21 New York New York 10271

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.