Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al.*<br><br>　　　　Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**AFFIDAVIT OF PLAINTIFFS' ATTORNEY NICO BANKS SUPPORTING PLAINTIFFS' REPLY BRIEF RE: MOTION TO COMPEL WELLS FARGO** |

**AFFIDAVIT OF PLAINTIFFS' ATTORNEY NICO BANKS SUPPORTING PLAINTIFFS' REPLY BRIEF RE: MOTION TO COMPEL WELLS FARGO**

I, Nico Banks, have personal knowledge of the matters set forth below and if called to testify, I would do so competently.

1. I am an attorney representing Plaintiffs in this matter.

2. Exhibit A is a true and correct copy of an email that I exchanged with counsel for Wells Fargo Bank, N.A.

3. Exhibit B is a true and correct copy of the attachment to the Exhibit A email. This attachment is a "redline" which shows the edits that Wells Fargo Bank, N.A. proposed to the stipulation.

4. Plaintiffs emailed Wells Fargo's counsel a courtesy copy of the original subpoena at issue in this case on May 17, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2024

/s/Nico Banks

        /S/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

ATTORNEY AFFIDAVIT SUPPORTING MOTION TO COMPEL