# EXHIBIT A



Nico Banks &lt;nico@bankslawoffice.com&gt;

## RE: Wealth Assistants | Intent to amend complaint
1 message

---

**Gettings, Dave** &lt;Dave.Gettings@troutman.com&gt;   Mon, Jul 15, 2024 at 6:33 PM
To: Nico Banks &lt;nico@bankslawoffice.com&gt;
Cc: "Lowe, Michael S." &lt;Michael.Lowe@troutman.com&gt;, "Lynch, John C." &lt;john.lynch@troutman.com&gt;, "richard nerviglaw.com" &lt;richard@nerviglaw.com&gt;

Thanks Nico.  Here are minor proposed redlines.  You have our consent to file.

Thanks,

Dave

**Dave Gettings**
**Partner**
**troutman pepper**
Direct: 757.687.7747 | Mobile: 845.893.0182 | Internal: 17-7747
dave.gettings@troutman.com

---

**From:** Nico Banks &lt;nico@bankslawoffice.com&gt;
**Sent:** Monday, July 15, 2024 2:22 PM
**To:** Gettings, Dave &lt;Dave.Gettings@troutman.com&gt;
**Cc:** Lowe, Michael S. &lt;Michael.Lowe@troutman.com&gt;; Lynch, John C. &lt;john.lynch@troutman.com&gt;; richard nerviglaw.com &lt;richard@nerviglaw.com&gt;
**Subject:** Re: Wealth Assistants | Intent to amend complaint

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Thanks. Here's the proposed stipulation and proposed order.

Best,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.