# EXHIBIT B

1  Nico Banks (CA SBN:344705)
   **BANKS LAW OFFICE**
2  712 H St NE, Unit #8571
3  Washington, DC 20002
   Tel.: 971-678-0036
4  Email: nico@bankslawoffice.com

5
   Richard A. Nervig (CA SBN:226449)
6  **RICHARD A. NERVIG, P.C.**
7  501 West Broadway, Suite 800
   San Diego, CA 92101
8  Phone: 760-451-2300
9  Email: richard@nerviglaw.com

10 *Attorneys for Plaintiffs*

11

12              **UNITED STATES DISTRICT COURT**
13               **CENTRAL DISTRICT OF CALIFORNIA**

14 DAVID HOUGH; *et al.*               )
                                       )  Case No.: 2:24-cv-02886-WLH-SK
15                    Plaintiffs,      )
                                       )  **STIPULATION TO STAY**
16     vs.                             )  **DEFENDANT WELLS FARGO'S**
17                                     )  **TIME TO FILE A RESPONSIVE**
                                       )  **PLEADING PENDING**
18 RYAN CARROLL; *et al.*              )  **PLAINTIFFS' FORTHCOMING**
                                       )  **SECOND AMENDED COMPLAINT**
19                    Defendants.      )
                                       )  Presiding Judge: Hon. Wesley L. Hsu
20                                     )  Trial Date: N/A
21                                     )
                                       )
22 

23
   **STIPULATION TO STAY DEFENDANT WELLS FARGO'S TIME TO FILE**
24 **A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING**
                         **SECOND AMENDED COMPLAINT**
25

26     This Stipulation is entered into by and between Plaintiffs and Defendant Wells

27 Fargo, through their respective counsel of record.
28

- 1 -
STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE ~~AN ANSWER~~A RESPONSIVE PLEADING

WHEREAS, Plaintiffs have received third-party documents and intend to amend the currently operative First Amended Complaint to add new defendants and new allegations about existing defendants;

WHEREAS, Plaintiffs require additional time to investigate entities and individuals to potentially be added as defendants, and to further investigate forthcoming new allegations about existing defendants;

WHEREAS, <ins>if Plaintiffs are unable to reach agreements on subpoenas they issued,</ins> Plaintiffs anticipate filing motions to compel discovery from Wells Fargo as well as third-party banks including Thread Bank, ~~Wells Fargo,~~ Bank of America, and JP Morgan—including compelling discovery of account statements, wire transfers, and third-party-agent/payment-processor transaction data—no later than July 26, 2024;

WHEREAS, Plaintiffs anticipate that the discovery resulting from those motions to compel, if any, will significantly further inform Plaintiffs' allegations;

WHEREAS, it would be most efficient—and in the interests of justice—for Plaintiffs to wait to file an amended complaint until Plaintiffs have reviewed the forthcoming discovery that they anticipate receiving shortly;

WHEREAS, it would also be inefficient for Wells Fargo to file a pleading responsive to the currently operative complaint when the parties anticipate that another amended complaint will be filed;

- 2 -
STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE ~~AN ANSWER~~<ins>A RESPONSIVE PLEADING</ins>

1  IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

2  The deadline for Wells Fargo to file a responsive pleading to the current complaint should be stayed.

  Plaintiffs should be ordered to file an amended complaint no later than October 31, 2024.

  Wells Fargo should be ordered to file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

  This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

  IT IS SO STIPULATED.

Dated: August 14, 2024

        /S/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

       /s/ Michael S. Lowe

- 3 -
STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE ~~AN ANSWER~~A RESPONSIVE PLEADING

| | |
|---|---|
| 1 | **MICHAEL S. LOWE** |
| 2 | Troutman Pepper Hamilton Sanders |
| 3 | 2 Logan Square |
| 4 | 18th and Arch Streets |
|   | Philadelphia, PA 19103 |
| 5 | Phone: 215-981-4364 |
|   | Fax: 215-981-4750 |
| 6 | |
| 7 | Email: michael.lowe@troutman.com |
| 8 | |
| 9 | ***Attorney for Wells Fargo Bank, N.A.*** |
|   | [INSERT WELLS FARGO |
| 10 | SIGNATURE] |

Formatted: Font: Times New Roman Bold, All caps
Formatted: Font: Not Bold
Formatted: Font: Not Bold
Formatted: Hyperlink, Font: 12 pt, Not Bold
Field Code Changed

- 4 -
STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE AN ANSWERA RESPONSIVE PLEADING

**WORD COUNT COMPLIANCE CERTIFICATION**

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

/s/Nico Banks
Nico Banks
Dated: August 14, 2024

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                   */s/ Nico Banks*
                                                   Nico Banks

**CERTIFICATE OF SERVICE**

On August 14, 2024, I served this motion and accompanying papers via first-class mail to the parties listed below with addresses below their names, and via email to the parties with email addresses below their names:

JARED DAY;
19710 Chara Ct,
Cypress, TX 77433

CHRISTINE CARROLL;
11298 Snow View Ct,
Yucaipa, CA 92399

TRAVIS MARKER; THE LAW OFFICE OF TRAVIS R. MARKER, A PROFESSIONAL CORPORATION (D.B.A. "MARKER LAW AND MEDIATION"); & PARLAY LAW GROUP A PROFESSIONAL CORPORATION
333 2nd St.
Suite 16,

Ogden, UT, 84404

MATTHEW CROUCH;
Via email to his attorney Levi Y. Silver at lsilver@swsslaw.com

REYHAN PASINLI & TOTAL-APPS, INC.
Via email to their attorney Geoffrey Brethen at gbrethen@wattslawyers.com

TROY MARCHAND & QUANTUM ECOMMERCE
Via email to their attorney Marc Reich at mgr@reichradcliffe.com

BONNIE NICHOLS & WHOLESALE UNIVERSE;
Via email to their attorney Brad Geyer at bradford.geyer@formerfedsgroup.com

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: August 14, 2024

- 6 -
STIPULATION TO EXTEND WELLS FARGO'S TIME TO FILE ~~AN ANSWER~~ A RESPONSIVE PLEADING