Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al.*<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**AFFIDAVIT OF PLAINTIFFS' ATTORNEY NICO BANKS SUPPORTING PLAINTIFFS' REPLY BRIEF RE: MOTION TO HOLD JP MORGAN CHASE & CO. IN CONTEMPT** |

**AFFIDAVIT OF PLAINTIFFS' ATTORNEY NICO BANKS SUPPORTING PLAINTIFFS' REPLY BRIEF RE: MOTION TO HOLD JP MORGAN CHASE & CO. IN CONTEMPT**

I, Nico Banks, have personal knowledge of the matters set forth below and if called to testify, I would do so competently.

1. I am an attorney representing Plaintiffs in this matter.

2. An individual who identified herself as a representative of J.P. Morgan Chase's subpoena processing department called me on July 18, 2024 and also on July 25, 2024.

3. The representative told me at the outset of the July 18 call that J.P. Morgan was searching for and planning to produce documents responsive to the subpoena served upon it by Plaintiffs. I believed that J.P. Morgan was opting to produce documents—despite its previous statement that it would not do so—because J.P. Morgan had become aware that Plaintiffs had recently filed a motion for contempt.

4. The representative discussed with me how she was searching for bank accounts controlled by individuals and entities described in the subpoena.

5. On the July 25 call, I told the representative that I knew JPM&C had frozen assets held by Defendant Max O. Day's daughter, which, I said, implied that JPM&C believed that assets in Max O. Day's daughter's bank account were controlled by Max O. Day.

6. The representative told me that she would not be able to produce account documents for Max O. Day's daughter's bank account. However, the representative indicated that she still intended to search for and produce other documents responsive to the subpoena.

ATTORNEY AFFIDAVIT SUPPORTING MOTION FOR CONTEMPT

7. Exhibit A is a true and correct copy of an email thread between myself and an attorney representing J.P. Morgan Chase.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2024

/s/Nico Banks

      /S/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

***Attorneys for Plaintiffs***

ATTORNEY AFFIDAVIT SUPPORTING MOTION FOR CONTEMPT