| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Banks Law Office<br>Nico Banks SBN 344705<br>712 H St NE Unit #8571<br>WASHINGTON, DC 20002<br>    TELEPHONE NO:               FAX NO (Optional):<br>  E-MAIL ADDRESS (Optional):  nico@bankslawoffice.com<br>  ATTORNEY FOR (Name):  Plaintiff | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court |
| Central District of California - District - Los Angeles - First Street |
| 350 W. First Street |
| Los Angeles, CA  90012 |

| PLAINTIFF / PETITIONER:  David Hough, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:  Ryan Carroll, et al. | 2:24-cv-02886-WLH-SK |
| **NON SERVICE REPORT** | Ref. No. or File No.:<br>11334969 (23233262) |

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Summons, First Amended Complaint, Amazon Service Agreement Exhibits, Ecommerce Service Agreement Exhibits

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Jared Day

1)   Unsuccessful Attempt: Jul 3, 2024, 5:43 pm CDT at Home: 19710 Chara Ct, Cypress, TX 77433

    *The defendant refused to accept service and close the door immediately and rudely*

2)   Unsuccessful Attempt: Jul 4, 2024, 2:26 pm CDT at Home: 19710 Chara Ct, Cypress, TX 77433

    *They residents were watching me from the windows but refused to come out or reply me*

3)   Unsuccessful Attempt: Jul 5, 2024, 9:35 am CDT at Home: 19710 Chara Ct, Cypress, TX 77433

    *I called his number 281 850 1115 and he stated that he is out of town and ended the call*

4)   Unsuccessful Attempt: Jul 16, 2024, 11:20 am CDT at Home: 19710 Chara Ct, Cypress, TX 77433

    *A lady closed the door immediately she saw me coming and I knocked at the door and it feels like the defendant have been trying to refuse service because they were all inside looking at me through the window, I could see them but they refused to answer the door, later he started talking to me via the security camera and stated that he told me that he is out of town and there is no one at home so I told him that I saw people looking at me through the window and I can serve any adult in the address and he said the person I saw was his kid and I told him that the people I saw are adults and beside his kid was at the garage playing with his scooter as at the time I got there when I notice someone at the glass door looking and another at the window, then he said he will call the police, so I told him to go ahead as I am doing my job so if he feels uncomfortable, he should go ahead. I feel the subject is avoiding service and it will be very difficult to serve him because he will see you coming through the doors and windows and camera and decide not to answer the door and no adult in the house wants to accept service.*

Process is being returned without service for the following reason(s):
A lady closed the door immediately she saw me coming and I knocked at the door and it feels like the defendant have been trying to refuse service because they were all inside looking at me through the window, I could see them but they refused to answer the door, later he started talking to me via the security camera and stated that he told me that he is out of town and there is no one at home so I told him that I saw people looking at me through the window and I can serve any adult in the address and he said the person I saw was his kid and I told him that the people I saw are adults and beside his kid was at the garage playing with his scooter as at the time I got there when I notice someone at the glass door looking and another at the window, then he said he will call the police, so I told him to go ahead as I am doing my job so if he feels uncomfortable, he should go ahead. I feel the subject is avoiding service and it will be very difficult to serve him because he will see you coming through the doors and windows and camera and decide not to answer the door and no adult in the house wants to accept service.

Fee for service: $105.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Not a Registered California process server.
Michael Nwaokolo

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800 938 8815

Michael Nwaokolo

Date: July 16, 2024

**NON SERVICE REPORT**