UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>             Plaintiff,<br><br>        v.<br><br>RYAN CARROLL; *et al.*,<br><br>             Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EFFECT SUBSTITUTE SERVICE ON DEFENDANT JARED DAY.** |

On August 16, 2024, Plaintiffs filed a motion to effect service on Defendant Jared Day.

//

//

//

//

-1-

The Court has considered Plaintiffs' motion. The Court, finding good cause therefor, hereby GRANTS Plaintiffs' motion and ORDERS that Plaintiffs may serve Defendant Jared Day by mailing the summons and first amended complaint via first-class mail to his home address, 19710 Chara Ct., Cypress, TX 77433. *See* Tex. R. Civ. P. 106(b)(2).

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE