Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>    Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL; *et al*.<br><br>    Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**STIPULATION TO STAY SPECIALLY APPEARING DEFENDANTS BONNIE NICHOLS AND WHOLESALE UNIVERSE'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

**STIPULATION TO STAY DEFENDANTS BONNIE NICHOLS AND WHOLESALE UNIVERSE'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**

This Stipulation is entered into by and between Plaintiffs on the one hand, and Specially Appearing Defendants Bonnie Nichols and Wholesale Universe, on the other hand, through their respective counsel of record.

WHEREAS, Plaintiffs have received third-party documents and intend to amend the currently operative First Amended Complaint to add new defendants and new allegations about existing defendants;

WHEREAS, Plaintiffs require additional time to investigate entities and individuals to potentially be added as defendants, and to further investigate forthcoming new allegations about existing defendants;

WHEREAS, Plaintiffs anticipate receiving additional discovery from Wells Fargo, Thread Bank, Bank of America, and JP Morgan—including discovery of account statements, wire transfers, and third-party-agent/payment-processor transaction data—within the next six weeks;

WHEREAS, Plaintiffs anticipate that the new discovery, will significantly further inform Plaintiffs' allegations;

WHEREAS, it would be most efficient—and in the interests of justice—for Plaintiffs to wait to file a second amended complaint until Plaintiffs have reviewed the forthcoming discovery that they anticipate receiving shortly;

WHEREAS, it would also be inefficient for Specially Appearing Defendants to respond to the currently operative complaint when the parties anticipate that another amended complaint will be filed;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

The deadline for Specially Appearing Defendants Bonnie Nichols and Wholesale Universe to file responsive pleadings to the current complaint should be stayed.

Specially Appearing Defendants Bonnie Nichols and Wholesale Universe should be ordered to file a responsive pleading no later than 30 days from the date Plaintiffs file and serve their Second Amended Complaint.

This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

IT IS SO STIPULATED.

Dated: August 20, 2024

    /S/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

***Attorneys for Plaintiffs***

By: /s/Brad Geyer
Brad Geyer
Attorney for Specially Appearing
Defendants Bonnie Nichols and
Wholesale Universe

- 4 -
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

**WORD COUNT COMPLIANCE CERTIFICATION**

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

/s/Nico Banks
Nico Banks
Dated: August 20, 2024

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Nico Banks*
Nico Banks