UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN CARROLL; *et al.*,<br><br>    Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY SPECIALLY APPEARING DEFENDANTS BONNIE NICHOLS AND WHOLESALE UNIVERSE'S TIME TO FILE A RESPONSIVE PLEADING** |

On August 20, 2024, Plaintiffs and Defendants Bonnie Nichols and Wholesale Universe filed a stipulation requesting that the Court extend those Defendants' time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. The deadline for Bonnie Nichols and Wholesale Universe to file a pleading responsive to the current complaint is stayed.

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Bonnie Nichols and Wholesale Universe must each file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-2-

300063933