Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>           Plaintiffs,<br><br>   vs.<br><br>RYAN CARROLL; *et al.*<br><br>           Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**DISCOVERY DOCUMENT TO BE ROUTED TO THE HONORABLE STEVE KIM**<br><br>**UPDATED PROOF OF SERVICE REGARDING MOTION TO HOLD HSBC BANK USA NA IN CONTEMPT OF COURT**<br><br>Hearing: August 28, 2024, 10:00 am<br>Presiding Judge: Hon. Steve Kim<br>Trial Date: N/A |

**UPDATED PROOF OF SERVICE REGARDING MOTION TO HOLD HSBC BANK USA NA IN CONTEMPT OF COURT**

I, Nico Banks, have personal knowledge of the matters set forth below and if called to testify, I would do so competently.

- 1 -
UPDATED PROOF OF SERVICE

1. I am an attorney representing Plaintiffs in this matter.

2. As noted in the proof of service for Plaintiffs motion to hold HSBC Bank USA, National Association in contempt, I served that corporation with that motion by mailing the motion via fist class mail to the following address:

> HSBC BANK USA, NATIONAL ASSOCIATION
> c/o Corporation Trust Company
> 818 W Seventh St.,
> Los Angeles, CA 90017

3. The mail referenced in the above paragraph has now been returned to me marked "return to sender" and "unable to forward."

4. Exhibit A is a true and correct copy of a filing I obtained from the California Secretary of State's website, which states that C T Corporation System (a.k.a. the "Corporation Trust Company") is HSBC Bank USA, National Association's registered agent.

5. Exhibit B is a true and correct copy of an email thread that I exchanged with C T Corporation. I have not received a response from C T Corporation to date.

6. For the reasons described above, I believe I have validly served HSBC Bank USA, National Association, but I have not received an acknowledgment of receipt or other response from that corporation to date.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Nico Banks

Dated: August 20, 2024

       /S/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

On August 20, 2024, I served this proof of service via first-class mail to the following address:

HSBC BANK USA, NATIONAL ASSOCIATION
c/o Corporation Trust Company
818 W Seventh St.,
Los Angeles, CA 90017

I also emailed this proof of service to the following email addresses:
SOPInquiries@wolterskluwer.com
maya.dillon@us.hsbc.com
Meredith.Friedman@hsbc.com
us.agency.escalation@us.hsbc.com
cecelia.d.gottman@us.hsbc.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/Nico Banks
Dated: August 20, 2024

UPDATED PROOF OF SERVICE