# EXHIBIT A

Case 2:24-cv-02886-WLH-SK   Document 123-1   Filed 08/20/24   Page 1 of 3   Page ID #:2097

# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**

**-FILED-**

File No.: BA20241163467
Date Filed: 6/20/2024

### Entity Details
| | |
|---|---|
| Corporation Name | HSBC BANK USA, NATIONAL ASSOCIATION |
| Entity No. | 2666646 |
| Formed In | United States |

### Street Address of Principal Office of Corporation
| | |
|---|---|
| Principal Address | 1800 TYSONS BOULEVARD, SUITE 50<br>TYSONS, VA 22102 |

### Mailing Address of Corporation
| | |
|---|---|
| Mailing Address | 1800 TYSONS BOULEVARD, SUITE 50<br>TYSONS, VA 22102 |
| Attention | |

### Street Address of California Office of Corporation
| | |
|---|---|
| Street Address of California Office | None |

### Officers
| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Michael Murray ROBERTS | 1800 TYSONS BOULEVARD, SUITE 50 TYSONS, VA 22102 | Chief Executive Officer |
| Lopa P. Zielinski | 1800 TYSONS BOULEVARD, SUITE 50 Tysons, VA 22102 | Secretary |
| Andrew Fullam | 1800 TYSONS BOULEVARD, SUITE 50 Tysons, VA 22102 | Chief Financial Officer |

### Additional Officers
| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors
| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process
| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

### Type of Business
| | |
|---|---|
| Type of Business | NATIONAL BANK |

### Email Notifications
| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

### Labor Judgment
No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Brooke Kerperien*  *06/20/2024*
Signature  Date

B2826-4904 06/20/2024 6:57 AM Received by California Secretary of State