UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02886-WLH-SKx | Date | August 23, 2024 |
| Title | David Hough et al v. Ryan Carroll et al | | |
| Present: The Honorable | WESLEY L. HSU, United States District Judge | | |

| | |
|---|---|
| Holidae Crawford | Myra Ponce |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nicolo Emerson Banks | William Shibley |
| Richard A. Nervig | Joseph R. Ashby |

**Proceedings:   MOTION TO COMPEL ARBITRATION [85]**


    The matter is called, and counsel stated their appearances. The Court's Tentative Ruling was issued on August 23, 2024, and reviewed by counsel. The Court heard oral argument.  The Court took the request UNDER SUBMISSION and a ruling will be issued.

|   | : | 20 |
|---|---|---|

Initials of Deputy Clerk    hc