UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN CARROLL; *et al.*,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER GRANTING STIPULATION TO STAY SPECIALLY APPEARING DEFENDANTS BONNIE NICHOLS AND WHOLESALE UNIVERSE'S TIME TO FILE A RESPONSIVE PLEADING [122]** |

On August 26, 2024, Plaintiffs and Defendants Bonnie Nichols and Wholesale Universe filed a stipulation requesting that the Court extend those Defendants' time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint (the "Stipulation," Docket No. 122).

The Court, having considered the Stipulation, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The deadline for Bonnie Nichols and Wholesale Universe to file a pleading responsive to the current complaint is stayed.

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Bonnie Nichols and Wholesale Universe must each file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated: August 26, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

300063933