UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN CARROLL; *et al*.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY HSBC BANK USA SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

On July 16, 2024, Plaintiffs filed a motion to hold in contempt HSBC Bank USA for failing to respond to a subpoena served on it. HSBC Bank USA did not respond to the motion, nor did it appear at the hearing regarding the motion held on August 28, 2024. The Court, having considered Plaintiffs' motion and finding good cause, hereby **ORDERS** HSBC Bank USA to show cause why it should not be held in contempt of court for failing to respond to Plaintiffs' subpoena. HSBC Bank USA must appear before the Court on September 18, 2024 at 10:00am—in Courtroom 540 at the courthouse located at 255 E.

Temple Street, Los Angeles, California 90012—to show cause why it should not be held in contempt for failing to produce documents responsive to Plaintiffs' subpoena.

Plaintiffs are **ORDERED** to serve this Order on HSBC Bank USA no later than September 11, 2024.

**IT IS SO ORDERED.**

Dated:

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE