UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 24-02886-WLH (SKx)                     Date: August 28, 2024

Title       David Hough et al v. Ryan Carroll et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 08/28/24 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Nicolo Banks                                William Shibley
                                            Michael Lowe
                                            Mariel Gerlt-Ferraro

**Proceedings:**        **MOTION TO COMPEL WELLS FARGO BANK, N.A., AND HOLD IN CONTEMPT HSBC BANK USA AND JP MORGAN CHASE & CO. (ECF 95)**

    Case called.  Counsel state their appearances for the record.  The Court confers with counsel and hears oral argument, as stated on the record.

    The motion to hold JP Morgan Chase in contempt of court is denied without prejudice.  By the end of day, Plaintiffs shall re-issue subpoenas to JP Morgan Chase Bank and JP Morgan Securities LLC.  Ms. Gerlt-Ferraro has agreed to accept service of the revised subpoenas and respond within 10 business days, unless the parties stipulate to extend that deadline.

    Within 10 business days from today, Plaintiffs and Wells Fargo shall execute a protective order, and Wells Fargo shall produce the account statements discussed on the record, from which Plaintiffs may identify and request wire transfer records and checks. By the end of September, Wells Fargo shall produce the requested wire transfer records and checks, as well as the wire transfer records and checks for the 4 other entities discussed on the record.

    No appearance is made by or on behalf of HSBC Bank USA.  Plaintiffs shall submit a proposed order to show cause re: contempt of court, for the Court's consideration.

**Initials of Preparer**

| 00:52 |
|---|
| CC |