UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>RYAN CARROLL; *et al.*,<br><br>             Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>[PROPOSED] **ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT** |

On July 16, 2024, Plaintiffs filed a motion to hold in contempt HSBC Bank USA for failing to respond to a subpoena served on it. HSBC Bank USA did not respond to the motion, nor did it appear at the hearing regarding the motion held on August 28, 2024. The Court, having considered Plaintiffs' motion and finding good cause, hereby **ORDERS** HSBC Bank USA to show cause why it should not be held in contempt of court for failing to respond to Plaintiffs' subpoena.

HSBC Bank USA must appear before the Court on September 25, 2024 at 10:00am—in Courtroom 540 at the courthouse located at 255 E. Temple Street, Los Angeles, California 90012—to show cause why it should not be held in contempt for failing to produce documents responsive to Plaintiffs' subpoena.  HSBC may discharge this show-cause order by producing responsive documents no later than September 18, 2024, in which case the parties must file a joint status report by September 20 at 5 PM PT stipulating that the show-cause hearing scheduled for September 25, 2024 may be vacated.

Plaintiffs are **ORDERED** to serve this Order on HSBC Bank USA no later than September 9, 2024, and to file proof of service with the court within 48 hours of service.

**IT IS SO ORDERED.**

Dated: August 29, 2024

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE