BANKS LAW OFFICE
Nico Banks SBN 344705
712 H St NE, Unit #8571
Washington, DC 20002

RICHARD A. NERVIG, P.C.
Richard A. Nervig SBN 226449
501 West Broadway, Suite 800
San Diego, CA 92101

Representing: Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Hough, et al.<br>**Plaintiffs,**<br><br>vs.<br><br>Ryan Carroll, et al.<br>**Defendants.** | Case No. 2:24-cv-02886-WLH-SK<br><br>Proof of Service of:<br>Order to Show Cause Re Contempt of Court, Plaintiffs' Motion to Compel Wells Fargo Bank, N.A., and Hold in Contempt HSBC Bank USA and JP Morgan Chase & Co., with Exhibits<br><br>Service on:<br>HSBC Bank USA |

Hearing Date:    2024-09-25

Hearing Time:    10:00 AM

Div/Dept:    540

PROOF OF SERVICE

Order # 23635028

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>BANKS LAW OFFICE<br>Nico Banks SBN 344705<br>712 H St NE, Unit #8571<br>Washington, DC 20002<br><br>RICHARD A. NERVIG, P.C.<br>Richard A. Nervig SBN 226449<br>501 West Broadway, Suite 800<br>San Diego, CA 92101<br>       TELEPHONE NO:                            FAX NO *(Optional)*:<br>  E-MAIL ADDRESS *(Optional)*:   nico@bankslawoffice.com<br>     ATTORNEY FOR *(Name)*:   Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER:   David Hough, et al.<br>DEFENDANT / RESPONDENT:   Ryan Carroll, et al. | CASE NUMBER:<br>2:24-cv-02886-WLH-SK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11712026 (23635028) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Order to Show Cause Re Contempt of Court, Plaintiffs' Motion to Compel Wells Fargo Bank, N.A., and Hold in Contempt HSBC Bank USA and JP Morgan Chase & Co., with Exhibits

2. Party Served:            HSBC Bank USA

3. Person Served:           CT Corporation System - Daisy Montenegro, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: August 30, 2024 at 12:37 pm PDT

5. Address, City and State: 330 North Brand Blvd #700 Glendale, CA, 91203

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Joshua May

Date: August 30, 2024