Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL; *et al.*<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**STIPULATION TO STAY DEFENDANT MATTHEW CROUCH'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

**STIPULATION TO STAY DEFENDANT MATTHEW CROUCH'S TIME TO FILE A RESPONSIVE PLEADING PENDING PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT**

This Stipulation is entered into by and between Plaintiffs on the one hand, and Defendant Matthew Crouch, on the other hand, through their respective counsel of record.

WHEREAS, Plaintiffs have received third-party documents and intend to amend the currently operative First Amended Complaint to add new defendants and new allegations about existing defendants;

WHEREAS, Plaintiffs require additional time to investigate entities and individuals to potentially be added as defendants, and to further investigate forthcoming new allegations about existing defendants;

WHEREAS, Plaintiffs anticipate that new discovery, will significantly further inform Plaintiffs' allegations;

WHEREAS, it would be most efficient—and in the interests of justice—for Plaintiffs to wait to file a second amended complaint until Plaintiffs have reviewed the forthcoming discovery that they anticipate receiving shortly;

WHEREAS, it would also be inefficient for Defendant Matthew Crouch to respond to the currently operative complaint when the parties anticipate that another amended complaint will be filed;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

The deadline for Defendant Matthew Crouch to file responsive pleadings to the current complaint should be stayed.

Matthew Crouch should be ordered to file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint.

This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

This stipulation does not constitute a waiver by Defendant Matthew Crouch of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction or improper venue.

**IT IS SO STIPULATED.**

DATED: September 11, 2024        BANKS LAW OFFICE

By: _____*/s/ Nico Bank*_____
Nico Bank (CA SBN: 344705)
**Attorneys for Plaintffs**

DATED: September 11, 2024        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____*/s/ Levi Y. Silver*_____
LEVI Y. SILVER
**Attorneys for Defendant Matthew Crouch**

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Nico Banks*
Nico Banks
