1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID HOUGH; *et al.*,

                Plaintiff,

      v.

RYAN CARROLL; *et al*.,

                Defendant.

Case No. 2:24-cv-02886-WLH-SK

**[PROPOSED] ORDER GRANTING STIPULATION TO STAY DEFENDANT MATTHEW CROUCH'S TIME TO FILE A RESPONSIVE PLEADING**

On September 11, 2024, Plaintiffs and Defendant Matthew Crouch filed a stipulation requesting that the Court extend his time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. The deadline for Matthew Crouch's time to file a pleading responsive to the current complaint is stayed.

2. Plaintiffs shall file an amended complaint no later than October 31, 2024.

3. Matthew Crouch must file a responsive pleading no later than 30 days from the date
Plaintiffs file their amended complaint.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

300063933