Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>       Plaintiffs,<br>vs.<br>RYAN CARROLL; *et al.*<br>       Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**PLAINTIFFS' AND NON-PARTY HSBC BANK USA, N.A.'S STIPULATION TO VACATE HEARING REGARDING ORDER TO SHOW CAUSE**<br><br>Hearing: September 25, 2024<br>Presiding Judge: Hon. Steve Kim<br>Action Filed: April 9, 2024<br>Trial Date: N/A |

**PLAINTIFFS' AND NON-PARTY HSBC BANK USA, N.A.'S STIPULATION TO VACATE HEARING REGARDING ORDER TO SHOW CAUSE**

This Stipulation is entered into by and between Plaintiffs and Non-Party HSBC Bank USA, N.A. ("HSBC"), through their respective counsel of record.

WHEREAS, on August 29, 2024, the Court entered an order stating, in part:

HSBC Bank USA must appear before the Court on September 25, 2024 at 10:00am—in Courtroom 540 at the courthouse located at 255 E. Temple Street, Los Angeles, California 90012—to show cause why it should not be held in contempt for failing to produce documents responsive to Plaintiffs' subpoena. HSBC may discharge this show-cause order by producing responsive documents no later than September 18, 2024, in which case the parties must file a joint status report by September 20 at 5 PM PT stipulating that the show-cause hearing scheduled for September 25, 2024 may be vacated.

WHEREAS, on or before September 18, 2024, HSBC produced documents responsive to the subpoena. HSBC represents that it produced all documents responsive to the subpoena that it located with a reasonable diligent search.

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

The show-cause hearing scheduled for September 25, 2024 should be vacated, and Plaintiffs' motion to hold in contempt HSBC should be denied as moot.

Dated: September 20, 2024

/s/ Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

STIPULATION TO CANCEL ORDER TO SHOW CAUSE

/s/ Catherine M. Walsh
Catherine M. Walsh
Legal Counsel
HSBC Bank USA, N.A.
66 Hudson Boulevard East
New York, NY 10001
212-525-6606
kate1.walsh@us.hsbc.com

**Attorney for Non-Party HSBC Bank USA, N.A.**

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Nico Banks
Nico Banks