# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*, <br>                   Plaintiff, <br> v. <br> RYAN CARROLL; *et al.*, <br>                   Defendant. | Case No. 2:24-cv-02886-WLH-SK <br><br> **ORDER VACATING SHOW-CAUSE HEARING** |

On September 20, 2024, Plaintiffs and non-party HSBC Bank USA, N.A. filed a joint stipulation requesting that the Court cancel the show-cause hearing scheduled for September 25, 2024.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the hearing scheduled for September 25, 2024 be vacated and DENIES as moot Plaintiffs' motion to hold in contempt HSBC for failing to respond to a subpoena served on it.

-2-

1
2    **IT IS SO ORDERED.**
3
4 Dated:  September 20, 2024
5                                             HON. STEVE KIM
6                                             U.S. MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28