UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>                    Plaintiff,<br><br>        v.<br><br>RYAN CARROLL; *et al*.,<br><br>                    Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER GRANTING STIPULATION TO STAY DEFENDANT MATTHEW CROUCH'S TIME TO FILE A RESPONSIVE PLEADING [136]** |

On September 26, 2024, Plaintiffs and Defendant Matthew Crouch filed a stipulation requesting that the Court extend his time to file a responsive pleading until after Plaintiffs have filed a forthcoming Second Amended Complaint.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Matthew Crouch's time to file a pleading responsive to the current complaint is stayed.

2. Matthew Crouch must file a responsive pleading no later than 30 days from the date Plaintiffs file their amended complaint or within 30 days after leave to file an amended complaint is denied.

**IT IS SO ORDERED.**

Dated: September 26, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE