Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al*.<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**PLAINTIFFS' RENEWED MOTION TO EFFECT SUBSTITUTE SERVICE ON DEFENDANT JARED DAY**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Hearing: November 15, 2024, 1:30 p.m.<br>Trial Date: N/A |

**PLAINTIFFS' RENEWED MOTION TO EFFECT SUBSTITUTE SERVICE ON DEFENDANT JARED DAY**

Plaintiffs submit this renewed motion requesting the Court's permission to effect service of the summons and complaint on Defendant Jared Day by mail. On September 10, 2024, the Court denied Plaintiffs' original motion requesting substitute

service, noting that Plaintiffs had not yet exhausted their options to serve Jared Day without leave of Court. (ECF 135). In the same order, the Court ordered Plaintiffs to effect service on Jared Day within 30 days. (*Id.*).

Plaintiffs have now exhausted methods of service available under federal law, Texas law, and California law. *See* Fed. R. Civ. P. 4(e); Cal Code of Civ. P. § 415.10-415.95; Tex. R. Civ. P. 106. In particular, as described in the original motion requesting substitute service, Plaintiffs attempted to deliver a copy of the summons and the complaint to Jared Day personally, and Plaintiffs also attempted to leave a copy of the summons and complaint at his dwelling with (or in the presence of) someone of suitable age and discretion who resides there. *See* Fed. R. Civ. P. 4(e)(2)(A-B); Cal Code of Civ. P. § 415.10-20. The attempts were unsuccessful because Jared Day and the members of his household refused to answer the door. *See* Exhibit A.

Furthermore, on September 17, 2024 (after the Court entered an Order denying Plaintiffs' original request to effect substitute service), Plaintiffs mailed to Jared Day the summons and complaint with return receipt requested. The service was unsuccessful because Jared Day did not sign the return receipt. (*See* Plaintiffs' Attorney Declaration Supporting Motion For Substitute Service); *see* Cal. Civ. Proc. Code § 415.40 ("A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a

return receipt."); Cal. Code Civ. Proc. § 417.20(a) ("if service is made by mail pursuant to Section 415.40, proof of service shall include evidence satisfactory to the court establishing actual delivery to the person to be served, by a signed return receipt or other evidence;"); Tex. R. Civ. P. 107 ("When the citation was served by registered or certified mail as authorized by Rule 106, the return by the officer or authorized person must also contain the return receipt with the addressee's signature.").

Accordingly, Plaintiffs have now exhausted all methods for attempting to effect service without leave of court. Plaintiffs, therefore, respectfully renew their request that the Court authorize Plaintiffs to serve Defendant Jared Day by mailing the summons and first amended complaint via first-class mail to his home address, 19710 Chara Ct., Cypress, TX 77433. *See* Tex. R. Civ. P. 106(b)(2) (stating that once the serving party has unsuccessfully attempted any service method that does not require leave of court, the court may give leave to the serving party to perform service "in any other manner . . . reasonably effective to give the defendant notice of the suit.").

Dated: October 3, 2024

/s/Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

## WORD COUNT COMPLIANCE CERTIFICATION

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

/s/Nico Banks
Nico Banks
Dated: October 3, 2024

## CERTIFICATE OF SERVICE

On October 3, 2024, I served this motion and accompanying papers via first-class mail to the parties listed below with addresses below their names, and via email to the parties with email addresses below their names:

JARED DAY;
19710 Chara Ct,
Cypress, TX 77433

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Certificate of Service are true and correct.

/s/Nico Banks
Nico Banks
Dated: October 3, 2024