Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al.*<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**PLAINTIFFS' ATTORNEY DECLARATION SUPPORTING RENEWED MOTION FOR SUBSTITUTE SERVICE** |

**PLAINTIFFS' ATTORNEY DECLARATION SUPPORTING RENEWED MOTION FOR SUBSTITUTE SERVICE**

I, Nico Banks, have personal knowledge of the matters set forth below and if called to testify, I would do so competently.

1. I am an attorney representing Plaintiffs in this matter.

2. On September 17, 2024, I sent via certified expedited mail, with return receipt requested, the summons and complaint to Defendant Jared Day at his home address, 19710 Chara Ct, Cypress, TX 77433.

3. Exhibit 1 to this Declaration is a true and correct copy of the tracking information for that mail. It indicates that nobody accepted the delivery, and when the United States Postal Service left a notice at the intended recipient's home asking for the intended recipient to reschedule the delivery, nobody rescheduled the delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2024

/s/Nico Banks
Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

# EXHIBIT 1

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN U....

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701790535854

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**
September 28, 2024

**Available for Pickup**
CYPRESS
16635 SPRING CYPRESS RD
CYPRESS TX 77429-9998
M-F 0600-1730; SAT 0600-1300
September 24, 2024, 7:49 am

**Notice Left (No Authorized Recipient Available)**
CYPRESS, TX 77433
September 23, 2024, 12:19 pm

**In Transit to Next Facility**
September 22, 2024

**Arrived at USPS Regional Origin Facility**
WASHINGTON DC DISTRIBUTION CENTER

Feedback

September 18, 2024, 10:47 pm

- **Departed Post Office**
  WASHINGTON, DC 20003
  September 18, 2024, 5:16 pm

- **USPS in possession of item**
  WASHINGTON, DC 20003
  September 18, 2024, 4:55 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs