# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF WYOMING

———

I, Shawna Goetz, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Joshua Richard Stein

was, on the 19th day of September, 2024, duly admitted and licensed to practice as an attorney and counselor at law in all the courts of Wyoming; and is currently an active member of the Wyoming State Bar in good standing.



Given under my hand and the seal of said Court this 24th day of September, 2024.

Shawna Goetz, Clerk

_____
by deputy