Name and address:
Joshua R. Stein
PO Box 890022
Houston Texas 77289
(713) 702-4585
Josh.Stein.Esq@Gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hough, et al. | CASE NUMBER |
| | 2:24-cv-02886-WLH |
| v.                              Plaintiff(s) | |
| Carroll, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Stein, Joshua R.                                of

*Applicant's Name (Last Name, First Name & Middle Initial)*

Josh Stein Attorney at Law
PO Box 890022
Houston Texas 77289
(713) 702-4585
Josh.Stein.Esq@gmail.com

713 702 4585          None

*Telephone Number*     *Fax Number*

Josh.Stein.Esq@gmail.com

*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs and all class representatives, and all proposed class members

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Nervig, Richard A.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

Richard A. Nervig, PC
501 West Broadway, Suite 800
San Diego, CA 92101
(760) 451-2300
richard@nerviglaw.com

SBN:226449          (760) 451-2300

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

richard@nerviglaw.com

*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____          _____

**U.S. District Judge/U.S. Magistrate Judge**