JOSEPH R. ASHBY (SBN 248579)
*joseph.ashby@offitkurman.com*
OFFIT KURMAN, P.C.
445 S. Figueroa Street, 18th Floor
Los Angeles, California 90071
Telephone: 213.629.5700
Facsimile: 213.624.9441

*Attorneys for Defendants,
Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; et al., <br><br> Plaintiff, <br><br> vs. <br><br> RYAN CARROLL; et al., <br><br> Defendant. | Case No.: 2:24-cv-02886-WLH <br><br> **STIPULATION TO EXTEND THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND RELATED DEADLINES [ECF NO. 93]** <br><br> [*Declaration of Joseph R. Ashby and [Proposed] Order* filed concurrently] <br><br> Judge:  Hon. Wesley L. Hsu |

# STIPULATION

This Stipulation is entered into by and between Plaintiffs David Hough, et al. on the one hand, and defendants Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc., (collectively, "Defendants") on the other hand, through their respective counsel of record.

WHEREAS, on April 17, 2024, Lema Mousilli of LLOYD & MOUSILLI, PLLC first appeared on behalf of Defendants [ECF No. 19];

WHEREAS, on May 20, 2024, Plaintiffs filed a First Amended Complaint against Defendants [ECF No. 56];

WHEREAS, on July 15, 2024, Defendants filed an Amended Motion to Dismiss for Lack of Jurisdiction with a hearing date scheduled for November 15, 2024 [ECF No. 93];

WHEREAS, the last day for Plaintiffs to file an opposition to Defendants' Motion to Dismiss is October 25, 2024, and the last day for Defendants to file a reply is November 1, 2024;

WHEREAS, on August 22, 2024, Joseph R. Ashby of Offit Kurman, PC appeared on behalf of Defendants [ECF No. 125];

WHEREAS, some of the Defendants currently represented by Lloyd Mousilli and Offit Kurman, PC are in the process of retaining new counsel;

WHEREAS, in order to preserve judicial resources and to ensure adequate representation for all Defendants, the Parties have agreed, subject to the approval of the Court, to extend the hearing date and related deadlines for the Motion to Dismiss;

1  WHEREAS, the Parties propose the following schedule:

2  January 10, 2025: Hearing on Defendants' Motion to Dismiss

3  December 23, 2024: Last Day for Plaintiffs to File Opposition to Motion to

4  Dismiss

5  December 30, 2024: Last Day for Defendants to File Reply in Support of

6  Motion to Dismiss

7  WHEREAS, this is the first request for extension of these dates submitted to

8  the Court by the Parties.

9  WHEREAS, the Parties enter into this Stipulation solely for the purpose of

10 continuing the hearing date and deadlines associated with the Motion to Dismiss.

11 NOW THEREFORE, based on the foregoing, the Parties, through their

12 undersigned counsel of record, hereby **STIPULATE** and **AGREE**, subject to the

13 Court's approval, as follows:

14  1.  The hearing on Defendants' Motion to Dismiss presently set for

15 November 15, 2024 at 1:30 p.m., shall be continued to **January 10, 2024**.

16  2.  The last day to file opposition shall be extended to **December 20, 2024**.

17  3.  The last day to file replies shall be extended to **December 27, 2024**.

18

19 IT IS SO STIPULATED.

20

21

22  *[Signatures on the following page]*

23

24

25

26

27

28

3  Case No. 2:24-cv-02886-WLH

STIPULATION TO EXTEND THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS

DATED: October 24, 2024           OFFIT KURMAN, P.C.


By: */s/ Joseph R. Ashby*
   Joseph R. Ashby
   Attorney for Defendants


DATED: October 24, 2024           RICHARD A. NERVIG, P.C.


By: */s/ Richard A. Nervig (with permission)*
   RICHARD A. NERVIG
   Attorneys for Plaintiffs

**SIGNATURE ATTESTATION'**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 25, 2024

/s/ Joseph R. Ashby
JOSEPH R. ASHBY

4885-3818-1875, v. 5

5   Case No. 2:24-cv-02886-WLH

STIPULATION TO EXTEND THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS