UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN CARROLL; *et al.*,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER DENYING ORIGINAL DEFENDANTS' MOTION TO DISMISS** |

On July 15, 2024, Original Defendants[1] filed a motion to dismiss Plaintiffs' First Amended Complaint.

---

[1] "Original Defendants" refers to Defendants Ryan Carroll; Max K. Day; Max O. Day; Michael Day; Yax Ecommerce LLC; Precision Trading Group, LLC; WA Distribution LLC; Providence Oak Properties, LLC; WA Amazon Seller LLC; MKD Investment Advisor, LLC; MKD Family Beneficiary, LLC; MKD Family Private Management Company, LLC; Max Day Consulting, LLC; Houtex Farm Equity Partners LLC; Business Financial Solutions Advisory LLC; Evo Maxx LLC; Yax IP and Management Inc. d/b/a "Fulfillable"; WWKB LLC; and Dreams To Reality LLC's

The Court has considered Original Defendants' motion, Plaintiffs' opposition, and any subsequently filed briefs and arguments. Finding good cause, the Court DENIES Original Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE