# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; et al.,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CARROLL; et al.,<br><br>Defendant. | Case No.: 2:24-cv-02886-WLH<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND RELATED DEADLINES [ECF NO. 145]** |

On October 24, 2024, plaintiffs David Hough, et al. and defendants Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc. (collectively, "Defendants"), filed a stipulation requesting that

the Court extend the hearing date on Defendants' Motion to Dismiss for Lack of Jurisdiction [ECF No. 93].

The Court, having considered the stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The hearing on Defendants' Motion to Dismiss presently set for November 15, 2024 at 1:30 p.m., shall be continued to **January 10, 2025**.

2. The last day to file opposition shall be extended to **December 20, 2024**. The last day to file replies shall be extended to **December 27, 2024**.

**IT IS SO ORDERED.**

DATE: October 29, 2024

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE