UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>            Plaintiff,<br><br>      v.<br><br>RYAN CARROLL; *et al.*,<br><br>            Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT** |

On October 31, 2024, Plaintiffs filed a motion to file a Second Amended Complaint.

//

//

//

//

-1-

The Court has considered Plaintiffs' motion. The Court, finding good cause therefor, hereby GRANTS Plaintiffs' motion and ORDERS that Plaintiffs sign and file the proposed Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE