UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>                 Plaintiffs,<br><br>    v.<br><br>RYAN CARROLL; *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT JARED DAY [140]** |

On November 6, 2024, Plaintiffs filed a renewed motion to effect substitute service on Defendant Jared Day. (Docket No. 140). The Court finds the Motion appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. The Court, having considered Plaintiffs' motion and finding good cause therefor, hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

Plaintiffs shall send the summons and complaint to Defendant Jared Day via first-class mail within 30 days of this Order. Such mailing shall suffice to effect service on

Defendant Jared Day on the date of mailing. *See* Fed. R. Civ. P. 4(e)(1) (stating that service of the summons may be effectuated by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state . . . where service is made."); Tex. R. Civ. P. 106 (stating that, when a motion shows that personal service has been attempted, the court may authorize service in any manner that "evidence shows will be reasonably effective to give the defendant notice of the suit.").

    The hearing set for 11/15/2024 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: 11/6/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE