AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-cv-02886

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jared Day

was received by me on *(date)*   05/22/2024   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Pursuant to the Court's Order dated November 6, 2024 (ECF 151), I mailed the Summons (ECF 59), First Amended Complaint (ECF 56) , and a copy of the Court's November 6 Order (ECF 151) to Defendant Jared Day via first class mail on November 12, 2024. The envelope was addressed to Jared Day at the address 19710 Chara Ct., Cypress, TX 77433.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/12/2024 _____

_____
/s/Nico Banks
*Server's signature*

Nico Banks (attorney for Plaintiffs)
*Printed name and title*

712 H Street NE
Unit 8571
Washington, DC 20002
*Server's address*

Additional information regarding attempted service, etc: