UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>                Plaintiff,<br><br>    v.<br><br>RYAN CARROLL; *et al.*,<br><br>                Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER DENYING ORIGINAL DEFENDANTS' MOTION TO DISMISS** |

On July 15, 2024, Original Defendants[1] filed a motion to dismiss Plaintiffs' First Amended Complaint.

---

[1] "Original Defendants" refers to Defendants Ryan Carroll; Max K. Day; Max O. Day; Michael Day; Yax Ecommerce LLC; Precision Trading Group, LLC; WA Distribution LLC; Providence Oak Properties, LLC; WA Amazon Seller LLC; MKD Investment Advisor, LLC; MKD Family Beneficiary, LLC; MKD Family Private Management Company, LLC; Max Day Consulting, LLC; Houtex Farm Equity Partners LLC; Business Financial Solutions Advisory LLC; Evo Maxx LLC; Yax IP and Management Inc. d/b/a "Fulfillable"; WWKB LLC; and Dreams To Reality LLC's

-1-

1 | The Court has considered Original Defendants' motion, Plaintiffs' opposition, and any subsequently filed briefs and arguments. Finding good cause, the Court DENIES Original Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE