# EXHIBIT A



Allauna Gluski <allauna@lloydmousilli.com>

---

## Hough v. Wealth Assistants

---

**Nico Banks** <nico@bankslawoffice.com>                                                    Fri, Sep 27, 2024 at 2:30 PM
To: Elizabeth Revere <beth@lloydmousilli.com>
Cc: "Ashby, Joseph" <Joseph.Ashby@offitkurman.com>, William Shibley <william@lloydmousilli.com>, Allauna Gluski <allauna@lloydmousilli.com>, Disputes <disputes@lloydmousilli.com>, Josh Stein <josh.stein.esq@gmail.com>, "richard nerviglaw.com" <richard@nerviglaw.com>

Hi Elizabeth,

We will look into this and get back to you.

I am confirming that we will oppose a motion to release a blank check for funds for the Florida arbitrations. We propose instead that the Court stay the Florida arbitrations. I understand you are opposed to that. We also request that if you move for a release of arbitration funds, you specify how much money is requested and which arbitrations it is for.

I am also confirming that we cannot accept your proposal for Thread Bank to release Wealth Assistants' funds into an attorney fee escrow account, even if part of the fees would cover our invoice to Wealth Assistants for the attorneys fees it owes us. However, the attorneys' fees invoice still must be paid. Moreover, Wealth Assistants should not be spending money on the Thread Bank litigation or other litigation without leave of court.

Would you be willing to stipulate to stay the Thread Bank litigation until the asset freeze resolves?

Thanks,

Nico Banks, Esq.
Banks Law Office, P.C.
Pronouns: he/him
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

[Quoted text hidden]