# EXHIBIT B



Investment Litigation

Tel 971-678-0036

www.bankslawoffice.com

**Re: Invoice Regarding Motion for Sanctions | Hough v. Carroll, Case No. 24-cv-02886-WLH (C.D. Cal. 2024), ECF 78**

Dear Mr. Shibley,

Below, please find an invoice for the attorneys' fees and costs—totaling **$14,528.60**—that Plaintiffs incurred in connection with their Motion for Sanctions. Jurisdictional Defendants are responsible for these fees and expenses pursuant to the Court's order on the record at the hearing on 6/28/2024. Please make the check payable to **Banks Law Office IOLA**, and please send it to the following address:

Banks Law Office
c/o Nico Banks
712 H Street NE,
Unit 8571,
Washington, DC 20002

| Attorney | Date | Description | Hours | Billing rate | Expense |
|---|---|---|---|---|---|
| Nico Banks | 6/28/2024 | Plane ticket for air travel from Los Angeles to Washington, DC. | Expense | Expense | $408.10 |
| Nico Banks | 6/27/2024 | Lodging expense for hearing re motion for sanctions in Los Angeles (one night at Omni Los Angeles). | Expense | Expense | $258.70 |
| Nico Banks | 6/27/2024 | Plane ticket for air travel from Chicago to Los Angeles. | Expense | Expense | $253.48 |
| Nico Banks | 6/28/2024 | Air travel from Los Angeles to Washington, DC, returning from hearing re motion for sanctions. | 5.1 | $400 | $2,040.00 |
| Nico Banks | 6/28/2024 | Prepare for and attend hearing re motion for sanctions. | 1 | $400 | $400.00 |

**WASHINGTON DC**
712 H St. NE Unit #8571
Washington, DC 20002

**PORTLAND**
1050 SW 6th Ave. Suite 1100
Portland, OR 97204

**BEND**
60424 Kangaroo Loop
Bend, Oregon 97702

Page 2

_____

| Attorney | Date | Description | Hours | Billing rate | Expense |
|---|---|---|---|---|---|
| Nico Banks | 6/27/2024 | Air travel from Chicago to Los Angeles for hearing re motion for sanctions; prepare for hearing. | 4.4 | $400 | $1,760.00 |
| Nico Banks | 6/12/2024 | Draft, edit, and finalize reply supporting motion for sanctions. | 3.53 | $400 | $1,412.00 |
| Nico Banks | 5/31/2024 | Revise, edit, and finalize motion for sanctions. | 5.17 | $400 | $2,068.00 |
| Nico Banks | 5/30/2024 | Continue drafting motion for sanctions. | 7.12 | $400 | $2,848.00 |
| Nico Banks | 5/28/2024 | Perform legal research for and begin drafting motion for sanctions. | 3.24 | $400 | $1,296.00 |
| Richard Nervig | 6/28/2024 | Parking downtown auto park 10 Broad LA. | Expense | Expense | $20.00 |
| Richard Nervig | 6/28/2024 | Gas for travel from San Diego to Los Angeles for sanctions hearing. Mileage 96 @ .67. | Expense | Expense | $64.32 |
| Richard Nervig | 6/28/2024 | Travel from San Diego to Los Angeles for sanctions hearing. | 2.5 | $400 | $1,000.00 |
| Richard Nervig | 6/28/2024 | Prepare for and attend hearing re motion for sanctions. | 1 | $400 | $400.00 |
| Richard Nervig | 6/11/2024 | Review and edit draft of reply supporting motion for sanctions. | 0.75 | $400 | $300 |
| **Total** | | | | | **$14,528.60** |

Sincerely,

/s/Nico Banks
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002