# EXHIBIT C

## AMERICAN ARBITRATION ASSOCIATION
## CASE NO.: 01-23-0004-9691

| | |
|---|---|
| **INDIVIDUAL CLAIMANTS** | |
| *Claimants*, | **MASS ARBITRATION** |
| **v.** | |
| **YAX ECOMMERCE LLC** | |
| *Respondent.* | |

### MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE PANEL:**

This *Motion for Withdrawal as Counsel* for Respondent Yax Ecommerce, LLC
(**"Respondent"**) is brought by Elizabeth Revere (**"Ms. Revere"**) and the law firm of Lloyd &
Mousilli, PLLC, (collectively, **"Movants"**). Ms. Revere is currently attorney of record for
Respondent in the above-referenced matter. Movants ask that the Panel grant permission to
withdraw as attorney for Respondent in this case. In support thereof, Movants respectfully show
the Panel as follows:

### I.      INTRODUCTION

1.      Abram Clark, Afshin Salehi, Anupam Bhatnagar, Brandon Young, Christopher Gross,
Denis Betseu, Dominic Camany, Eduardo Calleja, Emmett Peter Adams, Isabel Ramos , James
Berry, James Trammell Jr, Jameson Croney, Jana Mccoy, John Cundiff, John Neugebauer, John
Vorgitch, Jordan Heinrichs, Julian Shores, Julie Whalen, Korey McAleesejergins, Kyle White,
Michael Nibarger, Michael Whitten, Naba Mallick, Nicole Tilot, Olusegun Ososanya, Patrick
Pfeiffer, Peter Robinson, Richard Colford, Kevin Youngman, Jennifer Baker, and Kameron
Figueroa Claimants in this matter.

---

2.      Wealth Assistants, LLC is the Respondent in this matter.

3.      Movant, Ms. Revere, of Lloyd and Mousilli, PLLC, is counsel for Respondent.

## II.      BASIS FOR WITHDRAWAL

4.      Good cause exists for the Panel to grant leave for Elizabeth Revere and the law firm of

Lloyd & Mousilli, PLLC to withdraw as attorney and firm of record for Respondents.

Irreconcilable differences have arisen between Respondent and Movants. As a result, Movants are

no longer able to represent Respondent and must withdraw as counsel. Wealth Assistants has

informed Ms. Revere and the firm that it is retaining other counsel.

5.      The last known address of Respondent Wealth Assistants is 1334 Brittmoore Rd. Suite

1001 Houston, TX 77043

6.      A conference is scheduled for October 22, 2024 at 1:00 p.m. CT.

7.      This case is currently stayed.

8.      This Motion is not sought for the purposes of delay.

9.      The withdrawal of Movants will not delay these proceedings.

## III.      NOTICE TO CLIENT

10.     Pursuant to Rule 10 of the Texas Rules of Civil Procedure, Movants hereby give notice to

Respondent of the right to object to this Motion. If Respondent does not oppose the withdrawal of

Elizabeth Revere and the law firm of Lloyd & Mousilli, PLLC as your attorneys, Respondent may

notify Movants in writing of consent to this Motion.

## IV.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Movants request that the Panel grant their

Motion for Withdrawal of Counsel, enter an order discharging Movants as attorney and firm of

record for Respondents and relieving Movants from any further responsibility in the representation of Respondent; and for such other and further relief, both general and special, at law or in equity, to which they may show themselves to be justly entitled.

Dated: October 21, 2024                Respectfully submitted,

                                       By: */s/ Elizabeth Revere*
                                       ELIZABETH REVERE
                                       State Bar No. 00791513
                                       **LLOYD & MOUSILLI, PLLC**
                                       11807 Westheimer Road
                                       Suite 550 PMB 944
                                       Houston, TX 77077
                                       Tel: (512) 609-0059
                                       Fax: (281) 783-8565
                                       *disputes@lloydmousilli.com*
                                       **ATTORNEYS FOR RESPONDENTS**
                                       **WEALTH ASSISTANTS AND RYAN**
                                       **CARROLL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service on this **October 21, 2024**, via ***electronic mail*** as follows:

Nico Banks, Esq.
Banks Law Office, P.C.
Tel.: 971-678-0036
712 H St NE,
Unit #8571,
Washington, DC 20002

                                       */s/ Elizabeth Revere*
                                       ELIZABETH REVERE