# EXHIBIT E

## Re: Hough, et al. v. Wealth Assistants, et al.

1 message

---

**Nico Banks** <nico@bankslawoffice.com>  Wed, Sep 25, 2024 at 4:48 PM
To: Elizabeth Revere <beth@lloydmousilli.com>
Cc: "Ashby, Joseph" <Joseph.Ashby@offitkurman.com>, William Shibley <william@lloydmousilli.com>, Allauna Gluski <allauna@lloydmousilli.com>, Disputes <disputes@lloydmousilli.com>, Josh Stein <josh.stein.esq@gmail.com>, "richard nerviglaw.com" <richard@nerviglaw.com>

Hi Elizabeth,

It is nice to e-meet you. Could we talk about this issue and meet and confer about the Texas case (per the attached email) sometime later this afternoon, tomorrow morning after 10:00 am your time, or sometime on Friday?

We would oppose the motion you proposed in your email below, but we would be willing to join a motion to stay the Florida arbitrations.

Thanks,

Nico Banks, Esq.

Banks Law Office, P.C.

Pronouns: he/him

Tel.: 971-678-0036

712 H St NE,

Unit #8571,

Washington, DC 20002


Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.


On Wed, Sep 25, 2024 at 1:35 PM Elizabeth Revere <beth@lloydmousilli.com> wrote:
> Hi, Nico,
>
> I apologize that we have not met to date. I have taken this matter over as lead Houston counsel for Wealth Assistants and the individual defendants in the various arbitrations and lawsuits.
>
> We intend to file motions asking that the court release funds to pay costs associated with arbitrations in Florida pursuant to the August 26th order.
>
> Please let me know whether you oppose those motions.
>
> Have a great morning!
>
> Best regards,
>
> **Beth Revere**, Senior Counsel

Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 281.802.8845
beth@lloydmousilli.com
www.lloydmousilli.com

---------- Forwarded message ----------
From: Allauna Gluski <allauna@lloydmousilli.com>
To: Nico Banks <nico@bankslawoffice.com>, Elizabeth Revere <beth@lloydmousilli.com>, Disputes - Team Blue <disputes@lloydmousilli.com>
Cc:
Bcc:
Date: Mon, 23 Sep 2024 22:43:10 -0500
Subject: WA v. Thread Bank: Conference Request

Good evening,

At your earliest convenience, please provide your availability for a conference with Beth Revere (WA's Counsel) to discuss the case referenced above.

Thank you.

Best Regards,
**Allauna Gluski**, Litigation Paralegal
Lloyd & Mousilli - Attorneys & Counselors at Law
Main: 512.609.0059 Direct: 281.832.0674
www.lloydmousilli.com

---

📄 **WA v. Thread Bank: Conference Request.eml**
7K