**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Michael S. Lowe (SBN 173664)
michael.lowe@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.928.9800

David M. Gettings (admitted *pro hac vice*)
dave.gettings@troutman.com
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757.687.7500

Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: 415.477.5700

Nicholas J. Schuchert (SBN 307249)
nicholas.schuchert@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, California 92618
Telephone: 949.622.2700

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| DAVID HOUGH; et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>RYAN CARROLL; et al.,<br><br>  Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>Honorable Wesley L. Hsu<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT, ECF NO. 148, PURSUANT TO L.R. 7-9**<br><br>Date:  December 13, 2024<br>Time:  1:30 p.m.<br>Place:  Courtroom 9B |

Pursuant to L.R. 7-9, Defendant, Wells Fargo Bank, N.A., does not oppose Plaintiffs' motion for leave to file a second amended complaint ("SAC"), ECF No. 148. Wells Fargo reserves all defenses to the proposed SAC. If the Court grants Plaintiffs' motion to amend, Wells Fargo will either answer the SAC or move to dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6) and any other applicable rules.

Dated: November 22, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

  */s/ Nicholas J. Schuchert*
Michael S. Lowe
David M. Gettings
Elizabeth Holt Andrews
Nicholas J. Schuchert

Attorneys for Defendant
WELLS FARGO BANK, N.A.