WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
disputes@lloydmousilli.com

**ATTORNEYS FOR JURISDICTIONAL DEFENDANTS**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; ET AL<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CARROLL; ET AL<br><br>*Defendants*. | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**JURISDICTIONAL DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC; AND WA DISTRIBUTION LLC'S** *EX PARTE* **APPLICATION TO CONSIDER MOTION FOR LEAVE TO RELEASE FUNDS**<br><br>Hearing: 12/13/24, 1:30 PM PT<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 16(b), L.R. 7-19.1 Jurisdictional Defendants Ryan Carroll; Max K. Day; Max O. Day; Michael Day; Yax Ecommerce LLC; Precision Trading Group, LLC; and WA Distribution LLC (**"Jurisdictional Defendants"**) hereby files this *ex parte* application to consider their Motion for Leave to Release Funds.

Good cause exists for advancing the hearing, as the Jurisdictional Defendants have been diligent participants in this case since its inception. Despite their diligence, they have been unable to make further attorney payments due to the asset freeze ordered by the Court in April 2024. Dkt. 17. Expeditious resolution of this motion will allow Jurisdictional Defendants to move forward with this matter, to the benefit of all parties.

Pursuant to L.R. 7-19.1, Jurisdictional Defendants' counsel conferred with Plaintiff's counsel on November 21, 2024 to provide notice of this Application. While Plaintiff's counsel opposes the substance of the motion, Plaintiff's counsel does not oppose to the filing of this Motion on an *ex parte* basis.

This Application is based on the accompanying Memorandum of Points and Authorities, all pleadings and records on file in this action, and any evidence or argument presented to the Court at or before the hearing on this Application (if any). Jurisdictional Defendants respectfully request that the Court (1) Consider

Jurisdictional Defendants' Motion for Leave to Release Funds *ex parte*; and (2) Enter an Order granting the Motion for Leave to Release Funds.

This *ex parte* Application is further made on the grounds that the Court previously ordered Jurisdictional Defendants to seek further leave of the Court in order to make "payment of any other legal fees and costs". Dkt. 127.

Dated: November 8, 2024                    Respectfully submitted,

    Long Beach, CA                          By: /s/ William H. Shibley
                                                        William H. Shibley
                                                        Attorney-in-Charge

COME NOW **SPECIALLY APPEARING DEFENDANTS RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC; and WA DISTRIBUTION LLC**, and hereby files *Jurisdictional Defendants' Ex Parte* Application to consider their Motion for Leave to Release Funds (**"Motion"**) and respectfully shows the Court as follows:

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On August 26, 2024, the Court issued a ruling on the Jurisdictional Defendants' Motion to Compel. The Court granted the Motion to Compel Arbitration as to the Plaintiffs who executed the Texas Agreement, while denying the Motion to Compel Arbitration for those who signed the Florida Agreements. *See* Dkt. 127.

2. The Court also granted leave for Jurisdictional Defendants "to make payments for legal costs and fees only to the client trust accounts of the attorneys representing them in arbitration and only for the purpose of pursuing arbitration associated with the Texas Agreements." *Id.*

3. The Court further stated, "Payment of any other legal fees and costs will require Jurisdictional Defendants to seek further leave of the Court." *Id.*

4. At this time Jurisdictional Defendants are involved in the following arbitrations in the State of Florida and Texas:

- *Tyler Davidson v. Yax Ecommerce LLC d/b/a Wealth Assistants LLC; and Ryan Carroll*; Miami-Dade County, FL; Arbiter Joesph Huss

- *Brett and Jennifer Sanner v. Yax Ecommerce LLC d/b/a Wealth Assistants LLC*; Miami-Dade County, FL; Arbiters Rosa Rodriguez, Sarah Zabel, and Scott Schomber

- *Trevor Red v. Yax Ecommerce LLC d/b/a Wealth Assistants LLC; and Ryan Carroll*; *Pending Initiation*

- *Stacy Rico and Ben Brown v. Ryan Carroll*; In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL; Case No. 2023-027448-CA-01

- *Robert Harris v. Yax Ecommerce LLC d/b/a Wealth Assistants LLC; and Ryan Carroll*; Harris County, TX; Arbiter Filicia Harris-Hoss; AAA Case No. 01-24-0005-8132

5. Further, the individual Jurisdictional Defendants seek leave to pay the legal costs and fees associated with this litigation. The individual Jurisdictional Defendants wish to hire new, individual counsel for the various parties, rather than being represented collectively. They further request leave to pay the accounts receivable with current counsel, Lloyd & Mousilli, and Offit Kurman. The individual Jurisdictional Defendants have each confronted significant barriers in their search for new counsel in light of the preliminary injunction in place in this matter because the Jurisdictional Defendants have been unable to pay retainers and prospective counsel have been concerned about the payment of future fees. Dkt. 49. Leave to pay legal costs and fees associated with this case will allow each of the individual Jurisdictional Defendants to retain counsel of their choice and to bring accounts up to date with current counsel.

6. Additionally, existing counsel for the Jurisdictional Defendants have concluded that it is necessary for various defendants among the Jurisdictional Defendants to have separate counsel. Existing counsel file and support this motion in furtherance of compliance with ethical obligations associated with that conclusion.

7. Pursuant to the Court's Order, Jurisdictional Defendants request leave to make payments for (1) legal costs and fees related to these Florida actions, (2) legal costs and fees for the matters pending in Texas, (3) legal costs and costs for the matters pending in California, (4) retainers necessary for portions of the Jurisdictional Defendants to engage separate counsel only to the client trust accounts of the attorneys representing them in those matters and only for the purpose of those matters. Dkt. 127.

## CONCLUSION

Based on the foregoing and for good cause shown, Jurisdictional Defendants respectfully request that this Court grant Jurisdictional Defendants' Motion for Leave to Release Funds for the listed Florida Arbitrations, for the defense of this case, and for such other and further relief to which the Defendants may show themselves to be justly entitled.

Dated: November 22, 2024.

Respectfully submitted,

By: /s/ William H. Shibley
William H. Shibley

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants, certifies that this Motion contains 929 words, which complies with the word limit of L.R. 11-6.1

/s/ *William H. Shibley*
William H. Shibley

# CERTIFICATE OF CONFERENCE

I hereby certify that Elizabeth Revere, Senior Counsel with Lloyd & Mousilli, conferred with counsel for Plaintiffs, via video conference on November 21, 2024, regarding the substance of the foregoing motion, as reflected in the attached affidavit. Plaintiffs are opposed to this Motion

/s/ *Elizabeth Revere*
Elizabeth Revere

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this **November 22, 2024**, via email as follows:

/s/ *William H. Shibley*
William H. Shibley