# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; ET AL<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN CARROLL; ET AL<br><br>*Defendants*. | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**[PROPOSED] ORDER**<br><br>Hearing: 12/13/24, 1:30 PM PT<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

Upon consideration of Jurisdictional Defendants' *Ex Parte Application to Consider Motion for Leave to Release Funds* **("Application")**, and after considering any responses and replies, any evidence presented, and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED THAT**:

1. Jurisdictional Defendants are granted leave to release certain funds, as described in the motion, to support ongoing legal needs.

2. Funds are to be directed solely to the trust accounts of the attorneys handling these legal matters and utilized solely for the purposes outlined.

3. This Order is issued in alignment with the Court's prior rulings, which require Court approval for any payments beyond those specifically permitted here.

4. The Court finds good cause to grant this Order.

**IT IS SO ORDERED.**

DATE:_____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE