Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN CARROLL; *et al.* <br><br> Defendants. | Case No.: 2:24-cv-02886-WLH-SK <br><br> **PLAINTIFFS' OPPOSITION TO JURISDICTIONAL DEFENDANTS' EX PARTE MOTION TO RELEASE FUNDS** <br><br> Presiding Judge: Hon. Wesley L. Hsu <br><br> Hearing Time: December 13, 2024, 1:30 p.m <br><br> Hearing Location: First Street Courthouse, 350 W, 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012 <br> . <br> Trial Date: N/A |

# PLAINTIFFS' OPPOSITION TO JURISDICTIONAL DEFENDANTS' EX PARTE MOTION TO RELEASE FUNDS

In opposition to Jurisdictional Defendants' *ex parte* motion to release funds
(ECF 162), Plaintiffs incorporate by reference ECF 158 and 159, which are Plaintiffs'
memorandum in opposition to Jurisdictional Defendants' original motion to release
funds (ECF 158) and Plaintiffs' proposed order (ECF 159).


Dated: November 22, 2024

<div style="margin-left:50%">

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002

</div>

PLAINTIFFS' OPPOSITION TO EX PARTE MOTION TO RELEASE FUNDS