

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Bradford L. Geyer, Esq.**

DATE OF ADMISSION

**December 3, 1991**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 30, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk