AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| See Attachment A <br><br> *Plaintiff(s)* <br> v. <br> See Attachment A <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-02886 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Attorney for Plaintiffs: Nico Banks. Address: 712 H St. NE, Unit 8571, Washington, DC 20002. Tel.: 971-678-0036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02886

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# ATTACHMENT A

Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH;<br>AMUND THOMPSON;<br>ISABEL RAMOS;<br>ANTHONY RAMOS;<br>MICHAEL NIBARGER<br><br>                Plaintiffs,<br><br>     vs.<br><br>RYAN CARROLL;<br>MAX K. DAY;<br>MAX O. DAY;<br>MICHAEL DAY;<br>JARED DAY;<br>MATTHEW CROUCH;<br>CHRISTINE CARROLL;<br>TROY MARCHAND;<br>BONNIE NICHOLS;<br>TRAVIS MARKER;<br>REYHAN PASINLI;<br>YAX ECOMMERCE LLC;<br>PRECISION TRADING GROUP, LLC;<br>WA DISTRIBUTION LLC;<br>PROVIDENCE OAK PROPERTIES, LLC;<br>WA AMAZON SELLER LLC;<br>YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE"); | Case No.: 2:24-cv-02886-WLH<br><br>**SECOND AMENDED COMPLAINT FOR:**<br>  1. **FRAUD CONSPIRACY**<br>  2. **AIDING AND ABETTING FRAUD**<br>  3. **FRAUDULENT TRANSFERS IN FURTHERANCE OF CONSPIRACY**<br>  4. **AIDING AND ABETTING BREACH OF FIDUCIARY DUTY**<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

- 1 -
SECOND AMENDED COMPLAINT — CLASS ACTION

| | |
|---|---|
| 1 | MKD INVESTMENT ADVISOR, LLC; |
| | MKD FAMILY BENEFICIARY, LLC; |
| 2 | MKD FAMILY PRIVATE |
| 3 | MANAGEMENT COMPANY, LLC; |
| | MAX DAY CONSULTING, LLC; |
| 4 | HOUTEX FARM EQUITY PARTNERS |
| 5 | LLC; |
| | BUSINESS FINANCIAL SOLUTIONS |
| 6 | ADVISORY LLC; |
| 7 | EVO MAXX LLC; |
| | WWKB LLC; |
| 8 | DREAMS TO REALITY LLC; |
| 9 | PROFICIENT SUPPLY LLC; |
| | QUANTUM ECOMMERCE, LLC; |
| 10 | WHOLESALE UNIVERSE, INC.; |
| 11 | THE LAW OFFICE OF TRAVIS R. |
| | MARKER, A PROFESSIONAL |
| 12 | CORPORATION (D.B.A. "MARKER |
| 13 | LAW AND MEDIATION"); |
| | PARLAY LAW GROUP A |
| 14 | PROFESSIONAL CORPORATION; |
| 15 | TOTAL-APPS, INC.; |
| | WELLS FARGO BANK, N.A.;BANK OF |
| 16 | AMERICA; |
| 17 | FIRST CITIZENS BANCSHARES, INC.; |
| 18 | |
| | Defendants. |
| 19 | |

**SECOND AMENDED COMPLAINT — CLASS ACTION**

Plaintiffs David Hough, Amund Thompson, Isabel Ramos and Anthony Ramos, and Michael Nibarger (collectively, "Plaintiffs" or "Class Representatives"), individually and on behalf of others similarly situated, by and through their attorneys, bring this class action complaint against the following Defendants: (1) Ryan Carroll; Max K. Day; Max O. Day; Michael Day; Jared Day; Matthew Crouch; Christine Carroll; Troy Marchand; Bonnie Nichols; Travis Marker; and Reyhan Pasinli

# ATTACHMENT B

## ATTACHMENT B TO SUMMONS

**DEFENDANTS TO BE SERVED:**

PROFICIENT SUPPLY LLC
207 20th St. SE
Hickory, NC 28602

BANK OF AMERICA
c/o C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

FIRST CITIZENS BANCSHARES, INC.
239 Fayetteville St
Raleigh, NC 27601