## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> RYAN CARROLLJPMORGAN CHASE & CO., et al. <br><br> Defendant(s) Respondent(s). | CASE NUMBER: <br><br> 2:24−cv−02886−WLH−SK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 _12/2/2024_   _168_    _Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice_
Date Filed    Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Missing California Bar Number

Local Rule 83−2.1.3.3(d) Attached Certificate of Good Standing not issued within 30 days prior to filing of the application.

Local Rule 83−2.1.3.3(b) Proposed order not attached.

Other:

**Note:    In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ December 4, 2024_            By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/23)      Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application