WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*disputes@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DISTRICT**

| | |
|---|---|
| **DAVID HOUGH; ET AL**<br><br>*Plaintiffs*,<br><br>v.<br><br>**RYAN CARROLL; ET AL**<br><br>*Defendants*. | Case No.: 2:24-cv-02886<br><br>Assigned for all purposes to:<br>JUDGE WESLEY L. HSU<br><br>**JURISDICTIONAL DEFENDANT YAX ECOMMERCE LLC D/B/A WEALTH ASSISTANTS LLC'S SUGGESTION OF BANKRUPTCY**<br><br>Action Filed: April 9, 2024<br>Trial Date: N/A |

COMES NOW **SPECIALLY APPEARING JURISDICTIONAL DEFENDANT YAX ECOMMERCE LLC d/b/a WEALTH ASSISTANTS LLC** (**"Jurisdictional Defendant"** or **"Wealth Assistants"**), and hereby files *Jurisdictional Defendant Wealth Assistants' Suggestion of Bankruptcy* (**"Notice"**) and respectfully shows the Court as follows:

### I.   NOTICE OF BANKRUPTCY

1. On November 25, 2024, Jurisdictional Defendant Wealth Assistants filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C § 101, *et seq*. The case is pending as Case No.24-35548 in the United States Bankruptcy Court for the Southern District of Texas, with Judge Jeffrey P. Norman. A true and correct copy of the Notice of Bankruptcy Case Filing attached hereto as **Exhibit A**.

2. Effective with the filing of the Petition, all of the property, both real and personal, of the Debtor became subject to the jurisdiction of the Bankruptcy Court pursuant to the Bankruptcy Code.2

3. Pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its voluntary petition as a stay in applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement od the Debtor's case or (ii) to recover any claims against the

- 3 -

1  Debtor that arose before the 's bankruptcy estates, of a judgment obtained before the

2  commencement of the Debtor; s cases; or (c) any act to obtain possession of property

3

4  of or from the Debtor; s bankruptcy estate, or to exercise control over property of the

5  Debtor's bankruptcy estate.

6

7  Dated: December 7, 2024.                     Respectfully submitted,

8                                               By: */s/ William H. Shibley*
                                                William H. Shibley
9

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this **December 7, 2024**, via email as follows:

                                                     */s/ William H. Shibley*
                                                     William H. Shibley