# EXHIBIT A

United States Bankruptcy Court
Southern District of Texas

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/25/2024 at 8:35 PM and filed on 11/25/2024.

**Yax Ecommerce, LLC**
3921 Alton Rd Pmb 154
c/o Ryan Carroll
Miami Beach, FL 33140-3852
Tax ID / EIN: 87-3015737
*fdba* **Wealth Assistants**
*fdba* **Carroll Enterprises, LLC**

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Reese W Baker**<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024<br>713-869-9200 | **Randy W Williams**<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581<br>281-884-9262 |

The case was assigned case number 24-35548 to Judge Jeffrey P Norman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Nathan Ochsner**
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/26/2024 09:13:40 |

| PACER Login: | slkapp0712 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 24-35548 |
| Billable Pages: | 1 | Cost: | 0.10 |