# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>RYAN CARROLL JPMORGAN CHASE & CO., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−02886−WLH−SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  12/4/24  |  174  |  Request for Summons  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The case number and/or judge(s) initials are incorrect.

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

Please add Judge's initials next to case number. You must add one named for Plaintiff and defendant in the caption. Also, the same for To: (Defendant's name and address) – please list one named defendant with address and add see attachment B. Next to SUMMONS IN A CIVIL ACTION, please add ON THE SECOND AMENDED COMPLAINT

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: December 8, 2024

By: /s/ Lori Muraoka
lori_muraoka@cacd.uscourts.gov
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –