# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| David Hough et al | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-02886-WLH-SKx |
| v. | |
| Ryan Carroll et al | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 12/3/2024 | 170 | MOTION to Dismiss for Lack of Jurisdiction |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [ ] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [x] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 12/9/2024

By: _____
U.S. District Judge / U.S. Magistrate Judge