**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Michael S. Lowe (SBN 173664)
michael.lowe@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071-2799
Telephone: 213.928.9827

David M. Gettings (admitted *pro hac vice*)
dave.gettings@troutman.com
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757.687.7747

Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700

Nicholas J. Schuchert (SBN 307249)
nicholas.schuchert@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, California 92618-4984
Telephone: 949.622.2700

Attorneys for Defendant
WELLS FARGO BANK, N.A.



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

DAVID HOUGH, et al.,

Plaintiffs,

vs.

RYAN CARROLL, et al.,

Defendants.

Case No. 2:24-cv-02886-WLH-SK
Honorable Wesley L. Hsu

**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT WELLS FARGO BANK, N.A. REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT, ECF. NO. 173**

SAC Served: 12.04.24
Current Response Deadline: 01.03.25
Proposed New Deadline: 01.17.25

Pursuant to Local Rule 7-1, plaintiffs David Hough, et al. ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby stipulate as follows.

Plaintiffs filed their initial complaint in this Court on April 9, 2024. ECF No. 1. They filed a first amended complaint ("FAC") on May 20, 2024. ECF No. 56. The FAC named Wells Fargo as a defendant for the first time.

On July 22, 2024, the Court approved a stipulation between Plaintiffs and Wells Fargo that stayed Wells Fargo's response deadline to the FAC and set Wells Fargo's response deadline to Plaintiffs' anticipated Second Amended Complaint ("SAC") for 30 days after the date of the SAC's filing. ECF. No. 98 ("SAC Stipulation").

On December 4, 2024, Plaintiffs filed their SAC. ECF No. 173. Pursuant to the SAC Stipulation, Wells Fargo believes its response to the SAC is currently due on January 3, 2025.

As set forth in more detail in the accompanying declaration of Nicholas J. Schuchert, this response deadline poses scheduling difficulties associated with the upcoming holidays. Accordingly, Plaintiffs and Wells Fargo have agreed that Wells Fargo's deadline to respond to the SAC should be extended until January 17, 2025.

Pursuant to L.R. 7-1 and 52-4.1, a separate proposed order to this effect is included herewith.

TROUTMAN PEPPER HAMILTON SANDERS LLP
100 SPECTRUM CENTER DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92618-4984

TROUTMAN PEPPER HAMILTON SANDERS LLP
100 SPECTRUM CENTER DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92618-4984

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 11, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Nicholas J. Schuchert*
Michael S. Lowe
David M. Gettings
Elizabeth Holt Andrews
Nicholas J. Schuchert

*Attorneys for Defendant*
Wells Fargo Bank, N.A.

Dated: December 11, 2024

BANKS LAW OFFICE

*/s/ Nicolo Emerson Banks*
Nicolo Emerson Banks

*Attorneys for Plaintiffs*
David Hough, et al.

ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Nicholas J. Schuchert
Nicholas J. Schuchert