# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| DAVID HOUGH, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RYAN CARROLL, et al.,<br><br>        Defendants. | Case No. 2:24-cv-02886-WLH-SK<br>Honorable Wesley L. Hsu<br><br>**[PROPOSED] ORDER APPROVING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT WELLS FARGO BANK, N.A. REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT, ECF. NO. 173**<br><br>SAC Served: 12.04.24<br>Prior Response Deadline: 01.03.25<br>New Response Deadline: 01.17.25 |

1  Pursuant to the stipulation entered into among plaintiffs David Hough, et al.
2  ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and good
3  cause appearing,
4  IT IS HEREBY ORDERED that Wells Fargo's deadline to respond to
5  Plaintiffs' Second Amended Complaint, ECF No. 173, is extended to January 17,
6  2025.

8  Dated:

10  _____
11  The Honorable Wesley L. Hsu
    UNITED STATES DISTRICT
12  COURT JUDGE