Name and address:

Joshua R. Stein
PO Box 890022
Houston Texas 77289
(713) 702-4585
Josh.Stein.Esq@Gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Hough, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-02886-WLH |
| V. | |
| Carroll, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE |
| Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

### SECTION I - INFORMATION

Stein, Joshua R.
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

Josh Stein Attorney at Law
*Firm/Agency Name*

| PO Box 890022 | 713 702 4585 | None |
|---|---|---|
| | *Telephone Number* | *Fax Number* |

*Street Address*

| Houston Texas 77289 | Josh.Stein.Esq@Gmail.com |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

I have been retained to represent the following parties:

| David Hough, Amund Thompson, Isabel Ramos, | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: |
| Anthony Ramos, and Michael Nibarger | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | None | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 10/17/2024

Joshua R. Stein
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Keith Hollis
*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Keith Hollis
*Firm/Agency Name*

1 Park Plaza, Ste. 600
*Street Address*

Irvine, California 92614
*City, State, Zip Code*

(949) 852-3535
*Telephone Number*          *Fax Number*

khollis@hollislaw.net
*Email Address*

100889
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 10/17/2024

Keith Hollis
*Designee's Name (please type or print)*

*(signature)*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

State Bar of Texas (admitted Nov. 2011, active member in good standing).
State Bar of New Mexico (admitted May 2019, active member in good standing).
State Bar of Wyoming (admitted September 2024, active member in good standing).
US District Court for the Southern District of Texas (admitted Oct. 2019, active member in good standing).
US District Court for the Northern District of Texas (admitted Jan. 2023, active member in good standing).
US District Court for the Eastern District of Texas (admitted Jan. 2023, active member in good standing).
US District Court for the Western District of Texas (admitted Jan. 2023, active member in good standing).
US District Court for New Mexico (admitted Jan. 2023, active member in good standing).
Fifth Circuit Court of Appeals (admitted May 2020, active member in good standing).
Tenth Circuit Court of Appeals (admitted Jan. 2023, active member in good standing).

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF WYOMING

I, Shawna Goetz, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Joshua Richard Stein

was, on the 19th day of September, 2024, duly admitted and licensed to practice as an attorney and counselor at law in all the courts of Wyoming; and is currently an active member of the Wyoming State Bar in good standing.

Given under my hand and the seal of said Court this 13th day of November, 2024.

Shawna Goetz, Clerk

_____
by deputy





## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# *Certificate*

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

I, ELIZABETH A. GARCIA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon motion for admission without examination under Rule 15-107 NMRA, **JOSHUA RICHARD STEIN** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **May 21, 2019**, and has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 13th day of November, 2024.

_____Elizabeth A. Garcia_____
Chief Clerk of the Supreme Court
of the State of New Mexico

By:_____
Deputy Clerk

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joshua Richard Stein**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2011.

I further certify that the records of this office show that, as of this date

**Joshua Richard Stein**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 13th day of November, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5643C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 13, 2024

Re: Joshua Richard Stein, State Bar Number 24079392

To Whom It May Concern:

This is to certify that Joshua Richard Stein was licensed to practice law in Texas on November 04, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

