Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>                    Plaintiffs,<br><br>   vs.<br><br>RYAN CARROLL; *et al*.<br><br>                    Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**PLAINTIFFS' WITHDAWAL OF EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION (ECF 184)** |

**PLAINTIFFS' WITHDAWAL OF EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION**

- 1 -
PLAINTIFFS' WITHDAWAL OF EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION

1 | Plaintiffs hereby withdraw the ex parte application for non-resident attorney
2 | Joshua R. Stein to appear pro hac vice.

Dated: December 13, 2024

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002