Name and address:
Joshua R. Stein
PO Box 890022
Houston Texas 77289
(713) 702-4585
Josh.Stein.Esq@Gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Hough, et al.

Plaintiff(s)

v.

Carroll, et al.

Defendant(s).

CASE NUMBER

2:24-cv-02886-WLH

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stein, Joshua R.

*Applicant's Name (Last Name, First Name & Middle Initial)*

713 702 4585         None

*Telephone Number*    *Fax Number*

Josh.Stein.Esq@gmail.com

*E-Mail Address*

of

Josh Stein Attorney at Law
PO Box 890022
Houston Texas 77289
(713) 702-4585
Josh.Stein.Esq@gmail.com

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Hough, Amund Thompson, Isabel Ramos, Anthony Ramos, and Michael Nibarger

*Name(s) of Party(ies) Represented*

[X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**

Keith Hollis

*Designee's Name (Last Name, First Name & Middle Initial)*

100889         (949) 852-3535

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

khollis@hollislaw.net

*E-Mail Address*

of

Law Offices of Keith Hollis
1 Park Plaza, Ste. 600
Irvine, California 92614
(949) 852-3535
khollis@hollislaw.net

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1