UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-02886-WLH-SKx | Date | December 13, 2024 |
|---|---|---|---|
| Title | David Hough et al v. Ryan Carroll et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicolo Emerson Banks | William Shibley |
| Richard A. Nervig | Joseph R. Ashby |

**Proceedings:   JURISDICTIONAL DEFENDANTS' MOTION TO RELEASE FUNDS [153]**

The matter is called, and counsel stated their appearances. The Court heard oral argument.

For reasons stated on the record, the Court continues the hearing to 1/10/25 at 1:30 p.m. The Court ordered jurisdictional defendants to file additional information with the Court by 1/08/25.

The Court vacated jurisdictional defendants' pending motion to dismiss the First Amended Complaint. (Docket No. 93). The Court ordered the response to the Second Amended Complaint due 2/14/2025.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

|  | - | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |