# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>RYAN CARROLLJPMORGAN CHASE & CO., et al.<br><br>Defendant(s) Respondent(s). | CASE NUMBER:<br><br>2:24−cv−02886−WLH−SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  12/13/2024     187       Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice  
Date Filed    Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Good standing certificate (State of New Mexico) not signed.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 18, 2024        By:  /s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov  
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/23)    Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application