1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| DAVID HOUGH, et al.,<br><br>              Plaintiffs,<br><br>   vs.<br><br>RYAN CARROLL, et al.,<br><br>              Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER APPROVING JOINT STIPULATION EXTENDING WELLS FARGO BANK, N.A. RESPONSE DEADLINE [182]** |

Pursuant to the stipulation entered into among plaintiffs David Hough, et al. ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and good cause appearing, IT IS HEREBY ORDERED that Wells Fargo's deadline to respond to Plaintiffs' Second Amended Complaint, ECF No. 173, is extended to January 17, 2025.

Dated: 12/18/2024

_____
Hon. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE