Nico Banks (CA SBN:344705)
**BANKS LAW OFFICE**
712 H St NE, Unit #8571
Washington, DC 20002
Tel.: 971-678-0036
Email: nico@bankslawoffice.com

Richard A. Nervig (CA SBN:226449)
**RICHARD A. NERVIG, P.C.**
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: 760-451-2300
Email: richard@nerviglaw.com

*Attorneys for Plaintiffs*

LEVI Y. SILVER (SBN 273862)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Email: lsilver@swsslaw.com

*Attorneys for Defendant Mathew Crouch*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>            Plaintiffs,<br><br>    vs.<br><br>RYAN CARROLL; *et al*.<br><br>            Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT, ECF. NO. 173**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

1    Pursuant to Local Rule 7-1, plaintiffs David Hough, et al. ("Plaintiffs") and
2 defendant Matthew Crouch ("Crouch") hereby stipulate as follows.
3    1.    Plaintiffs filed their initial complaint in this Court on April 9, 2024.
4 ECF No. 1. They filed a first amended complaint ("FAC") on May 20, 2024. ECF
5 No. 56.  The FAC named Crouch as a defendant for the first time.
6    2.    On July 3, 2024, the Court approved a stipulation between Plaintiffs
7 and Crouch in which Crouch waived service of a summons in this action and Crouch
8 was given until September 30, 2024, to respond to the FAC.
9    3.    On September 11, 2024, after Plaintiffs indicated that they intended to
10 file a Second Amended Complaint ("SAC"), Plaintiffs and Crouch stipulated,
11 subject to the Court's approval, to stay Crouch's time to file a responsive pleading
12 until 30 days from the date Plaintiffs filed their then-anticipated SAC, ECF No. 136.
13 On September 26, 2024, the Court approved the Stipulation and set Crouch's
14 deadline to respond to the anticipated SAC for 30 days after the date of the SAC's
15 filing. ECF. No. 139.
16    4.    On November 27, 2024, this Court granted Plaintiffs' motion for leave
17 to file the SAC. ECF No. 167.
18    5.    On December 4, 2024, Plaintiffs filed their SAC. ECF No. 173.
19 Pursuant to the SAC Stipulation, Crouch believes its response to the SAC is
20 currently due on January 3, 2025.
21    6.    As set forth in more detail in the accompanying declaration of Levi Y.
22 Silver, this response deadline poses scheduling difficulties associated with the
23 upcoming holidays. Accordingly, Plaintiffs and Crouch have agreed that Crouch's
24 deadline to respond to the SAC should be extended until January 17, 2025.
25 / / /
26 / / /
27 / / /
28 / / /

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

P:01786218.2:90D08.002    -2-    Case No. 2:24-CV-02886-WLH-SK
STIPULATION TO EXTEND TIM TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT

Pursuant to L.R. 7-1 and 52-4.1, a separate proposed order to this effect is included herewith.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED: December 20, 2024        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: ____*/s/ Levi Y. Silver*____
LEVI Y. SILVER
**Attorneys for Defendant Matthew Crouch**

DATED: December 20, 2024        BANKS LAW OFFICE

By: ____*/s/ Nico Bank*____
Nico Bank (CA SBN: 344705)
**Attorneys for Plaintffs**

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

____*/s/ Levi Y. Silver*____
Levi Y. Silver

P:01786218.1:90D08.002

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

P:01786218.2:90D08.002      -3-      Case No. 2:24-CV-02886-WLH-SK
STIPULATION TO EXTEND TIM TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT