LEVI Y. SILVER (SBN 273862)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Email: lsilver@swsslaw.com

*Attorneys for Defendant Mathew Crouch*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al.*<br><br>　　　　Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**DECLARATION OF LEVI Y. SILVER IN SUPPORT OF STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

I, Levi Y. Silver, declare as follows:

1. I am an attorney with the law firm of Solomon Ward Seidenwurm & Smith, LLP, and am counsel of record for defendant Matthew Crouch ("Crouch") in this action. I have personal knowledge of the matters in this declaration. If called to testify as a witness, I could and would do so. I make this Declaration pursuant to the Court's Standing Order for Newly Assigned Civil Cases, ¶ H.3.

2. As set forth in the accompanying stipulation, Plaintiffs David Hough, et al., ("Plaintiffs") filed their initial complaint in this Court on April 9, 2024. ECF No. 1. They filed a first amended complaint ("FAC") on May 20, 2024. ECF No. 56. The FAC named Crouch as a defendant for the first time.

/ / /

3. On July 3, 2024, the Court approved a stipulation between Plaintiffs and Crouch (the "Service Waiver Stipulation") in which Crouch waived service of a summons in this action and Crouch was given until September 30, 2024, to respond to the FAC.

4. On September 11, 2024, after Plaintiffs indicated that they intended to file a Second Amended Complaint ("SAC"), Plaintiffs and Crouch stipulated, subject to the Court's approval, to stay Crouch's time to file a responsive pleading until 30 days from the date Plaintiffs file their then-anticipated SAC, ECF No. 136. On September 26, 2024, the Court approved the Stipulation and set Crouch's deadline to respond to the anticipated SAC for 30 days after the date of the SAC's filing. ECF. No. 139.

5. On November 27, 2024, the Court granted Plaintiffs' motion for leave to file the SAC. ECF No. 167.

6. On December 4, 2024, Plaintiffs filed their SAC. ECF No. 173.

7. Pursuant to L.R. 15-3, the deadline to respond to an amended pleading ordinarily begins running on the date that the Court grants the motion for leave to file the pleading—which in this case, would be November 27, 2024. Plaintiffs' counsel has advised that Plaintiffs believe that L.R. 15-3 governs Crouch's response deadline to the SAC. Under this interpretation, Crouch's response deadline to the SAC would fall on December 27, 2024.

8. In Crouch's view, however, the Court-ordered deadline in the SAC Stipulation superseded L.R. 15-3, by setting Crouch's 30-day response deadline to start running on the date the SAC was actually filed. Under this interpretation, Crouch's response deadline to the SAC would fall on January 3, 2025.

9. Regardless of whose interpretation is correct, both of these deadlines—December 27 and January 3—pose scheduling difficulties associated with the upcoming holidays.

/ / /

10. Plaintiffs' counsel and Crouch have therefore stipulated that Crouch's deadline to respond to the SAC should be continued to January 17, 2025.

11. Other than the Service Waiver Stipulation and the SAC Stipulation, as set forth above, both of which the Court approved, Crouch has not requested any other continuances in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2024 at San Diego, California

*/s/ Levi Y. Silver*
Levi Y. Silver

P:01786227.2:90D08.002

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755