UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>           Plaintiffs,<br><br>vs.<br><br>RYAN CARROLL; *et al*.<br><br>           Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT**<br><br>SAC Served: 12/04/24<br>Prior Response Deadline: 01/03/25<br>New Response Deadline: 01/17/25 |

Pursuant to stipulation entered into among Plaintiffs David Hough, et al. ("Plaintiffs") and defendant Matthew Crouch ("Crouch"), and good cause appearing,

IT IS HEREBY ORDERED that Mathew Crouch's deadline to respond to Plaintiffs' Second Amended Complaint, ECF No. 137, is extended to January 17, 2025.

Dated:_____

                                                  The Honorable Wesley L. Hsu
                                                  UNITED STATES DISTRICT
                                                  COURT JUDGE

P:01786245.1:90D08.002

*Solomon Ward Seidenwurm & Smith, LLP*
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755