# EXHIBIT A

Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.* <br><br>  Plaintiffs, <br><br> vs. <br><br> RYAN CARROLL; *et al*. <br><br>  Defendants. | Case No.: 2:24-cv-02886-WLH <br><br> **PLAINTIFF MICHAEL NIBARGER'S DECLARATION SUPPORTING OPPOSITION TO WHOLESALE UNIVERSE MOTION TO DISMISS** |

I, Michael Nibarger, have personal knowledge of the matters set forth below and if called to testify, I would do so competently.

1. My name is Michael Nibarger.

2. I am a retired California Highway Patrol Officer.

3. In or around September of 2022, a Wealth Assistants representative named Brayton Bushby sent me a PowerPoint presentation stating that Wealth

- 1 -

Assistants' stores could be expected to generate up to $10,000 per month for its owner in profits.

4. I relied on that statement when I purchased the business opportunity Wealth Assistants was selling for $55,000 in late 2022. I also relied on the "Buy Back Guarantee" in the contract I signed with Wealth Assistants when purchasing that business opportunity.

5. I received less than $3,000 in connection with the store that Wealth Assistants set up for me.

6. On October 23, 2023, I received an email from Ryan Carroll stating that Wealth Assistants "will not be able to honor any more Buyback Guarantees" and would "cease all operations before December 1, 2023." The same email also stated that Wealth Assistants was offering its clients a "Transition Agreement." Specifically, Wealth Assistants offered its clients the opportunity to transition their stores to management by another ecommerce firm on "favorable terms." The email also attached a "comparison of vendor proposals," which purportedly compared three e-commerce firms that had offered "favorable terms" to manage Wealth Assistants' clients' stores. But the only e-commerce firms actually identified in the "vendor proposals" were "Quantum Ecom" and "Wholesale Universe," which jointly offered a proposal. The other "vendors" offering the proposal were anonymous.

7. In or around October of 2023, I received an email from Wholesale Universe stating that, prior to going out of business, Wealth Assistants purchased from Wholesale Universe $5,000 of inventory for my store. The email asked me to contact Wholesale Universe so that the inventory could be uploaded into my store.

8. Shortly after receiving that email, I called the number listed on the email and spoke to a representative of Wholesale Universe about receiving the $5,000 that Wealth Assistants had purportedly paid to Wholesale Universe to pay for inventory for my store. The representative told me that I could not receive $5,000 in cash, and that the $5,000 would instead be a credit towards inventory that would be uploaded to my online Amazon store if I gave Wholesale Universe and Quantum Ecommerce access to my online Amazon store and paid them substantial warehouse fees and shipping fees.

9. Because I did not trust Wholesale Universe or Quantum Ecommerce to manage my store and I did not want to pay the fees, I did not provide them with access to my store, and I did not receive the $5,000 that they were purportedly holding for my store.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/18/2024

Signed: _____
Michael Nibarger (Dec 18, 2024 13:04 PST)

# Nibarger declaration

Final Audit Report                                                                 2024-12-18

| | |
|---|---|
| Created: | 2024-12-18 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUv3putmr3Sv_NuXra1ta4YYqQw0HoneE |

## "Nibarger declaration" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-12-18 - 8:31:18 PM GMT

- Document emailed to Michael Nibarger (mnibes@aol.com) for signature
  2024-12-18 - 8:31:22 PM GMT

- Email viewed by Michael Nibarger (mnibes@aol.com)
  2024-12-18 - 9:03:34 PM GMT

- Document e-signed by Michael Nibarger (mnibes@aol.com)
  Signature Date: 2024-12-18 - 9:04:31 PM GMT - Time Source: server

- Agreement completed.
  2024-12-18 - 9:04:31 PM GMT

Adobe Acrobat Sign