# EXHIBIT B

**DECLARATION UNDER PENALTY OF PERJURY**

I, Amund Thompson, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In or around July of 2022, a representative from Wealth Assistants named Charles Fitzgerald Butler emailed me and attached a PowerPoint that projected a stores managed by Wealth Assistants would generate more than $10,000 per month in profits by the store's end of their first year.

2. In November of 2022, I signed a contract to purchase the business opportunity Wealth Assistants was offering. The terms of the contract obligated Wealth Assistants to manage an online store to provide me with income. The contract also included a "buy back" clause in which Wealth Assistants promised to buy back the online store from me if the store was not generating a profit after a set period of time.

3. In or around November of 2022, I paid Wealth Assistants $50,000 to cover my onboarding fee for the store.

4. In early 2023, I paid $5,000 to Wealth Assistants for inventory. I paid Wealth Assistants that money by wiring the money to an escrow agent called Marker Law.

5. In total, to date, I have received no more than $5,000 in connection with the business opportunity I purchased from Wealth Assistants, which includes any revenue from the store that Wealth Assistants managed on my behalf.

6. Wealth Assistants did not buy back my online store.

7. In October of 2023, I began receiving frequent emails from Bonnie Nichols of Wholesale Universe about providing inventory for my Amazon store, even though I had never made any contact with Wholesale Universe.

8. For example, on October 26, 2023, I received an email from Bonnie Nichols of Wholesale Universe, which began by stating "For Those Asking, 'Do You Have The Inventory There Ready To Upload Into My Amazon Account?' The answer is YES! All your product is here at the warehouse already, and being prepped for upload into Amazon. Designer shoes and designer apparel by the truckload!"

9. I never contacted Wholesale Universe.

I declare under the penalty of perjury that the foregoing is true and correct.


Signature: *Amund Thompson*
_____


Date:  12/18/2024

# 2024.12.18 Amund Thompson declaration

**Final Audit Report**                                                    2024-12-18

| | |
|---|---|
| Created: | 2024-12-18 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATBPIQTrn_UHHp9bPtjL8HNNWRN9D2wQI |

## "2024.12.18 Amund Thompson declaration" History

📄 Document created by Nico Banks (nico@bankslawoffice.com)
2024-12-18 - 6:40:16 PM GMT

✉ Document emailed to Amund Thompson (amund.thompson@gmail.com) for signature
2024-12-18 - 6:40:21 PM GMT

📄 Email viewed by Amund Thompson (amund.thompson@gmail.com)
2024-12-18 - 6:42:18 PM GMT

✍ Document e-signed by Amund Thompson (amund.thompson@gmail.com)
Signature Date: 2024-12-18 - 6:42:41 PM GMT - Time Source: server

✅ Agreement completed.
2024-12-18 - 6:42:41 PM GMT

Adobe Acrobat Sign