# EXHIBIT C

## DECLARATION OF ANTHONY DIAS

I, Anthony Dias, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. My name is Anthony Dias. I am over the age of 18, and I reside in California.

2. In 2023, I discovered Wealth Assistants by viewing advertisements on TikTok promoting Wealth Assistants.

3. On June 13, 2023, I received an email from a Wealth Assistants representative named Ben Strumpf. The email included a link to a "25 min Service Deck Video." In the "25 min Service Deck Video," Ryan Carroll discusses the revenue projections for Wealth Assistants stores. Specifically, the video projects that a store managed by Wealth Assistants would generate more than $10,000 per month in profits after the first year. A true and correct screenshot of the video is Exhibit 2 to this Declaration. I relied on Wealth Assistants' projections that its stores would generate more than $10,000 per month in profits when I decided to invest in Wealth Assistants.

4. In August of 2023, Patricia Jones and I signed an agreement for Wealth Assistants to manage a store for us.

5. I wired $55,000 to Wealth Assistants for the onboarding fee.

6. In August of 2023, I received an invoice from Wealth Assistants for $5,000 of "working capital" that I understood would be used to pay for inventory for my store. I paid Wealth Assistants $5,000 to cover the charge in that invoice.

7. In September of 2023, I received an email with an invoice from Wealth Assistants for $5,000 of "working capital" that I understood would be used to pay for inventory for my store. I paid Wealth Assistants $5,000 to cover the charge in that invoice.

8. Wealth Assistants set up a store for Jones and me but never stocked the store with any inventory. As a result, I did not receive any revenue from the store.

9. In or around October of 2023, I received unsolicited correspondence from Wholesale Universe about opportunities to purchase inventory from Wholesale Universe.

10. I purchased inventory from Wholesale Universe at the end of October of 2023. The invoices that Wholesale Universe sent me for that inventory indicated that the inventory would be worth $45,000, but I would only have to pay $20,000 for the inventory. I paid Wholesale Universe $20,000 for that inventory in October of 2023.

11. Wholesale Universe was supposed to upload the inventory into my online Amazon store shortly after I purchased the inventory, but by January of 2024, Wholesale Universe still had not uploaded most of the promised inventory into my store. In early 2024, a Wholesale Universe representative named Kevin told me that because I had sued Wholesale Universe, it was putting a hold on my account and would not upload the

inventory that I had paid for, or reimburse me, unless I sent a written statement that I was unaware that Wholesale Universe had been named as a defendant in the lawsuit. It was true that I had not realized that Wholesale Universe had been named as a defendant in the lawsuit against Wealth Assistants in which I was a plaintiff. I therefore sent Kevin the requested statement in writing.

12. I sold most of the inventory that Wholesale Universe uploaded into my store, which generated approximately $10,000 in revenue. The inventory Wholesale Universe uploaded into my store was worth far less than the $45,000 value it had represented to me.

13. Before I had finished selling the inventory that Wholesale Universe uploaded into my store, Amazon asked me to verify the authenticity of the items in my store. I asked Wholesale Universe to provide proof of the authenticity of the inventory it uploaded into my store. Wholesale Universe refused to do so. As a result, Amazon shut down my store.

14. Sometime in late 2023, I also asked a representative of Wholesale Universe named Kevin whether I had a credit in my Wholesale Universe account for inventory that I had paid Wealth Assistants for but never received. I asked him that question because I had heard from other clients of Wealth Assistants that Wholesale Universe was offering those credits. Kevin told me that I did not have a credit in my account.

15. When I sent money to Wholesale Universe to purchase inventory for my store, I had to give Wholesale Universe access to the online store so that Wholesale Universe could add inventory to the store. However, I did not intend to hire Quantum Ecommerce to manage my store and never signed a contract with Quantum Ecommerce.

16. Quantum Ecommerce later gained access to my online Amazon store without my knowledge or permission. I believe that Wholesale Universe shared information with Quantum Ecommerce about how to access my online store.

17. The screenshot below is a true and correct copy of an email I received from Amazon in October of 2023 notifying me that I had created a new invitation for "Quantum Ecom3" to become an authorized user for my online store, Dias Ventures. I had not created any such invitation.



18. The screenshots below are true and correct copies of text messages that I exchanged with my business partner, Amanda Perry, discussing Quantum's access to my store. The text messages I sent are in blue and the text messages Amanda sent are in black.







I declare under the penalty of perjury that the foregoing is true and correct.

Signature: *Anthony C Dias*
Anthony C Dias (Dec 18, 2024 13:38 PST)

Date: 12.18.204

# DECLARATION OF ANTHONY DIAS

Final Audit Report                                                                                          2024-12-18

| | |
|---|---|
| Created: | 2024-12-18 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAq_qh24cTSe-Z0TTihpcPDw9OFqBIkQCM |

## "DECLARATION OF ANTHONY DIAS" History

- Document created by Nico Banks (nico@bankslawoffice.com)
  2024-12-18 - 8:53:42 PM GMT

- Document emailed to Anthoy Dias (diasventuresllc@gmail.com) for signature
  2024-12-18 - 8:53:48 PM GMT

- Email viewed by Anthoy Dias (diasventuresllc@gmail.com)
  2024-12-18 - 9:36:51 PM GMT

- Signer Anthoy Dias (diasventuresllc@gmail.com) entered name at signing as Anthony C Dias
  2024-12-18 - 9:38:31 PM GMT

- Document e-signed by Anthony C Dias (diasventuresllc@gmail.com)
  Signature Date: 2024-12-18 - 9:38:33 PM GMT - Time Source: server

- Agreement completed.
  2024-12-18 - 9:38:33 PM GMT

Adobe Acrobat Sign