# EXHIBIT E

## DECLARATION OF PHILIP STOOPS

I, Philip Stoops, have personal knowledge of the facts set forth below and if called to testify about them, I would do so competently.

1. In or around November of 2023, I asked Bonnie Nichols at Wholesale Universe to provide certain ecommerce services for me. Bonnie Nichols then referred me to Jariel Camora, who stated that he was a contractor for Quantum Ecommerce.

2. On November 6, 2023, Jariel Camora and I had a videoconference. During that video call, Jariel Camora was sharing his screen with me while he was instant messaging with an individual with the screen name "Max." I believe "Max" was either Max O. Day or Max K. Day. The screenshots appended to this declaration are true and correct copies of screenshots that I took during the Zoom call.

I declare under the penalty of perjury that the foregoing is true and correct.

Signature: *Philip Stoops*
Philip Stoops (Dec 20, 2024 16:31 EST)

Date: 20/12/24







# 2024.12.20 draft stoops declaration 2

**Final Audit Report** 2024-12-20

| | |
|---|---|
| Created: | 2024-12-20 |
| By: | Nico Banks (nico@bankslawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAO0hFHMvJfotKnv7a-ATurZgx7LFGrKpt |

## "2024.12.20 draft stoops declaration 2" History

📄 Document created by Nico Banks (nico@bankslawoffice.com)
2024-12-20 - 9:19:35 PM GMT

📧 Document emailed to Philip Stoops (philstoops27@gmail.com) for signature
2024-12-20 - 9:19:40 PM GMT

📄 Email viewed by Philip Stoops (philstoops27@gmail.com)
2024-12-20 - 9:31:25 PM GMT

🖊 Document e-signed by Philip Stoops (philstoops27@gmail.com)
Signature Date: 2024-12-20 - 9:31:54 PM GMT - Time Source: server

✅ Agreement completed.
2024-12-20 - 9:31:54 PM GMT

**Adobe Acrobat Sign**