UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>            Plaintiff,<br><br>    v.<br><br>RYAN CARROLL; *et al.*,<br><br>            Defendant. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS BONNIE NICHOLS AND WHOLSEALE UNIVERSE'S MOTION TO DISMISS** |

On December 2, 2024, Defendants Bonnie Nichols and Wholesale Universe (collectively, "Movants") filed a motion to dismiss Plaintiffs' Second Amended Complaint.

The Court has considered Movants' motion, Plaintiffs' opposition, and any subsequently filed briefs and arguments. Finding good cause, the Court DENIES Movants' motion to dismiss.

**IT IS SO ORDERED.**

-2-

| | |
|---|---|
| 1 | |
| 2 | Dated: |
| 3 | HON. WESLEY L. HSU |
| 4 | UNITED STATES DISTRICT JUDGE |