# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY — DUE DATE:

**1a. Contact Person for this Order:** Nico Banks
**1b. Attorney Name (if different):**
**2a. Contact Phone Number:** 971-678-0036
**2b. Attorney Phone Number:**
**3a. Contact E-mail Address:** nico@bankslawoffice.com
**3b. Attorney E-mail Address:**
**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Nico Banks
Banks Law Office, P.C.
712 H Street NE
Unit 8571
Washington, DC 20002
**5. Name & Role of Party Represented:** Attorney for Plaintiffs
**6. Case Name:** David Hough et al. v. Carroll et al.
**7a. District Court Case Number:** 2:24-cv-02886-WLH
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*: [X] DIGITALLY RECORDED  [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal  | [ ] Criminal  [X] Civil  | [ ] CJA  [ ] USA  [ ] FPD

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS
b. SELECT FORMAT(S)
c. RELEASE OF TRANS. RESTRICTION DATE
d. DELIVERY TYPE

| HEARING DATE | Minute Order Docket # | JUDGE | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release Date | Delivery |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | 78 | Wesley Hsu | Motion for Sanctions (first motion called at the 1:30 session) | ● | ○ | | | | | ● | 14-Day |
| 12/13/2024 | 188 | Wesley Hsu | Motion to Release Funds (motion called at 9:30 am hearing) | ● | ○ | | | | | ● | 14-Day |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 12/23/2024   Signature: /s/Nico Banks

G-120 (06/18)