WATTS LAW LLP
GEOFFREY C. BRETHEN, SBN 259873
gbrethen@wattslawyers.com
9900 Research Drive
Irvine, California 92618
Telephone: (949) 622-8980
Facsimile: (949) 622-8901

Attorney for Defendants REYHAN PASINLI and TOTAL-APPS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH;<br>AMUND THOMPSON;<br>ISABEL RAMOS;<br>ANTHONY RAMOS;<br>MICHAEL NIBARGER,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CARROLL;<br>MAX K. DAY;<br>MAX O. DAY;<br>MICHAEL DAY;<br>JARED DAY;<br>MATTHEW CROUCH;<br>CHRISTINE CARROLL;<br>TROY MARCHAND;<br>BONNIE NICHOLS;<br>TRAVIS MARKER;<br>REYHAN PASINLI;<br>YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC;<br>WA DISTRIBUTION LLC;<br>PROVIDENCE OAK PROPERTIES, LLC;<br>WA AMAZON SELLER LLC;<br>YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE");<br>MKD INVESTMENT ADVISOR, LLC;<br>MKD FAMILY BENEFICIARY, LLC; | Case No.: 2:24-cv-02886-WLH-SK<br><br>Assigned for all purposes to:<br><br>Hon. Judge Wesley L. Hsu<br><br>**STIPULATION TO STAY DEFENDANT TOTAL-APPS, INC.'S AND REYHAN PASINLI'S TIME TO FILE A RESPONSE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Complaint filed: April 9, 2024<br>First Amended Complaint filed: May 20, 2024<br>Second Amended Complaint filed: December 4, 2024 |

| | |
|---|---|
| 1 | MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC; |
| 2 | MAX DAY CONSULTING, LLC; |
| 3 | HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS |
| 4 | ADVISORY LLC; |
| 5 | EVO MAXX LLC; WWKB LLC; |
| 6 | DREAMS TO REALITY LLC; QUANTUM ECOMMERCE, LLC; |
| 7 | WHOLESALE UNIVERSE, INC.; THE LAW OFFICE OF TRAVIS R. MARKER, |
| 8 | A PROFESSIONAL CORPORATION (D.B.A. "MARKER LAW AND MEDIATION"); |
| 9 | PARLAY LAW GROUP A PROFESSIONAL CORPORATION; |
| 10 | TOTAL-APPS, INC.; |
| 11 | WELLS FARGO BANK, N.A., |
| 12 | Defendants. |

Plaintiffs DAVID HOUGH, AMUND THOMPSON, ISABEL RAMOS, ANTHONY RAMOS, and MICHAEL NIBARGER ("**Plaintiffs**") and Defendants TOTAL-APPS, INC. ("**Total Apps**") and REYHAN PASINLI ("**Pasinli**", and collectively with Total Apps, "**Defendants**"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Second Amended Complaint on or about December 4, 2024.

WHEREAS, on December 13, 2024, the Court vacated jurisdictional defendants' pending motion to dismiss the First Amended Complaint, and ordered jurisdictional defendants to respond to the Second Amended Complaint by February 14, 2025.

WHEREAS, Counsel for Defendants and Counsel for Plaintiffs have agreed to extend Defendants' deadline to respond to the Second Amended Complaint to February 14, 2025, the same date as the jurisdictional defendants' deadline to respond to the Second Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, through their respective counsel, that:

///

///

WATTS LAW LLP
9900 RESEARCH DRIVE
IRVINE, CALIFORNIA 92618
TELEPHONE (949) 622-8980

Defendants deadline to respond to the Second Amended Complaint is on or before February 14, 2025.

**IT IS SO STIPULATED.**

Dated:  December 23, 2024                    WATTS LAW LLP
                                             Attorneys at Law


By: __/s/ Geoffrey C. Brethen_____
    GEOFFREY C. BRETHEN
    Attorney for Defendants REYHAN PASINLI
    and TOTAL-APPS, INC.


Dated:  December 23, 2024                    BANKS LAW OFFICE


By:  /s/ Nico Banks_____
    NICO BANKS
    Attorney for Plaintiffs DAVID HOUGH,
    AMUND THOMPSON, ISABEL RAMOS,
    ANTHONY RAMOS, and MICHAEL
    NIBARGER

## WORD COUNT COMPLIANCE CERTIFICATION

The undersigned, counsel of record for Defendants REYHAN PASINLI and TOTAL-APPS, INC., certifies that this brief contains fewer than 7,000 words, which complies with the word limit of L.R. 11-6.1

Dated: December 23, 2024

/s/ Geoffrey C. Brethen
Geoffrey C. Brethen

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 23, 2024

/s/ Geoffrey C. Brethen
Geoffrey C. Brethen

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF ORANGE           )

I am employed in the County of Orange, State of California, at the law firm of WATTS LAW LLP (9900 Research Drive, Irvine, California 92618).  I am over the age of 18 and not a party to the within action.

On December 24, 2024, I served, in the manner indicated below, the foregoing document described as **STIPULATION TO STAY DEFENDANT TOTAL-APPS, INC.'S AND REYHAN PASINLI'S TIME TO FILE A RESPONSE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT** on the interested parties to this action as follows:

<u>Counsel for Plaintiffs DAVID HOUGH and AMUND THOMPSON</u>
Richard A. Nervig
Richard Nervig Law Offices, PC
501 West Broadway Suite 800
San Diego, CA 92101
richard@nerviglaw.com

<u>Counsel for Plaintiffs DAVID HOUGH; MOULOUD HOCINE; JENNIFER LEHMKUHL HILL; AMUND THOMPSON; PAUL PANICO; MICHAEL NIBARGER; ISABEL RAMOS; and ANTHONY RAMOS</u>
Nicolo Emerson Banks
Banks Law Office
712 H Street NE, Unit 8571
Washington, DC 20002
nico@bankslawoffice.com

<u>Counsel for Defendants RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC; WA DISTRIBUTION LLC; PROVIDENCE OAK PROPERTIES, LLC; WA AMAZON SELLER LLC; MKD INVESTMENT ADVISOR, LLC; MKD FAMILY BENEFICIARY, LLC; MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC; MAX DAY CONSULTING, LLC; HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS ADVISORY LLC; EVO MAXX LLC, YAX IP AND MANAGEMENT INC.; WWKB LLC; and DREAMS TO REALITY LLC</u>
William H. Shibley
Lloyd and Mousilli PLLC
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
william@lloydmousilli.com

1
PROOF OF SERVICE

☒ (BY ELECTRONIC MAIL) I caused the aforementioned document(s) to be served via electronic mail to the electronic addressee(s) listed on the attached mailing list. Such document was transmitted successfully from my e-mail address to the indicated addressee(s).

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct. Executed on December 24, 2024, at Irvine, California.

_____
Allie Ward, Declarant