**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HOUGH;<br>AMUND THOMPSON;<br>ISABEL RAMOS;<br>ANTHONY RAMOS;<br>MICHAEL NIBARGER,<br><br>        Plaintiff,<br><br>    vs.<br><br>RYAN CARROLL;<br>MAX K. DAY;<br>MAX O. DAY;<br>MICHAEL DAY;<br>JARED DAY;<br>MATTHEW CROUCH;<br>CHRISTINE CARROLL;<br>TROY MARCHAND;<br>BONNIE NICHOLS;<br>TRAVIS MARKER;<br>REYHAN PASINLI;<br>YAX ECOMMERCE LLC; PRECISION TRADING GROUP, LLC;<br>WA DISTRIBUTION LLC;<br>PROVIDENCE OAK PROPERTIES, LLC;<br>WA AMAZON SELLER LLC;<br>YAX IP AND MANAGEMENT INC. (D.B.A. "FULFILLABLE");<br>MKD INVESTMENT ADVISOR, LLC;<br>MKD FAMILY BENEFICIARY, LLC; | Case No.: 2:24-cv-02886-WLH-SK<br><br>Assigned for all purposes to:<br><br>Hon. Judge Wesley L. Hsu<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY DEFENDANT TOTAL-APPS, INC.'S AND REYHAN PASINLI'S TIME TO FILE A RESPONSE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Complaint filed: April 9, 2024<br>First Amended Complaint filed: May 20, 2024<br>Second Amended Complaint filed: December 4, 2024 |

1

[PROPOSED] ORDER GRANTING STIPULATION TO STAY DEFENDANT TOTAL-APPS, INC.'S AND REYHAN PASINLI'S TIME TO FILE A RESPONSE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT

|    |    |
|----|----|
| 1  | MKD FAMILY PRIVATE MANAGEMENT COMPANY, LLC; |
| 2  | MAX DAY CONSULTING, LLC; |
| 3  | HOUTEX FARM EQUITY PARTNERS LLC; BUSINESS FINANCIAL SOLUTIONS |
| 4  | ADVISORY LLC; EVO MAXX LLC; |
| 5  | WWKB LLC; DREAMS TO REALITY LLC; |
| 6  | QUANTUM ECOMMERCE, LLC; |
| 7  | WHOLESALE UNIVERSE, INC.; THE LAW OFFICE OF TRAVIS R. MARKER, |
| 8  | A PROFESSIONAL CORPORATION (D.B.A. "MARKER LAW AND MEDIATION"); |
| 9  | PARLAY LAW GROUP A PROFESSIONAL CORPORATION; |
| 10 | TOTAL-APPS, INC.; |
| 11 | WELLS FARGO BANK, N.A., |
| 12 | Defendants. |

On December 24, 2024, Plaintiffs DAVID HOUGH, AMUND THOMPSON, ISABEL RAMOS, ANTHONY RAMOS, and MICHAEL NIBARGER ("**Plaintiffs**") and Defendants TOTAL-APPS, INC. ("**Total Apps**") and REYHAN PASINLI ("**Pasinli**", and collectively with Total Apps, "**Defendants**") filed a stipulation requesting that the Court extend Defendants' time to file a responsive pleading to Plaintiffs' Second Amended Complaint.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. The deadline for Defendants to file a responsive pleading to Plaintiffs' Second Amended Complaint is February 14, 2025.

2. This stipulation is made without prejudice to any party's right to seek further extensions or modifications by agreement or by order of the Court for good cause.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE