# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Hough, et al.

                Plaintiff(s)

v.

Carroll, et al.

                Defendant(s).

**CASE NUMBER**

2:24-cv-02886-WLH

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* **[143] [187]**

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stein, Joshua R.

*Applicant's Name (Last Name, First Name & Middle Initial)*

713 702 4585      None

*Telephone Number*      *Fax Number*

Josh.Stein.Esq@gmail.com

*E-Mail Address*

of

Josh Stein Attorney at Law
PO Box 890022
Houston Texas 77289
(713) 702-4585
Josh.Stein.Esq@gmail.com

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Hough, Amund Thompson, Isabel Ramos, Anthony Ramos, and Michael Nibarger

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Keith Hollis

*Designee's Name (Last Name, First Name & Middle Initial)*

100889      (949) 852-3535

*Designee's Cal. Bar No.*      *Telephone Number*      *Fax Number*

khollis@hollislaw.net

*E-Mail Address*

of

Law Offices of Keith Hollis
1 Park Plaza, Ste. 600
Irvine, California 92614
(949) 852-3535
khollis@hollislaw.net

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated    12/26/2024

                                                Wesley L. Hsu, U.S. District Judge