STEVEN H. BERGMAN (S.B. #180542)
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
steven-bergman@rbmn.com
*Attorney for Defendants*
*Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation and Parlay Law Group, a Professional Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; AMUND THOMPSON; ISABEL RAMOS; ANTHONY RAMOS; MICHAEL NIBARGER<br><br>Plaintiffs<br><br>v.<br><br>RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; JARED DAY; MATTHEW CROUCH; CHRISTINE CARROLL; TROY MARCHAND; BONNIE NICHOLS; TRAVIS MARKER; REYHAN PASINLI; *et al.*<br><br>Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>Before the Hon. Wesley L. Hsu<br><br>**Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint**<br><br>Date Action Filed:  April 9, 2024<br>Date Second Amended<br>Complaint Filed:  December 4, 2024<br>Trial Date:  TBD |

Plaintiffs David Hough, Amund Thompson, Isabel Ramos, Anthony Ramos, and Michael Nibarger, by and through counsel of record, Nicolo Emerson Banks of BANKS LAW OFFICE and Defendants Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation, and Parlay Law Group, a Professional Corporation (collectively the "Marker Defendants"), by and through counsel of record, Steven H. Bergman of RICHARDS BRANDT MILLER NELSON, hereby stipulate as follows:

A. WHEREAS, Plaintiffs filed their Second Amended Complaint on or about December 4, 2024;

B. WHEREAS, Plaintiffs served the Summons for the Second Amended Complaint on the Marker Defendants on or about December 6, 2024; and

C. WHEREAS, Counsel for the Marker Defendants and Counsel for Plaintiffs have agreed to extend the Marker Defendants' deadline to respond to the Second Amended Complaint.

THEREFORE, it is hereby stipulated and agreed that the Marker Defendants shall have until January 17, 2025 to respond to the Second Amended Complaint.

Pursuant to L.R. 7-1 and 52-4.1, a separate proposed order to this effect is included herewith.

So Stipulated:

| December 27, 2024 | December 27, 2024 |
|---|---|
| BANKS LAW OFFICE | RICHARDS BRANDT MILLER NELSON |
| *s/ Nico Banks (with permission)*<br>Nico Banks | *s/ Steven H. Bergman*<br>Steven H. Bergman |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Travis Marker, Law Office of Travis R. Marker, a Professional Corporation, and Parlay Law Group, a Professional Corporation* |

1

## Certificate of Service

I hereby certify that on this the 27th day of December, 2024, a copy of the foregoing **Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint** was served on all counsel of record in this case by one or more of the following methods in accordance with the Federal Rules of Civil Procedure:

[x] ECF electronic filing
[ ] E-mail, delivery receipt requested
[ ] U.S. Mail
[ ] Hand Delivery
[ ] Facsimile

                                                    */s/Mariah Letts*
                                                    Mariah Letts

23752/0001/1G93227.DOCX

1