STEVEN H. BERGMAN (S.B. #180542)
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
steven-bergman@rbmn.com
*Attorney for Defendants*
*Travis Marker, The Law Office of Travis R. Marker, a Professional Corporation and Parlay Law Group, a Professional Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; AMUND THOMPSON; ISABEL RAMOS; ANTHONY RAMOS; MICHAEL NIBARGER<br><br>Plaintiffs<br><br>v.<br><br>RYAN CARROLL; MAX K. DAY; MAX O. DAY; MICHAEL DAY; JARED DAY; MATTHEW CROUCH; CHRISTINE CARROLL; TROY MARCHAND; BONNIE NICHOLS; TRAVIS MARKER; REYHAN PASINLI; *et al.*<br><br>Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>Before the Hon. Wesley L. Hsu<br><br>**(Proposed) Order Granting Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint**<br><br>Date Action Filed: April 9, 2024<br>Date Second Amended Complaint Filed: December 4, 2024<br>Trial Date: TBD |

The Court, having reviewed the parties' Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint, and finding good cause appearing, hereby ORDERS that the deadline to file a response is extended to January 17, 2025.

So Ordered:

_____
Hon. Wesley L. Hsu
United States District Court Judge

## **Certificate of Service**

I hereby certify that on this the 31st day of July, 2024, a copy of the foregoing **(Proposed) Order Granting Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint** was served on all counsel of record in this case by one or more of the following methods in accordance with the Federal Rules of Civil Procedure:

[x ] ECF electronic filing
[ ] E-mail, delivery receipt requested
[ ] U.S. Mail
[ ] Hand Delivery
[ ] Facsimile

*/s/Mariah Letts*
Mariah Letts

23752/0001/1G94042.DOCX