

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Bradford L. Geyer, Esq.*

DATE OF ADMISSION

**December 3, 1991**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 13, 2024

*Nicole Traini*
Nicole Traini
Chief Clerk