# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DAVID HOUGH;
AMUND THOMPSON; ISABEL
RAMOS; ANTHONY RAMOS;
MICHAEL NIBARGER

    Plaintiffs

    v.

RYAN CARROLL;
MAX K. DAY; MAX O. DAY;
MICHAEL DAY; JARED DAY;
MATTHEW CROUCH; CHRISTINE
CARROLL; TROY MARCHAND;
BONNIE NICHOLS; TRAVIS
MARKER; REYHAN PASINLI; *et al.*

    Defendants.

Case No.: 2:24-cv-02886-WLH-SK

**Order Granting Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint [197]**

The Court, having reviewed the parties' Stipulation Extending the Time for Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group to File a Response to Plaintiff's Second Amended Complaint, and finding good cause appearing, hereby ORDERS that the deadline to file a response is extended to January 17, 2025.

It is so Ordered:

Date: 1/2/2025

_____
Hon. Wesley L. Hsu
United States District Judge

1