

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Bradford L. Geyer, Esq.

DATE OF ADMISSION

December 3, 1991

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 13, 2024

*Nicole Traini*
Nicole Traini
Chief Clerk