WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*disputes@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DISTRICT

| | |
|---|---|
| **DAVID HOUGH, et al.** | Case No.: 2:24-cv-02886 |
| *Plaintiffs,* | Assigned for all purposes to: JUDGE WESLEY L. HSU |
| v. | **DECLARATION OF RYAN CARROLL IN SUPPORT OF MOTION TO RELEASE FUNDS** |
| | Hearing: 1/10/2025, 1:30 p.m. PT |
| **RYAN CARROLL, et al.** | |
| *Defendants.* | Action Filed: April 9, 2024  Trial Date: N/A |

BEFORE ME, the undersigned authority, on this day personally appeared **Ryan Carroll**, and being duly sworn upon his oath by me, deposed and stated as follows:

1. "My name is **Ryan Carroll**. I am over eighteen (18) years of age, and I have never been convicted of a crime. I am of sound mind and capable of making this Declaration. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I submit this declaration to provide information regarding the source of funds that I will use to pay legal counsel.

3. "I recently sold my vehicle, a 2017 Mercedes Benz G63, and will use the proceeds from this sale to contribute toward my legal fees.

4. "I am prepared to allocate the availability of these funds and maintain my defense.

5. "I am committed to ensuring the timely payment of all fees and costs associated with my new legal representation to facilitate the progress of this matter."

I declare under the laws of the State of California that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*Ryan Carroll*
**RYAN CARROLL**

State of Texas
County of Tarrant

SWORN TO AND SUBSCRIBED before me on this  7th  day of  January , 20 25 , by Ryan Carroll, who is personally known to me or has produced [form of identification] as identification.

[Notary Seal]

Mark Johnson
ID NUMBER 134624548
COMMISSION EXPIRES November 28, 2027

MJ 01/07/2025

NOTARY PUBLIC, State of ~~California~~

My Commission Expires: 11/28/2027

- 2 -

DECLARATION OF RYAN CARROLL IN SUPPORT OF MOTION TO RELEASE FUNDS

Electronically signed and notarized online using the Proof platform.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***January 7, 2025***, via email as follows:

                                                */s/ William Shibley*
                                                William Shibley

- 3 -

21

22

23

24

25

26

27

28

DECLARATION OF RYAN CARROLL IN SUPPORT OF MOTION TO RELEASE FUNDS