WILLIAM H. SHIBLEY
California State Bar No. 56093
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (281) 783-8565
*disputes@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| **DAVID HOUGH, et al.** | Case No.: 2:24-cv-02886 |
| *Plaintiffs,* | Assigned for all purposes to: JUDGE WESLEY L. HSU |
| v. | **DECLARATION OF RYAN CARROLL ON BEHALF OF YAX ECOMMERCE LLC D/B/A WEALTH ASSISTANTS LLC IN SUPPORT OF MOTION TO RELEASE FUNDS** |
| | Hearing: 1/10/2025, 1:30 p.m. PT |
| **RYAN CARROLL, et al.** | |
| *Defendants.* | Action Filed: April 9, 2024  Trial Date: N/A |

BEFORE ME, the undersigned authority, on this day personally appeared **Ryan Carroll**, and being duly sworn upon his oath by me, deposed and stated as follows:

1. "My name is **Ryan Carroll**. I am over eighteen (18) years of age, and I have never been convicted of a crime. I am of sound mind and capable of making this

- 1 -

1. Declaration. The facts set forth herein are based on my personal knowledge and are true and correct. I am competent to testify to the facts herein.

2. "I have sole and controlling interest in Yax Ecommerce.

3. "I submit this declaration to provide information regarding the source of funds that I will use to pay legal counsel.

4. "Yax Ecommerce filed for bankruptcy on November 26, 2024 and a Suggestion of Bankruptcy was filed with this Court on December 7, 2024. (Dkt. 177)

5. "I do not seek release of funds that are assets of Yax Ecommerce or in Yax Ecommerce's name.

6. "I recently sold my vehicle, a 2017 Mercedes Benz G63, and will use the proceeds from this sale to contribute toward my legal fees.

7. "I am prepared to allocate the availability of these funds and maintain my defense.

8. "I am committed to ensuring the timely payment of all fees and costs associated with my new legal representation to facilitate the progress of this matter.

I declare under the laws of the State of California that the foregoing is true and correct."

FURTHER AFFIANT SAYETH NOT.

*Ryan Carroll*
**RYAN CARROLL**

SWORN TO AND SUBSCRIBED before me on this __8th__ day of __January__, 20__25__, by Ryan Carroll, who is personally known to me or has produced [form of identification] as identification. PASSPORT

[Notary Seal]

NOTARY PUBLIC, State of Texas   Denton County

My Commission Expires: __09/25/2027__



Griffin Neubauer
ID NUMBER
134571890
COMMISSION EXPIRES
September 25, 2027

- 2 -
DECLARATION OF RYAN CARROLL ON BEHALF OF YAX ECOMMERCE LLC D/B/A WEALTH ASSISTANTS LLC IN SUPPORT OF MOTION TO RELEASE FUNDS

Electronically signed and notarized online using the Proof platform.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service in this court on this ***January 8, 2025***, via email as follows:

*/s/ William Shibley*
William Shibley

Declaration of Ryan Carroll on Behalf of Yax Ecommerce LLC d/b/a Wealth Assistants LLC in Support of Motion to Release Funds