JOSEPH R. ASHBY (SBN 248579)
*joseph.ashby@offitkurman.com*
OFFIT KURMAN, P.C.
445 S. Figueroa Street, 18th Floor
Los Angeles, California 90071
Telephone: 213.629.5700
Facsimile: 213.624.9441

*Attorneys for Defendants,
Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; et al., <br><br> Plaintiff, <br><br> vs. <br><br> RYAN CARROLL; et al., <br><br> Defendant. | Case No.: 2:24-cv-02886-WLH <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER MODIFYING PRELIMINARY INJUNCTION [DOCKET NO. 49]** <br><br> Judge: Hon. Wesley L. Hsu |

1                              Case No. 2:24-cv-02886-WLH
NOTICE OF LODGING OF [PROPOSED] ORDER MODIFYING PRELIMINARY INJUNCTION [DOCKET NO. 49]

1   TO THE COURT AND ALL PARTIES: Jurisdictional Defendants hereby
2   provide notice of lodging of a proposed order modifying the Court's May 13, 2024
3   Order, Docket No. 49. The concurrently lodged proposed order sets forth the
4   modifications of the Court's May 13, 2024 Order that Jurisdictional Defendants
5   believe to be necessary in order to be defended by the counsel of their choosing in
6   this matter.

DATED: January 9, 2025                OFFIT KURMAN, P.C.

                                      By:   */s/ Joseph R. Ashby*
                                            Joseph R. Ashby
                                            Attorney for Jurisdictional Defendants

4931-6464-7694, v. 1