# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; et al.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RYAN CARROLL; et al.,<br><br>　　　　Defendant. | Case No.: 2:24-cv-02886-WLH<br><br>**[PROPOSED] ORDER MODIFYING PRELIMINARY INJUNCTION [DOCKET NO. 49]**<br><br>Judge: Hon. Wesley L. Hsu |

# [PROPOSED] ORDER

The Court, having read and considered the Jurisdictional Defendants'[1] Motion to Release Funds (Docket No. 153), Plaintiff's Opposition, the arguments of counsel at the hearing on December 13, 2024, the supplemental submissions of the Jurisdictional Defendants, and the arguments of counsel on January 10, 2025, and finding GOOD CAUSE therein, hereby ORDERS as follows:

The text at Page 10, Line 22, of the Court's May 13, 2024 Order, Docket No. 49, starting at the phrase "The Jurisdictional Defendants" continuing through page 11, line 5, is replaced with the following:

> Defendants are hereby permitted to pay attorneys they engage (and their firms) to defend themselves without restriction all amounts reasonably requested by such attorneys and/or firms for their retainers, fees, costs and litigation-related expenses, including specifically but not limited to the following: (1) retainers (including evergreen retainers) to counsel who substitute in as counsel of record in this action or any other action brought against the defendants in any other jurisdiction; (2) invoices from such counsel for their fees and costs; and (3) invoices for other litigation-related expenses such as expert witness fees and expenses, settlement-related fees and expenses, and discovery-related fees and expenses such as deposition expenses and document production expenses. By way of clarification, defendants shall not need

---

[1] Jurisdictional Defendants are the following defendants: Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc.

approval of the Court for any payments, disbursement, or use of funds in compliance with this paragraph. Additionally, and independent of any payments, disbursements, and/or use of funds pursuant to the foregoing, each human Defendant may spend what is necessary for ordinary personal or household expenditures, which expenditures may not exceed $9,000 per month without leave of the Court. For purposes of clarification, the legal fees authorized above and required tax payments shall not be considered "personal and household expenditures" subject to the $9,000 per month limitation.

After the text at Page 11, Line 21, of the Court's May 13, 2024 Order, Docket No. 49, the Court adds the following:

    Nothing in this Order, as modified, shall be construed, used, or understood to effect a freeze or hold on the accounts, funds, or assets of any defendant, their spouses, family members, or any affiliated business absent subsequent *express* order of this Court.

**IT IS SO ORDERED.**

DATED: _____

    HON. WESLEY L. HSU
    United States District Court Judge

4911-4829-1598, v. 2