JOSEPH R. ASHBY (SBN 248579)
*joseph.ashby@offitkurman.com*
OFFIT KURMAN, P.C.
445 S. Figueroa Street, 18th Floor
Los Angeles, California 90071
Telephone: 213.629.5700
Facsimile: 213.624.9441

*Attorneys for Defendants,
Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HOUGH; et al., <br><br> Plaintiff, <br><br> vs. <br><br> RYAN CARROLL; et al., <br><br> Defendant. | Case No.: 2:24-cv-02886-WLH <br><br> **DECLARATION OF JOSEPH R. ASHBY IN SUPPORT OF SUPPLEMENTAL SUBMISSION FOR RELEASE OF FUNDS FOR COUNSEL** <br><br> Judge: Hon. Wesley L. Hsu |

1                                                        Case No. 2:24-cv-02886-WLH
DECLARATION OF JOSEPH R. ASHBY IN SUPPORT OF SUPPLEMENTAL
SUBMISSION FOR RELEASE OF FUNDS FOR COUNSEL

# DECLARATION OF JOSEPH R. ASHBY

I, Joseph R. Ashby, declare as follows:

1. I am an attorney duly licensed to practice before this Court and I am a principal attorney at Offit Kurman, P.C., attorneys of record for defendants Business Financial Solutions Advisory LLC, Ryan Carroll, Max K. Day, Max O. Day, Michael Day, Dreams To Reality LLC, Evo Maxx LLC, HouTex Farm Equity Partners LLC, MKD Family Beneficiary, LLC, MKD Family Private Management Company, LLC, MKD Investment Advisor, LLC, Max Day Consulting, LLC, Precision Trading Group, LLC, Providence Oak Properties, LLC, WA Amazon Seller LLC, WA Distribution LLC, WWKB LLC, Yax Ecommerce LLC, Yax IP and Management Inc., (collectively, "Jurisdictional Defendants") in this action.

2. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

3. I make this declaration in support of the Supplemental Submission for Release of Funds for Counsel.

4. On or around August 19, 2024, Offit Kurman P.C. was engaged as co-counsel to represent the Jurisdictional Defendants in the above captioned matter. I have been the primary attorney at Offit Kurman P.C. handling the above captioned matter. Jurisdictional Defendants have not engaged Offit Kurman to represent them in other matters.

5. Pursuant to the engagement agreement for Offit Kurman to represent the Jurisdictional Defendants in this matter, in or around August 2024 Offit Kurman received a $10,000.00 initial deposit. As of the filing of this declaration, Offit Kurman has not received any funds from or on behalf Jurisdictional Defendants since the firm received the $10,000.00 initial deposit in or around August 2024.

6. Offit Kurman P.C. has invoiced Jurisdictional Defendants for a total amount of $18,433.57, which covers 24 attorney hours and 12.7 paralegal hours as well as costs of $19.00. That time covers preparing for and handling the hearing on the motion to compel arbitration, strategy following the ruling on the motion to compel arbitration, preparation of the motion for release of funds, and a stipulation to modify deadlines based on the anticipated substitution of counsel. The $10,000.00 initial deposit identified in paragraph 5 was applied towards the fees identified this paragraph.

7. There is also additional work for which Offit Kurman P.C. has *not* yet invoiced Jurisdictional Defendants. Through January 9, 2025, the total fees for the additional work for which Offit Kurman P.C. has not yet invoiced Jurisdictional Defendants totals approximately $15,500, which covers 23.1 attorney hours and 1.5 paralegal hours. That time covers work related to the motion to release funds prior to the December 13, 2024 hearing, the preparation for and handling of the December 13, 2024 hearing on the motion to release funds, and the supplemental filings in support of the motion to release funds.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this January 9, 2025 at Glendale, California.

        */s/ Joseph R. Ashby*
        JOSEPH R. ASHBY

4931-9677-7227, v. 1