UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　Plaintiffs,<br>　　vs.<br>RYAN CARROLL; *et al*.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**ORDER GRANTING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT [192]** |

Pursuant to stipulation entered into among Plaintiffs David Hough, et al. ("Plaintiffs") and defendant Matthew Crouch ("Crouch"), and good cause appearing,

IT IS HEREBY ORDERED that Mathew Crouch's deadline to respond to Plaintiffs' Second Amended Complaint, Docket No. 137, is extended to January 17, 2025.

Dated: 1/13/2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE