Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN CARROLL; *et al*.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02886-WLH<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST QUANTUM ECOMMERCE, LLC AND TROY MARCHAND**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br><br>Trial Date: N/A |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST QUANTUM ECOMMERCE, LLC AND TROY MARCHAND**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby dismiss without prejudice all claims brought against Defendants Quantum Ecommerce, LLC and Troy Marchand, who have not yet filed either an answer or a motion for summary judgment.

Dated: January 13, 2025

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002