UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02886-WLH-SKx | Date | January 10, 2025 |
| Title | David Hough et al v. Ryan Carroll et al | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendant:

Nicolo Emerson Banks    Joseph R. Ashby
    William H. Shibley

**Proceedings:    JURISDICTIONAL DEFENDANTS' MOTION TO RELEASE FUNDS [153]**

   The matter was called, and counsel stated their appearances. The Court states its tentative views that it is inclined to grant in part Jurisdictional Defendants' Motion to Release Funds (the "Motion"). The Court heard oral argument. The following witness is called, sworn, and testified: Susan Anhalt. The Court takes the Motion **UNDER SUBMISSION**.

                                                                              :  50

                              Initials of Deputy Clerk   hc