LEVI Y. SILVER (SBN 273862)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Email: lsilver@swsslaw.com

*Attorneys for Defendant Mathew Crouch*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>           Plaintiffs,<br><br>     vs.<br><br>RYAN CARROLL; *et al*.<br><br>           Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**DECLARATION OF LEVI Y. SILVER IN SUPPORT OF STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT**<br><br>Presiding Judge: Hon. Wesley L. Hsu<br>Trial Date: N/A |

I, Levi Y. Silver, declare as follows:

1. I am an attorney with the law firm of Solomon Ward Seidenwurm & Smith, LLP, and am counsel of record for defendant Matthew Crouch ("Crouch") in this action. I have personal knowledge of the matters in this declaration. If called to testify as a witness, I could and would do so. I make this Declaration pursuant to the Court's Standing Order for Newly Assigned Civil Cases, ¶ H.3.

2. As set forth in the accompanying stipulation, Plaintiffs David Hough, et al., ("Plaintiffs") filed their initial complaint in this Court on April 9, 2024. ECF No. 1. They filed a first amended complaint ("FAC") on May 20, 2024. ECF No. 56. The FAC named Crouch as a defendant for the first time.

/ / /

3. On July 3, 2024, the Court approved a stipulation between Plaintiffs and Crouch (the "Service Waiver Stipulation") in which Crouch waived service of a summons in this action and Crouch was given until September 30, 2024, to respond to the FAC.

4. On September 11, 2024, after Plaintiffs indicated that they intended to file a Second Amended Complaint ("SAC"), Plaintiffs and Crouch stipulated, subject to the Court's approval, to stay Crouch's time to file a responsive pleading until 30 days from the date Plaintiffs file their then-anticipated SAC. ECF No. 136. On September 26, 2024, the Court approved the Stipulation and set Crouch's deadline to respond to the anticipated SAC for 30 days after the date of the SAC's filing. ECF. No. 139.

5. On November 27, 2024, the Court granted Plaintiffs' motion for leave to file the SAC. ECF No. 167.

6. On December 20, 2024, Plaintiffs and Crouch stipulated, subject to the Court's approval, to stay Crouch's time to file a responsive pleading until January 17, 2025. ECF No. 192. On January 13, 2024, the Court approved the Stipulation and set Crouch's deadline to respond to the SAC for January 17, 2025. ECF. No. 221.

7. Plaintiffs and Crouch are in advance discussions of a prospective agreement that, once entered, would result in Plaintiffs voluntarily dismissing Crouch from this action. Nearly all material terms of the agreement have been agreed to.

8. Plaintiffs and Crouch anticipate that (i) the agreement will be finalized in the coming days and (ii) Plaintiffs will voluntarily dismiss Crouch from this action on or before January 31, 2025.

9. To allow time to for Plaintiffs and Crouch to finalize the agreement and for Plaintiffs to thereafter voluntarily dismiss Crouch from this action, Plaintiffs and

/ / /

1  Crouch have agreed that Crouch's deadline to respond to the SAC should be
2  extended by three weeks, until February 7, 2025.
3      10.   Other than the Service Waiver Stipulation and the SAC Stipulation, as
4  set forth above, both of which the Court approved, this is the Parties' second request
5  to extend Crouch's deadline to respond to the SAC.
6      I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.  Executed on January 16, 2025, at
8  San Diego, California

             */s/ Levi Y. Silver*
             Levi Y. Silver

P:01793737.1:90D08.002

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

-3-   Case No. 2:24-cv-02886-WLH-SK
SILVER DECLARATION IN SUPPORT OF STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT