Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*<br><br>       Plaintiffs,<br><br>   vs.<br><br>RYAN CARROLL; *et al.*<br><br>       Defendants. | Case No.: 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT MATTHEW CROUCH REGARDING RESPONSE DEADLINE TO SECOND AMENDED COMPLAINT**<br><br>SAC Served:  12/04/24<br>Prior Response Deadline:  01/03/25<br>New Response Deadline:  01/17/25 |

Pursuant to stipulation entered into among Plaintiffs David Hough, et al. ("Plaintiffs") and defendant Matthew Crouch ("Crouch"), and good cause appearing,

IT IS HEREBY ORDERED that Mathew Crouch's deadline to respond to Plaintiffs' Second Amended Complaint, ECF No. 137, is extended to February 7, 2025.

Dated:_____           _____

The Honorable Wesley L. Hsu
UNITED STATES DISTRICT
COURT JUDGE

P:01793739.1:90D08.002