UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division—Los Angeles)

| | |
|---|---|
| DAVID HOUGH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN CARROLL, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

　　　On January 17, 2025, Defendant Wells Fargo Bank, N.A. moved to dismiss the Second Amended Complaint ("SAC") filed by plaintiffs David Hough, Amund Thompson, Isabel Ramos, Anthony Ramos, and Michael Nibarger. The bases for Wells Fargo's motion to dismiss are Federal Rules of Civil Procedure 9(b) and 12(b)(6).

　　　The Court, having considered Wells Fargo's motion and finding good cause therefor, hereby GRANTS the motion in its entirety with prejudice.

　　　**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE