Nico Banks, Esq.
nico@bankslawoffice.com
Filing on behalf of all Plaintiffs
CA Bar No. 344705
Banks Law Office
712 H St NE,
Unit #8571,
Washington, DC 20002
Tel.: 971-678-0036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN CARROLL; *et al*. <br><br> Defendants. | Case No.: 2:24-cv-02886-WLH <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST PROFICIENT SUPPLY LLC** <br><br> Presiding Judge: Hon. Wesley L. Hsu <br><br> Trial Date: N/A |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST PROFICIENT SUPPLY LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby dismiss without prejudice all claims brought against Proficient Supply LLC, which has not yet filed either an answer or a motion for summary judgment.

Dated: January 20, 2025

/s/Nico Banks
Nico Banks, Esq.
Banks Law Office
Bar No. 344705
Tel.: 971-678-0036
nico@bankslawoffice.com
712 H St NE,
Unit #8571,
Washington, DC 20002