Matthew S. Steinberg (SBN 82969)
Email: msteinberg@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Matthew E. Lewitz (SBN 325379)
Email: mlewitz@cozen.com
Madeline J. Suchard (SBN 328662)
Email: msuchard@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

Attorneys for Defendants Max K. Day; Michael Day; Max O. Day; Jared Day; Precision Trading Group, LLC; and Providence Oak Properties LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID HOUGH;** *et al.*, | Case No. 2:24-cv-02886-WLH-SK |
| **Plaintiffs,** | District Judge: Hon. Wesley L. Hsu |
| v. | Magistrate Judge: Hon. Steve Kim |
| **RYAN CARROLL;** *et al.*, | **JOINT STIPULATION RE JUNE 28, 2024 ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS** |
| **Defendants.** | SAC Filed: December 4, 2024 |
| | Trial Date: None Set |

WHERES, on or around May 31, 2024, Plaintiffs David Hough, Amund Thompson, Isabel Ramos, Anthony Ramos, and Michael Nibarger (collectively, "Plaintiffs") filed a Motion for Sanctions ("Motion") against the "Original Jurisdictional Defendants," including Defendants Max K. Day, Michael Day, Max O. Day, and Precision Trading Group, LLC (collectively "Day Defendants") [ECF No. 62];

WHEREAS, in its June 28, 2024 Order on Plaintiffs' Motion [ECF No. 78], the Court ordered that there was good cause to impose sanctions on the Original Jurisdictional Defendants, including Day Defendants;

WHEREAS, during the December 13, 2024 hearing on the Jurisdictional Defendants' Motion to Release Funds [ECF No. 153], the Court directed that Plaintiffs would need to file a Motion for Attorneys' Fees and Costs to recover their claimed costs and fees incurred in preparing the Motion;

WHEREAS, following Cozen O'Connor's substitution as Day Defendants' counsel of record in this case, Plaintiffs informed Day Defendants of their intent to file a Motion for Attorneys' Fees and Costs and provided Day Defendants' counsel with a copy of an invoice totaling $14,528.60 (the "Invoice") for Plaintiffs' claimed attorneys' fees and costs incurred in connection with the Motion;

WHEREAS, on February 26, 2025, Matthew E. Lewitz of Cozen O'Connor, Day Defendants' counsel, virtually met and conferred with Nico Banks, Plaintiffs' counsel, regarding, among other things, Plaintiffs' contemplated Motion for Attorneys' Fees and Costs;

WHEREAS, after meeting and conferring and in the interest of avoiding unnecessary motion practice, the parties' respective counsel agreed that Day Defendants would pay Plaintiffs' counsel the sum of $13,044.28 in satisfaction of the Invoice and the Court's June 28, 2024 Order on the Motion [ECF NO. 78];

WHEREAS, the parties' respective counsel also agreed that in exchange for

the payment of $13,044.28, Plaintiffs would not file their contemplated Motion for Attorneys' Fees and Costs;

WHEREAS, in light of the above-described agreement between Plaintiffs and Day Defendants, Plaintiffs waive and relinquish their right to bring a Motion for Attorneys' Fees and Costs in connection with the Motion;

WHEREAS, the parties' respective counsel further agreed that Day Defendants' payment of $13,044.28 would not go towards Day Defendants' $9,000 per month limitation for withdrawing, transferring, spending, or otherwise disposing of any assets held by or for the benefit of Day Defendants without leave of Court as set forth in the Order on Motion to Release Funds [ECF No. 231];

WHEREAS, this stipulation regarding Day Defendants' forthcoming payment to Plaintiffs' counsel is not requested for any improper purpose and will serve the interests of judicial economy;

WHEREAS, the granting of this stipulation will not cause any party to suffer prejudice;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the parties' respective undersigned counsel, that Day Defendants will pay Plaintiffs' counsel the sum of $13,044.28 in satisfaction of the Invoice and the Court's June 28, 2024 Order [ECF NO. 78] within thirty (30) days of the Court's entry of an Order approving the instant stipulation;

**IT IS FURTHER STIPULATED AND AGREED**, by and through the parties' respective counsel, that Day Defendants' payment of the sum of $13,044.28 to Plaintiffs' counsel does not count towards Day Defendants' $9,000 per month limitation for withdrawing, transferring, spending, or otherwise disposing of any assets held by or for the benefit of Day Defendants without leave of Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: March 14, 2025 | | BANKS LAW OFFICE |
| | | By: */s/ Nico Banks* |
| | | Nico Banks, Esq. (SBN 344705) |
| | | *Attorneys for Plaintiffs* |
| | | |
| Dated: March 14, 2025 | | COZEN O'CONNOR |
| | | By: */s/ MatthewE. Lewitz* |
| | | Matthew E. Lewitz |
| | | Madeline J. Suchard |
| | | Matthew S. Steinberg |
| | | Attorneys for Defendants Max O. Day; Michael Day; Jared Day; Max K. Day; Precision Trading Group, LLC; and Providence Oak Properties, LLC |

- 4 -

JOINT STIPULATION RE JUNE 28, 2024 ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS
2:24-cv-02866-WLH-SK

**Filer's Attestation Pursuant to L.R. 5-4.3.4(a)(2)**

I, Matthew E. Lewitz, hereby attest that all signatories listed above, on whose behalf this Stipulation is being submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: March 14, 2025

COZEN O'CONNOR

By: */s/ MatthewE. Lewitz*
Matthew E. Lewitz
Madeline J. Suchard
Matthew S. Steinberg
Attorneys for Defendants Max O. Day; Michael Day; Jared Day; Max K. Day; Precision Trading Group, LLC; and Providence Oak Properties, LLC

- 5 -

JOINT STIPULATION RE JUNE 28, 2024 ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS
2:24-cv-02866-WLH-SK