UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH; *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>RYAN CARROLL; *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-02886-WLH-SK<br><br>**ORDER GRANTING JOINT STIPULATION RE JUNE 28, 2024 ORDER RE SANCTIONS**<br>**[271]** |

      On March 14, 2025, Plaintiffs David Hough, Amund Thompson, Isabel Ramos, Anthony Ramos, and Michael Nibarger (collectively, "Plaintiffs") and Defendants Max K. Day, Michael Day, Max O. Day, and Precision Trading Group, LLC (collectively, "Day Defendants") filed their Joint Stipulation Re June 28, 2024 Order Granting Plaintiffs' Motion for Sanctions. (Docket No. 271).

      The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

      1. Day Defendants shall pay Plaintiffs' counsel, Banks Law Office, the sum of $13,044.28 within thirty (30) days of entry of this Order;

2. Day Defendants' payment to Plaintiffs' counsel in the sum of $13,044.28 satisfies any alleged payment obligations the Day Defendants had or may have to Plaintiffs with respect to the Court's June 28, 2024 Order on the Motion for Sanctions (Docket No. 78);

3. Day Defendants' payment of $13,044.28 to Plaintiffs' counsel does not count towards Day Defendants' $9,000 per month limitation for withdrawing, transferring, spending, or otherwise disposing of any assets held by or for the benefit of Day Defendants without leave of Court.

**IT IS SO ORDERED.**

Dated: 3/20/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE