# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOUGH, et al., <br><br>　　　　　　　Plaintiffs, <br>　　vs. <br>RYAN CARROLL, et al., <br><br>　　　　　　　Defendants. | Case No. 2:24-cv-02886-WLH-SK <br><br>**ORDER RE STIPULATION TO STAY ACTION PENDING SETTLEMENT [336]** |

On September 4, 2025, Plaintiffs and Defendants Travis Marker, The Law Office of Travis R. Marker, and Parlay Law Group (collectively the "Marker Defendants") filed a stipulation requesting that the Court stay litigation between Plaintiffs and the Marker Defendants until December 19, 2025 to allow the parties to finalize a settlement in principle and file a motion to certify a settlement class (the "Stipulation). (Docket No. 336).

The Court, having considered the stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

//

//

1

1. Plaintiffs' litigation against the Marker Defendants is hereby stayed until December 19, 2025. If Plaintiffs and Marker Defendants have not filed a motion requesting certification of a settlement class and court approval of a proposed settlement by December 19, 2025, the Marker Defendants must file their Answer on or before December 19, 2025.

**IT IS SO ORDERED.**

Dated: 9/3/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE