UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-02886-WLH-SK | Date | June 23, 2026 |
|---|---|---|---|
| Title | *David Hough et al v. Ryan Carroll et al* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicolo Emerson Banks | Matthew Evan Lewitz |
| Richard A Nervig | Eric Ashton Puritsky |

**Proceedings:   FINAL FAIRNESS HEARING AND SETTLEMENT APPROVAL OF CLASS ACTION CLAIMS [365] (Held and Completed)**

The matter is called, and counsel state their appearances.  The Court's Tentative Ruling was issued on June 22, 2026.  The Court confers with counsel.  The parties submit on the Court's Tentative Ruling.  A final ruling will follow.

Plaintiffs are **ORDERED** to submit a proposed judgment within fourteen (14) days.

:   04

Initials of Deputy Clerk   cgm